### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| JOHN BARNHARDT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil Action No. 1300(E) *HTW-LRA* |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERIDIAN MUNICIPAL SEPARATE | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

*SOUTHERN DISTRICT OF MISSISSIPPI*
*FILED*
*JUL 28 2011*
*J T NOBLIN, CLERK*
*BY_____ DEPUTY*

## RULE 37 MOTION OF THE PLAINTIFF-INTERVENOR UNITED STATES TO COMPEL DISCOVERY RESPONSES OF THE DEFENDANT MERIDIAN PUBLIC SCHOOL DISTRICT

The Plaintiff-Intervenor United States respectfully moves this Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi, for an order compelling the defendant Meridian Public School District (hereinafter "the District") to provide answers and produce documents in response to the United States' First Set of Interrogatories and First Set of Document Requests (hereinafter referred to in the collective as "Discovery Requests"). The reasons in support of this Motion are more fully set forth in the attached Memorandum of Law In Support of Rule 37 Motion of the Plaintiff-Intervenor United States to Compel Discovery Responses of the District, including:

1.      The United States served the Meridian Public School District with the Discovery Requests on February 7, 2011, in order to obtain data, materials, and other information related to

racial disparities in student discipline, terminations of black employees, and the elimination of administrative positions held by black employees. The United States has received numerous complaints about all of these issues from parents and community members familiar with the District.

2.      The District has refused to provide the requested information on a voluntary basis and, instead, referred the United States to the discovery process to obtain the information sought.

3.      The District responded to the United States' Discovery Requests with a general objection that the Discovery Requests are premature and beyond the scope of the desegregation orders in this case. The District also responded with specific objections to many of the Discovery Requests.

4.      By the attached affidavit, the United States certifies that it has conferred with counsel for the District prior to filing this motion in an attempt to resolve this discovery dispute, but has been unsuccessful in its attempts to resolve the dispute.

5.      The United States therefore moves this Court to enter the attached Proposed Order to compel the District to provide responses to the United States' Discovery Requests. As a result of the District's failure to respond to the Discovery Requests, the United States remains unable to investigate the community's complaints fully as part of a thorough review of the District's compliance with the existing desegregation orders.


Filed: 7/28/2011                                    Respectfully submitted,

JOHN M. DOWDY, JR.                                  THOMAS E. PEREZ
United States Attorney                              Assistant Attorney General
                                                    Civil Rights Division
                                                    ANURIMA BHARGAVA, Chief
                                                    KATHLEEN S. DEVINE, Special Counsel
                                                    Educational Opportunities Section

ALFRED B. JERNIGAN, JR.
Assistant United States Attorney
Chief, Civil Division
U.S. Attorney's Office
United States Courthouse
501 E. Court Street, Ste. 4.430
Jackson, MS  39201
(601) 973-2820 direct
(601) 965-4032 fax
al.jernigan@usdoj.gov
MS Bar. No. 3088

s/ Allison R. Brown
ALLISON R. BROWN
RYAN C. WILSON
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, July 28, 2011, I mailed, postage prepaid, to each of the

following counsel of record, a copy of the foregoing Rule 37 Motion of the Plaintiff-Intervenor

United States to Compel Discovery Responses of the Defendant Meridian Public School District:


Holmes S. Adams
Adams and Reese LLP
111 E. Capitol Street, Suite 350
Jackson, Mississippi 39225-4297

Fred L. Banks, Jr.
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391

ALFRED B. JERNIGAN, JR.