IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
| Plaintiffs | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Civil Action No. 1300(E) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
| Defendants | ) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 28 2011
J T NOBLIN, CLERK
BY_____ DEPUTY

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file a Motion to Compel Discovery Responses of Defendant Meridian Public School District.

Counsel further certify that the motion is opposed by Defendant Meridian School District. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

This the 28th day of July, 2011

Respectfully submitted,

JOHN M. DOWDY, JR.
United States Attorney

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division
ANURIMA BHARGAVA, Chief
KATHLEEN S. DEVINE, Special Counsel
Educational Opportunities Section

_____
ALFRED B. JERNIGAN, JR.
Assistant United States Attorney

s/ Allison R. Brown
ALLISON R. BROWN
RYAN C. WILSON

Chief, Civil Division
U.S. Attorney's Office
United States Courthouse
501 E. Court Street, Ste. 4.430
Jackson, MS 39201
(601) 973-2820 direct
(601) 965-4032 fax
al.jernigan@usdoj.gov
MS Bar. No. 3088

Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092

s/ Holmes S. Adams
Attorney for Meridian School District
HOLMES S. ADAMS (MS State Bar No. 1126)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
601-292-0723
holmes.adams@arlaw.com

JOHN G. COMPTON (MS State Bar No. 6433)
Witherspoon & Compton
Post Office Box 845
Meridian, MS 39302-0845
601-693-6466
jcompton@witherspooncompton.com