



C.A. 1210
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 11 1969
ROBERT E. THOMAS, CLERK
W. Richmond DEPUTY

MERIDIAN PUBLIC SCHOOL SYSTEM



OFFICE OF EDUCATION

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
REGIONAL OFFICE  IV
Room 404, 50 Seventh Street, N. E.
Atlanta, Georgia   30323

Dr. L. O. Todd
Superintendent
Meridian Separate School District
Post Office Box 31
Meridian, Mississippi   39301

Dear Dr. Todd:

In accordance with the July 5, 1969 order of the United States
District Court for the Southern District of Mississippi, the
following desegregation plan for ending the dual system in the
Meridian Separate School District is submitted for your consider-
ation.

We wish to express our appreciation for the cooperation received
from you and your staff.

Sincerely yours,

Jesse J. Jordan
Senior Program Officer
Equal Educational Opportunities

184

COMPOSITE BUILDING INFORMATION FORM

DATE: 1968-69 — Meridian Municipal Separate School District

| Name of School | Grades | Capacity Perm. | Capacity W. Ports. | Students W | Students N | Students T | Staff W | Staff N | Staff T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Highland El. | 1-6 | 360 | | 327 | 4 | 331 | 12 | 1 | 13 | |
| Crestwood El. | 1-6 | 360 | | 331 | 4 | 335 | 11 | 1 | 12 | |
| Mountbarton El. | K-6 | 360 | | 326 | | 326 | 1 | 13 | 14 | |
| Parkview El. | 3-6 | 720 | | | 548 | 548 | 7 | 20 | 27 | |
| West Hills El. | 1-6 | 720 | | 682 | | 682 | 25 | 1 | 26 | 2 |
| TOTALS | | 12?? | | 6??? | 44?? | | ?? | 1? | 5?? | |

2

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

II.

RECOMMENDED PLAN FOR STUDENT DESEGREGATION

Recommendations

In order to establish a unitary school system in which schools may not
be identified by race, the following recommendations., to be effective
beginning with the 1969-70 and 1970-71 school year are hereby submitted:

School capacities, enrollment figures, and pupil locator maps were sup-
plied  by the Superintendent and his staff.  School capacities are based
on the number of available classrooms for each school as reported by
school officials and multiplied by 30 for both elementary and secondary
schools.

1969-70

Meridian High School:

1.  That Meridian High School become an 11-12 grade school, housing
    all 11-12 grade students in the system.

2.  That present 10th grade students now attending Meridian High
    School be assigned to Harris High School.

Harris High School:

3.  That Harris High School become a 10th grade school, housing
    all 10th grade students in the system.

4.  That Harris Junior College be discontinued (grades 13-14) and
    that students from Harris Junior College attend Meridian Muni-
    cipal Junior College, and that the additional space at the Harris
    School Center be available for Harris High School and Carver Jun-
    ior High School students.

Carver Junior High School:

5.  That Carver Junior High School become a 9th grade school, housing
    all 9th grade students in the school district.

6.  That facilities at the adjacent Harris High School and the former
    Harris Junior College (as recommended in this plan for merger with
    Meridian Municipal Junior College), be used to house any overflow
    of students at Carver Junior High School.

3

Northwest Junior High School:

    7.  That Northwest Junior High School become grades 7 and 8.

    8.  That this school's attendance area be zoned approximately as described below.

Griffin Junior  High School:

    9.  That Griffin Junior High School become grades 7-8.

    10.  That this school's attendance area be zoned approximately as described below.

Desegregation of Faculty and Other Staff:

Full desegregation of faculty and other staff in the grades affected by the possible interim assignments of students above, and district-wide desegregation of faculty and other staff in each school to at least 50% of the recommendation contained in Part I of Section III of this plan.

Other:

Implementation of Sections IV, V, VI and VII contained in this plan.

4-

DATE: PROJECTED 1969-70

SCHOOL FACILITIES INTEGRATION FORM

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity Perm. | Capacity W. Ports. | Students W | Students N | Students T | Staff W | Staff N | T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Meridian High School | 11-12 | 1900 | | 1025 | 547 | 1572 | | | | Additional available space at |
| Harris High School | 10 | 900 | | 566 | 360 | 926 | | | | Harris H.S. will house the Carver |
| Carver Jr. High School | 9 | 755 | | 560 | 360 | 920 | | | | over flow. |
| Northwest Jr. High | 7-8 | 1000 | | 512 | 425 | 937 | | | | |
| Griffin Jr. High | 7-8 | 1000 | | 513 | 425 | 938 | | | | |
| | | TOTAL - | | 3,176 | 2,117 | 5,293 | | | | |
| ALL OTHER SCHOOLS WILL MAINTAIN THEIR PRESENT ENROLLMENT AND GRADE STRUCTURE. | | | | | | | | | | |
| | | | | | | | | | | |

5

<u>1970-71</u>

<u>Magnolia Elementary School, Park View Elementary School, and Poplar Springs Elementary School Zones</u>:

    11.  That Magnolia, Park View, and Poplar Springs Elementary Schools be paired and include grades 1-6.

    12.  That Park View Elementary School become grades 1-2.

    13.  That Magnolia Elementary School become grades 3-4.

    14.  That Poplar Springs Elementary School become grades 5-6.

    15.  That these schools' attendance area be zoned approximately as described below.

<u>Witherspoon Elementary School</u>:

    16.  That Witherspoon Elementary School become grades 1-6.

    17.  That Witherspoon Elementary School attendance area be zoned approximately as described below.

<u>Crestwood Elementary School</u>:

    18.  That Crestwood Elementary School be grades 1-6.

    19.  That the Crestwood Elementary School attendance area be zoned approximately as described below.

<u>Mount Barton Elementary School</u>:

    20.  That Mount Barton Elementary School be grades 1-6.

    21.  That the Mount Barton Elementary School attendance area be zoned approximately as described below.

<u>Oakland Heights Elementary School</u>:

   22.  That Oakland Heights Elementary School be grades 1-6.

   23.  That the Oakland Heights Elementary School attendance area
be zoned approximately as described below.

<u>Chalk Elementary School</u>:

   24.  That Chalk Elementary School be grades 1-6.

   25.  That the Chalk Elementary School attendance area be zoned
approximately as described below.

<u>West End Elementary School</u>:

   26.  That West End Elementary School become grades 1-4.

   27.  That the West End Elementary School attendance area be zoned
approximately as described below.

<u>West Hills Elementary School</u>:

   28.  That West Hills Elementary School become grades 1-4.

   29.  That the West Hills Elementary School attendance area be
zoned approximately as described below.

<u>Highland Elementary School</u>:

   30.  That Highland Elementary School become grades 5-6.

   31.  That the Highland Elementary School attendance area be zoned
approximately as described below.

<u>Wechsler Elementary School</u>:

   32.  That Wechsler Elementary School become grades 1-4.

   33.  That the Wechsler Elementary School attendance area be zoned
approximately as described below.

<u>Marion Park Elementary School</u>:

   34.  That Marion Park Elementary School become grades 5-6.

   35.  That the Marion Park Elementary School attendance area be zoned
approximately as described below.

East End Elementary School:

36. That the present program at East End Elementary School for grades 1-2 be discontinued.

37. That the East End Elementary School facilities be used for special educational purposes, such as kindergarten, special education classes, instructional materials center, or other services deemed useful by the district school officials.

RECOMMENDED SCHOOL ATTENDANCE ZONES

Meridian High School (grades 11-12)

This school will serve all grade 11 - 12 students in the entire school system.

Harris High School (grade 10)

This school will serve all grade 10 students.

Carver Junior High School (grade 9)

This school will serve all grade 9 students.

Northwest Junior High School (grades 7-8)

This school will serve all grade 7-8 students in the school district residing north of the following described boundary:

> Begin at the southwestern boundary point at State Highway 19 and the west boundary of the school district, thence across the County eastward to Chandlen Road; east on Chandlen Road to Bounds Road; thence east on Bounds Road and Chandlen Road to State Boulevard; thence east and south on State Boulevard to Royal Road; thence east on Royal Road to 20th Street; thence east on 20th Street to 30th Avenue; south on 30th Avenue to 12th Street, east on 12th Street to 6th Street; east on 6th Street to 10th Avenue, and down 10th Avenue to the Southern Railroad; thence east on the Southern Railroad to the eastern boundary of the school district.

Griffin Junior High School (grades 7-8)

This school will serve all grade 7-8 students in the school district residing south of the boundary line described as the southern boundary line for the Northwest Junior High School.

Crestwood Elementary School (grades 1-6)

This school will serve all grade 1-6 students who reside south of Interstate Highways 59 and 20.

Mount Barton Elementary School (grades 1-6)

This school will serve all students in grades 1-6 who reside in the following described zone:

Mount Barton Elementary School (cont.)

Its southern boundary will be the northern boundary for Crest-wood Elementary School. The northern boundary, from east to west, begins at the Southern Railroad and the school district line, and continues west along the Southern Railroad at the intersection with the Illinois Central Railroad, then west along the Illinois Central Railroad to the western boundary of the school district; the eastern and western boundaries of this school zone will be the eastern and western school district boundaries.

Oakland Heights Elementary School (grades 1-6)

Begin the southern boundary line at the Illinois Central Rail-road and the western boundary line for the school district, moving east along the Illinois Central Railroad to 49th Avenue; thence move north on 49th Avenue to 5th Street, east on 5th Street and Pacific Street to 45th Avenue, north on 45th Avenue to Paulding Street, east on Paulding Street to 44th Avenue, north on 44th Avenue to 9th Street; thence west on 9th Street to 49th Avenue, south on 49th Avenue to 8th Street and State Highway 19, north-west on State Highway 19 to the western boundary for the school district; thence south on the western boundary for the school district to the Illinois Central Railroad, the point of origin.

Chalk Elementary School (grades 1-6)

Begin with the southern boundary at 49th Avenue and the Illinois Central Railroad crossing, thence east along the Illinois Central Railroad to 18th Avenue, north on 18th Avenue to 10th Street, west on 10th Street to 40th Avenue, north on 40th Avenue to 10th Street, west on 10th Street to 42nd Avenue, south on 42nd Avenue to 8th Street, west on 8th Street to 44th Avenue, south on 44th Avenue to Paulding Street, west on Paulding Street one block to 45th Avenue, south on 45th Avenue to Pacific Street, west on Pacific Street to 49th Avenue, south on 49th Avenue and back to the point of origin.

West End Elementary School (grades 1-4)

Begin at the western boundary point at State Highway 19 and 65th Avenue, thence south on Highway 19 to 8th Street and 9th Avenue, thence north on 9th Avenue to 9th Street, east on 9th Street to 44th Avenue, south on 44th Avenue to 8th Street, east on 8th

Street to 42nd Avenue, north on 42nd Avenue to 10th Street, east
on 10th Street to 33rd Avenue, north on 33rd Avenue to 22nd Street,
west on 22nd Street to 38th Avenue and Sowashee Creek, north along
Sowashee Creek to 26th Street, west on 26th Street to Highland
Avenue, south on Highland Avenue to 39th Avenue and 24th Street,
west on 24th Street to 49th Avenue, thence south on 49th Avenue
and across 21st and 20th Streets to State Boulevard; southeast on
State Boulevard to 45th Avenue, south on 45th Avenue to 15th Street,
west on 15th Street, across 52nd Avenue, and due west across country
to the point of origin.

## West Hills Elementary School (grades 1-4)

The eastern boundary will begin at Old Kings Road and the northern
boundary of the school district, thence south on Old Kings Road to
38th Street, east on 38th Street to 40th Avenue, south on 40th Avenue
to 37th Street, east on 37th Street to 36th Avenue, north on 36th
Avenue to 38th Street, east on 38th Street to 35th Avenue, south on
35th Avenue to Sowashee Creek and 26th Street; west on 26th Street
to Highland Avenue, south on Highland Avenue to 24th Street, west
on 24th Street to 45th Avenue, thence south on 45th Avenue and
across country to 20th Street at State Boulevard, southeast on
State Boulevard to 45th Avenue, south on 45th Avenue to 15th Street,
west on 15th Street across 52nd Avenue and thence due west to State
Highway 19, thence from 65th Avenue, northwest along State Highway
19 to the west boundary of the school district. Thence north on
the school district boundary line to the northwest corner of the
school district boundary line, thence east on the northern boundary
of the school district to the point of origin.

## Marion-Parks Elementary School (grades 5-6)

Begin at the eastern boundary at 10th Street and 23rd Avenue, moving
north on 23rd Avenue to 36th Street, west on 36th Street to 35th Avenue,
north on 35th Avenue to 38th Street, west on 38th Street to 36th Avenue,
south on 36th Avenue to 37th Street, west on 37th Street to 40th Avenue,
north on 40th Avenue to 38th Street, west on 38th Street to Old Kings
Road, north on Old Kings Road to the northern boundary of the school
district. Thence west on the school district line to the western
boundary of the school district; thence south on the school district
line to State Highway 19, thence due east across country to Chandlen
Road, thence east to State Boulevard, east on State Boulevard to 30th
Street, east on 30th Street to 39th Avenue, south on 39th Avenue to
26th Street, east on 26th Street to Sowashee Creek, south along Sowa-
shee Creek and across 38th Avenue to 22nd Street, east on 22nd Street
to 33rd Avenue, south on 33rd Avenue to 10th Street, east on 10th
Street to 23rd Avenue, and back to the point of origin.

## Highland Elementary School (grades 5-6)

Begin in the southwest at the intersection of State Highway 19 and the western boundary of the school district, moving southeast on Highway 19 to 8th Street and 49th Avenue, north on 49th Avenue to 9th Street, east on 9th Street to 44th Avenue, south on 44th Avenue to 8th Street, east on 8th Street to 42nd Avenue, north on 42nd Avenue to 10th Street, east on 10th Street to 33rd Avenue, north on 33rd Avenue to 22nd Street, thence follow the southern boundary of the Marion Parks School zone westward and back to the point of origin at State Highway 19.

## Wechsler Elementary School (grades 1-4)

Begin in the southwest at 10th Street and 33rd Avenue, moving east on 10th Street to 23rd Avenue, north on 23rd Avenue to 36th Street, west on 36th Street to 35th Avenue, south on 35th Avenue and along Sowashee Creek to 22nd Street, east on 22nd Street to 33rd Avenue, and south on 33rd Avenue to 10th Street, back to the point of origin.

## Witherspoon Elementary School (grades 1-6)

Begin at 23rd Avenue and 10th Street, moving east on 10th Street to 18th Avenue, south on 18th Avenue to Illinois Central Railroad, east along Illinois Central Railroad to its intersection with the Southern Railroad, east along the Southern Railroad to U. S. Highways 80 and 11; west across country to 19th Avenue, west on 19th Avenue to Marion Road, south on Marion Road to 19th Street, west on 19th Street to 23rd Avenue, and south on 23rd Avenue, back to 10th Street, the point of origin.

## Poplar Springs, Park View and Magnolia Elementary Schools (paired zone grades 1-6)

Begin at 23rd Avenue and 19th Street, moving east on 19th Street to U. S. Highway 45, thence across country to the Southern Railroad, east along the Southern Railroad to the eastern boundary of the school district, north on the school district boundary to the northern boundary of the school district, west along the northern boundary of the school district to Old Kings Road, south on Old Kings Road to 38th Street, thence east just north of 37th Street to 38th Street, east on 38th Street to 35th Avenue, south on 35th Avenue to 36th Street, east on 36th Street to 23rd Avenue, and south on 23rd Avenue, back to 19th Street, the point of origin.

<u>Transportation</u>:

Statistics furnished by the Meridian Municipal Separate School District Superintendent's office indicate that 526 students are transported by buses.  Ten buses are provided by the school district to transport the students.  The percentage of students transported is 4.9%.

... ... ... INFORMATION FORM

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

NA. E: PROJECTED 1970-71

| Name of School | Grades | Capacity Perm. | Capacity N. Ports. | Students W | Students N | Students T | Staff W | Staff N | Staff T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Meridian High School | 11-12 | 1900 | | 1025 | 547 | 1572 | | | | |
| Harris High School | 10 | 900 | | 566 | 360 | 926 | | | | Additional Available space at |
| Carver Jr. High S. | 9 | 755 | | 560 | 360 | 920 | | | | Harris will house the Carver overflow |
| Northwest Jr. High | 7-8 | 1000 | | 512 | 425 | 937 | | | | |
| Griffin Jr. High | 7-8 | 1000 | | 513 | 425 | 938 | | | | |
| Crestwood Elem. | 1-6 | 360 | | 300 | 44 | 344 | | | | |
| Mount Bartow Elem. | 1-6 | 360 | | 110 | 252 | 362 | | | | |
| Oakland Heights Elem. | 1-6 | 570 | | 400 | 150 | 550 | | | | |
| Chalk Elem. | 1-6 | 450 | | 270 | 125 | 395 | | | | |
| West End Elem. | 1-4 | 720 | | 274 | 268 | 542 | | | | |
| West Hills Elem. | 1-4 | 720 | | 430 | 120 | 550 | | | | |
| Highland Elem. | 5-6 | 360 | | 156 | 174 | 330 | | | | |
| Wechsler Elem. | 1-4 | 510 | | 174 | 304 | 478 | | | | |

DATE: PROJECTED 1970-71

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity | | Students | | | Staff | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Perm. | W.Ports. | W | N | T | W | N | T | |
| Marion Park Elem. | 5-6 | 390 | | 242 | 167 | 409 | | | | |
| Poplar Spring Elem. | 5-6 | 570 | | 186 | 269 | 455 | | | | |
| Parkview Elem. | 1-2 | 720 | | 186 | 267 | 453 | | | | |
| Magnolia Elem. | 3-4 | 550 | | 186 | 234 | 420 | | | | |
| Witherspoon Elem. | 1-6 | 420 | | 230 | 90 | 320 | | | | |
| TOTAL | | | | 6320 | 4581 | 10,901 | | | | |

Differences in enrollment totals for 1968-69 and 1969-70 are due to use of projected figures for 1969-70.

15

III.

## DESEGREGATION OF FACULTY AND OTHER STAFF

The School Board shall announce and implement the following policies:

1. The principals, teachers, teacher-aides and other staff who work directly with children at a school shall be so assigned for the school year 1970-71 and subsequent years that in no case will the racial composition of a staff indicate that a school is intended for Negro students or white students. For the 1970-71 school year the district shall assign the staff described above so that the ratio of Negro to white teachers in each school, and the ratio of other staff in each, are substantially the same as each such ratio is to the teachers and other staff, respectively, in the entire school system.

The school district shall, to the extent necessary to carry out this desegregation plan, direct members of its staff as a condition of continued employment to accept new assignments.

2. Staff members who work directly with children, and professional staff who work on the administrative level will be hired, assigned, promoted, paid, demoted, dismissed, and otherwise treated without regard to race, color, or national origin, except to the extent necessary to correct discrimination.

3. If there is to be a reduction in the number of principals, teachers, teacher-aides, or other professional staff employed by the school district which will result in a dismissal or demotion of any such staff members, the staff member to be dismissed or demoted must be selected on the basis of objective and reasonable non-discriminatory standards from among all the staff of the school district. In addition if there is any such dismissal or demotion, no staff vacancy may be filled through recruitment of a person of a race, color, or national origin different from that of the individual dismissed or demoted, until each displaced staff member who is qualified has had an opportunity to fill the vacancy and has failed to accept an offer to do so.

Prior to such a reduction, the school board will develop or require the development of non-racial objective criteria to be used in selecting the staff member who is to be dismissed or demoted. These criteria shall be available for public inspection and shall be retained by the school district. The school district also shall record and preserve the evaluation of staff members under the criteria. Such evaluation shall be made available upon request to the dismissed or demoted employee.

"Demotion" as used above includes any reassignment (1) under which the staff member receives less pay or has less responsibility than under the assignment he held previously, (2) which requires a lesser degree of skill than did the assignment he held previously, or (3) under which the staff member is asked to teach a subject or grade other than one for which he is certified or for which he has had substantial experience within a reasonably current period. In general and depending upon the subject matter involved, five years is such a reasonable period.

## IV.

### TRANSPORTATION

The transportation system shall be completely re-examined regularly by
the superintendent, his staff, and the school board.  Bus routes and the
assignment of students to buses will be designed to insure the transpor-
tation of all eligible pupils on a non-segregated and otherwise non-
discriminatory basis.

## V.

### SCHOOL CONSTRUCTION AND SITE SELECTION

The size and location of new school buildings and additions to existing
buildings can significantly affect desegregation now and in the future.

All school construction, school consolidation, and site selection (including
the location of any temporary classrooms) in this system shall be done in a
manner which will prevent the recurrence of the dual school structure once
this desegregation plan is implemented.

## VI.

### MAJORITY TO MINORITY TRANSFER POLICY

Whenever there shall exist schools containing a majority of Negro students,
this school district shall permit a student (Negro or white) attending a
school in which his race is in the majority to choose to attend another
school where space is available, and where his race is in a minority.

17

VII.

## ATTENDANCE OUTSIDE SYSTEM OF RESIDENCE

If the School District grants transfers to students living
in the district for their attendance at public schools outside
the district, or if it permits transfers into the district of
students who live outside the district, it shall do so on a
non-discriminatory basis, except that it shall not consent to
transfers where the cumulative effect will reduce desegregation
in either district or reinforce the dual school system.

VIII.

## SUGGESTIONS FOR PLAN IMPLEMENTATION

Successful implementation of desegregation plans largely depends upon local
leadership and good faith in complying with mandates of the Courts and the
laws upon which the Courts act.  The following suggestions are offered to
assist local officials in planning for implementation of desegregation orders.

### Community

1. The Superintendent and Board of Education should frankly and fully
   inform all citizens of the community about the legal requirements
   for school desegregation and their plans for complying with these
   legal requirements.

2. The Board of Education should issue a public statement clearly
   setting forth its intention to abide by the law and comply with
   orders of the Court in an effective and educationally responsible
   manner.

3. School officials should seek and encourage support and understanding
   of the press and community organizations representing both races.

4. The Board of Education, or some other appropriate governmental unit,
   should establish a bi-racial advisory committee to advise the Board
   of Education and its staff throughout the implementation of the
   desegregation plan.  Such committee should seek to open up community
   understanding and communication, to assist the Board in interpreting
   legal and educational requirements to the public.

5. The Superintendent should actively seek greater involvement of parents
   of both races through school meetings, newsletters, an active and bi-
   racial P.T.A., class meetings, parent conferences, and through home
   visits by school personnel.

6. The Superintendent and Board of Education should regularly report to
   the community on progress in implementing the desegregation plan.

### School Personnel

1. The Superintendent should provide all personnel copies of the
   desegregation plan and arrange for meetings where the personnel
   will have an opportunity to hear it explained.

2. The Board of Education should issue a policy statement setting forth
   in clear terms the procedures it will follow in reassignment of the
   personnel (see section on Desegregation of Staff).

3. Assignments of staff for the school year should be made as quickly as possible with appropriate followings by school principals to assure both welcome and support for personnel new to each school. Invitations to visit school before the new school year begins should be offered.

4. The Superintendent should see that a special orientation program is planned and carried out for both the professional and non-professional staffs (including bus drivers, cafeteria workers, secretaries and custodians) preparatory to the new school year. He should make every effort to familiarize new and reassigned staff with facilities, services, and building policies, and prepare them to carry out their important role in a constructive manner. The Superintendent should direct each principal to see that each teacher new to a school is assigned for help and guidance to a teacher previously assigned to that school. Each such pair of teachers should have an opportunity to meet before the school year actually begins.

5. The Superintendent should arrange an in-service training program during the school year to assist personnel in resolving difficulties and improving instruction throughout the implementation period. Help in doing this is available from the South Mississippi In-Service Consulting Center at Hattiesburg, Mississippi.

6. It is important that, through personal observations, students see that nonprofessional service positions in their schools are not for members of one race and that harmonious working relationships can exist between members of both races. The Superintendent and Board of Education should therefore take all necessary steps to assure that all staffs are bi-racial.

Instructional Program

1.  Each principal should be required to appoint biracial faculty
    committees to study and, as necessary, revise each area of the
    curriculum to assure better learning opportunities for all stu-
    dents.  This should become a continuous activity in each school
    and throughout the district.

2.  Student evaluation policies and procedures should be reviewed
    continuously for areas in need of improvement and adjustment to
    encourage the educational growth and motivation of students.

3.  Remedial programs in reading and mathematics skills, as appro-
    priate, should be introduced and/or expanded for all students
    in need of special help.  Such a program should supplement reg-
    ular course offerings and assignments of students.

4.  Grouping procedures should be reviewed and revised as necessary
    to assure they support the spirit as well as letter of desegre-
    gation plan the district has accepted responsibility for imple-
    menting in good faith.

5.  Participation in extracurricular activities by students of
    both races should be actively encouraged by administrators and
    teachers as a means for developing school spirit and a feeling
    of belonging.

6.  School organizations - student government, cheerleaders, musi-
    cal organizations, athletic teams must be operated on a nondis-
    criminatory basis and should include students of both races.

7.  Guidance counselors should be oriented and urged to plan a
    leading role in successful implementation of the desegregation
    plan.

8.  The curriculum should be reviewed and, as necessary, revised
    to provide recognition of Negro history, culture and contri-
    butions to our society.  Library books which deal with such
    subjects should be added to school book collections.

9.  Vocational education offerings should be reviewed and improved
    as a means of providing students of both races with education
    relevant to vocational interests and as a means of reducing
    dropouts.

10. Headstart or similar preschool programs for children of both races should be implemented.

11. Use of Federal and State education funds should be planned comprehensively for maximum educational benefit to all eligible children.

## STUDENTS

1. The Superintendent should direct each principal to hold special orientation programs welcoming students who will be new to a school, before the regular school year begins.

2. The Superintendent should require each principal to see that students are frankly and fully informed about the desegregation plan and their responsibilities to help carry it out. Each principal should seek to establish rapport and communication links with new students to encourage mutual understanding and confidence.

3. The Superintendent should direct each principal to establish a student-faculty human relations committee representing both races to aid in the successful implementation of desegregation.

4. All school staff and members of the student body should exert extra effort to assure the full participation of all students of both races in extra-curricular programs, including when appropriate the provision of a "late bus" for those staying after school to participate in such programs.

5. Each principal should request teachers to make themselves available to students outside of regular class for counseling and extra instructional help.

IX.

## RESOURCES FOR ASSISTANCE

In addition to the regular resources for assistance
available to school officials, districts developing
or carrying out plans of desegregation in Mississippi
may call upon the following agencies for help:

> South Mississippi In-Service Consulting
>   Center
> University of Southern Mississippi
> Southern Station
> Hattiesburg, Mississippi 39401
>     Phone: (601) 266-7150
>
> Division of Equal Educational Opportunities
> U. S. Office of Education
> 50 Seventh Street, N. E., Room 404
> Atlanta, Georgia 30323
>     Phone: (404) 526-3076

23

## BUILDING INFORMATION

Name of School   Meridian High School

Address   2320 31 Street, Meridian, Mississippi  39301

Name of Principal   Charles A. Armstrong

Grades in School 10,11,12   Number of Permanent Teaching Stations   69

State Rated Capacity  1,900   Maximum Building Capacity  1,900
(without portables)

Portable and Temporary Classrooms   None

Current Student Enrollment 1,521 , 201 , 1,722
White   Negro   Total

Total Student Enrollment   1,722

Number of Teachers   79 , , 79
White   Negro   Total

Other Professional Personnel   12 , , 12
White   Negro   Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | | | | | | | | | | | | | | | | | | | | 549 | 76 | 470 | 64 | 502 | 61 | 1,521 | 201 |
| Total | | | | | | | | | | | | | | | | | | | | | 625 | | 534 | | 563 | | 1,722 | |

Number of Students Transported   48

Age of Building  1937,1951, 1964   Type of Construction   Brick

Number of Portable Classrooms   None

Number of Temporary Classrooms   None

Number of Square Feet in Building  Not available

Number of Acres in School Site  39

Attach a list of the subjects or courses offered. Business Education, Distributive Edn., Driver Education, English, Speech, Remedial Reading, Foreign Languages, Home Economics, Industrial Arts, Mathematics, Science, Social Studies, Trade and Industrial Fine Arts, Special Edn., Group Guidance, Health & Physical Education

*This figure does not include 30 students in Special Education

*M.*

## BUILDING INFORMATION

Name of School __Harris High School__

Address __3951 12 Street, Meridian, Mississippi  39301__

Name of Principal __W. A. Reed, Jr.__

Grades in School __10, 11, 12__ Number of Permanent Teaching Stations _____

State Rated Capacity __900__ Maximum Building Capacity __900__
<br>(without portables)

Portable and Temporary Classrooms __None__

Current Student Enrollment _____ , __580__ , __580__
<br>White · · · · · · · · · · · Negro · · · · · · · · · · · Total

Total Student Enrollment __580__

Number of Teachers __2__ , __29__ , __31__
<br>White · · · · · · · · · · · Negro · · · · · · · · · · · Total

Other Professional Personnel _____ , __5__ , __5__
<br>White · · · · · · · · · · · Negro · · · · · · · · · · · Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | | | | | | | | 216 | | 186 | | 178 | | 580 |
| | | | | | | | | | | | | | | | | | | | | 216 | | 186 | | 178 | | 580 |

Number of Students Transported __48__

Age of Building __1936, 1951, 1959, 1964, 1968__ Type of Construction __Masonry__

Number of Portable Classrooms __None__

Number of Temporary Classrooms __None__

Number of Square Feet in Building __Not available__

Number of Acres in School Site __21__

Attach a list of the subjects or courses offered.  Business Education, Driver Education, English, Speech, Remedial Reading, Foreign Language, Home Economics, Industrial Arts, Education Mathematics, Science, Social Studies, Trade & Industrial, Fine Arts, Health and Physical Education, Group Guidance *etc...*

## BUILDING INFORMATION

Name of School_____Carver Jr. High School_____

Address_____900 44 Avenue, Meridian, Miss. 39301_____

Name of Principal_____B. L. Sykes_____

Grades in School_7-8-9___ Number of Permanent Teaching Stations___31___

State Rated Capacity___755___ Maximum Building Capacity___755___
                                                      (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment_____, ___674___, ___674___
                             White          Negro       Total

Total Student Enrollment___674___

Number of Teachers___1___, ___32___, ___33___
                    White        Negro        Total

Other Professional Personnel_____, ___3___, ___3___
                               White      Negro      Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | | | | | | | | | | | | 232 | | 205 | | 207 | | | | | | | | 644 | * |
| Total | | | | | | | | | | | | | 232 | | 205 | | 207 | | | | | | | | 644 | |

Number of Students Transported___22___

Age of Building_1966___ Type of Construction___Brick and Concrete___

Number of Portable Classrooms___None___

Number of Temporary Classrooms___None___

Number of Square Feet in Building___Not available___

Number of Acres in School Site___6___

Attach a list of the subjects or courses offered.    English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art, Physical Education, Homemaking.

26

r٢

## BUILDING INFORMATION

Name of School ___Kate Griffin Junior High School___

Address ___2814 Davis Street, Meridian, Miss. 39301___

Name of Principal ___Carlos Corley___

Grades in School _7,8,9_   Number of Permanent Teaching Stations ___40___

State Rated Capacity _1,000_   Maximum Building Capacity _1,000_
                                                    (without portables)

Portable and Temporary Classrooms ___None___

Current Student Enrollment ___745___, ___65___, ___810___
                              White        Negro      Total

Total Student Enrollment ___810___

Number of Teachers ___36___, _____, ___36___
                      White        Negro        Total

Other Professional Personnel ___4___, _____, ___4___
                                White      Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | 242 | 22 | 243 | 17 | 246 | 26 | | | | | | | 731 | 65 |
| | | | | | | | | | | | | | 264 | | 260 | | 272 | | | | | | | | 796 | |

Number of Students Transported ___82___
                    1923, 1951,
Age of Building _1965_   Type of Construction ___Masonry___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___6___

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art, Physical Education, Homemaking.

Fig 34

## BUILDING INFORMATION

Name of School  Magnolia Jr. High School

Address  1350 24 Street, Meridian, Miss.  39301

Name of Principal  Mrs. Hannah Basley

Grades in School 7, 8, 9  Number of Permanent Teaching Stations

State Rated Capacity  550  Maximum Building Capacity  550
(without portables)

Portable and Temporary Classrooms  None

Current Student Enrollment _____, 441 , 441
White              Negro        Total

Total Student Enrollment  441

Number of Teachers  5 , 17 , 22
White              Negro        Total

Other Professional Personnel _____, 3 , 3
White              Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | 167 | | 147 | | 127 | | | | | | | | 441 |
| | | | | | | | | | | | | | 167 | | 147 | | 127 | | | | | | | | 441 | |

Number of Students Transported  51

Age of Building  1959  Type of Construction  Masonry

Number of Portable Classrooms  None

Number of Temporary Classrooms  None

Number of Square Feet in Building  Not available

Number of Acres in School Site  36  (Share with Magnolia Park)

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

28

F174

## BUILDING INFORMATION

Name of School _____ Northwest Junior High School _____

Address _____ 4400 32 Street, Meridian, Mississippi _____ 39301 _____

Name of Principal _____ Mr. George Cannon _____

Grades in School 7, 8, 9 ___ Number of Permanent Teaching Stations 39 _____

State Rated Capacity 885 ___ Maximum Building Capacity 1,000 _____
                                                          (without portables)

Portable and Temporary Classrooms _____ None _____

Current Student Enrollment 958 ___, _____, 958
                            White           Negro        Total

Total Student Enrollment 958 _____

Number of Teachers 39 ___, 2 ___, 41
                   White      Negro      Total

Other Professional Personnel 4 ___, _____, 4
                             White         Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Tot-al | | | | | | | | | | | | | 306 | 332 | | 320 | | | | | | | | | 958 | |
| | | | | | | | | | | | | | 306 | | 332 | | 320 | | | | | | | | 958 | |

Number of Students Transported 4 _____

Age of Building 1959 ___ Type of Construction _____ Masonry _____

Number of Portable Classrooms None _____

Number of Temporary Classrooms _____ None _____

Number of Square Feet in Building _____ Not available _____

Number of Acres in School Site 37 _____

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

29

*Mer.*

## BUILDING INFORMATION

Name of School __Chalk Elementary School__

Address _____ 3901 7 Street, Meridian, Mississippi    39301 _____

Name of Principal __Mrs. Kizzie Culpepper__

Grades in School __1 - 6__   Number of Permanent Teaching Stations __15__

State Rated Capacity __450__   Maximum Building Capacity __450__
(without portables)

Portable and Temporary Classrooms __None__

Current Student Enrollment __220__ , __91__ , __311__
White          Negro          Total

Total Student Enrollment __311__

Number of Teachers __12__ , _____ , __12__
White          Negro          Total

Other Professional Personnel __1 1/2__ , __1/2__ , __2__
White          Negro          Total

### Enrollment by Grades

|     | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|     | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|     | 41 | 21 | 36 | 11 | 32 | 19 | 36 | 12 | 39 | 16 | 36 | 12 | | | | | | | | | | | | | 220 | 91 |
| Total | 62 | | 47 | | 51 | | 48 | | 55 | | 48 | | | | | | | | | | | | | | 311 | |

Number of Students Transported _____ None _____
1951

Age of Building __888, 1930__   Type of Construction __Masonry__

Number of Portable Classrooms _____ None _____

Number of Temporary Classrooms _____ None _____

Number of Square Feet in Building _____ Not available _____

Number of Acres in School Site _____ One City Block _____

Attach a list of the subjects or courses offered.

Standard Elementary

*Pg.3*

## BUILDING INFORMATION

Name of School___CRESTWOOD ELEMENTARY SCHOOL___

Address_____301 22nd Avenue Heights, Meridian, Mississippi 39301___

Name of Principal__Mrs. Ruby Reese___

Grades in School_1 - 6____Number of Permanent Teaching Stations_12 + 2 for Kindergarten

State Rated Capacity____360___Maximum Building Capacity_____360___
(without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment___331___,____4____,___335___
White / Negro / Total

Total Student Enrollment_____335_____

Number of Teachers____10_____,____1_____,___11___
White / Negro / Total

Other Professional Personnel__1 1/2___,_____,___1 1/2___
White / Negro / Total

### Enrollment by Grades

|      | 1st |   | 2nd |   | 3rd |   | 4th |   | 5th |   | 6th |   | 7th |   | 8th |   | 9th |   | 10th |   | 11th |   | 12th |   | Total |   |
|------|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|------|---|------|---|------|---|-------|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      | 57 | 1 | 55 |   | 52 | 1 | 61 |   | 47 | 1 | 59 | 1 |   |   |   |   |   |   |   |   |   |   |   |   | 331 | 4 |
| Total | 58 |   | 55 |   | 53 |   | 61 |   | 48 |   | 60 |   |   |   |   |   |   |   |   |   |   |   |   |   | 335 |   |

Number of Students Transported_____98_____

Age of Building___1965___Type of Construction_____Masonry_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building__Not available____

Number of Acres in School Site_____23_____

Attach a list of the subjects or courses offered.

Standard Elementary

*31*

May.

## BUILDING INFORMATION

Name of School___East End Elementary School___

Address___2124 11 Avenue, Meridian, Mississippi___

Name of Principal___Mrs. Allie Faye Turner___

Grades in School___1, 2___ Number of Permanent Teaching Stations___10 + 2 Kindergarten

State Rated Capacity___300___ Maximum Building Capacity___300___
                                                    (without portables)

Portable and Temporary Classrooms  None

Current Student Enrollment_____, ___307___, ___307___
                            White          Negro          Total

Total Student Enrollment_____ 322

Number of Teachers___2___, ___10___, ___12___
                     White      Negro      Total

Other Professional Personnel___1___, ___1___, ___2___
                               White      Negro     Total

### Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      |   | 174 |   | 133 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 307 |
| Total | 174 | | 133 | |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 307 |

Number of Students Transported___10___
                        1968
Age of Building 1924-1951   Type of Construction  Wood and Masonry


Number of Portable Classrooms___None___

Number of Temporary Claserooms___None___

Number of Square Feet in Building___Not available___

Number of Acres in School Site___6___

Attach a list of the subjects or courses offered.

Standard Elementary

* This figure does not include 15 students in Special Education.

32

M. 2*

## BUILDING INFORMATION

Name of School_____ HIGHLAND ELEMENTARY SCHOOL

Address_____ 1925 35 Avenue, Meridian, Mississippi 39301

Name of Principal_____ Mrs. Carol Harrington

Grades in School _1 - 6._ Number of Permanent Teaching Stations _12_

State Rated Capacity _360_ Maximum Building Capacity _360_
(without portables)

Portable and Temporary Classrooms_____ None

Current Student Enrollment _327_ , _4_ , _331_
White / Negro / Total

Total Student Enrollment _331_

Number of Teachers _10_ , , _10_
White / Negro / Total

Other Professional Personnel _1 1/2_ , _1 1/2_ , _3_
White / Negro / Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 49 | 1 | 58 | | 58 | | 65 | 2 | 43 | 1 | 54 | | | | | | | | | | | | | | 327 | 4 |
| Total | 50 | | 58 | | 58 | | 67 | | 44 | | 54 | | | | | | | | | | | | | | 331 | |

Number of Students Transported_____ None

Age of Building _1912 - 1951_ Type of Construction _Masonry_

Number of Portable Classrooms_____ None

Number of Temporary Classrooms_____ None

Number of Square Feet in Building _Not available_

Number of Acres in School Site _1 1/2_

Attach a list of the subjects or courses offered.

Standard Elementary

33

M₁

## BUILDING INFORMATION

Name of School     Marion Park Elementary School

Address          2815 25 Street, Meridian, Mississippi   39301

Name of Principal    Mrs. Louise B. Vaughan

Grades in School 1 - 6     Number of Permanent Teaching Stations    13

State Rated Capacity  390     Maximum Building Capacity   390
                                    (without portables)

Portable and Temporary Classrooms       None

Current Student Enrollment   208   ,   36   ,   244
                        White       Negro       Total

Total Student Enrollment          244

Number of Teachers      9      ,       ,   9
                    White       Negro       Total

Other Professional Personnel 1 1/2 ,   1/2   ,   2
                        White       Negro       Total

### Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      | 30 | 4 | 29 | 5 | 29 | 6 | 34 | 7 | 40 | 6 | 46 | 8 | | | | | | | | | | | | | 208 | 36 |
| Total | 34 | | 34 | | 35 | | 41 | | 46 | | 54 | | | | | | | | | | | | | | 244 | |

Number of Students Transported     none

Age of Building 1924-1951   Type of Construction   Masonry

Number of Portable Classrooms     None

Number of Temporary Classrooms     None

Number of Square Feet in Building   Not available

Number of Acres in School Site   7

Attach a list of the subjects or courses offered.

Standard Elementary

34

## BUILDING INFORMATION

Name of School____MOUNT  BARTON ELEMENTARY SCHOOL_____

Address_____2900  St. Paul Street, Meridian, Mississippi  39301____

Name of Principal____Mrs. Hyweeda Robinson_____

Grades in School___K - 6____Number of Permanent Teaching Stations___12 + 2 for Kindergarten

State Rated Capacity____360___Maximum Building Capacity__325 (desirable)__
                                                         (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment_____,____326____,_____326_____
                              White            Negro          Total

Total Student Enrollment___326_____

Number of Teachers_____,_____12___,_____12_____
                      White          Negro        Total

Other Professional Personnel____1____,____1____,____2____
                                 White      Negro     Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 51 | | 50 | | 36 | | 56 | | 53 | | 70 | | | | | | | | | | | | | | | | 326 |
| Total | 51 | | 60 | | 36 | | 56 | | 53 | | 70 | | | | | | | | | | | | | | | 326 | |

Number of Students Transported___None_____

Age of Building__1951-1967_Type of Construction__Masonry____


Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building__Not available_____

Number of Acres in School Site_____16_____

Attach a list of the subjects or courses offered.


Standard Elementary

F-124

## BUILDING INFORMATION

Name of School    OAKLAND HEIGHTS ELEMENTARY SCHOOL

Address    601 59 Avenue, Meridian, Mississippi    39301

Name of Principal    Mrs. Mary Alice Oliver

Grades in School – 6    Number of Permanent Teaching Stations   19

State Rated Capacity    570    Maximum Building Capacity    570
                                                            (without portables)

Portable and Temporary Classrooms    None

Current Student Enrollment    553    ,    ,    553
                              White            Negro          Total

Total Student Enrollment    553

Number of Teachers    18    ,    1    ,    19
                      White          Negro          Total

Other Professional Personnel    1    ,    1    ,    2
                                White        Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 103 | 100 | 88 | 99 | 93 | 70 | | | | | | | | | | | | | | | | | | | 553 | |
| Total | 103 | 100 | 88 | 99 | 93 | 70 | | | | | | | | | | | | | | | | | | | 553 | |

Number of Students Transported    114

Age of Building 1951-60's   Type of Construction    Masonry


Number of Portable Classrooms    None

Number of Temporary Classrooms    None

Number of Square Feet in Building    Not available

Number of Acres in School Site    9

Attach a list of the subjects or courses offered.

Standard Elementary

36

*Mir.*

## BUILDING INFORMATION

Name of School ___Parkview Elementary School___

Address ___1225 26 Street, Meridian, Mississippi    39301___

Name of Principal ___Mrs. Illean Wilson Temple___

Grades in School _3,4,5,6_  Number of Permanent Teaching Stations ___24___

State Rated Capacity _720_  Maximum Building Capacity ___720___
(without portables)

Portable and Temporary Classrooms ___None___

Current Student Enrollment _____, ___548___, ___548___
                             White        Negro        Total

Total Student Enrollment ___562___

Number of Teachers ___5___, ___19___, ___24___
                      White        Negro        Total

Other Professional Personnel ___2___, ___1___, ___3___
                         White        Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | 118 | | 131 | | 142 | | 157 | | | | | | | | | | | | | | | 548 |
| Total | | | | | | 118 | | 131 | | 142 | | 157 | | | | | | | | | | | | | | | 548 |

Number of Students Transported ___9___

Age of Building _1963_  Type of Construction ___Masonry___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___36___

Attach a list of the subjects or courses offered.

  Standard Elementary

  \* This figure does not include 14 students in Special Education

P-204

## BUILDING INFORMATION

Name of School___POPLAR SPRINGS ELEMENTARY SCHOOL_____

Address_____4101  27 Avenue, Meridian, Mississippi  39301_____

Name of Principal___Miss Allene Woodall_____

Grades in School___1 - 6___ Number of Permanent Teaching Stations_____19___

State Rated Capacity___570___ Maximum Building Capacity_____570____
(without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment____558____, _____, ____558____
White           Negro          Total

Total Student Enrollment_____558_____

Number of Teachers_____17_____, _____1_____, _____18_____
White           Negro          Total

Other Professional Personnel__1 1/2__, __1 1/2__, ___3___
White           Negro          Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 86 | | 73 | | 106 | | 101 | | 92 | | 100 | | | | | | | | | | | | | | 558 | |
| Tot-al | 86 | | 73 | | 106 | | 101 | | 92 | | 100 | | | | | | | | | | | | | | | 558 |

Number of Students Transported_____4_____

Age of Building_1951-60's_ Type of Construction____Masonry____

Number of Portable Classrooms____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building_____Not available_____

Number of Acres in School Site____16_____

Attach a list of the subjects or courses offered.

Standard Elementary

29

## BUILDING INFORMATION

Name of School ___ WEST HILLS ELEMENTARY SCHOOL ___

Address ___ 4100 32 Street, Meridian, Mississippi  39301 ___

Name of Principal ___ Mrs. Ruth Majure ___

Grades in School ___ - 6 ___   Number of Permanent Teaching Stations ___ 24 ___

State Rated Capacity ___ 720 ___   Maximum Building Capacity ___ 720 ___
(without portables)

Portable and Temporary Classrooms ___ None ___

Current Student Enrollment ___ 682 ___ , ___ , ___ 682 ___
                           White         Negro         Total

Total Student Enrollment ___ 682 ___

Number of Teachers ___ 22 ___ , ___ 1 ___ , ___ 23 ___
                 White         Negro         Total

Other Professional Personnel ___ 3 ___ , ___ , ___ 3 ___
                 White         Negro         Total

### Enrollment by Grades

|  | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|  | 110 | | 115 | | 121 | | 105 | | 110 | | 121 | | | | | | | | | | | | | | | 682 | |
| Total | 110 | | 115 | | 121 | | 105 | | 110 | | 121 | | | | | | | | | | | | | | | 682 | |

Number of Students Transported ___ None ___

Age of Building 1959-60's   Type of Construction ___ Masonry ___

Number of Portable Classrooms ___ None ___

Number of Temporary Classrooms ___ None ___

Number of Square Feet in Building ___ Not available ___

Number of Acres in School Site ___ 37 (Shares site with NW Jr. High School) ___

Attach a list of the subjects or courses offered.

Standard Elementary

29.

### BUILDING INFORMATION

Name of School ___West End Elementary School___

Address ___3930 14 Street, Meridian, Mississippi 39301___

Name of Principal ___Mrs. Josephine Wilson___

Grades in School ___K - 6___ Number of Permanent Teaching Stations ___24 (less kindergar___

State Rated Capacity ___720___ Maximum Building Capacity ___720 (less for kindergartens)___
(without portables)

Portable and Temporary Classrooms _____

Current Student Enrollment _____, ___615___, ___615___
White          Negro          Total

Total Student Enrollment ___615___

Number of Teachers ___3___, ___20___, ___23___
White          Negro          Total

Other Professional Personnel ___2___, ___1___, ___3___
White          Negro          Total

### Enrollment by Grades

|     | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | Total |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|-------|
|     | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|     |   | 92 |   | 104 |   | 112 |   | 118 |   | 96 |   | 93 |   |   |   |   |   |   |   |   |   |   |   |   |   | 615 |
| Total |   | 92 |   | 104 |   | 112 |   | 118 |   | 96 |   | 93 |   |   |   |   |   |   |   |   |   |   |   |   |   | 615 |

Number of Students Transported ___32___

Age of Building ___1959___ Type of Construction ___Masonry___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___10___

Attach a list of the subjects or courses offered.

Standard Elementary

M(w~

## BUILDING INFORMATION

Name of School____Wechsler Elementary School_____

Address_____1415 30 Avenue, Meridian, Mississippi____39301_____

Name of Principal___Mrs. Jennie Ruth Crump_____

Grades in School K - 6_____Number of Permanent Teaching Stations___17___

State Rated Capacity__510____Maximum Building Capacity_____510_____
                                                        (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment_____,_____483_____,_____483_____
                               White         Negro            Total

Total Student Enrollment_____483_____

Number of Teachers_____4____,_____14____,_____18_____
                        White           Negro          Total

Other Professional Personnel_____1____,_____3____,_____4_____
                               White           Negro          Total

### Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      | | 73 | | 100 | | 76 | | 79 | | 81 | | 61 | | | | | | | | | | | | | | | 470 |
| Total | | 73 | | 100 | | 76 | | 79 | | 81 | | 61 | | | | | | | | | | | | | | | 470 |

*

Number of Students Transported_____None_____

Age of Building 1888-1951___Type of Construction_____Masonry_____

Number of Portable Classrooms___None_____

Number of Temporary Classrooms___None_____

Number of Square Feet in Building____Not available_____

Number of Acres in School Site____One city block_____

Attach a list of the subjects or courses offered.
  Standard Elementary

* This figure does not include 13 students in Special Education

41

Mol.

## BUILDING INFORMATION

Name of School __Witherspoon Elementary School__

Address __1516 12 Avenue, Meridian, Mississippi  39301__

Name of Principal __Miss Neva Griffin__

Grades in School __K – 6__   Number of Permanent Teaching Stations __14 plus Special Educa__
and Kindergarten

State Rated Capacity __420__   Maximum Building Capacity __420__
(without portables)

Portable and Temporary Classrooms __None__

Current Student Enrollment __256__ , __50__ , __306__
White       Negro       Total

Total Student Enrollment __349__

Number of Teachers __16__ , _____ , __16__
White       Negro       Total

Other Professional Personnel __2__ , __2__ , __4__
White       Negro       Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 41 | 5 | 43 | 11 | 44 | 11 | 42 | 8 | 46 | 7 | 40 | 8 | | | | | | | | | | | | | 256 | 50 |
| Tot-al | 46 | | 54 | | 55 | | 50 | | 53 | | 48 | | | | | | | | | | | | | | | 306 |

Number of Students Transported __None__

Age of Building __1888-1951__  Type of Construction __Masonry__



Number of Portable Classrooms __None__

Number of Temporary Classrooms __None__

Number of Square Feet in Building __Not available__

Number of Acres in School Site __One city block__

Attach a list of the subjects or courses offered.

Standard Elementary

\* This does not include 43 students in Special Education

42