# EXHIBIT D

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Nos. 28030 & 28042

UNITED STATES OF AMERICA,
        Plaintiff-Appellant,

v.

HINDS COUNTY SCHOOL BOARD, et al,
        Defendants-Appellees.

(Civil Action No. 4075(J))

U.S. COURT OF APPEALS
FILED
JAN - 7 1961
GILBERT F. GANUCHEAU
CLERK

---

BUFORD A. LEE, et al
        Plaintiffs-Appellees,

v.

UNITED STATES OF AMERICA,
        Defendant-Appellant,

v.

MILTON EVANS,
        Third Party
        Defendant-Appellee

(Civil Action No. 2034(H))

---

UNITED STATES OF AMERICA
        Plaintiff-Appellant,

v.

KEMPER COUNTY SCHOOL BOARD, et al,
        Defendants-Appellees.

(Civil Action No. 1373(E))

---

UNITED STATES OF AMERICA
        Plaintiff-Appellant,

v.

NORTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, et al,
        Defendants-Appellees.

(Civil Action No. 3807(J))

---

UNITED STATES OF AMERICA
        Plaintiff-Appellant,

v.

NATCHEZ SPECIAL MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al,
        Defendants-Appellees.

(Civil Action No. 1120 (W))

1

UNITED STATES OF AMERICA
          Plaintiff-Appellant,

v.

COVINGTON COUNTY SCHOOL DISTRICT, et al,
          Defendants-Appellees.

(Civil Action No. 2148(H))

---

UNITED STATES OF AMERICA
          Plaintiff-Appellant

v.

LAWRENCE COUNTY SCHOOL DISTRICT, et al,
          Defendants-Appellees.

(Civil Action No. 2216(H))

---

JEREMIAH BLACKWELL, JR., et al
          Plaintiffs-Appellants,

v.

ISSAQUENA COUNTY BOARD OF EDUCATION, et al,
          Defendants-Appellees.

(Civil Action No. 1096(W))

---

UNITED STATES OF AMERICA
          Plaintiff-Appellant

v.

WILKINSON COUNTY SCHOOL DISTRICT, et al,
          Defendants-Appellees.

(Civil Action No. 1160(W))

---

CHARLES KILLINGSWORTH, et al,
          Plaintiffs-Appellants,

v.

THE ENTERPRISE CONSOLIDATED SCHOOL DISTRICT
and QUITMAN CONSOLIDATED SCHOOL DISTRICT,
          Defendants-Appellees.

(Civil Action No. 1302(E))

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.

LINCOLN COUNTY SCHOOL DISTRICT, et al
    Defendants-Appellees.

  (Civil Action No. 4292(J))

---

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.

NESHOBA COUNTY SCHOOL DISTRICT, et al
    Defendants-Appellees,

  (Civil Action No. 1396(E)).

---

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.

NOXUBEE COUNTY SCHOOL DISTRICT, et al,
    Defendants-Appellees.

  (Civil Action No. 1372(E))

---

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.

LAUDERDALE COUNTY SCHOOL DISTRICT, et al
    Defendants-Appellees.

  (Civil Action No. 1367(E))

---

DIAN HUDSON, et al,
    Plaintiffs-Appellants,

UNITED STATES OF AMERICA,
    Plaintiff-Intervenor-
    Appellant,

v.

LEAKE COUNTY SCHOOL BOARD, et al,
    Defendants-Appellees.
  (Civil Action No. 3382(J))

---

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.

COLUMBIA MUNICIPAL SEPARATE SCHOOL, et al,
    Defendants-Appellees
  (Civil Action No. 2199(H))

3

UNITED STATES OF AMERICA,
        Plaintiff-Appellant,

v.

AMITE COUNTY SCHOOL DISTRICT, et al,
        Defendants-Appellees.

    (Civil Action No. 3933(J))

---

UNITED STATES OF AMERICA
        Plaintiff-Appellant,

v.

MARION COUNTY SCHOOL DISTRICT, et al,
        Defendants-Appellees,

    (Civil Action No. 2178(H))

---

JOAN ANDERSON, et al
        Plaintiffs-Appellants,

UNITED STATES OF AMERICA,
        Plaintiff-Intervenor-
        Appellant,

v.

THE CANTON MUNICIPAL SCHOOL DISTRICT, et al,
and THE MADISON COUNTY SCHOOL DISTRICT, et al,
        Defendants-Appellees.

    (Civil Action No. 3700(J))

---

UNITED STATES OF AMERICA,
        Plaintiff-Appellant,

v.

SOUTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, et al
        Defendants-Appellees.

    (Civil Action No. 3984(J))

---

BEATRICE ALEXANDER, et al
        Plaintiffs-Appellants,

v.

HOLMES COUNTY BOARD OF EDUCATION, et al,
        Defendants-Appellees.

    (Civil Action No. 3779(J))

ROY LEE HARRIS, et al
        Plaintiffs-Appellants,

v.

THE YAZOO COUNTY BOARD OF EDUCATION, et al
        Defendants-Appellees.

    (Civil Action No. 1209(W))

---

JOHN BARNHARDT, et al,
        Plaintiffs-Appellants,

v.

MERIDIAN SEPARATE SCHOOL DISTRICT, et al,
        Defendants-Appellees.

    (Civil Action No. 1300(H))

---

UNITED STATES OF AMERICA,
        Plaintiff-Appellant,

v.

PHILADELPHIA MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al,
        Defendants-Appellees.

    (Civil Action No. 1368(E))

---

UNITED STATES OF AMERICA,
        Plaintiff-Appellant,

v.

FRANKLIN COUNTY SCHOOL DISTRICT, et al,
        Defendants-Appellees.

    (Civil Action No. 4256(J))

---

    Appeals from the United States District
    Court for the Southern District of
    Mississippi

BY THE COURT:

No party to any of the above-listed consolidated causes shall file any further reports of conditions existing in such school districts with the Clerk of this Court.

This order shall not affect the requirements of any subsisting order of any district court that reports be filed with its Clerk.

*Charles Clark*
United States Circuit Judge