IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 4:65cv1300HTW-LRA (E) |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| MERIDIAN MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF-INTERVENOR UNITED STATES' MOTION TO COMPEL DISCOVERY RESPONSES OF THE DEFENDANT MERIDIAN PUBLIC SCHOOL DISTRICT**

Having duly considered the United States' Motion to Compel Discovery Responses of the Defendant Meridian Public School District (hereinafter "the District" or "Meridian School District"), and supporting Memorandum of Law, IT IS HEREBY ORDERED that:

1. The District must provide complete responses to the United States' First Set of Interrogatories and the United States' First Set of Document Requests within thirty (30) days from the date of this Order, and in any case no later than September 13, 2011.

IT IS SO ORDERED.

Dated: August 10, 2011

_____
United States District Judge