# SAVE the DATe

**Fight for our childrens' rights to a quality education**

**Learn how you can help stop schools from suspending, arresting and putting our youth out of school**

**Inform the U.S. Department of Justice and the MS Youth Justice Project about your experience with the Meridian Public Schools**

## Sunday August 8, 2010

Time: 3pm

Place: Love City Fellowship

2800 11th Street

Meridian, MS

**For more information call Meigan Thompson, 877-892-2576**

EXHIBIT

*C*

# Speak Out For Our Children

Do you have a child in the Meridian Public Schools?

Has your child been treated unfairly?

Has your child been put out of school, arrested or suspended?

Are you worried that your child is not receiving a quality education?

## The U.S. Department of Justice
## Civil Rights Division

&

The Mississippi Youth Justice Project, a
project of the Southern Poverty Law Center

Want to hear from you!

Contact: Allison Brown, Attorney
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Phone: 202-305-3308
Email: Allison.Brown@usdoj.gov


Meigan Thompson
MS Youth Justice Project
Phone: 877-892-2576