

**U.S. Department of Justice**
Civil Rights Division
Educational Opportunities Section

AB:KSD:ARB:RCW
169-41-130

| | |
|---|---|
| U.S. Mail: | *Educational Opportunities Section, PHB*<br>*950 Pennsylvania Avenue, NW*<br>*Washington, DC 20530* |
| Overnight Mail: | *Educational Opportunities Section, Suite 4300*<br>*601 D Street, NW*<br>*Washington, DC 20004* |
| Telephone: | *(202) 305-3308* |
| Facsimile: | *(202) 514-8337* |
| E-Mail: | *Allison.Brown@USDOJ.gov* |

May 19, 2011

<u>VIA U.S. MAIL AND FACSIMILE (601-693-4840); (601-355-9708)</u>

John Compton, Esq.
1100 23rd Avenue
P.O. Box 845
Meridian, Mississippi 39302

Holmes S. Adams, Esq.
Adams and Reese, LLP
111 E. Capitol Street, Suite 350
Jackson, MS 39225

Re: <u>United States and Barnhardt v. Meridian Municipal Separate School District, C.A. No. 1300 (S.D. Miss.)</u>

Dear John and Holmes:

On Monday, May 23, 2011, Thomas E. Perez, the Assistant Attorney General for the Civil Rights Division of the United States Department of Justice, will attend a community forum in Meridian, Mississippi, where he will visit with community members and provide remarks on behalf of the Civil Rights Division. We are writing to personally invite each of you to attend the forum, and we ask that you please extend the invitation to the members of the Meridian Public School Board, the Superintendent, and any other employees of the District who may wish to attend.

The community forum will be held at First Union Baptist Church at 610 38th Avenue in Meridian and will begin at 5:30pm. If you have any questions, please do not hesitate to contact us.

Sincerely,

Allison R. Brown
Ryan C. Wilson
Trial Attorneys
Educational Opportunities Section

EXHIBIT D