**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHN BARNHARDT, et al.**                                                 **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                      **PLAINTIFF-INTERVENOR**

**V.**                                   **CIVIL ACTION NO. 45:65cv1300-HTW-LRA**
                                                              **(formerly 1300(E))**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, et al.**                                          **DEFENDANTS**

## MOTION FOR PROTECTIVE ORDER

Comes now Defendant Meridian Municipal Separate School District, now known as the Meridian Public School District ("District"), and moves the Court for a protective order to protect the confidentiality of student names and any other personal student identifiers contained in documents that the District has produced in response to the United States' recent discovery requests in the case.

1.      By Order of August 10, 2011, this Court granted the United States' motion to compel discovery, ordering the Defendant District to respond to discovery requests by the United States in the case.  As of today, the District has responded to the requests.  Included in the responsive information are documents regarding student discipline, Bates Nos. MSD 000001—031904, 033957-035557, and 03558-036128 which contain student names or other personal student identifiers.

2.      The District hereby designates all student names and any other personal student identifiers in the documents as "confidential."  The portions of the documents naming or identifying any particular student should be kept confidential, secure, and used solely for the

1109317-1

purposes of this litigation and for no other purpose.  Such confidential information shall be made available only to "Qualified Persons" and used and protected as provided in the proposed Protective Order which is attached as Exhibit A to this motion.

Respectfully submitted this the 12th day of September, 2011.

**MERIDIAN PUBLIC SCHOOL DISTRICT**

By: /s/ Holmes S. Adams

One of Its Attorneys

OF COUNSEL:

Holmes S. Adams (MSB # 1126)
Laura F. Rose (MSB # 102256)
Adams and Reese LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, MS  39157
Phone: (601) 353-3234
Facsimile: (601) 355-9708
holmes.adams@arlaw.com
laura.rose@arlaw.com


John G. Compton
Witherspoon & Compton
P.O. Box 845
Meridian, Mississippi 39302
Phone: (601) 693-6466
Facsimile:  (601) 693-4840
jcompton@witherspooncompton.com

## CERTIFICATE OF SERVICE

I, Holmes S. Adams, counsel for the District, certify that a true and correct copy of the above and foregoing has been forwarded to the following persons:

Fred L. Banks, Jr.
Phelps Dunbar
P. O. Box 16114
Jackson, MS  39236-6114

Allison R. Brown
Ryan C. Wilson
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Patrick Henry Building, Suite 4300
Washington, DC 20530

This the 12th day of September, 2011.

/s/ Holmes S. Adams
Holmes S. Adams