FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, *et al,.*

                Plaintiffs,

and                               **CIVIL ACTION NO. 4:65CV1300-HTW-LRA**

UNITED STATES OF AMERICA,

                Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, *et al.*,

                Defendants.

### NOTICE OF SERVICE OF REQUEST FOR ENTRY AND INSPECTION

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on January 30, 2012 I served the following discovery device(s):

(✔) Check as appropriate:

_____ Interrogatories to:                          _____

__✔__ Notice of Entry and Inspection under Rule 34 of the Federal Rules of Civil Procedure to:                 _Holmes S. Adams and Fred L. Banks_____

_____ Requests for Admissions to:          _____

_____ Responses to Interrogatories of:      _____

_____ Responses to Requests for Production of Documents of:    _____

_____ Responses to Requests for Admissions of:           _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

    February 9, 2012                     /s/ Allison R. Brown
        Date                                      Signature

                                          s/ Allison R. Brown, Trial Attorney, U.S. Dept. of Justice., D.C. Bar No. 490703
                                                   Typed Name & Bar Number

/s Alfred B. Jernigan, Jr.
ALFRED B. JERNIGAN, JR.
Assistant United States Attorney
Chief, Civil Division
Mississippi Bar No. 3088
United States Courthouse
501 E. Court Street, Ste. 4.430
Jackson, MS 39201
(601) 973-2820 direct
(601) 965-4032 fax
(601) 672-5504 cell
al.jernigan@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on this date, February 9, 2012, I electronically filed the foregoing **NOTICE OF SERVICE OF REQUEST FOR ENTRY AND INSPECTION** of the Plaintiff-Intervenor United States of America with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Holmes S. Adams
    Adams and Reese LLP
    111 E. Capitol Street, Suite 350
    Jackson, Mississippi 39225-4297

    Fred L. Banks, Jr.
    Phelps Dunbar LLP
    4270 I-55 North
    Jackson, MS 39211-6391

                                                            s/Alfred B. Jernigan, Jr.
                                                            ALFRED B. JERNIGAN, JR.