IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN BARNHARDT, et al.**                                                       **PLAINTIFFS**

and

**UNITED STATES OF AMERICA**                       **PLAINTIFF-INTERVENOR**

**V.**                                           **CIVIL ACTION NO. 4:65cv1300-HTW-LRA**
                                                                          **(formerly 1300(E))**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, et al.**                                                     **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Defendant, Meridian Municipal Separate School District, served a copy of its Objection to the United State's Notice of Entry and Inspection of School District Pursuant to Fed. R. Civ. P. 34 to Plaintiff-Intervenor United States of America's counsel by overnight Federal Express and by United States Mail to Plaintiffs' counsel, with the original being retained by counsel for Defendant.

RESPECTFULLY SUBMITTED this the 9th day of February, 2012.

                                                **MERIDIAN PUBLIC SCHOOL DISTRICT**

                                                By:  /s/ Holmes S. Adams
                                                       One of Its Attorneys

OF COUNSEL:
Holmes S. Adams (MSB # 1126)
Laura F. Rose (MSB # 102256)
Lindsey N. Oswalt (MSB #103329)
Adams and Reese LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, MS  39157
Phone: (601) 353-3234
Facsimile: (601) 355-9708

holmes.adams@arlaw.com
laura.rose@arlaw.com
lindsey.oswalt@arlaw.com


John G. Compton
Witherspoon & Compton
P.O. Box 845
Meridian, Mississippi 39302
Phone: (601) 693-6466
Facsimile:  (601) 693-4840
jcompton@witherspooncompton.com


## CERTIFICATE OF SERVICE

I, Holmes S. Adams, counsel for the District, certify that a true and correct copy of the above and foregoing has been forwarded to the following persons:

Fred L. Banks, Jr.
Phelps Dunbar
P. O. Box 16114
Jackson, MS  39236-6114

Allison R. Brown
Ryan C. Wilson
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Patrick Henry Building, Suite 4300
Washington, DC 20530

This the 9th day of February, 2012.


/s/ Holmes S. Adams
Holmes S. Adams