# EXHIBIT 5

**Brown, Allison (CRT)**

| | |
|---|---|
| **From:** | Holmes Adams [Holmes.Adams@arlaw.com] |
| **Sent:** | Tuesday, January 10, 2012 10:21 AM |
| **To:** | Brown, Allison (CRT); Wilson, Ryan (CRT) |
| **Cc:** | John Compton |
| **Subject:** | RE: Request for site visit - January 30- February 3, 2012 |

Allison and Ryan, we are agreeable to participating in the conference call with the Meridian City Attorney. You should arrange the date and time of the call with John Compton. I am not available for it.

As to your proposed site visit, after discussion with the Board, we decline to agree to your request to conduct informal interviews with principals, teachers, and students while on your visit. If you wish to depose particular principals or specific teachers, we will work with you to arrange for mutually convenient dates. As to students, we are unaware of any authority the District has to make students available to you for interview or deposition, especially without permission and/or presence of their parents or guardians. If you have authority supporting your request as to students, please provide it.

You toured the schools several years ago. If you would like to inspect the facilities again, we will, without the need for a formal discovery request under Rule 34, arrange a tour on the condition that John or I accompany you. We are available the week of February 6-10. Let us know which days suit you best. Per Rule 34, tell us which buildings you want to visit and in what order. Also let us know who from DOJ will on the inspection visit. We want to be clear that you may not interrupt classes or activities during your tour. If you wish to inspect classrooms, that part of your tour must be after or before school hours.

As to changed policies regarding discipline, we will have that information to you by early next week, if not sooner.

Look forward to hearing from you.

Holmes