# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 1300(E) |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| MERIDIAN MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PROPOSED ORDER GRANTING PLAINTIFF-INTERVENOR UNITED STATES' MOTION TO COMPEL ENTRY UPON LAND

Having duly considered the United States' Motion to Compel Entry Upon Land, and supporting Memorandum of Law, IT IS HEREBY ORDERED that:

1. The Meridian School District ("District") must permit access consistent with that requested in the United States' Notice of Entry and Inspection served on the District on January 30, 2012; and

2. A status conference is hereby set for March __, 2012, to discuss discovery issues and set a discovery schedule.

IT IS SO ORDERED.

Dated: _____

_____