# EXHIBIT 7

# ADAMS AND REESE LLP

300 Renaissance
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Address change effective
February 21, 2011
Fax 601.355.9708 Tel 601.353.3234

## FACSIMILE TRANSMITTAL

Recipient    Recipient Facsimile    Recipient Phone No

DATE 7/27

From Holmes Adams

RE Barnhardt v. Meridian

No. Pages Transmitted 3

**MESSAGE**

### TRANSMITTAL INFORMATION

User #

Adams & Reese File Number

If you did not receive the number of accompanying pages indicated, or experience any other transmission problems, please contact at

### CONFIDENTIALITY NOTICE

THE ACCOMPANYING FACSIMILE IS INTENDED SOLELY FOR THE USE OF THE RECIPIENT DESIGNATED ABOVE. DOCUMENT(S) TRANSMITTED HEREWITH MAY CONTAIN INFORMATION WHICH IS CONFIDENTIAL AND PRIVILEGED. DELIVERY, DISTRIBUTION OR DISSEMINATION OF THIS COMMUNICATION OTHER THAN TO THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

Form FS 1.1
1/25/1999



ADAMS AND REESE LLP

Attorneys at Law
Alabama
Florida
Louisiana
Mississippi
Tennessee
Texas
Washington, DC

Holmes S. Adams
Direct: 601.292.0723
E-Fax: 601.944.9023
holmes.adams@arlaw.com

February 27, 2012

*Fax: 202-514-8337*

Ms. Allison R. Brown
Trial Attorney
Educational Opportunities Section, Suite 4300
601 D Street, NW
Washington, D.C. 20004

RE: *John Barnhardt, et al. and United States of America v. Meridian Municipal Separate School District, et al.*
Civil Action No. 4:65cv01300 (formerly Civil Action No. 1300(E))

Dear Ms. Brown:

John Compton and I have considered your request to sign the certificate of good faith that we have attempted to resolve the Rule 34 discovery dispute. We in good faith cannot sign the certificate. When John and I met with you and Ryan Wilson on February 8, 2012 in my offices, we agreed upon a compromise resolution of the discovery dispute regarding the Government's requested Rule 34 tour of the District schools. We regard your decision to file a motion to compel against the District as a breach of our compromise agreement. You may inform the Court that we have declined to sign the certificate for this reason.

We agreed on February 8 that the Government's expert and attorneys may tour all schools over a three-day period in the sequence the Government wishes, but that the Government and its expert could not "interview" employees about substantive topics, including student discipline or employment matters. In addition, we said today in our telephone conference that the District will provide a guide at each school who is familiar with school. Your expert may enter classrooms to observe classes. On the tour, the District will identify each teacher by name and provide the subject and grade of the class being observed. All areas of each school will be available for inspection.

We object to the Government expert "interviewing" District personnel whom we have agreed to make available for deposition. Contrary to your assertion, the District has never taken the position that the short depositions at the conclusion of the tour process limits the Government's ability to take a longer deposition. As we said during our conference today, the Government is free to determine whether to use its full time under Rule 30(d)(1) with each

1018 Highland Colony Parkway, Suite 800 | Ridgeland, Mississippi 39157 | 601.353.3234 | Fax 601.355.9708
www.adamsandreese.com

FEB-27-2012  02:03                                          97%                                    P.02

169-41-11

Ms. Allison R. Brown
February 27, 2012
Page 2

deponent. Today you also said that you might want to talk with security officers. The District agreed on February 8 to make its head of security available for deposition. The District will also make all of its security officers and SROs available for deposition.

If you still wish to take the deposition of the Superintendent before touring the schools, he will be available as the District previously agreed, although I understand from our conversation today that you may no longer wish to depose him at that time.

You said today that you anticipated re-scheduling the tour for the week of March 26, 2012. We are not aware of any problems with that week, but John Compton is checking about school testing. John has a trial set for the early part of the week, but I will be available for the tours if he is not.

Sincerely,

Holmes Adams

Holmes S. Adams

cc: Fred L. Banks, Jr.
John G. Compton
Dr. Alvin Taylor