IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BARNHARDT, *et al.*, | ) | |
| Plaintiffs, | ) | |
| & | ) | |
| UNITED STATES OF AMERICA, | ) | 4:65-cv-01300-HTW-LRA |
| Plaintiff-Intervenor, | ) | |
| v. | ) | |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Plaintiff United States of America respectfully requests that the Court enter the appearance of Zoe M. Savitsky as counsel of record for the United States of America in the above-captioned action. Ms. Savitsky is a member in good standing of the bar of the State of California, CA Bar No. 281616. The United States hereby requests, pursuant to Federal Rule of Civil Procedure 5, that all further notices and copies of pleadings, papers, and other materials relevant to this action be served upon Ms. Savitsky using the Electronic Court Filing (ECF) system or, if that is unavailable, at the address below:

Zoe M. Savitsky
Educational Opportunities Section – PHB
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
zoe.savitsky@usdoj.gov
crtedu.filings@usdoj.gov

Respectfully submitted,

| | |
|---|---|
| JOHN M. DOWDY, JR.<br>United States Attorney | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br>ANURIMA BHARGAVA, Chief<br>SHAHEENA SIMONS, Deputy Chief<br>Educational Opportunities Section |
| /s/Alfred B. Jernigan, Jr.<br>ALFRED B. JERNIGAN, JR.<br>Assistant U. S. Attorney<br>MS Bar No. 3088<br>Chief, Civil Division<br>Southern District of Mississippi<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS  39201<br>(601) 973-2820 direct<br>(601) 965-4032 fax<br>al.jernigan@usdoj.gov | /s/Zoe M. Savitsky<br>ALLISON R. BROWN<br>RYAN C. WILSON<br>ZOE M. SAVITSKY<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>Patrick Henry Building, Suite 4300<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>(202) 514-4092 |

*Certificate of Service*

I hereby certify that on March 23, 2012 I electronically filed the foregoing with the Clerk of the Court using the ECF system.

  /s/Alfred B. Jernigan, Jr.
ALFRED B. JERNIGAN, JR.
Assistant U. S. Attorney
MS Bar No. 3088
Chief, Civil Division
Southern District of Mississippi
501 E. Court Street, Ste. 4.430
Jackson, MS  39201
(601) 973-2820 direct
(601) 965-4032 fax
al.jernigan@usdoj.gov