Form 2(b) (ND/SD Miss. Dec. 2011)

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>&  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff-Intervenor,  )<br>  )<br>    v.  )<br>  )<br>MERIDIAN MUNICIPAL SEPARATE  )<br>SCHOOL DISTRICT, et al.,  )<br>  )<br>    Defendants.  )<br>_____) | 4:65-cv-01300-HTW-LRA |

### NOTICE OF SERVICE OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO:** **All Counsel of Record**

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

() Check as appropriate:

\_\_\_\_\_ Interrogatories to:

✓ Second Requests for Production of
Documents to: <u>Defendant Meridian Public School District</u>

\_\_\_\_\_ Requests for Admissions to:

\_\_\_\_\_ Responses to Interrogatories of:

\_\_\_\_\_ Responses to Requests for

FORM 2(b) (ND/SD MISS. DEC. 2011)

      Production of Documents of:

_____ Responses to Requests for
       Admissions of:

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

This the 20th day of April, 2012

Respectfully submitted,

| | |
|---|---|
| JOHN M. DOWDY, JR. | THOMAS E. PEREZ |
| United States Attorney | Assistant Attorney General |
| | Civil Rights Division |
| | ANURIMA BHARGAVA, Chief |
| | SHAHEENA SIMONS, Deputy Chief |
| | Educational Opportunities Section |
| | |
| _____ | /s/ Ryan C. Wilson |
| ALFRED B. JERNIGAN, JR. | RYAN C. WILSON |
| Assistant United States Attorney | ALLISON R. BROWN |
| | ZOE M. SAVITSKY |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Rights Division |
| | Educational Opportunities Section |
| | Patrick Henry Building, Suite 4300 |
| | 950 Pennsylvania Ave., NW |
| | Washington, D.C. 20530 |
| | (202) 514-4092 |

FORM 2(b) (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

  I hereby certify that today I caused a copy of the United States' Notice of Entry and Inspection of School District Pursuant to FED. R. CIV. P. 34 in *United States and Barnhardt v. Meridian Mun. Sep. Sch. Dist.*, Civil Action No. 1300-HTW-LRA, to be served to the following individuals via e-mail and U.S. mail:

Holmes S. Adams
Adams and Reese LLP
111 E. Capitol Street, Suite 350
Jackson, Mississippi 39225-4297

Fred L. Banks, Jr.
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391

Dated this 20th day of April, 2012.

                /s/ Ryan C. Wilson
                RYAN C. WILSON