**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISIION**

**JOHN BARNHARDT, et al.,**                                                                    **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF-INTERVENOR**

**v.**                                        **CIVIL ACTION NO. 4:65cv1300HTW-LRA 1300(E)**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, et al.**                                                               **DEFENDANTS**

<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

Please take notice that J. Jeffrey Trotter of Adams and Reese LLP, hereby enters his

appearance as additional counsel of record for Defendant Meridian Municipal Separate School

District.  The undersigned requests notice of all matters before this Court and that copies of all

notices and other pleadings be sent to the undersigned at the following address:

> Holmes S. Adams
> J. Jeffrey Trotter
> Laura F. Rose
> Lindsey N. Oswalt
> ADAMS AND REESE LLP
> 1018 Highland Colony Parkway, Suite 800
> Ridgeland, Mississippi 39157
> Telephone: 601-353-3234
> Facsimile: 601-355-9708

RESPECTFULLY SUBMITTED, this the 23rd day of May, 2012.

**ADAMS AND REESE LLP**

By: _s / J. Jeffrey Trotter_____
        J. Jeffrey Trotter (MSB #9670

OF COUNSEL:
Holmes S. Adams (MS State Bar No. 1126)
J. Jeffrey Trotter (MS State Bar No. 9670)
Laura F. Rose (MS State Bar No. 102256)
Lindsey Oswalt (MS State Bar No. 103329)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 391557
Tel: (601) 353-3234
Fax: (601) 355-9708
holmes.adams@arlaw.com
jeff.trotter@arlalw.com
laura.rose@arlaw.com
lindsey.oswalt@arlaw.com


John G. Compton
Witherspoon & Compton
P. O. Box 845
Meridian, MS 39302
Phone: (601-693-6466
Facsimile: (601) 693-4840
jcompton@witherspooncompton.com

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I have this day served a copy of above document by electronically filing using the Court's ECF system, which sent notification of such filing to the following:

Ms. Allison R. Brown
Mr. Ryan C. Wilson
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Patrick Henry Building, Suite 4300
Washington, D.C. 20530

Mr. Fred L. Banks, Jr.
Phelps Dunbar
P. O. Box 23066
Jackson, MS 39225-3066

This the 23rd day of May, 2012.


/s/ J. Jeffrey Trotter