IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, et al.,            PLAINTIFFS

and

UNITED STATES OF AMERICA           PLAINTIFF-INTERVENOR

v.           CIVIL ACTION NO. 4:65cv1300-HTW-LRA 1300(E)

MERIDIAN MUNCIPAL SEPARATE
SCHOOL DISTRICT, et al.           DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Notice is hereby given that Defendant, Meridian Municipal Separate School District, served a copy of its Response to Plaintiff-Intervenor, The United States of America's Second Requests for Documents to the United States of America's counsel by overnight Federal Express and by United States Mail to Plaintiffs' counsel, with the original being retained by counsel for Defendant.

Respectfully submitted, this the 23rd day of May, 2012.

          **MERIDIAN PUBLIC SCHOOL DISTRICT**

          By: /s/ J. Jeffrey Trotter
          *One of Its Attorneys*

OF COUNSEL:

Holmes S. Adams (MSB # 1126)
J. Jeffrey Trotter (MSB # 9670)
Laura F. Rose (MSB # 102256)
Lindsey N. Oswalt (MSB #103329)
Adams and Reese LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, MS 39157
Phone: (601) 353-3234
Facsimile: (601) 355-9708
holmes.adams@arlaw.com
jeff.trotter@arlaw.com

laura.rose@arlaw.com
lindsey.oswalt@arlaw.com

John G. Compton
Witherspoon & Compton
P.O. Box 845
Meridian, Mississippi 39302
Phone: (601) 693-6466
Facsimile:  (601) 693-4840
jcompton@witherspooncompton.com

## CERTIFICATE OF SERVICE

    I, J. Jeffrey Trotter, certify that a true and correct copy of the above and foregoing has been forwarded to the following persons:

    Ms. Allison R. Brown
    Mr. Ryan C. Wilson
    United States Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Patrick Henry Building, Suite 4300
    Washington, DC 20530

    Mr. Fred L. Banks, Jr.
    Phelps Dunbar
    Post Office Box 23066
    Jackson, MS  39225-3066

    This the 23rd day of May , 2012.

                                    /s/ J. Jeffrey Trotter
                                    One of Its Attorneys