FORM 2(b) (ND/SD MISS. DEC. 2011)

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BARNHARDT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 4:65-cv-01300-HTW-LRA |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERIDIAN MUNICIPAL SEPARATE | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF RESPONSES TO INTERROGATORIES AND
### REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

() Check as appropriate:

\_\_\_\_\_  Interrogatories to:


\_\_\_\_\_  Requests for Production of
        Documents to:


\_\_\_\_\_  Requests for Admissions to:


✓    Responses to Interrogatories of:     Meridian Municipal School District's First Set of Interrogatories

FORM 2(b) (ND/SD MISS. DEC. 2011)

✓ Responses to Requests for
  Production of Documents of:   Meridian Municipal School District's First Set of Requests for Production of Documents

____ Responses to Requests for
     Admissions of:

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

June 11, 2012                /s/Ryan C. Wilson
Date                         Signature

                             Bar No. OH Bar. 0079351

FORM 2(b) (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a copy of the United States' Notice Of Service Of Responses to Interrogatories and Requests For Production Of Documents Pursuant to FED. R. CIV. P. 34 in *United States and Barnhardt v. Meridian Mun. Sep. Sch. Dist.*, Civil Action No. 1300-HTW-LRA, to be served to the following individuals via e-mail and U.S. mail:

Holmes S. Adams
Adams and Reese LLP
111 E. Capitol Street, Suite 350
Jackson, Mississippi 39225-4297

Fred L. Banks, Jr.
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391

This the 11th day of June, 2012

Respectfully submitted,

JOHN M. DOWDY, JR.
United States Attorney

_/s/ Alfred B. Jernigan________
ALFRED B. JERNIGAN, JR.
Assistant United States Attorney

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

ANURIMA BHARGAVA, Chief
SHAHEENA SIMONS, Deputy Chief
Educational Opportunities Section

/s/ Ryan C. Wilson
RYAN C. WILSON
ZOE M. SAVITSKY
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092