# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| & ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | 4:65-cv-01300-HTW-LRA |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| MERIDIAN MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' MOTION TO MODIFY
## THE PROTECTIVE ORDER ENTERED ON SEPTEMBER 23, 2011

Plaintiff-Intervenor United States moves for the modification of the Agreed Protective Order entered in the United States District Court for the Southern District of Mississippi (Eastern Division) in *Barnhardt, et. al v. Meridian Municipal Separate School District*, Civil Action No. 4:65cv1300-HTW-LRA (formerly 1300(E)). The reasons in support of this Motion are more fully set forth in the attached Memorandum of Law, including:

1. On September 23, 2011, this Court entered an Agreed Protective Order ("Order") in the above-captioned matter, governing the use of confidential information defined as "student names and other personal identifiers." Order ¶ 2.

2. The Order, entered in the instant desegregation case being handled by the Civil Rights Division's Educational Opportunities Section, states that the portions of documents

designated as confidential may be "used solely for purposes of this litigation and for no other purpose." *Id.*

3. The United States seeks to modify the Order to clarify that its Special Litigation Section, another unit of the Department of Justice's Civil Rights Division, may use information covered by the Order as it investigates allegations that the Meridian Police Department and the Lauderdale County Youth Court violate the rights of students referred by the Meridian Public School District, the Defendant in this case (the "District").

4. The District had previously directed the Special Litigation Section to review information produced to the United States in this litigation before submitting any new information request to the District.

5. The District has now informed the United States that it objects to the modification of the Order to conform to its previous directives to the United States regarding SPL's review of the discovery. The grounds for this motion, which is supported by good cause, are set forth in the accompanying Memorandum in Support.

Dated: June 18, 2012

                              Respectfully submitted,

JOHN M. DOWDY, JR.                    THOMAS E. PEREZ
United States Attorney                     Assistant Attorney General
                                                 Civil Rights Division

                                                 ANURIMA BHARGAVA, Chief
                                                 SHAHEENA SIMONS, Deputy Chief
                                                 Educational Opportunities Section

/s/Alfred B. Jernigan, Jr.                  /s/ Ryan C. Wilson
ALFRED B. JERNIGAN, JR.              RYAN C. WILSON
Assistant U. S. Attorney                   ZOE M. SAVITSKY
MS Bar No. 3088                              Trial Attorneys

Chief, Civil Division
Southern District of Mississippi
501 E. Court Street, Ste. 4.430
Jackson, MS  39201
(601) 973-2820 direct
(601) 965-4032 fax
al.jernigan@usdoj.gov

U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, June 18, 2012, I served the following counsel of record with a copy of the foregoing Motion to Modify the Protective Order and Memorandum of Law in Support by electronic mail:

Holmes S. Adams
Adams and Reese LLP
111 E. Capitol Street, Suite 350
Jackson, Mississippi 39225-4297

Fred L. Banks, Jr.
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391

/s/ Ryan C. Wilson
RYAN C. WILSON
ZOE M. SAVITSKY
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092