FORM 4 (ND/SD MISS DEC. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

John Barnhardt, et al.,

and
United States of America,          Plaintiff

v.                                                        **CIVIL ACTION**
                                                          **No. 4:65-cv-01300-HTW-LRA**

Meridian Municipal Separate
School District, et al,

                             Defendant

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Counsel further certify that:

✔ as appropriate:

☐  1.   The motion is unopposed by all parties.

☐  2.   The motion is unopposed by:

☑  3.   The motion is opposed by: Defendant

☐  4.   The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

FORM 4 (ND/SD MISS. DEC 2011)

This the  11th  day of  June                          2012

_____
Signature of Plaintiff's Attorney

s/ Ryan C. Wilson
_____
Typed Name and Bar Number

_Holmes S Adams_
_____
Signature of Defendant's Attorney

1126  Holmes S Adams
_____
Typed Name and Bar Number