| | |
|---|---|
| **From:** | Wilson, Ryan (CRT) |
| **To:** | "Holmes Adams"; "jcompton@witherspooncompton.com" |
| **Cc:** | Brown, Allison (CRT) |
| **Subject:** | Request for site visit - January 30- February 3, 2012 |
| **Date:** | Wednesday, December 21, 2011 3:02:00 PM |

Holmes and John:

As you know, we continue to review the District's compliance with the Court's desegregation decree concerning the Meridian Public Schools. As part of that review, we would like to conduct a site visit of the District from January 30 through February 3, 2012. While on site, we would like to speak with a principal at each school we visit, observe classrooms during school hours, and speak with teachers and students. We also request an opportunity to speak with Superintendent Taylor. Please let us know as soon as possible if these dates are not available (or if state or district-wide tests are being administered during the proposed dates), and we will propose some alternatives. We'll send a letter with a proposed itinerary once the dates are confirmed.

Additionally, we have seen public statements by Superintendent Taylor referencing revisions to the District's dress code policy and student discipline policies and procedures that occurred this school year. We look forward to reviewing these new policies. Please provide a copy electronically by January 4, 2012.

Finally, we spoke with our colleagues in the Special Litigation section of the Civil Rights Division regarding the recent phone call they had with the Meridian City Attorney's office and the school district. During this call, the issue of school district documents on law enforcement referrals came up, and school district officials mentioned that they had already provided documents to our office in response to our discovery request in the desegregation case. We would like to suggest a conference call among the school district lawyers, city attorney, and the Civil Rights Division lawyers, regarding the Educational Opportunities Section's pending desegregation case, and the Special Litigation section's separate investigation. Please let us know whether you are available the first week of January for a call. The Special Litigation section is reaching out to the City Attorney's office regarding their availability.

We appreciate the District's assurance that they will cooperate with the Civil Rights Division's work in Meridian and look forward to hearing from you soon. Should you have any questions, please feel free to contact me at 202-305-9937.

Thanks,


*Ryan C. Wilson*
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530

For overnight mail:
U.S. Department of Justice, Civil Rights Division
601 D Street, NW
Patrick Henry Building, Suite 4300
Washington, DC  20579


Phone: 202-305-9937 | Fax: 202-514-8337
Email: ryan.wilson@usdoj.gov


This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.