IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | )   Civil Action No. 4:65cv1300-HTW-LRA |
| | )   1300(E) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| MERIDIAN MUNICIPAL SEPARATE | ) |
| SCHOOL DISTRICT, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## JOINT MOTION TO APPROVE CONSENT ORDER

Plaintiffs Barnhardt, *et al*., Plaintiff-Intervenor the United States of America (the "United States") and the Defendant Meridian Public School District (the "District") (together, the "Parties") jointly move this Court for an order approving the proposed Consent Order ("Consent Order") attached to this Motion as Exhibit A, which amends this Court's November 7, 1969 school desegregation decree ("November 7, 1969 Order") and all orders filed subsequently.  This proposed Consent Order arises out of good-faith efforts to address the District's ongoing obligations to comply with the November 7, 1969 Order, all subsequent orders, and applicable federal law.  The proposed Consent Order resolves the United States' and Private Plaintiffs' concerns that the District's student discipline policies and procedures discriminated against students based on race.  Based on the United States' two-year investigation of the District's discipline policies and practices, the United States concluded that the District has not yet fully

satisfied its obligations in the area of, *inter alia*, administering student discipline in a fair and non-discriminatory manner, which the District denies. *See, e.g.*, *Tasby v. Estes,* 643 F.2d 1103, 1104 (5th Cir. 1981); *Quarles v. Oxford Mun. Sep. Sch. Dist.,* 868 F.2d 750, 755-56 (5th Cir. 1989).

As set forth in the accompanying Memorandum of Law, the terms of the proposed Consent Order are fair, reasonable, adequate, and in the public interest. *See Horne v. Flores*, 557 U.S. 433, 450 (2009); *Union Asset Management Holding A.G. v. Dell, Inc.,* 669 F.3d 632, 639 (5th Cir. 2012); *Newby v. Enron Corp.,* 394 F.3d 296, 301 (5th Cir. 2004); *U.S. v. City of Alexandria,* 614 F.2d 1358, 1361 (5th Cir. 1980); *Cotton v. Hinton*, 559 F.2d 1326, 1330 (5th Cir. 1977); *Metro. Housing Dev. Corp. v. Vil. Arlington Hts*., 616 F.2d 1006, 1014 (7th Cir. 1980). The terms of the proposed Consent Order are the result of extensive and cooperative negotiations, reach all significant concerns at issue in the United States' investigation and reflect the District's obligations under Title IV of the Civil Rights Act of 1964, 42 U.S.C. § 2000c-6, and ensure that the District administers student discipline in a fair and non-discriminatory manner to reduce the disproportionate assignment of exclusionary sanctions to black students and provide all students with an equal opportunity to learn in a safe, orderly, and inclusive environment.

Accordingly, the Parties request that this Court approve the proposed Consent Order for the reasons more fully stated in the supporting memorandum of law.

Dated: March 22, 2013                                     Respectfully submitted,

Counsel for the United States of America:

GREGORY K. DAVIS                           THOMAS E. PEREZ
United States Attorney                         Assistant Attorney General
                                                              Civil Rights Division

                                        ANURIMA BHARGAVA, Chief
                                        SHAHEENA SIMONS**,** Deputy Chief
                                        Educational Opportunities Section

| /s/_Alfred R. Jernigan_____ | /s/_Ryan C. Wilson_____ |
|---|---|
| ALFRED B. JERNIGAN, JR. | RYAN C. WILSON |
| Assistant U. S. Attorney | ZOE M. SAVITSKY |
| Mississippi State Bar No. 3088 | Trial Attorneys |
| Civil Division | U.S. Department of Justice |
| Southern District of Mississippi | Civil Rights Division |
| 501 E. Court Street, Ste. 4.430 | Educational Opportunities Section |
| Jackson, MS  39201 | Patrick Henry Building, Suite 4300 |
| (601) 973-2820 direct | 950 Pennsylvania Ave., NW |
| (601) 965-4032 fax | Washington, D.C. 20530 |
| al.jernigan@usdoj.gov | (202) 514-4092 |
|  | ryan.wilson@usdoj.gov |
|  | zoe.savitsky@usdoj.gov |

Counsel for Private Plaintiffs:

/s/_Fred L. Banks_____
FRED L. BANKS, JR.  (MSB No. 1733)
Phelps Dunbar LLP
111 East Capitol Street, Suite 600
Jackson, Mississippi 39201-2122
Tel: (601) 360-9356
Fax: (601) 360-9777
banksf@phelps.com

LETICIA SMITH-EVANS
RACHEL M. KLEINMAN
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
Phone: (212) 965-2200
Facsimile: (212) 226-7592


Counsel for Meridian Public School District:

/s/_Holmes S. Adams_____
HOLMES S. ADAMS (MSB No. 1126)
LAURA FORD ROSE (MSB No. 102256)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800

Ridgeland, Mississippi
Tel: (601) 353-3234
Fax: (601)-355-9708
Email: holmes.adams@arlaw.com
laura.rose@arlaw.com

/s/_John G. Compton_____
JOHN G. COMPTON (MSB No. 6433)
Witherspoon & Compton
1100 23rd Avenue
P. O. Box 845
Meridian, Mississippi 39302
Tel: (601) 693-6466
Fax: (601) 693-4840
Email: jcompton@witherspooncompton.com