FORM 6 (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Barnhardt et al.

Plaintiff

v.

Meridian Municipal Separate
School District

CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA

Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:            Rachel M. Kleinman

    Firm Name:       NAACP Legal Defense & Educational Fund, Inc.

    Office Address:  99 Hudson Street
                     Suite 1600
    City:            New York                 State: NY    Zip: 10013
    Telephone:       (212) 965-2200           Fax: (212) 226-7592
    E-Mail:          rkleinman@naacpldf.org

(B)  Client(s):      John Barnhardt

    Address:         3331 Davis Street

    City:            Meridian                 State: MS    Zip: 39301
    Telephone:                                Fax:

                                                           (last known)

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

**(C)** Applicant is admitted to practice in the:

| ✓ | State of New York |
|---|---|
|   | District of Columbia |

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court, State of New York, Appellate Division, First Department
27 Madison Avenue; New York, NY 10010
Tel: (212) 340-0400
Website: http://www.nycourts.gov/courts/ad1/index.shtml

All other courts before which Applicant has been admitted to practice:

Jurisdiction                                      Period of Admission
(SEE ATTACHED)

FORM 6 (ND/SD MISS. DEC. 2011)

|  |  | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☑ |
|  | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☑ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☑ |

FORM 6 (ND/SD MISS. DEC. 2011)

      If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)**    Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| | | |

**(H)**    Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

Form 6 (ND/SD Miss. Dec. 2011)

|     |     | Yes | No |
|-----|-----|-----|-----|
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ✓ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ✓ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: Fred Banks, MS Bar No. 1733

Firm Name: Phelps, Dunbar

Office Address: 4270 I-55 North

City: Jackson   State MS   Zip 39211-6391
Telephone: (601) 360-9356   Fax: (601) 360-9777
E-Mail: banksf@phelps.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

3/18/13
Date

_____
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the \_\_22\_\_ day of \_\_March\_\_\_\_\_, 20\_13\_.

_____
Applicant

## ATTORNEY BAR ADMISSION INFORMATION

| RACHEL | MIRIAM | KLEINMAN |
|---|---|---|
| First Name | Middle Name | Last Name |

| Court | Date of Admission |
|---|---|
| New York Supreme Court Appellate Division First Judicial Department | June 2006 |
| U.S. District Court for the Southern District of New York | August 2006 |
| U.S. District Court for the Eastern District of New York | February 2007 |
| U.S. Court of Appeals for the Fifth Circuit | November 2012 |
| U.S. Court of Appeals for the Eighth Circuit | July 2011 |