FORM 6 (ND/SD MISS. DEC. 2011)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

Barnhardt et al.

Plaintiff

v.

**CIVIL ACTION**
**NO. 4:65-cv-01300-HTW-LRA**

Meridian Municipal Separate
School District

Defendant

**APPLICATION FOR ADMISSION PRO HAC VICE**

**(A)**   Name:        Leticia Smith-Evans

Firm Name:   NAACP Legal Defense & Educational Fund, Inc.

Office Address: 99 Hudson Street
Suite 1600

City:           New York                     State NY          Zip 10013
Telephone:      (212) 965-2200               Fax: (212) 226-7592
E-Mail:  lsevans@naacpldf.org

**(B)**   Client(s):   John Barnhardt

Address:     3331 Davis Street

City:           Meridian                     State MS          Zip 39301
Telephone:                                   Fax:
                                                  (last known)

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

**(C)**      Applicant is admitted to practice in the:

☑ State of New York
☐ District of Columbia

and is currently in good standing with that Court.  A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court, State of New York, Appellate Division, Second Department
45 Monroe Place; Brooklyn, NY 11201
Tel: (718) 875-1300
Website: http://www.nycourts.gov/courts/ad2/index.shtml

All other courts before which Applicant has been admitted to practice:

Jurisdiction                                    Period of Admission

(SEE ATTACHED)

FORM 6 (ND/SD MISS. DEC. 2011)

|  |  | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☑ |
|  | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☑ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☑ |

Form 6 (ND/SD Miss. Dec. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)**   Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| United States District Court for the Northern District of Mississippi (Greenville Division) United States District Court 305 Main Street, Room 329 Greenville, MS 38701 | 09/27/2011 | Order Granting Application to Appear Pro Hac Vice dated October 17, 2011 |

**(H)**   Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| United States District Court for the Northern District of Mississippi (Greenville Division) United States District Court 305 Main Street, Room 329 Greenville, MS 38701 | Ayers v. Western Line School District 4:66-cv-00001-WAP Nature of Suit: 440 Civil Rights: Other |

FORM 6 (ND/SD MISS. DEC. 2011)

|  | | Yes | No |
|---|---|---|---|

**(I)**   Has Applicant read and become familiar with all of the LOCAL
UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT
COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS
OF MISSISSIPPI?   ☑   ☐

Has Applicant read and become familiar with the
MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   ☑   ☐

**(J)**   Please provide the following information about the resident attorney who has been
associated for this case:

Name and Bar No:   Fred Banks, MS Bar No. 1733

Firm Name:   Phelps, Dunbar

Office Address:   4270 I-55 North

City:   Jackson   State MS   Zip 39211-6391
Telephone:   (601) 360-9356   Fax: (601) 360-9777
E-Mail: banksf@phelps.com

**(K)**   The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

3/18/2013
_____
Date

_____
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __22__ day of __March__, 20_13_.

_____
Applicant

## ATTORNEY BAR ADMISSION INFORMATION

| LETICIA | VICTORIA | SMITH-EVANS |
|---|---|---|
| First Name | Middle Name | Last Name |

| Court | Date of Admission |
|---|---|
| Wisconsin | June 2003 |
| New York Supreme Court Appellate Division Second Judicial Department | March 2006 |
| District of Columbia | March 2007 |
| U.S. District Court for the District of Columbia | July 2008 |
| U.S. District Court for the Southern District of New York | January 2007 |
| U.S. District Court for the Eastern District of New York | January 2007 |
| U.S. District Court for the Western District of Tennessee | May 2010 |
| U.S. District Court for the Western District of Wisconsin | June 2003 |
| U.S. District Court for the Eastern District of Wisconsin | January 2007 |
| U.S. Court of Appeals for the Fifth Circuit | November 2012 |
| U.S. Court of Appeals for the Eleventh Circuit | June 2009 |
| United States Supreme Court | June 2009 |