## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | )   4:65-cv-01300-HTW-LRA |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

### MOTION TO WITHDRAW COUNSEL

Plaintiff-Intervenor United States respectfully moves this Court for an order to withdraw Ryan C. Wilson as counsel of record for the United States in the above-captioned case. Mr. Wilson is counsel for the United States in this action. Mr. Wilson is departing the Educational Opportunities Section of the Department of Justice's Civil Rights Division on August 9, 2013. Accordingly, the United States seeks permission for Mr. Wilson to withdraw from representation of the United States in this matter. Zoe M. Savitsky and Alfred B. Jernigan will continue to represent Plaintiff-Intervenor United States in this matter.

For the reasons stated herein, the United States respectfully moves this Court for entry of an order to withdraw Mr. Wilson as counsel of record for the United States.

Respectfully submitted,

This 30th day of July, 2013

Counsel for the United States of America:

| | |
|---|---|
| GREGORY K. DAVIS<br>United States Attorney | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| | ANURIMA BHARGAVA, Chief<br>SHAHEENA SIMONS, Deputy Chief<br>Educational Opportunities Section |
| | /s/ _Ryan C. Wilson_____ |
| ALFRED B. JERNIGAN, JR.<br>Assistant U. S. Attorney<br>MS Bar No. 3088<br>Southern District of Mississippi<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS  39201<br>(601) 973-2820 direct<br>(601) 965-4032 fax<br>al.jernigan@usdoj.gov | RYAN C. WILSON<br>ZOE M. SAVITSKY<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>Patrick Henry Building, Suite 4300<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>(202) 514-4092<br>ryan.wilson@usdoj.gov<br>zoe.savitsky@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

s/Ryan C.  Wilson
RYAN C. WILSON