### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | )  4:65-cv-01300-HTW-LRA |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Plaintiff-Intervenor's Motion to Withdraw Counsel Ryan C. Wilson, it is this ___ day of _____, 2013, hereby

**ORDERED** that said motion is **GRANTED**, and that Ryan C. Wilson is hereby withdrawn as counsel of record for the United States of America in the above-captioned case.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI