Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**Barnhardt, et al.**

Plaintiff

v.

**Meridian Municipal Separate School District,**

Defendant

CIVIL ACTION

NO.        4:65-cv—1300-HTW-LRA

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**   Name:              Natasha Merle

Firm Name:     NAACP Legal Defense & Educational Fund, Inc.

Office Address:   40 Rector Street, 5th Floor

City:            New York              State  NY         Zip 10006-1738

Telephone:     (212) 965 - 2200         Fax: (212) 226-7592

E-Mail:         nmerle@naacpldf.org

**(B)**   Client(s):        John Barnhardt et al.

Address:        3331 Davis Street

City:            Meridian              State MS         Zip 39301

Telephone:                              Fax:

**(last known)**

The following information is optional:

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:

_____     __X__     State of _New York_____

_____     _____     District of Columbia

and is currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

>       Supreme Court, State of New York, Appellate Division, Second Department
>       45 Monroe Place
>       Brooklyn, NY 11201
>       Clerks Office (718) 722-6324
>       https://www.nycourts.gov/courts/ad2/contactus.shtml

All other courts before which I have been admitted to practice:

Jurisdiction                                   Period of Admission

_____(SEE ATTACHED)  *Exhibit A*_____

_____

_____

Form 6 (ND/SD Miss. Dec. 2016)

_____

_____

_____

| | | Yes | No |
|---|---|---|---|
| **(D)** | Have you been denied admission pro hac vice in this state? | | X |
| | Have you had admission pro hac vice revoked in this state? | | X |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| **(F)** | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | X |

Form 6 (ND/SD Miss. Dec. 2016)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings  (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

FORM 6 (ND/SD MISS. DEC. 2016)

_____
_____
_____

|  |  | **Yes** | **No** |
|---|---|---|---|

**(I)**   Have you read and become familiar with all the LOCAL
UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?      X

Have you read and become familiar with the
MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?      X

**(J)**   Please provide the following information about the resident attorney who has been
associated for this case:

Name and Bar No:___Fred Banks, MS Bar No. 1733_____

Firm Name:      Phelps, Dunbar_____

Office Address:      4270 I-55 North_____

City:   Jackson_____      State MS_____   Zip 39211-6391___

Telephone:      (601) 360-9356_____      Fax:   (601) 360-9777_____

E-Mail:      fred.banks@phelps.com_____

**(K)**   The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
                                    Resident Attorney

FORM 6 (ND/SD MISS. DEC. 2016)

I certify that the information provided in this Application is true and correct.

1/20/2017
Date

Applicant's Handwritten Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

Form 6 (ND/SD Miss. Dec. 2016)

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for

Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who

have appeared in this case.

This the 20th day of January, 2017.

_____

Resident Attorney

Form 6 (ND/SD Miss. Dec. 2016)

## ATTORNEY BAR ADMISSION INFORMATION

| NATASHA | CLARISE | MERLE |
|---|---|---|
| First Name | Middle Name | Last Name |

| COURT | DATE OF ADMISSION |
|---|---|
| New York Supreme Court<br>Appellate Division<br>Second Judicial Department | September 2009 |
| U.S. District Court for the<br>Southern District of New York | April 2015 |
| U.S. District Court for the<br>Eastern District of New York | April 2015 |
| Texas Courts | November 2009 |
| U.S. District Court for the<br>Eastern District of Texas | August 2011 |
| United States Supreme Court | July 2016 |