FORM 6 (ND/SD MISS. DEC. 2016)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**Barnhardt, et al.**

                 Plaintiffs

v.

                                          CIVIL ACTION
                                          NO. 4:65-cv-1300-HTW-LRA

**Meridian Municipal Separate School District,**

                 Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:           Victorien Zai-Xin Wu

          Firm Name:     NAACP Legal Defense & Educational Fund, Inc.

          Office Address:   40 Rector Street, 5th Floor

          City:           New York     State NY     Zip 10006-1738

          Telephone:     (212) 965-2200     Fax: (212) 226-7592

          E-Mail:        vwu@naacpldf.org

(B)   Client(s):       John Barnhardt et al.

          Address:       3331 Davis Street

          City:           Meridian     State MS     Zip 39301

          Telephone:                             Fax:

                                  (last known)

FORM 6 (ND/SD MISS. DEC. 2016)

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

```
_____      __X__    State of  New York
_____      _____    District of Columbia
```

and is currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court, State of New York, Appellate Division, Third Department
Robert Abrams Building for Law and Justice, Albany, New York 12223
Tel: 518-471-4777
Website: http://www.courts.state.ny.us/ad3/

All other courts before which I have been admitted to practice:

Jurisdiction                                      Period of Admission

(SEE ATTACHED) Exhibit A

Form 6 (ND/SD Miss. Dec. 2016)

_____
_____
_____

|     |                                                                                                                                                                                                                                                                                        | Yes | No |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (D) | Have you been denied admission pro hac vice in this state?                                                                                                                                                                                                                             |     | X  |
|     | Have you had admission pro hac vice revoked in this state?                                                                                                                                                                                                                             |     | X  |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                                                                                                                                                                               |     | X  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |                                                                                                                                                                        | Yes | No |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?        |     | X  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |                                                                                                                                                                               | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?                    |     | X  |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

FORM 6 (ND/SD MISS. DEC. 2016)

_____
_____
_____

|     |     | Yes | No |
|-----|-----|-----|-----|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
|     | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: ___Fred Banks, MS Bar No. 1733_____

Firm Name:       _Phelps, Dunbar_____

Office Address:  _4270 I-55 North_____

City: _Jackson_____    State _MS_____ Zip _39211-6391_

Telephone:  _(601) 360-9356_____    Fax:  _(601) 360-9777_____

E-Mail:     _fred.banks@phelps.com_____

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

FORM 6 (ND/SD MISS. DEC. 2016)

I certify that the information provided in this Application is true and correct.

1/19/17
Date

_____
Applicant's Handwritten Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2016)

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the ____ day of January, 2017.

_____
Resident Attorney

Form 6 (ND/SD Miss. Dec. 2016)

# ATTORNEY BAR ADMISSION INFORMATION

| **Victorien** | **Zai-Xin** | **Wu** |
|---|---|---|
| First Name | Middle Name | Last Name |

| COURT | DATE OF ADMISSION |
|---|---|
| New York Supreme Court Appellate Division Third Judicial Department | August 2012 |
| U.S. District Court for the Southern District of New York | November 2014 |
| U.S. District Court for the Eastern District of New York | November 2014 |
| United States Supreme Court | February 2016 |