# Exhibit 2

# Victorien Wu

| | |
|---|---|
| **From:** | Holmes Adams <Holmes.Adams@arlaw.com> |
| **Sent:** | Friday, April 15, 2016 2:45 PM |
| **To:** | Vic Wu |
| **Cc:** | Natasha Merle; John Compton; Alexander Chanock; Natane (CRT) Singleton; Aria Vaughan |
| **Subject:** | Barnhardt v. Meridian Municipal Separate School District, No. 65-cv-1300 (S.D. Miss.) |
| **Attachments:** | Confidentiality Agreement (00039768x9DDAC).docx |
| | |
| **Categories:** | Follow Up |

**John and I have conferred about your request. We wish to continue to follow the procedures originally agreed upon when the Consent Decree was entered in this case, i.e., the District will submit the student information to DOJ, which will in turn redact it for submission to NAACP LDF. We suggest you take up the matter with DOJ if you find DOJ's submission slows your review.**

**Holmes**


**From:** Victorien Wu [mailto:VWu@naacpldf.org]
**Sent:** Wednesday, March 30, 2016 10:19 AM
**To:** Holmes Adams; John Compton
**Cc:** Natasha Merle; alexander.chanock@usdoj.gov; aria.vaughan@usdoj.gov; natane.singleton@usdoj.gov
**Subject:** Barnhardt v. Meridian Municipal Separate School District, No. 65-cv-1300 (S.D. Miss.)


Dear Holmes and John,

On behalf of the Private Plaintiffs in the above-captioned case, we write to request that the Meridian Public School District (the "District") provide us with direct access to the biannual reports that it prepares pursuant to the May 30, 2013 consent decree. As you know, the District is currently required to submit these reports to the United States, which in turn provides these reports to the Private Plaintiffs. However, it has become apparent that the interests of time and efficiency would be better served by making these reports directly available to the Private Plaintiffs. Further, to address any concerns about the privacy of student records, we are willing to enter into the attached confidentiality agreement. We have had similar arrangements with other school districts in other desegregation cases, which have helped to avoid unnecessary delays and facilitate the exchange of information. We have consulted with Natane and Aria at the U.S. Department of Justice, and they agree that such an arrangement would be appropriate in this case.

Please let us know whether the District would be amenable to this arrangement or if you have any questions or concerns.

Best regards,

Vic



**Victorien Wu**
**Fried Frank Fellow**

1

**NAACP Legal Defense and Educational Fund, Inc.**
40 Rector Street, 5th Floor, New York, NY 10006
VWu@naacpldf.org
www.naacpldf.org



**PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.**



**Holmes Adams**
Partner

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 | **direct** 601.292.0723 | **mobile** 601.214.1631
**efax** 601.944.9023 | **fax** 601.355.9708

**holmes.adams@arlaw.com**

**website bio vCard map**