# Exhibit 4

# Victorien Wu

| | |
|---|---|
| **From:** | Holmes Adams <Holmes.Adams@arlaw.com> |
| **Sent:** | Monday, May 02, 2016 11:20 AM |
| **To:** | Aria (CRT) Vaughan |
| **Cc:** | Vic Wu; Natasha Merle; Alexander(CRT) Chanock; Natane (CRT) Singleton; JCompton@witherspooncompton.com |
| **Subject:** | RE: Meridian Site Visit |

Aria, your site visit schedule is fine except that principal and PBIS interventionist at Poplar Springs Elementary will not be present on May 19 so could you please revise your schedule to put Poplar Springs on either May 17 or May 18.  Thanks, Holmes

**From:** Vaughan, Aria (CRT) [mailto:Aria.Vaughan@usdoj.gov]
**Sent:** Monday, April 25, 2016 5:12 PM
**To:** Holmes Adams
**Cc:** JCompton@witherspooncompton.com; Singleton, Natane (CRT); Chanock, Alexander (CRT); Victorien Wu; Natasha Merle
**Subject:** RE: Meridian Site Visit

Holmes and John,

 Thank you for the District's proposed schedule.  We very much appreciate the time the district put into creating it.  However, rather than short visits at all district schools, we propose an alternative schedule:

<u>Tuesday, May 17</u>
Carver MS: 8:00 am – 11:30 am
Meridian HS: 12:30 pm – 3:35 pm
DAC:  4:15 pm – 5:00 pm

<u>Wednesday, May 18</u>
Magnolia MS: 8:00 am – 11:30 am
Northwest MS: 12:30 pm – 3:35 pm
TDAC:  4:15 pm – 5:00 pm

<u>Thursday, May 19</u>
West Hills ES: 8:00 am – 10:00 am
Poplar Springs ES: 10:30 am – 12:30 pm
Parkview ES: 1:15 pm – 3:20 pm
TBD:  4:15 pm – 5:00 pm

 At each school, we would like to meet with the principal and assistant principal or other administrator responsible for discipline.  We would also like to hold a focus group with the PBIS Coordinator and School Discipline Administrative Team and have a short tour of each school, including classroom observations.  We will follow up soon with the names/titles of additional administrators and school personnel that we would like to speak with.

 We would also like an opportunity to discuss DOJ's perspective on the redaction issue.  Do you have time for a call next Thursday at 1pm ET?

Finally, it would be helpful if you can copy DOJ's and LDF's teams on case-related emails.  This helps us respond promptly in the event a team member is on the road and ensures that both plaintiffs are in the loop.

All the best,

Aria

*Aria S. Vaughan*
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530
Tel: 202-616-2166  |  Fax 202-514-8337
aria.vaughan@usdoj.gov

For overnight mail:
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
601 D Street, NW
Patrick Henry Building, Rm. 4116
Washington, DC  20004

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.

---

**From:** Holmes Adams [mailto:Holmes.Adams@arlaw.com]
**Sent:** Monday, April 11, 2016 10:28 AM
**To:** Vaughan, Aria (CRT)
**Cc:** JCompton@witherspooncompton.com
**Subject:** Meridian Site Visit

Aria,
Dr. Carter has suggested the attached schedule to assist with your visit on May 17-19.  The District has administrators and staff participating in end-of- year programs, field trips, etc., so Dr. Carter has developed a schedule to work around the events.  This should give you the opportunity to talk with the Discipline Advisory Committee and the Teacher Advisory Group as well.

Also, would you please let me know the names of your experts who will visiting and the names of everyone else in your party.

Thanks, Holmes



1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 |  **direct** 601.292.0723 |  **mobile** 601.214.1631
**efax** 601.944.9023  |  **fax** 601.355.9708

**holmes.adams@arlaw.com**

**website bio vCard map**