# Exhibit 6

# Victorien Wu

| | |
|---|---|
| **From:** | "Singleton, Natane (CRT)" <Natane.Singleton@usdoj.gov> |
| **Sent:** | Friday, May 06, 2016 10:02 AM |
| **To:** | Alexander (CRT) Chanock; Aria (CRT) Vaughan; Holmes Adams |
| **Cc:** | Vic Wu; Natasha Merle; JCompton@witherspooncompton.com |
| **Subject:** | RE: Handbook Revision Approval |

Dear Holmes,

We have reviewed the DAC's recommended revisions to the Code of Conduct and have no concerns about substance. However, given the audience, we believe the proposed language should be simplified. Please let us know if you have questions or would like to discuss this further.

In addition, we would like to reiterate our previous request for an opportunity to provide you with DOJ's perspective on the redaction issue.  Please let us know your availability for a brief call over the next few days.

Best,
Natane

---

**From:** Singleton, Natane (CRT)
**Sent:** Monday, May 02, 2016 1:39 PM
**To:** 'Holmes Adams'; Vaughan, Aria (CRT); Chanock, Alexander (CRT)
**Cc:** JCompton@witherspooncompton.com; 'Victorien Wu'; Natasha Merle
**Subject:** RE: Handbook Revision Approval

Dear Holmes,

Thank you for passing along the DAC's recommended revisions to the Code of Conduct.  I am copying LDF to ensure that they receive these communications as well.  DOJ will get back to you with our thoughts on the recommendation this week.

Best,

Natane

-----------------------------------------------------------
Natane A. Singleton
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section, PHB 4300
950 Pennsylvania Ave., NW
Washington, DC  20530

Ph: (202) 307-6880 | Fax: (202) 514-8337

**From:** Holmes Adams [mailto:Holmes.Adams@arlaw.com]
**Sent:** Monday, May 02, 2016 11:27 AM
**To:** Vaughan, Aria (CRT); Singleton, Natane (CRT); Chanock, Alexander (CRT); Chanock, Alexander (CRT)

1

**Cc:** JCompton@witherspooncompton.com
**Subject:** FW: Handbook Revision Approval

I attach the Disciplinary Advisory Committee's recommendation for revision to the 2016 Student Code of Conduct.  The revision was suggested by DOJ in our most recent conference call.  Note the revision comes directly from the Consent Decree.

We need your approval to make change to Code.

Thanks, Holmes

**Holmes Adams**
Partner



1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 |  **direct** 601.292.0723 |  **mobile** 601.214.1631
**efax** 601.944.9023  |  **fax** 601.355.9708

**holmes.adams@arlaw.com**

website bio vCard map