# Exhibit 7

# Victorien Wu

| | |
|---|---|
| **From:** | "Singleton, Natane (CRT)" <Natane.Singleton@usdoj.gov> |
| **Sent:** | Wednesday, May 11, 2016 9:45 AM |
| **To:** | Aria (CRT) Vaughan; Holmes Adams |
| **Cc:** | Vic Wu; Natasha Merle; Alexander (CRT) Chanock; JCompton@witherspooncompton.com |
| **Subject:** | RE: Meridian Site Visit |

Dear Holmes,

Thank you for your response. We appreciate you accommodating our two-team schedule and very much look forward to meeting you, John, Dr. Taylor, and Mr. Hagwood. We are sorry to miss Dr. Carter, and hope to have an opportunity to speak with her at a later date.

We are fine with switching the order of the Wednesday school visits so that we visit Northwest MS from 8-11:30 and Poplar Springs ES from 12:30-3:30. I am including a revised Wednesday schedule at the bottom of this email in light of your request. Please let us know if this works.

With regard to the meetings with Chief Clayton and the SROs, the law enforcement team will plan to start at the Central Office and then move to Meridian HS. We therefore propose the following change to Tuesday's schedule:

Law Enforcement Detail Schedule:
*Central Office:*
8:00 am – 9:30 am – Meeting with Chief Clayton
9:30 am – 10:30 am – Meeting with SROs

*Meridian High School:*
10:45 am – 11:45 am – Tour with SROs
11:45 am – 12:30 pm – Meeting with Principal or other school point of contact for SROs/SSOs (if Principal, this group will join the Discipline meeting that is in progress)
1:30 pm – 3:00 pm – Follow up meeting with SROs (we ask that at least 2 SROs join us at MHS)

*Carver Middle School:*
3:15 pm – 4:00 pm – Meeting with Principal or other school point of contact for SROs/SSOs

We also wanted to clarify that by "school point of contact" we mean the individual at each school who is in regular contact with the SRO assigned to that school. Perhaps that is the Principal or Assistant Principal.

Thank you for agreeing to provide a list of current members of the DAC and TDAC. We appreciate the opportunity to review the documentation of recent incidents (for the period beginning with implementation of the Consent Decree) when we arrive at each school.

Finally, please let us know when would be a good time for a quick call with the parties to discuss the redaction issue.

Thanks again and please don't hesitate to contact us with additional concerns or questions.

Sincerely,

Natane

1

<u>Wednesday, May 18 (REVISED)</u>
Northwest MS: 8:00 am – 11:30 am
Poplar Springs ES: 12:30 pm – 3:30 pm
TDAC:  4:15 pm – 5:00 pm

<u>Discipline Detail Schedule:</u>
*Northwest Middle School:*
8:00 am – 8:30 am – Meeting with Principal or other administrator in charge of discipline
8:30 am – 9:30 am – Classroom observations/tour
9:30 am – 10:30 am – Focus group with DAT
10:30 am – 11:30 am – Meeting with PBIS Coordinator

*Poplar Springs Elementary School:*
12:30 pm – 1:00 pm – Meeting with Principal or other administrator in charge of discipline
1:00 pm – 1:45 pm – Classroom observations/tour
1:45 pm – 2:30 pm – Meeting with PBIS Coordinator
2:30 pm – 3:15 pm – Focus group with DAT
3:15 pm – 3:30 pm – Wrap-up with Principal or other administrator in charge of discipline

<u>Law Enforcement Detail Schedule:</u>
*Central Office:*
8:30 am – 9:30 am – Meeting with Head of the Department of Student Services
9:30 am – 10:30 am – Meeting with Human Resources Director
10:30 am – 11:30 am – Additional follow-up with Chief Clayton/SROs as needed

*Magnolia Middle School:*
1:00 – 2:00 pm – Meeting with Principal or other school point of contact for SROs/SSOs

*Northwest Middle School:*
2:30 pm – 3:30 pm – Meeting with Principal or other school point of contact for SROs/SSOs

-------------------------------------------------------------
Natane A. Singleton
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section, PHB 4300
950 Pennsylvania Ave., NW
Washington, DC  20530

Ph: (202) 307-6880 | Fax: (202) 514-8337

---

**From:** Holmes Adams [mailto:Holmes.Adams@arlaw.com]
**Sent:** Monday, May 09, 2016 1:20 PM
**To:** Vaughan, Aria (CRT)
**Cc:** JCompton@witherspooncompton.com; Singleton, Natane (CRT); Chanock, Alexander (CRT); Victorien Wu; Natasha Merle
**Subject:** RE: Meridian Site Visit

Aria, in reply to your email of May 4 regarding the site visit on May 17-19, we have worked to structure things so that we can accommodate the two-team visit that you outlined, one team for student discipline and another team for law enforcement.  Our plan is for Howard Hagwood and I (or John Hooks) to be in the student discipline sessions.  Superintendent Dr. Taylor and John Compton will be at the law enforcement sessions.

The District would like to exchange the times for the visits to Poplar Springs and Northwest Middle on May 18 so that you will visit Northwest Middle in the morning and Poplar Springs in the afternoon.

We believe that you may wish to streamline your law enforcement team visits.  Chief Clayton's headquarters is at the Central Office, not Meridian High School.  In addition to Chief Clayton, there are five SROs.  One is assigned to Meridian High, one to the Alternative School, and the others float.   Your schedule mentions a meeting with the school "principal or other point of contact for SROs/SSOs."  The point of contact for all SROs and SSOs at all school is Chief Clayton.

You also made an informal request for information dated May 4, 2016.  The District will provide you a list of current members of the DAC and TDAC.
As to documents related to the ten most recent incidents of in-school suspensions, out-of-school suspensions, arrests, alternative placements, and expulsions, the volume of documents requested means the District can provide them only at the time of your visits to the schools.  Your request has no time limitation.   The District intends to comply with your request but only for the period since implementation of the Consent Order.  For instance, in some cases, the last ten expulsions for certain schools might reach back several years before the Consent Order.

I also want to make you aware that Dr. Amy Carter is not available during the days of your visit.  She will be at Harvard University at Superintendent's training during the week.  You may talk to her later by telephone if you wish, and we can arrange that.

Holmes

---

**From:** Vaughan, Aria (CRT) [mailto:Aria.Vaughan@usdoj.gov]
**Sent:** Wednesday, May 04, 2016 5:18 PM
**To:** Holmes Adams
**Cc:** JCompton@witherspooncompton.com; Singleton, Natane (CRT); Chanock, Alexander (CRT); Victorien Wu; Natasha Merle
**Subject:** RE: Meridian Site Visit

Good Afternoon Holmes and John,

The members of the Department of Justice team will include Natane Singleton, Alexander Chanock, and me, as well as our expert consultants Jim Freeman and Theron Bowman.  After talking to our experts, we have realized that we will need to have two teams—one focusing on discipline and the other on law enforcement.  We hope that you can accommodate this request and propose the following schedule:

<u>Tuesday, May 17</u>
Meridian HS: 8:00 am – 12:00 pm
Carver MS:  1:00 pm – 4:00 pm
DAC:  4:15 pm – 5:00 pm

<u>Discipline Detail Schedule:</u>
*Meridian High School:*
8:00 am – 8:30 am – Meeting with Principal or other administrator in charge of discipline
8:30 am – 9:30 am – Classroom observations/tour
9:30 am – 10:15 am – Focus group with DAT
10:15 am – 11:00 am – Meeting with PBIS Coordinator
11:00 am – 11:30 pm – Meeting with School Social Worker

3

11:30 am – 12:00 pm – Wrap-up with Principal or other administrator in charge of discipline

*Carver Middle School:*
1:00 pm – 1:30 pm – Meeting with Principal or other administrator in charge of discipline
1:30 pm – 2:30 pm – Classroom observations/tour
2:30 pm – 3:15 pm – Meeting with PBIS Coordinator
3:15 pm – 4:00 pm – Focus group with DAT

Law Enforcement Detail Schedule:
*Meridian High School:*
8:00 am – 9:30 am – Meeting with Chief Clayton
9:30 am – 10:30 am – Meeting with SROs
10:30 am – 11:30 am – Tour with SROs
11:30 am – 12:00 pm – Meeting with Principal or other school point of contact for SROs/SSOs (if Principal, this group will join the Discipline meeting that is in progress)
1:00 pm – 3:00 pm – Follow up meeting with SROs

*Carver Middle School:*
3:15 pm – 4:00 pm – Meeting with Principal or other school point of contact for SROs/SSOs

<u>Wednesday, May 18</u>
Poplar Springs ES: 8:00 am – 11:00 am
Northwest MS: 12:00 pm – 3:30 pm
TDAC:  4:15 pm – 5:00 pm

Discipline Detail Schedule:
*Poplar Springs Elementary School:*
8:00 am – 8:30 am – Meeting with Principal or other administrator in charge of discipline
8:30 am – 9:15 am – Classroom observations/tour
9:15 am – 10:00 am – Focus group with DAT
10:00 am – 10:45 am – Meeting with PBIS Coordinator
10:45 am – 11:00 am – Wrap-up with Principal or other administrator in charge of discipline

*Northwest Middle School:*
12:00 pm – 12:30 pm – Meeting with Principal or other administrator in charge of discipline
12:30 pm – 1:30 pm – Classroom observations/tour
1:30 pm – 2:30 pm – Meeting with PBIS Coordinator
2:30 pm – 3:30 pm – Focus group with DAT

Law Enforcement Detail Schedule:
*Central Office:*
8:30 am – 9:30 am – Meeting with Head of the Department of Student Services
9:30 am – 10:30 am – Meeting with Human Resources Director

*Magnolia Middle School:*
11:00 am – 12:00 pm – Meeting with Principal or other school point of contact for SROs/SSOs

1:00pm – 2:00 pm – Additional follow-up with Chief Clayton/SROs as needed

*Northwest Middle School:*
2:30 pm – 3:30 pm – Meeting with Principal or other school point of contact for SROs/SSOs

4

<u>Thursday, May 19</u>
Magnolia MS:  8:00 am – 10:45 am
West Hills ES: 11:00 am – 1:00 pm
Parkview ES: 1:45 pm – 3:45 pm
PBIS Director:  4:00 pm – 5:00 pm

<u>Discipline Detail Schedule:</u>
*Magnolia Middle School:*
8:00 am – 8:30 am – Meeting with Principal or other administrator in charge of discipline
8:30 am – 9:15 am – Classroom observations/tour
9:15 am – 10:00 am – Focus group with DAT
10:00 am – 10:45 am – Meeting with PBIS Coordinator

*West Hills Elementary School:*
11:00 am – 11:30 am – Meeting with Principal or other administrator in charge of discipline
11:30 am – 12:00 pm – Classroom observations/tour
12:00 pm – 12:30 pm – Meeting with PBIS Coordinator
12:30 pm – 1:00 pm – Focus group with DAT

*Parkview Elementary School:*
1:45 pm – 2:15 pm – Meeting with Principal or other administrator in charge of discipline
2:15 pm – 2:45 pm – Classroom observations/tour
2:45 pm – 3:15 pm – Meeting with PBIS Coordinator
3:15 pm – 3:45 pm – Focus group with DAT

We would like to meet with the DAC and TDAC at the times indicated above.  The law enforcement schedule is based on our understanding that the SROs have their office at Meridian High School, but respond to other schools as needed.  If this is incorrect and SROs are stationed at schools other than Meridian High School, please let us know.  If the individuals that we indicate are not available at the times indicated, please propose an alternative schedule.

In addition, I have attached a limited information request to this email.

Thank you again for your time and we look forward to introducing ourselves in person.  I hope you have a wonderful evening.

Best,
Aria

## *Aria S. Vaughan*

Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530
Tel: 202-616-2166  |  Fax 202-514-8337
aria.vaughan@usdoj.gov

For overnight mail:
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
601 D Street, NW
Patrick Henry Building, Rm. 4116

Washington, DC  20004

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.

---

**From:** Holmes Adams [mailto:Holmes.Adams@arlaw.com]
**Sent:** Tuesday, May 03, 2016 2:40 PM
**To:** Vaughan, Aria (CRT)
**Cc:** JCompton@witherspooncompton.com; Singleton, Natane (CRT); Chanock, Alexander (CRT); Victorien Wu; Natasha Merle
**Subject:** RE: Meridian Site Visit

Aria and all,

As I told you earlier, the principal and PBIS Coordination for Poplar Springs will not be present on May 19, so we ask that you visit Poplar Springs on either May 17 or 18, and move one of the schools from those dates to the May 19 time slot.  Let me know as soon as you can so that we can make definite arrangements with all schools.

Also, please confirm whether or not you want to visit with the DAC and TDAC.  The District needs to get out invitations to their members to try to get as many of the members together on the late afternoon times you indicated.

Will you also list for me the persons who will be on the site visit for both DOJ and LDF.

I would appreciate hearing from you soon so that the District can finalize plans with all the school officials to ensure their availability for the times indicated.

Thanks, Holmes

---

**From:** Vaughan, Aria (CRT) [mailto:Aria.Vaughan@usdoj.gov]
**Sent:** Monday, April 25, 2016 5:12 PM
**To:** Holmes Adams
**Cc:** JCompton@witherspooncompton.com; Singleton, Natane (CRT); Chanock, Alexander (CRT); Victorien Wu; Natasha Merle
**Subject:** RE: Meridian Site Visit

Holmes and John,

Thank you for the District's proposed schedule.  We very much appreciate the time the district put into creating it.  However, rather than short visits at all district schools, we propose an alternative schedule:

<u>Tuesday, May 17</u>
Carver MS: 8:00 am – 11:30 am
Meridian HS: 12:30 pm – 3:35 pm
DAC:  4:15 pm – 5:00 pm

<u>Wednesday, May 18</u>
Magnolia MS: 8:00 am – 11:30 am
Northwest MS: 12:30 pm – 3:35 pm

TDAC:  4:15 pm – 5:00 pm

<u>Thursday, May 19</u>
West Hills ES: 8:00 am – 10:00 am
Poplar Springs ES: 10:30 am – 12:30 pm
Parkview ES: 1:15 pm – 3:20 pm
TBD:  4:15 pm – 5:00 pm

At each school, we would like to meet with the principal and assistant principal or other administrator responsible for discipline.  We would also like to hold a focus group with the PBIS Coordinator and School Discipline Administrative Team and have a short tour of each school, including classroom observations.  We will follow up soon with the names/titles of additional administrators and school personnel that we would like to speak with.

We would also like an opportunity to discuss DOJ's perspective on the redaction issue.  Do you have time for a call next Thursday at 1pm ET?

Finally, it would be helpful if you can copy DOJ's and LDF's teams on case-related emails.  This helps us respond promptly in the event a team member is on the road and ensures that both plaintiffs are in the loop.

All the best,

Aria

*Aria S. Vaughan*
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530
Tel: 202-616-2166  |  Fax 202-514-8337
aria.vaughan@usdoj.gov

For overnight mail:
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
601 D Street, NW
Patrick Henry Building, Rm. 4116
Washington, DC  20004

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.

---

**From:** Holmes Adams [mailto:Holmes.Adams@arlaw.com]
**Sent:** Monday, April 11, 2016 10:28 AM
**To:** Vaughan, Aria (CRT)
**Cc:** JCompton@witherspooncompton.com
**Subject:** Meridian Site Visit

Aria,

Dr. Carter has suggested the attached schedule to assist with your visit on May 17-19. The District has administrators and staff participating in end-of- year programs, field trips, etc., so Dr. Carter has developed a schedule to work around the events. This should give you the opportunity to talk with the Discipline Advisory Committee and the Teacher Advisory Group as well.

Also, would you please let me know the names of your experts who will visiting and the names of everyone else in your party.

Thanks, Holmes

**Holmes Adams**
Partner
ADAMS AND REESE LLP

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 | **direct** 601.292.0723 | **mobile** 601.214.1631
**efax** 601.944.9023 | **fax** 601.355.9708

holmes.adams@arlaw.com

**website bio vCard map**