# Exhibit 9

# Victorien Wu

| | |
|---|---|
| **From:** | John Compton <JCompton@witherspooncompton.com> |
| **Sent:** | Thursday, January 12, 2017 12:24 PM |
| **To:** | Victorien Wu; Holmes.Adams@arlaw.com |
| **Cc:** | Natasha Merle; natane.singleton@usdoj.gov; aria.vaughan@usdoj.gov; alexander.chanock@usdoj.gov |
| **Subject:** | RE: Barnhardt v. Meridian Municipal Separate School District, No. 65-cv-1300 (S.D. Miss.) |

I apologize to you. Holmes and I discussed your request and I was supposed to respond and thought I had.  Apparently not. We are not in agreement to honor LDF's request. LDF was a party to the consent decree and we do not see the need to change the reporting process.

**From:** Victorien Wu [mailto:vwu@naacpldf.org]
**Sent:** Monday, December 12, 2016 10:30 AM
**To:** Holmes.Adams@arlaw.com; John Compton
**Cc:** Natasha Merle; natane.singleton@usdoj.gov; aria.vaughan@usdoj.gov; alexander.chanock@usdoj.gov
**Subject:** Barnhardt v. Meridian Municipal Separate School District, No. 65-cv-1300 (S.D. Miss.)

Dear Holmes and John,

Please see the attached correspondence. Thank you,

Vic


**Victorien Wu**
**Fried Frank Fellow**
**NAACP Legal Defense and Educational Fund, Inc.**
40 Rector Street, 5th Floor, New York, NY 10006
▬VWu@naacpldf.org
www.naacpldf.org



**PRIVILEGE AND CONFIDENTIALITY NOTICE:** This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.