# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**                                                     **PLAINTIFFS**

**AND**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF-INTERVENOR**

**VS.**                                                **CIVIL ACTION NO. 4:65CV01300-HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, ET AL.**                                            **DEFENDANTS**

## NOTICE OF APPEARANCE

John S. Hooks, attorney with the firm of Adams and Reese LLP, enters his appearance as counsel of record for the Meridian Public School District.

Respectfully submitted, this 26th day of January 2017.

                                  **MERIDIAN PUBLIC SCHOOL DISTRICT**

                                  /s/ John S. Hooks
                                  Holmes S. Adams (MS Bar No. 1126)
                                  John S. Hooks (MS Bar No. 99175)
                                  Adams and Reese LLP
                                  1018 Highland Colony Parkway, Suite 800
                                  Ridgeland, Mississippi 39157
                                  T: 601.353.3234
                                  F: 601.355.9708
                                  holmes.adams@arlaw.com
                                  john.hooks@arlaw.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this date, I filed electronically the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of filing to all registered counsel of record.

      Dated:  January 26, 2017.

                                               /s/  John S. Hooks