IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES OF AMERICA, | )   4:65-cv-01300-HTW-LRA |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| MERIDIAN MUNICIPAL SEPARATE | ) |
| SCHOOL DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Plaintiff United States of America respectfully requests that the Court enter the appearance of Natane Singleton as counsel of record for the United States of America in the above-captioned action. Ms. Singleton is a member in good standing of the bar of the State of Maryland.

Respectfully submitted,

T.E. WHEELER, II
Acting Assistant Attorney General
Civil Rights Division
SHAHEENA A. SIMONS, Chief
RENEE M. WOHLENHAUS, Deputy Chief
Educational Opportunities Section

*s/ Natane Singleton*
NATANE SINGLETON
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300

950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092

*Certificate of Service*

I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system.

s/ *Natane Singleton*
NATANE SINGLETON
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-4092
