**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN BARNHARDT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 4:65-cv-01300-HTW-LRA |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERIDIAN MUNICIPAL SEPARATE | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————————— | ) | |

## <u>NOTICE OF APPEARANCE</u>

Plaintiff United States of America respectfully requests that the Court enter the

appearance of Aria S. Vaughan as counsel of record for the United States of America in the

above-captioned action.  Ms. Vaughan is a member in good standing of the bar of the State of

New York, New York Bar Number 5044748.

      Respectfully submitted,

      T.E. WHEELER, II
      Acting Assistant Attorney General
      Civil Rights Division
      SHAHEENA A. SIMONS, Chief
      RENEE M. WOHLENHAUS**,** Deputy Chief
      Educational Opportunities Section

      <u>*/s/ Aria S.  Vaughan*</u>
      ARIA S. VAUGHAN
      Trial Attorney
      U.S. Department of Justice
      Civil Rights Division
      Educational Opportunities Section
      Patrick Henry Building, Suite 4300

950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 305-3364

***Certificate of Service***

I hereby certify that on February 9, 2017 I electronically filed the foregoing with the

Clerk of the Court using the ECF system.

/s/ *Aria S.  Vaughan*
ARIA S. VAUGHAN
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 305-3364