# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | )   4:65-cv-01300-HTW-LRA |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW COUNSEL

Plaintiff-Intervenor United States respectfully moves this Court for an order granting this motion to withdraw Zoe M. Savitsky as counsel of record for the United States in the above captioned case. She has represented the United States in this action and is leaving her employment at the Educational Opportunities Section of the Department of Justice's Civil Rights Division on February 28, 2017. Accordingly, the United States seeks the Court's approval for Ms. Savitsky to withdraw from representing the United States in this matter. Natane Singleton and Aria Vaughan will continue to represent the Plaintiff-Intervenor United States in this matter.

For the reasons stated herein, the United States respectfully moves this Court for entry of an order approving the withdrawal of Ms. Savitsky as counsel of record for the United States.

Respectfully submitted,

This 28th day of February, 2017

<u>Counsel for the United States of America:</u>

| | |
|---|---|
| GREGORY K. DAVIS | T.E. WHEELER II |
| United States Attorney | Acting Assistant Attorney General |
| | Civil Rights Division |
| | |
| MITZI PAIGE | SHAHEENA SIMONS, Chief |
| Assistant U. S. Attorney | RENEE M. WOHLENHAUS, Deputy Chief |
| MS Bar No. 3088 | Educational Opportunities Section |
| Southern District of Mississippi | |
| 501 E. Court Street, Ste. 4.430 | |
| Jackson, MS  39201 | /s/ *Zoe M. Savitsky* |
| (601) 965-4480 | ZOE M. SAVITSKY |
| | NATANE SINGLETON |
| | ARIA VAUGHAN |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Rights Division |
| | Educational Opportunities Section |
| | Patrick Henry Building, Suite 4300 |
| | 950 Pennsylvania Ave., NW |
| | Washington, D.C. 20530 |
| | (202) 514-4092 |
| | zoe.savitsky@usdoj.gov |

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 28, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

Dated: February 28, 2017      */s/ Zoe M. Savitsky*
                Zoe M. Savitsky
                U.S. Department of Justice
                Educational Opportunities Section
                Civil Rights Division
                U.S. Department of Justice
                950 Pennsylvania Avenue, NW
                Patrick Henry Building, Suite 4300
                Washington, D.C.  20530
                Tel:  (202) 305-3223
                Fax:  (202) 514-8337
                zoe.savitsky@usdoj.gov