# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| JOHN BARNHARDT, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| and | ) ) | |
| UNITED STATES OF AMERICA, | ) | 4:65-cv-01300-HTW-LRA |
| Plaintiff-Intervenor, | ) ) ) | |
| v. | ) ) | |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Plaintiff-Intervenor's Motion to Withdraw Counsel Zoe M. Savitsky, it is this ___ day of _____, 2017, hereby

**ORDERED** that said motion is **GRANTED**, and that Zoe M. Savitsky is hereby withdrawn as counsel of record for the United States of America in the above-captioned case.

_____

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI