IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 4:65-cv-01300-HTW-LRA |
| ) | 1300(E) |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| MERIDIAN MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

**PRIVATE PLAINTIFFS' CONSENT MOTION TO CONTINUE HEARING**

Plaintiffs John Barnhardt *et al*. (collectively, "Private Plaintiffs") hereby move the Court for an order continuing the hearing regarding Private Plaintiffs' Motion to Amend Consent Order, ECF No. 40, currently set for June 7, 2017 at 2 p.m. Due to scheduling conflicts, including depositions previously scheduled to take place June 7 and June 8, 2017, undersigned counsel is unable to attend the hearing currently scheduled for June 7, 2017. In accordance with Local Rule 7(b)(10) and with guidance from the Court, Private Plaintiffs have conferred with the United States and Defendant, the Meridian Municipal Separate School District, about the relief requested and their availability. All parties consent to continuing the hearing to a later date and are available on the afternoon of June 27, 2017 and June 28, 2017.

Accordingly, Private Plaintiffs respectfully request that the hearing currently set for June 7, 2017 be continued to either June 27, 2017 or June 28, 2017. Private Plaintiffs further request that the Court waive the requirement of a memorandum brief in support of the motion under Local Rule 7(b)(4) given that there are no objections to this motion.

Respectfully submitted this 2nd day of June 2017.

/s/ Fred Banks  
Fred L. Banks, Jr.  
Phelps Dunbar LLP  
4270 I-55 North  
Jackson, MS 39211-6391  
Tel: (601) 360-9356  
Fax: (601) 360-9777  
fred.banks@phelps.com  

/s/ Natasha Merle  
Rachel Kleinman  
Natasha Merle  
Victorien Wu  
NAACP Legal Defense and  
  Educational Fund, Inc.  
40 Rector Street, 5th Floor  
New York, New York 10006  
Tel: (212) 965-2200  
Fax: (212) 226-7592  
rkleinman@naacpldf.org  
nmerle@naacpldf.org  
vwu@naaacpldf.org  

*Counsel for Private Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

/s/ Natasha Merle
Natasha Merle
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org