IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, et al.,                                              PLAINTIFFS

AND

UNITED STATES OF AMERICA,                          PLAINTIFF-INTERVENOR

VS.                                         CIVIL ACTION NO. 4:65CV01300-HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.                                              DEFENDANTS

## ORDER CONTINUING HEARING

BEFORE THIS COURT is the Private Plaintiffs' Consent Motion to Continue Hearing **[Docket no. 48]**. Having considered said motion, this court is persuaded that the motion is well-taken.

IT IS HEREBY ORDERED that the Private Plaintiffs' Consent Motion to Continue Hearing **[Docket no. 48]** is GRANTED, and the hearing currently set for June 7, 2017, at 2:00 p.m. is reset to June 27, 2017, at 2:00 p.m.

SO ORDERED this the 2nd day of June, 2017.

                s/ HENRY T. WINGATE_____
                UNITED STATES DISTRICT COURT JUDGE