IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 4:65-cv-01300-HTW-LRA |
| ) | 1300(E) |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| MERIDIAN MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), Victorien Wu, one of counsel for Plaintiffs John Barnhardt *et al.* (collectively, "Private Plaintiffs"), hereby moves the Court for an order permitting him to withdraw his appearance from this case. Mr. Wu will be leaving the staff of the NAACP Legal Defense and Educational Fund, Inc. ("LDF") effective August 18, 2017. Private Plaintiffs will continue to be represented by other counsel of record, including Natasha Merle of LDF and local counsel Fred L. Banks, Jr.

Respectfully submitted this 18th day of August, 2017.

/s/ Fred L. Banks, Jr.
Fred L. Banks, Jr.
Mississippi State Bar No. 1733
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391
Tel: (601) 360-9356
Fax: (601) 360-9777
fred.banks@phelps.com

*Counsel for Private Plaintiffs*

/s/ Victorien Wu
Victorien Wu*
NAACP Legal Defense and
   Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
vwu@naacpldf.org

* Admitted Pro Hac Vice

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

                                            /s/ Victorien Wu
                                            Victorien Wu*
                                            NAACP Legal Defense and
                                              Educational Fund, Inc.
                                            40 Rector Street, 5th Floor
                                            New York, New York 10006
                                            Tel: (212) 965-2200
                                            Fax: (212) 226-7592
                                            vwu@naaacpldf.org