# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN MUNICIPAL SEPARATE ) <br> SCHOOL DISTRICT, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 4:65-cv-01300-HTW-LRA 1300(E) |

## [PROPOSED] ORDER

On motion of Victorien Wu, pursuant to Local Rule 83.1(b)(3), to withdraw his appearance as counsel for John Barnhardt, et al. (collectively, "Private Plaintiffs"),

IT IS ORDERED that the motion is GRANTED.

This ___ day of _____, 2017

_____
UNITED STATES DISTRICT COURT JUDGE