

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

Nos. 28030 & 28042

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

HINDS COUNTY SCHOOL BOARD, et al,
Defendants-Appellees.

(Civil Action No. 4075(J))

---

BUFORD A. LEE, et al,
Plaintiffs-Appellees,

v.

UNITED STATES OF AMERICA,
Defendant-Appellant,

v.

MILTON EVANS,
Third Party
Defendant-Appellee.

(Civil Action No. 2034(H))

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

KEMPER COUNTY SCHOOL BOARD, et al,
Defendants-Appellees.

(Civil Action No. 1373(E))

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

NORTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 3807(J))

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

NATCHEZ SPECIAL MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 1120(W))

**EXHIBIT 1**

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

MARION COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 2178(H))

---

JOAN ANDERSON, et al,
                    Plaintiffs-Appellants,

UNITED STATES OF AMERICA ,
                    Plaintiff-Intervenor-
                    Appellant,

v.

THE CANTON MUNICIPAL SCHOOL DISTRICT, et al,
and THE MADISON COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 3700(J))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

SOUTH PIKE COUNTY CONSOLIDATED
    SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 3984(J))

---

BEATRICE ALEXANDER, et al,
                    Plaintiffs-Appellants,

v.

HOLMES COUNTY BOARD OF EDUCATION, et al,
                    Defendants-Appellees.

(Civil Action No. 3779(J))

---

ROY LEE HARRIS, et al,
                    Plaintiffs-Appellants,

v.

THE YAZOO COUNTY BOARD OF EDUCATION, et al,
                    Defendants-Appellees.

(Civil Action No. 1209(W))

---

JOHN BARNHARDT, et al,
                    Plaintiffs-Appellants,

v.

MERIDIAN SEPARATE SCHOOL DISTRICT, et al,
                    Defendants-Appellees. **EXHIBIT 1**

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

NESHOBA COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 1396(E))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

NOXUBEE COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 1372(E))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

LAUDERDALE COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 1367(E))

---

DIAN HUDSON, et al,
                    Plaintiffs-Appellants,

UNITED STATES OF AMERICA,
                    Plaintiff-Intervenor-
                    Appellant,

v.

LEAKE COUNTY SCHOOL BOARD, et al,
                    Defendants-Appellees.

(Civil Action No. 3382(J))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

COLUMBIA MUNICIPAL SEPARATE SCHOOL, et al,
                    Defendants-Appellees.

(Civil Action No. 2199(H))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

AMITE COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 3983(J))

**EXHIBIT 1**

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

COVINGTON COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 2148(H))

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

LAWRENCE COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 2216(H))

JEREMIAH BLACKWELL, JR., et al,
                    Plaintiffs-Appellants,

v.

ISSAQUENA COUNTY BOARD OF EDUCATION, et al,
                    Defendants-Appellees.

(Civil Action No. 1096(W))

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

WILKINSON COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 1160(W))

CHARLES KILLINGSWORTH, et al,
                    Plaintiffs-Appellants,

v.

THE ENTERPRISE CONSOLIDATED SCHOOL DISTRICT
and QUITMAN CONSOLIDATED SCHOOL DISTRICT,
                    Defendants-Appellees.

(Civil Action No. 1302(E))

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

LINCOLN COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 4292(J))

**EXHIBIT 1**

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

PHILADELPHIA MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 1368(E)

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

FRANKLIN COUNTY SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 4256(J))

Appeals from the United States District Court for the
Southern District of Mississippi

Before BELL, THORNBERRY, and MORGAN, Circuit Judges.

PER CURIAM:

These cases, consolidated for order, are here for dis-
position in light of the decision of the Supreme Court in Alexander
v. Holmes County Board of Education, No. 632, dated October 29, 1969.
They involve 30 school districts in the Southern District of Missis-
sippi.  Suits to disestablish the dual school system were brought
against fourteen of the school districts by private litigants:
Anguilla, Canton, Enterprise, Holly Bluff, Holmes, Leake, Madison,
Meridian, North Pike, Quitman, Sharkey-Issaquena, Wilkinson, Yazoo
City, and Yazoo County.  The suits with respect to the other six-
teen school districts were government initiated.

The scope of the problem of converting from dual to
unitary school systems in these districts may be seen from the fol-
lowing tables which reflect racial composition.

**EXHIBIT 1**

## GROUP I

| SYSTEM | WHITE STUDENTS | NEGRO STUDENTS |
|---|---|---|
| Amite | 1461 | 2582 |
| Anguilla Line | 214 | 906 |
| Canton Municipal | 1326 | 3672 |
| Hinds | 6438 | 7489 |
| Holly Bluff | 240 | 483 |
| Holmes | 913 | 5355 |
| Kemper | 793 | 2060 |
| Madison | 1238 | 3376 |
| Natchez-Adams | 4494 | 5927 |
| Noxubee County | 872 | 3573 |
| Sharkey-Issaquena | 630 | 2002 |
| South Pike | 1135 | 2156 |
| Wilkinson | 779 | 2757 |
| Yazoo County | 1071 | 2495 |

## GROUP II

| SYSTEM | WHITE STUDENTS | NEGRO STUDENTS |
|---|---|---|
| Enterprise | 405 | 363 |
| Franklin | 1094 | 1075 |
| Leake | 2088 | 2224 |
| North Pike | 697 | 605 |
| Quitman | 1656 | 1490 |
| Yazoo City | 2014 | 2089 |

--2--

**EXHIBIT 1**

GROUP III

| SYSTEM | WHITE STUDENTS | NEGRO STUDENTS |
|---|---|---|
| Columbia City | 1538 | 896 |
| Covington | 1998 | 1629 |
| Forrest | 4195 | 1062 |
| Lauderdale | 3063 | 1858 |
| Lawrence | 1942 | 1277 |
| Lincoln | 1671 | 1018 |
| Marion | 2064 | 1564 |
| Meridian | 6418 | 4405 |
| Neshoba | 2045 | 877 |
| Philadelphia | 969 | 548 |

It is ordered, adjudged and decreed, effective immediately, that "the school districts here involved may no longer operate a dual system based on race or color" and each district is to operate henceforth, pursuant to the terms hereof, as a unitary school system within which no person is "effectively excluded from any school because of race or color." Alexander v. Holmes County Board of Education, supra.

To effectuate the conversion of these school systems to unitary school systems within the context of the order of the Supreme Court in Alexander v. Holmes County Board of Education, it is ordered, adjudged, and decreed that the permanent plans as distinguished from the interim plans prepared

--3--

EXHIBIT 1

by the Office of Education, Department of Health, Education and Welfare, attached hereto and marked as Appendices 1 through 30 shall be immediately enforced as the plans of the respective systems subject to the following terms, conditions, and exceptions:

(1) The time between the date hereof and December 31, 1969 shall be utilized in arranging the transfer of faculty, transfer of equipment, supplies and libraries where necessary, the reconstitution of school bus routes where indicated, and in solving other logistical problems which may ensue in effectuating the attached plans. This activity shall commence immediately. The Office of Education plans will result in the transfer of thousands of school children and hundreds of faculty members to new schools. Many children will have new teachers after December 31, 1969. It will be necessary for final grades to be entered and for other records to be completed by faculty members and school administrators for the students for the partial school year involved prior to the transfers. The interim period between the date of this order and December 31, 1969 will also be utilized for this purpose.

(2) No later than December 31, 1969 the pupil attendance patterns and faculty assignments in each district shall comply with the respective plans.

--4--

**EXHIBIT 1**

(3)   As to the South Pike school district (App. 1),
the plan suggested by the Office of Education shall be fully
complied with except as to pupil assignment.   The present pupil
assignment and attendance pattern will suffice until the fur-
ther order of this court.   This system has 1135 white students
and 2156 Negro students.   Each of its seven schools are pre-
sently integrated.   We conclude that a unitary system has been
established as to pupil assignment.   The Office of Education
plan in other respects will assure a completely unitary system.

(4)   As to the Madison County system, the Office of
Education plan (App. 2) is modified as follows:   Subsections
4 through 8 of the Office of Education Recommended Plan for
Student Desegregation 1969-70 are eliminated.   In place of
those subsections we substitute the geographic zoning arrange-
ment for East Flora, Flora, Rosa Scott, Madison-Ridgeland, and
Ridgeland Elementary set out in sections A.2. and A.3. (App.
2(b)) of the proposed plan of the Madison County Board of
Education.   All other provisions of the Office of Education
plan regarding Madison County are to become effective pursuant
to the terms of this order.

(5)   The attendance plan submitted by the Wilkinson
County Board of Education will be considered by the court as
a modification of the Office of Education plan (App.3) upon
a showing through a pupil locator map of the contemplated
racial characteristics of the schools for girls.

--5--

EXHIBIT 1

(6)   The attendance plan submitted by the North Pike County Consolidated School District will be considered by the court as a modification of the Office of Education plan (App. 4) upon a showing through a pupil locator map of the contemplated racial characteristics of the Jones and Johnston Elementary schools.

(7)   It appearing that the lack of buildings prevents the immediate implementation of the permanent plan of the Office of Education suggested for the Quitman Consolidated school district, the pupil attendance interim plan of the Office of Education for this district is authorized for use during the remainder of this school term (App.5).   The permanent plan shall be effectuated commencing in September, 1970. This relief is appropriate in view of the similarity between the proposed attendance plan of the school district and that of the Office of Education.

It is ordered, adjudged and decreed that these respective plans shall remain in full force and effect until the further order of this court.   They may be modified by the court through the following procedure.   Honorable Dan M. Russell, Jr., United States District Judge for the Southern District of Mississippi, is hereby designated to receive sug-

**EXHIBIT 1**

gested modifications to the plans.  No suggested modifica-
tion may be submitted to Judge Russell before March 1, 1970
and any such suggestion or request shall contemplate an
effective date of September, 1970.

Judge Russell is directed to make full findings of
fact with respect to any modification recommended or disap-
proved and these findings are to be referred to this court
for its review.  Pursuant to the terms of the order of the
Supreme Court in <u>Alexander v. Holmes County Board of Education</u>,
supra, no amendment or modification to any plan shall become
effective without the order of this court.

This order is entered only after full consideration
of the suggested plans of the Office of Education and those
of the local school boards.  It is apparent that in some in-
stances the plans are cursory in nature.  They were devised
without pupil locator maps.  They do not contain information
as to geographical area, transportation routes or distances.
Some have not considered zoning.  The school board plans are
almost all without statistical data as to race.  It is en-
tirely possible that more effective plans can be devised on
a local level and that these will insure the simultaneous
accomplishment of maximum education and unitary school sys-
tems.  To this end, and as an imprimatur of local consideration,
it is suggested the school board sponsored requests for changes

--7--

EXHIBIT 1

in plans show either Negro representation on school boards
or prior consideration by a bi-racial advisory committee to
the school board.

Nothing herein is intended to prevent the respective
school boards and superintendents from seeking the further
counsel and assistance of the Office of Education (HEW), or
the assistance of the Mississippi State Department of Educa-
tion, University Schools of Education in or out of Mississippi,
or of others having expertise in the education field.

The motion of counsel in those cases instituted by
private litigants for attorneys fees is held in abeyance for
the present.  The motion of the private litigants to require
the filing of further plans by the Office of Education for
use in the Hinds County, Holmes County and Meridian districts
is denied.

Jurisdiction of these cases is retained in this
court, pursuant to the aforesaid order of the Supreme Court,
to insure prompt and faithful compliance with this order.  The
court also retains jurisdiction to modify or amend this order
as may be necessary or desirable to the end that unitary
school systems will be operated.

IT IS SO ORDERED.

This 7th day of November, 1969.

Griffin B. Bell
United States Circuit Judge

Homer Thornberry
United States Circuit Judge

Lewis R. Morgan
United States Circuit Judge

--8--

**EXHIBIT 1**



MERIDIAN PUBLIC SCHOOL SYSTEM

**EXHIBIT 1**



OFFICE OF EDUCATION

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
REGIONAL OFFICE IV
Room 404, 50 Seventh Street, N. E.
Atlanta, Georgia  30323

Dr. L. O. Todd
Superintendent
Meridian Separate School District
Post Office Box 31
Meridian, Mississippi  39301

Dear Dr. Todd:

In accordance with the July 5, 1969 order of the United States
District Court for the Southern District of Mississippi, the
following desegregation plan for ending the dual system in the
Meridian Separate School District is submitted for your consider-
ation.

We wish to express our appreciation for the cooperation received
from you and your staff.

Sincerely yours,

Jesse J. Jordan
Senior Program Officer
Equal Educational Opportunities

184

**EXHIBIT 1**

COMPOSITE BUILDING INFORMATION FORM

DATE: 1968-69 — Meridian Municipal Separate School District

| Name of School | Grades | Capacity Perm. | W. Ports. | Students W | N | T | Staff W | N | T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Highland El. | 1-6 | 360 | | 327 | 4 | 331 | 12 | 1 | 13 | |
| Crestwood El. | 1-6 | 360 | | 331 | 4 | 335 | 11 | 1 | 12 | |
| Mount Barton El. | K-6 | 360 | | | 326 | 326 | 1 | 13 | 14 | |
| Parkview El. | 3-6 | 720 | | | 548 | 548 | 7 | 20 | 27 | |
| West Hills El. | 1-6 | 720 | | 682 | | 682 | 25 | 1 | 26 | |
| TOTAL | | 12,? | | | 442? | | | 1? | 3? | 2 |

2

**EXHIBIT 1**

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

II.

RECOMMENDED PLAN FOR STUDENT DESEGREGATION

Recommendations

In order to establish a unitary school system in which schools may not
be identified by race, the following recommendations., to be effective
beginning with the 1969-70 and 1970-71 school year are hereby submitted:

School capacities, enrollment figures, and pupil locator maps were sup-
plied by the Superintendent and his staff.  School capacities are based
on the number of available classrooms for each school as reported by
school officials and multiplied by 30 for both elementary and secondary
schools.

1969-70

Meridian High School:

1. That Meridian High School become an 11-12 grade school, housing
   all 11-12 grade students in the system.

2. That present 10th grade students now attending Meridian High
   School be assigned to Harris High School.

Harris High School:

3. That Harris High School become a 10th grade school, housing
   all 10th grade students in the system.

4. That Harris Junior College be discontinued (grades 13-14) and
   that students from Harris Junior College attend Meridian Muni-
   cipal Junior College, and that the additional space at the Harris
   School Center be available for Harris High School and Carver Jun-
   ior High School students.

Carver Junior High School:

5. That Carver Junior High School become a 9th grade school, housing
   all 9th grade students in the school district.

6. That facilities at the adjacent Harris High School and the former
   Harris Junior College (as recommended in this plan for merger with
   Meridian Municipal Junior College), be used to house any overflow
   of students at Carver Junior High School.

3

**EXHIBIT 1**

Northwest Junior High School:

    7.  That Northwest Junior High School become grades 7 and 8.

    8.  That this school's attendance area be zoned approximately as described below.

Griffin Junior  High School:

    9.  That Griffin Junior High School become grades 7-8.

    10.  That this school's attendance area be zoned approximately as described below.

Desegregation of Faculty and Other Staff:

Full desegregation of faculty and other staff in the grades affected by the possible interim assignments of students above, and district-wide desegregation of faculty and other staff in each school to at least 50% of the recommendation contained in Part I of Section III of this plan.

Other:

Implementation of Sections IV, V, VI and VII contained in this plan.

**EXHIBIT 1**

DATE: PROJECTED 1969-70

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity | | Students | | | Staff | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Perm. | W. Ports. | W | N | T | W | N | T | |
| Meridian High School | 11-12 | 1900 | | 1025 | 547 | 1572 | | | | Additional avail-able space at |
| Harris High School | 10 | 900 | | 566 | 360 | 926 | | | | Harris H.S. will house the Carver |
| Carver Jr. High School | 9 | 755 | | 560 | 360 | 920 | | | | over flow. |
| Northwest Jr. High | 7-8 | 1000 | | 512 | 425 | 937 | | | | |
| Griffin Jr. High | 7-8 | 1000 | | 513 | 425 | 938 | | | | |
| | | | | | | | | | | |
| TOTAL | | - | | 3,176 | 2,117 | 5,293 | | | | |

ALL OTHER SCHOOLS WILL MAINTAIN THEIR PRESENT ENROLLMENT AND GRADE STRUCTURE.

5

**EXHIBIT 1**

<u>1970-71</u>

<u>Magnolia Elementary School, Park View Elementary School, and Poplar
Springs Elementary School Zones:</u>

11. That Magnolia, Park View, and Poplar Springs Elementary
Schools be paired and include grades 1-6.

12. That Park View Elementary School become grades 1-2.

13. That Magnolia Elementary School become grades 3-4.

14. That Poplar Springs Elementary School become grades 5-6.

15. That these schools' attendance area be zoned approximately
as described below.

<u>Witherspoon Elementary School:</u>

16. That Witherspoon Elementary School become grades 1-6.

17. That Witherspoon Elementary School attendance area be zoned
approximately as described below.

<u>Crestwood Elementary School:</u>

18. That Crestwood Elementary School be grades 1-6.

19. That the Crestwood Elementary School attendance area be zoned
approximately as described below.

<u>Mount Barton Elementary School:</u>

20. That Mount Barton Elementary School be grades 1-6.

21. That the Mount Barton Elementary School attendance area be
zoned approximately as described below.

6

**EXHIBIT 1**

<u>Oakland Heights Elementary School</u>:

    22.  That Oakland Heights Elementary School be grades 1-6.

    23.  That the Oakland Heights Elementary School attendance area
        be zoned approximately as described below.

<u>Chalk Elementary School</u>:

    24.  That Chalk Elementary School be grades 1-6.

    25.  That the Chalk Elementary School attendance area be zoned
        approximately as described below.

<u>West End Elementary School</u>:

    26.  That West End Elementary School become grades 1-4.

    27.  That the West End Elementary School attendance area be zoned
        approximately as described below.

<u>West Hills Elementary School</u>:

    28.  That West Hills Elementary School become grades 1-4.

    29.  That the West Hills Elementary School attendance area be
        zoned approximately as described below.

<u>Highland Elementary School</u>:

    30.  That Highland Elementary School become grades 5-6.

    31.  That the Highland Elementary School attendance area be zoned
        approximately as described below.

<u>Wechsler Elementary School</u>:

    32.  That Wechsler Elementary School become grades 1-4.

    33.  That the Wechsler Elementary School attendance area be zoned
        approximately as described below.

<u>Marion Park Elementary School</u>:

    34.  That Marion Park Elementary School become grades 5-6.

    35.  That the Marion Park Elementary School attendance area be zoned
        approximately as described below.

**EXHIBIT 1**

East End Elementary School:

    36.   That the present program at East End Elementary School for
           grades 1-2 be discontinued.

    37.   That the East End Elementary School facilities be used for
           special educational purposes, such as kindergarten, special
           education classes, instructional materials center, or other
           services deemed useful by the district school officials.

**EXHIBIT 1**

RECOMMENDED SCHOOL ATTENDANCE ZONES

Meridian High School (grades 11-12)

This school will serve all grade 11 - 12 students in the entire school system.

Harris High School (grade 10)

This school will serve all grade 10 students.

Carver Junior High School (grade 9)

This school will serve all grade 9 students.

Northwest Junior High School (grades 7-8)

This school will serve all grade 7-8 students in the school district residing north of the following described boundary:

> Begin at the southwestern boundary point at State Highway 19 and the west boundary of the school district, thence across the County eastward to Chandlen Road; east on Chandlen Road to Bounds Road; thence east on Bounds Road and Chandlen Road to State Boulevard; thence east and south on State Boulevard to Royal Road; thence east on Royal Road to 20th Street; thence east on 20th Street to 30th Avenue; south on 30th Avenue to 12th Street, east on 12th Street to 6th Street; east on 6th Street to 10th Avenue, and down 10th Avenue to the Southern Railroad; thence east on the Southern Railroad to the eastern boundary of the school district.

Griffin Junior High School (grades 7-8)

This school will serve all grade 7-8 students in the school district residing south of the boundary line described as the southern boundary line for the Northwest Junior High School.

Crestwood Elementary School (grades 1-6)

This school will serve all grade 1-6 students who reside south of Interstate Highways 59 and 20.

Mount Barton Elementary School (grades 1-6)

This school will serve all students in grades 1-6 who reside in the following described zone:

9

**EXHIBIT 1**

Mount Barton Elementary School (cont.)

Its southern boundary will be the northern boundary for Crest-
wood Elementary School. The northern boundary, from east to
west, begins at the Southern Railroad and the school district
line, and continues west along the Southern Railroad at the
intersection with the Illinois Central Railroad, then west
along the Illinois Central Railroad to the western boundary
of the school district; the eastern and western boundaries of
this school zone will be the eastern and western school district
boundaries.

Oakland Heights Elementary School (grades 1-6)

Begin the southern boundary line at the Illinois Central Rail-
road and the western boundary line for the school district, moving
east along the Illinois Central Railroad to 49th Avenue; thence
move north on 49th Avenue to 5th Street, east on 5th Street and
Pacific Street to 45th Avenue, north on 45th Avenue to Paulding
Street, east on Paulding Street to 44th Avenue, north on 44th
Avenue to 9th Street; thence west on 9th Street to 49th Avenue,
south on 49th Avenue to 8th Street and State Highway 19, north-
west on State Highway 19 to the western boundary for the school
district; thence south on the western boundary for the school
district to the Illinois Central Railroad, the point of origin.

Chalk Elementary School (grades 1-6)

Begin with the southern boundary at 49th Avenue and the Illinois
Central Railroad crossing, thence east along the Illinois Central
Railroad to 18th Avenue, north on 18th Avenue to 10th Street, west
on 10th Street to 40th Avenue, north on 40th Avenue to 10th Street,
west on 10th Street to 42nd Avenue, south on 42nd Avenue to 8th
Street, west on 8th Street to 44th Avenue, south on 44th Avenue
to Paulding Street, west on Paulding Street one block to 45th
Avenue, south on 45th Avenue to Pacific Street, west on Pacific
Street to 49th Avenue, south on 49th Avenue and back to the
point of origin.

West End Elementary School (grades 1-4)

Begin at the western boundary point at State Highway 19 and 65th
Avenue, thence south on Highway 19 to 8th Street and 9th Avenue,
thence north on 9th Avenue to 9th Street, east on 9th Street to
44th Avenue, south on 44th Avenue to 8th Street, east on 8th

EXHIBIT 1

Street to 42nd Avenue, north on 42nd Avenue to 10th Street, east on 10th Street to 33rd Avenue, north on 33rd Avenue to 22nd Street, west on 22nd Street to 38th Avenue and Sowashee Creek, north along Sowashee Creek to 26th Street, west on 26th Street to Highland Avenue, south on Highland Avenue to 39th Avenue and 24th Street, west on 24th Street to 49th Avenue, thence south on 49th Avenue and across 21st and 20th Streets to State Boulevard; southeast on State Boulevard to 45th Avenue, south on 45th Avenue to 15th Street, west on 15th Street, across 52nd Avenue, and due west across country to the point of origin.

## West Hills Elementary School (grades 1-4)

The eastern boundary will begin at Old Kings Road and the northern boundary of the school district, thence south on Old Kings Road to 38th Street, east on 38th Street to 40th Avenue, south on 40th Avenue to 37th Street, east on 37th Street to 36th Avenue, north on 36th Avenue to 38th Street, east on 38th Street to 35th Avenue, south on 35th Avenue to Sowashee Creek and 26th Street; west on 26th Street to Highland Avenue, south on Highland Avenue to 24th Street, west on 24th Street to 45th Avenue, thence south on 45th Avenue and across country to 20th Street at State Boulevard; southeast on State Boulevard to 45th Avenue, south on 45th Avenue to 15th Street, west on 15th Street across 52nd Avenue and thence due west to State Highway 19, thence from 65th Avenue, northwest along State Highway 19 to the west boundary of the school district. Thence north on the school district boundary line to the northwest corner of the school district boundary line, thence east on the northern boundary of the school district to the point of origin.

## Marion-Parks Elementary School (grades 5-6)

Begin at the eastern boundary at 10th Street and 23rd Avenue, moving north on 23rd Avenue to 36th Street, west on 36th Street to 35th Avenue, north on 35th Avenue to 38th Street, west on 38th Street to 36th Avenue, south on 36th Avenue to 37th Street, west on 37th Street to 40th Avenue, north on 40th Avenue to 38th Street, west on 38th Street to Old Kings Road, north on Old Kings Road to the northern boundary of the school district. Thence west on the school district line to the western boundary of the school district; thence south on the school district line to State Highway 19, thence due east across country to Chandlen Road, thence east to State Boulevard, east on State Boulevard to 30th Street, east on 30th Street to 39th Avenue, south on 39th Avenue to 26th Street, east on 26th Street to Sowashee Creek, south along Sowashee Creek and across 38th Avenue to 22nd Street, east on 22nd Street to 33rd Avenue, south on 33rd Avenue to 10th Street, east on 10th Street to 23rd Avenue, and back to the point of origin.

/1

**EXHIBIT 1**

### Highland Elementary School (grades 5-6)

Begin in the southwest at the intersection of State Highway 19 and the western boundary of the school district, moving southeast on Highway 19 to 8th Street and 49th Avenue, north on 49th Avenue to 9th Street, east on 9th Street to 44th Avenue, south on 44th Avenue to 8th Street, east on 8th Street to 42nd Avenue, north on 42nd Avenue to 10th Street, east on 10th Street to 33rd Avenue, north on 33rd Avenue to 22nd Street, thence follow the southern boundary of the Marion Parks School zone westward and back to the point of origin at State Highway 19.

### Wechsler Elementary School (grades 1-4)

Begin in the southwest at 10th Street and 33rd Avenue, moving east on 10th Street to 23rd Avenue, north on 23rd Avenue to 36th Street, west on 36th Street to 35th Avenue, south on 35th Avenue and along Sowashee Creek to 22nd Street, south on 22nd Street to 33rd Avenue, and south on 33rd Avenue to 10th Street, back to the point of origin.

### Witherspoon Elementary School (grades 1-6)

Begin at 23rd Avenue and 10th Street, moving east on 10th Street to 18th Avenue, south on 18th Avenue to Illinois Central Railroad, east along Illinois Central Railroad to its intersection with the Southern Railroad, east along the Southern Railroad to U. S. Highways 80 and 11; west across country to 19th Avenue, west on 19th Avenue to Marion Road, south on Marion Road to 19th Street, west on 19th Street to 23rd Avenue, and south on 23rd Avenue, back to 10th Street, the point of origin.

### Poplar Springs, Park View and Magnolia Elementary Schools (paired zone grades 1-6)

Begin at 23rd Avenue and 19th Street, moving east on 19th Street to U. S. Highway 45, thence across country to the Southern Railroad, east along the Southern Railroad to the eastern boundary of the school district, north on the school district boundary to the northern boundary of the school district, west along the northern boundary of the school district to Old Kings Road, south on Old Kings Road to 38th Street, thence east just north of 37th Street to 38th Street, east on 38th Street to 35th Avenue, south on 35th Avenue to 36th Street, east on 36th Street to 23rd Avenue, and south on 23rd Avenue, back to 19th Street, the point of origin.

12

**EXHIBIT 1**

<u>Transportation:</u>

Statistics furnished by the Meridian Municipal Separate School District
Superintendent's office indicate that 526 students are transported by
buses.  Ten buses are provided by the school district to transport the
students.  The percentage of students transported is 4.9%.

13

**EXHIBIT 1**

PROJECTED 1970-71

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity | | Students | | | Staff | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Perm. | W. Ports. | W | N | T | W | N | T | |
| Meridian High School | 11-12 | 1900 | | 1025 | 547 | 1572 | | | | |
| Harris High School | 10 | 900 | | 566 | 360 | 926 | | | | Additional Available space at Harris will house the Carver overflow |
| Carver Jr. High S. | 9 | 755 | | 560 | 360 | 920 | | | | |
| Northwest Jr. High | 7-8 | 1000 | | 512 | 425 | 937 | | | | |
| Griffin Jr. High | 7-8 | 1000 | | 513 | 425 | 938 | | | | |
| Crestwood Elem. | 1-6 | 360 | | 300 | 44 | 344 | | | | |
| Mount Bartow Elem. | 1-6 | 360 | | 110 | 252 | 362 | | | | |
| Oakland Heights Elem. | 1-6 | 570 | | 400 | 150 | 550 | | | | |
| Chalk Elem. | 1-6 | 450 | | 270 | 125 | 395 | | | | |
| West End Elem. | 1-4 | 720 | | 274 | 268 | 542 | | | | |
| West Hills Elem. | 1-4 | 720 | | 430 | 120 | 550 | | | | |
| Highland Elem. | 5-6 | 360 | | 156 | 174 | 330 | | | | |
| Wechsler Elem. | 1-4 | 510 | | 174 | 304 | 478 | | | | |

**EXHIBIT 1**

C...te building information form

DATE: PROJECTED 1970-71

## MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity | | Students | | | Staff | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Perm. | Tr. Ports. | W | N | T | W | N | T | |
| Marion Park Elem. | 5-6 | 390 | | 242 | 167 | 409 | | | | |
| Poplar Spring Elem. | 5-6 | 570 | | 186 | 269 | 455 | | | | |
| Parkview Elem. | 1-2 | 720 | | 186 | 267 | 453 | | | | |
| Magnolia Elem. | 3-4 | 550 | | 186 | 234 | 420 | | | | |
| Witherspoon Elem. | 1-6 | 420 | | 230 | 90 | 320 | | | | |
| | | | TOTAL | 6320 | 4581 | 10,901 | | | | |

Differences in enrollment totals for 1968-69 and 1969-70 are due to use of projected figures for 1969-70.

15

**EXHIBIT 1**

III.

## DESEGREGATION OF FACULTY AND OTHER STAFF

The School Board shall announce and implement the following policies:

1. The principals, teachers, teacher-aides and other staff who work directly with children at a school shall be so assigned for the school year 1970-71 and subsequent years that in no case will the racial composition of a staff indicate that a school is intended for Negro students or white students. For the 1970-71 school year the district shall assign the staff described above so that the ratio of Negro to white teachers in each school, and the ratio of other staff in each, are substantially the same as each such ratio is to the teachers and other staff, respectively, in the entire school system.

The school district shall, to the extent necessary to carry out this desegregation plan, direct members of its staff as a condition of continued employment to accept new assignments.

2. Staff members who work directly with children, and professional staff who work on the administrative level will be hired, assigned, promoted, paid, demoted, dismissed, and otherwise treated without regard to race, color, or national origin, except to the extent necessary to correct discrimination.

3. If there is to be a reduction in the number of principals, teachers, teacher-aides, or other professional staff employed by the school district which will result in a dismissal or demotion of any such staff members, the staff member to be dismissed or demoted must be selected on the basis of objective and reasonable non-discriminatory standards from among all the staff of the school district. In addition if there is any such dismissal or demotion, no staff vacancy may be filled through recruitment of a person of a race, color, or national origin different from that of the individual dismissed or demoted, until each displaced staff member who is qualified has had an opportunity to fill the vacancy and has failed to accept an offer to do so.

Prior to such a reduction, the school board will develop or require the development of non-racial objective criteria to be used in selecting the staff member who is to be dismissed or demoted. These criteria shall be available for public inspection and shall be retained by the school district. The school district also shall record and preserve the evaluation of staff members under the criteria. Such evaluation shall be made available upon request to the dismissed or demoted employee.

"Demotion" as used above includes any reassignment (1) under which the staff member receives less pay or has less responsibility than under the assignment he held previously, (2) which requires a lesser degree of skill than did the assignment he held previously, or (3) under which the staff member is asked to teach a subject or grade other than one for which he is certified or for which he has had substantial experience within a reasonably current period. In general and depending upon the subject matter involved, five years is such a reasonable period.

**EXHIBIT 1**

IV.

## TRANSPORTATION

The transportation system shall be completely re-examined regularly by the superintendent, his staff, and the school board. Bus routes and the assignment of students to buses will be designed to insure the transportation of all eligible pupils on a non-segregated and otherwise non-discriminatory basis.

V.

## SCHOOL CONSTRUCTION AND SITE SELECTION

The size and location of new school buildings and additions to existing buildings can significantly affect desegregation now and in the future.

All school construction, school consolidation, and site selection (including the location of any temporary classrooms) in this system shall be done in a manner which will prevent the recurrence of the dual school structure once this desegregation plan is implemented.

VI.

## MAJORITY TO MINORITY TRANSFER POLICY

Whenever there shall exist schools containing a majority of Negro students, this school district shall permit a student (Negro or white) attending a school in which his race is in the majority to choose to attend another school where space is available, and where his race is in a minority.

17

**EXHIBIT 1**

VII.

ATTENDANCE OUTSIDE SYSTEM OF RESIDENCE

If the School District grants transfers to students living
in the district for their attendance at public schools outside
the district, or if it permits transfers into the district of
students who live outside the district, it shall do so on a
non-discriminatory basis, except that it shall not consent to
transfers where the cumulative effect will reduce desegregation
in either district or reinforce the dual school system.

18

**EXHIBIT 1**

VIII.

SUGGESTIONS FOR PLAN IMPLEMENTATION

Successful implementation of desegregation plans largely depends upon local
leadership and good faith in complying with mandates of the Courts and the
laws upon which the Courts act.  The following suggestions are offered to
assist local officials in planning for implementation of desegregation orders.

Community

1.  The Superintendent and Board of Education should frankly and fully
    inform all citizens of the community about the legal requirements
    for school desegregation and their plans for complying with these
    legal requirements.

2.  The Board of Education should issue a public statement clearly
    setting forth its intention to abide by the law and comply with
    orders of the Court in an effective and educationally responsible
    manner.

3.  School officials should seek and encourage support and understanding
    of the press and community organizations representing both races.

4.  The Board of Education, or some other appropriate governmental unit,
    should establish a bi-racial advisory committee to advise the Board
    of Education and its staff throughout the implementation of the
    desegregation plan.  Such committee should seek to open up community
    understanding and communication, to assist the Board in interpreting
    legal and educational requirements to the public.

5.  The Superintendent should actively seek greater involvement of parents
    of both races through school meetings, newsletters, an active and bi-
    racial P.T.A., class meetings, parent conferences, and through home
    visits by school personnel.

6.  The Superintendent and Board of Education should regularly report to
    the community on progress in implementing the desegregation plan.

School Personnel

1.  The Superintendent should provide all personnel copies of the
    desegregation plan and arrange for meetings where the personnel
    will have an opportunity to hear it explained.

2.  The Board of Education should issue a policy statement setting forth
    in clear terms the procedures it will follow in reassignment of the
    personnel (see section on Desegregation of Staff).

EXHIBIT 1

3. Assignments of staff for the school year should be made as quickly as possible with appropriate followings by school principals to assure both welcome and support for personnel new to each school. Invitations to visit school before the new school year begins should be offered.

4. The Superintendent should see that a special orientation program is planned and carried out for both the professional and non-professional staffs (including bus drivers, cafeteria workers, secretaries and custodians) preparatory to the new school year. He should make every effort to familiarize new and reassigned staff with facilities, services, and building policies, and prepare them to carry out their important role in a constructive manner. The Superintendent should direct each principal to see that each teacher new to a school is assigned for help and guidance to a teacher previously assigned to that school. Each such pair of teachers should have an opportunity to meet before the school year actually begins.

5. The Superintendent should arrange an in-service training program during the school year to assist personnel in resolving difficulties and improving instruction throughout the implementation period. Help in doing this is available from the South Mississippi In-Service Consulting Center at Hattiesburg, Mississippi.

6. It is important that, through personal observations, students see that nonprofessional service positions in their schools are not for members of one race and that harmonious working relationships can exist between members of both races. The Superintendent and Board of Education should therefore take all necessary steps to assure that all staffs are bi-racial.

20.

**EXHIBIT 1**

Instructional Program

1.  Each principal should be required to appoint biracial faculty
    committees to study and, as necessary, revise each area of the
    curriculum to assure better learning opportunities for all stu-
    dents.  This should become a continuous activity in each school
    and throughout the district.

2.  Student evaluation policies and procedures should be reviewed
    continuously for areas in need of improvement and adjustment to
    encourage the educational growth and motivation of students.

3.  Remedial programs in reading and mathematics skills, as appro-
    priate, should be introduced and/or expanded for all students
    in need of special help.  Such a program should supplement reg-
    ular course offerings and assignments of students.

4.  Grouping procedures should be reviewed and revised as necessary
    to assure they support the spirit as well as letter of desegre-
    gation plan the district has accepted responsibility for imple-
    menting in good faith.

5.  Participation in extracurricular activities by students of
    both races should be actively encouraged by administrators and
    teachers as a means for developing school spirit and a feeling
    of belonging.

6.  School organizations - student government, cheerleaders, musi-
    cal organizations, athletic teams must be operated on a nondis-
    criminatory basis and should include students of both races.

7.  Guidance counselors should be oriented and urged to plan a
    leading role in successful implementation of the desegregation
    plan.

8.  The curriculum should be reviewed and, as necessary, revised
    to provide recognition of Negro history, culture and contri-
    butions to our society.  Library books which deal with such
    subjects should be added to school book collections.

9.  Vocational education offerings should be reviewed and improved
    as a means of providing students of both races with education
    relevant to vocational interests and as a means of reducing
    dropouts.

**EXHIBIT 1**

10. Headstart or similar preschool programs for children of both races should be implemented.

11. Use of Federal and State education funds should be planned comprehensively for maximum educational benefit to all eligible children.

STUDENTS

1. The Superintendent should direct each principal to hold special orientation programs welcoming students who will be new to a school, before the regular school year begins.

2. The Superintendent should require each principal to see that students are frankly and fully informed about the desegregation plan and their responsibilities to help carry it out.  Each principal should seek to establish rapport and communication links with new students to encourage mutual understanding and confidence.

3. The Superintendent should direct each principal to establish a student-faculty human relations committee representing both races to aid in the successful implementation of desegregation.

4. All school staff and members of the student body should exert extra effort to assure the full participation of all students of both races in extra-curricular programs, including when appropriate the provision of a "late bus" for those staying after school to participate in such programs.

5. Each principal should request teachers to make themselves available to students outside of regular class for counseling and extra instructional help.

22

EXHIBIT 1

IX.

RESOURCES FOR ASSISTANCE

In addition to the regular resources for assistance
available to school officials, districts developing
or carrying out plans of desegregation in Mississippi
may call upon the following agencies for help:

South Mississippi In-Service Consulting
    Center
University of Southern Mississippi
Southern Station
Hattiesburg, Mississippi 39401
        Phone:  (601) 266-7150

Division of Equal Educational Opportunities
U. S. Office of Education
50 Seventh Street, N. E., Room 404
Atlanta, Georgia  30323
        Phone:  (404) 526-3078

23

**EXHIBIT 1**

## BUILDING INFORMATION

Name of School   Meridian High School

Address   2320 31 Street, Meridian, Mississippi  39301

Name of Principal   Charles A. Armstrong

Grades in School 10,11,12   Number of Permanent Teaching Stations   69

State Rated Capacity  1,900   Maximum Building Capacity  1,900
(without portables)

Portable and Temporary Classrooms   None

Current Student Enrollment  1,521 White  ,  201 Negro  ,  1,722 Total

Total Student Enrollment   1,722

Number of Teachers   79 White  ,   Negro  ,  79 Total

Other Professional Personnel   12 White  ,   Negro  ,  12 Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | | | | | | | | | | | | | | | | | | 549 | 76 | 470 | 64 | 502 | 61 | 1,521 | 201 |
| Total | | | | | | | | | | | | | | | | | | | 625 | | 534 | | 563 | | *1,722 | |

Number of Students Transported   48

Age of Building  1937,1951, 1964   Type of Construction   Brick

Number of Portable Classrooms   None

Number of Temporary Classrooms   None

Number of Square Feet in Building   Not available

Number of Acres in School Site  39

Attach a list of the subjects or courses offered. Business Education, Distributive Edn., Driver Education, English, Speech, Remedial Reading, Foreign Languages, Home Economics, Industrial Arts, Mathematics, Science, Social Studies, Trade and Industrial Fine Arts, Special Edn., Group Guidance, Health & Physical Education

*This figure does not include 30 students in Special Education

**EXHIBIT 1**

M...

## BUILDING INFORMATION

Name of School **Harris High School**

Address **3951 12 Street, Meridian, Mississippi 39301**

Name of Principal **W. A. Reed, Jr.**

Grades in School **10, 11, 12** Number of Permanent Teaching Stations _____

State Rated Capacity **900** Maximum Building Capacity **900**

(without portables)

Portable and Temporary Classrooms **None**

Current Student Enrollment _____ , **580** , **580**

                  White         Negro         Total

Total Student Enrollment **580**

Number of Teachers **2** , **29** , **31**

              White         Negro         Total

Other Professional Personnel _____ , **5** , **5**

              White         Negro         Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | | | | | | | 216 | | 186 | | 178 | | 580 | |
| | | | | | | | | | | | | | | | | | | | 216 | | 186 | | 178 | | 580 | |

Number of Students Transported **48**

Age of Building **1936, 1951, 1959, 1964, 1968** Type of Construction **Masonry**

Number of Portable Classrooms **None**

Number of Temporary Classrooms **None**

Number of Square Feet in Building **Not available**

Number of Acres in School Site **21**

Attach a list of the subjects or courses offered. Business Education, Driver Education, English, Speech, Remedial Reading, Foreign Language, Home Economics, Industrial Arts, Education Mathematics, Science, Social Studies, Trade & Industrial, Fine Arts, Health and Physical Education, Group Guidance study hall.

**EXHIBIT 1**

BUILDING INFORMATION

Name of School_____Carver Jr. High School_____

Address _____900 44 Avenue, Meridian, Miss. 39301_____

Name of Principal_____B. L. Sykes_____

Grades in School 7-8-9 ___ Number of Permanent Teaching Stations ___ 31

State Rated Capacity____755__ Maximum Building Capacity____755_____
  (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment_____,____674____,____674____
  White   Negro   Total

Total Student Enrollment____674_____

Number of Teachers____1____,____32____,____33____
  White   Negro   Total

Other Professional Personnel_____,____3____,____3____
  White   Negro   Total

## Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | | | 232 | 205 | 207 | | | | | | | | | 644 |
| Total | | | | | | | | | | | | | | | 232 | 205 | 207 | | | | | | | | | 644 |

Number of Students Transported_____22_____

Age of Building 1966 ___ Type of Construction_____Brick and Concrete_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building___Not available___

Number of Acres in School Site_____6_____

Attach a list of the subjects or courses offered.    English, Science, Social Studies,
Mathematics, Industrial Arts, Music, Art, Physical Education, Homemaking.

26

**EXHIBIT 1**

## BUILDING INFORMATION

Name of School   Kate Griffin Junior High School

Address   2814 Davis Street, Meridian, Miss. 39301

Name of Principal   Carlos Corley

Grades in School 7,8,9   Number of Permanent Teaching Stations   40

State Rated Capacity 1,000   Maximum Building Capacity 1,000
(without portables)

Portable and Temporary Classrooms   None

Current Student Enrollment   745   ,   65   ,   810
                  White         Negro        Total

Total Student Enrollment   810

Number of Teachers   36   ,   ,   36
            White        Negro        Total

Other Professional Personnel   4   ,   ,   4
          White        Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | 242 | 22 | 243 | 17 | 246 | 26 | | | | | | | 731 | 65 |
| | | | | | | | | | | | | | 264 | | 260 | | 272 | | | | | | | | 796 | |

Number of Students Transported   82

Age of Building 1923, 1951, 1965   Type of Construction   Masonry

Number of Portable Classrooms   None

Number of Temporary Classrooms   None

Number of Square Feet in Building   Not available

Number of Acres in School Site   6

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

27

**EXHIBIT 1**

## BUILDING INFORMATION

Name of School____ Magnolia Jr. High School

Address_____ 1350 24 Street, Meridian, Miss. 39301

Name of Principal__ Mrs. Hannah Basley

Grades in School 7, 8, 9   Number of Permanent Teaching Stations_____

State Rated Capacity ·550____ Maximum Building Capacity_____ 550

(without portables)

Portable and Temporary Classrooms____ None

Current Student Enrollment_____, 441, 441

White  Negro  Total

Total Student Enrollment____ 441

Number of Teachers____ 5, 17, 22

White  Negro  Total

Other Professional Personnel_____, 3, 3

White  Negro  Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | | 167 | | 147 | | 127 | | | | | | | | | 441 |
| | | | | | | | | | | | | | 167 | | 147 | | 127 | | | | | | | | | 441 |

Number of Students Transported____ 51

Age of Building 1959____ Type of Construction__ Masonry

Number of Portable Classrooms____ None

Number of Temporary Classrooms____ None

Number of Square Feet in Building__ Not available

Number of Acres in School Site____ 36 (Share with Magnolia Park)

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art, Physical Education, Homemaking.

28

**EXHIBIT 1**

FILE

## BUILDING INFORMATION

Name of School __Northwest Junior High School__

Address __4400 32 Street, Meridian, Mississippi    39301__

Name of Principal __Mr. George Cannon__

Grades in School __7, 8, 9__  Number of Permanent Teaching Stations __39__

State Rated Capacity __885__  Maximum Building Capacity __1,000__
                                                        (without portables)

Portable and Temporary Classrooms __None__

Current Student Enrollment __958__ , _____ , __958__
                              White        Negro        Total

Total Student Enrollment __958__

Number of Teachers __39__ , __2__ , __41__
                      White      Negro    Total

Other Professional Personnel __4__ , _____ , __4__
                               White       Negro      Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | 306 | | 332 | | 320 | | | | | | | | 958 | |
| | | | | | | | | | | | | | 306 | | 332 | | 320 | | | | | | | | 958 | |

Number of Students Transported __4__

Age of Building __1959__  Type of Construction __Masonry__

Number of Portable Classrooms __None__

Number of Temporary Classrooms __None__

Number of Square Feet in Building __Not available__

Number of Acres in School Site __37__

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

29

**EXHIBIT 1**

*Mer.*

## BUILDING INFORMATION

Name of School __Chalk Elementary School__

Address _____3901 7 Street, Meridian, Mississippi   39301_____

Name of Principal __Mrs. Kizzie Culpepper__

Grades in School __1 - 6__   Number of Permanent Teaching Stations __15__

State Rated Capacity __450__   Maximum Building Capacity __450__
   (without portables)

Portable and Temporary Classrooms __None__

Current Student Enrollment __220__ , __91__ , __311__
   White              Negro              Total

Total Student Enrollment _____311_____

Number of Teachers __12__ , , __12__
   White              Negro              Total

Other Professional Personnel __1 1/2__ , __1/2__ , __2__
   White              Negro              Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 41 | 21 | 36 | 11 | 32 | 19 | 36 | 12 | 39 | 16 | 36 | 12 | | | | | | | | | | | | | 220 | 91 |
| Total | 62 | | 47 | | 51 | | 48 | | 55 | | 48 | | | | | | | | | | | | | | 311 | |

Number of Students Transported _____None_____
   1951

Age of Building __888, 1930__   Type of Construction __Masonry__

_____

Number of Portable Classrooms _____None_____

Number of Temporary Classrooms _____None_____

Number of Square Feet in Building _____Not available_____

Number of Acres in School Site _____One City Block_____

Attach a list of the subjects or courses offered.

Standard Elementary

*3o*

**EXHIBIT 1**

*M.4*

## BUILDING INFORMATION

Name of School __CRESTWOOD ELEMENTARY SCHOOL__

Address __301 22nd Avenue Heights, Meridian, Mississippi 39301__

Name of Principal __Mrs. Ruby Reese__

Grades in School __1 - 6__   Number of Permanent Teaching Stations __12 + 2 for Kindergarten__

State Rated Capacity __360__ Maximum Building Capacity __360__
(without portables)

Portable and Temporary Classrooms __None__

Current Student Enrollment __331__ , __4__ , __335__
         White         Negro         Total

Total Student Enrollment __335__

Number of Teachers __10__ , __1__ , __11__
         White         Negro         Total

Other Professional Personnel __1 1/2__ , __ __ , __1  1/2__
         White         Negro         Total

### Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      | 57 | 1 | 55 | | 52 | 1 | 61 | | 47 | 1 | 59 | 1 | | | | | | | | | | | | | 331 | 4 |
| Total | 58 | | 55 | | 53 | | 61 | | 48 | | 60 | | | | | | | | | | | | | | 335 | |

Number of Students Transported __98__

Age of Building __1965__   Type of Construction __Masonry__

Number of Portable Classrooms __None__

Number of Temporary Classrooms __None__

Number of Square Feet in Building __Not available__

Number of Acres in School Site __23__

Attach a list of the subjects or courses offered.

Standard Elementary

*3/*

**EXHIBIT 1**

M 2;

## BUILDING INFORMATION

Name of School _____ East End Elementary School _____

Address _____ 2124 11 Avenue, Meridian, Mississippi _____

Name of Principal _____ Mrs. Allie Faye Turner _____

Grades in School ___ 1, 2 ___ Number of Permanent Teaching Stations ___ 10 + 2 Kindergarten

State Rated Capacity ___ 300 ___ Maximum Building Capacity ___ 300 ___
(without portables)

Portable and Temporary Classrooms ___ None _____

Current Student Enrollment _____ , _____ 307 _____ , _____ 307 _____
                      White          Negro          Total

Total Student Enrollment _____ 322 _____

Number of Teachers _____ 2 _____ , _____ 10 _____ , _____ 12 _____
               White          Negro          Total

Other Professional Personnel _____ 1 _____ , _____ 1 _____ , _____ 2 _____
                      White          Negro          Total

### Enrollment by Grades

|   | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Tot-al |  | 174 |  | 138 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 307 |
| al | 174 |  | 133 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 307 |

\*

Number of Students Transported _____ 10 _____
                          1968

Age of Building 1924-1951 ___ Type of Construction ___ Wood and Masonry _____

Number of Portable Classrooms _____ None _____

Number of Temporary Classrooms _____ None _____

Number of Square Feet in Building ___ Not available _____

Number of Acres in School Site _____ 6 _____

Attach a list of the subjects or courses offered.

Standard Elementary

\* This figure does not include 15 students in Special Education.

32

**EXHIBIT 1**

May

## BUILDING INFORMATION

Name of School_____HIGHLAND ELEMENTARY SCHOOL_____

Address_____1925 35 Avenue, Meridian, Mississippi 39301_____

Name of Principal_____Mrs. Carol Harrington_____

Grades in School _1 - 6._ Number of Permanent Teaching Stations___12___

State Rated Capacity__360___ Maximum Building Capacity__360____
                                              (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment____327___,___4_____,_____331_____
                                  White          Negro          Total

Total Student Enrollment____331_____

Number of Teachers____10____,_____,____10_____
                         White            Negro          Total

Other Professional Personnel_1 1/2_,___1 1/2___,____3_____
                               White          Negro          Total

### Enrollment by Grades

|   | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|   | 49 | 1 | 58 | | 58 | | 55 | 2 | 43 | 1 | 54 | | | | | | | | | | | | | | 327 | 4 |
| Total | 50 | | 58 | | 58 | | 67 | | 44 | | 54 | | | | | | | | | | | | | | 331 | |

Number of Students Transported_____None_____

Age of Building_1912 - 1951_Type of Construction__Masonry_____

_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building____Not available_____

Number of Acres in School Site_____1 1/2_____

Attach a list of the subjects or courses offered.

Standard Elementary

33

**EXHIBIT 1**

Ma.

## BUILDING INFORMATION

Name of School_____Marion Park Elementary School_____

Address_____2815 25 Street, Meridian, Mississippi   39301_____

Name of Principal_____Mrs. Louise B. Vaughan_____

Grades in School 1 - 6_____Number of Permanent Teaching Stations___13_____

State Rated Capacity_390_____Maximum Building Capacity__390_____
                                                            (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment___208___,___36___,___244___
                              White              Negro          Total

Total Student Enrollment_____244_____

Number of Teachers_____9_____,_____,_____9_____
                        White              Negro          Total

Other Professional Personnel_1 1/2_,___1/2___,___2___
                            White              Negro          Total

### Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      | 30 | 4 | 29 | 5 | 29 | 6 | 34 | 7 | 40 | 6 | 46 | 8 | | | | | | | | | | | | | 208 | 36 |
| Total | 34 | | 34 | | 35 | | 41 | | 46 | | 54 | | | | | | | | | | | | | | 244 | |

Number of Students Transported_____none_____

Age of Building 1924-1951_Type of Construction_Masonry_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building___Not available_____

Number of Acres in School Site___7_____

Attach a list of the subjects or courses offered.

Standard Elementary

34

**EXHIBIT 1**

P 24

## BUILDING INFORMATION

Name of School____MOUNT BARTON ELEMENTARY SCHOOL____

Address____2900 St. Paul Street, Meridian, Mississippi  39301____

Name of Principal____Mrs. Hyweeda Robinson____

Grades in School____K - 6____Number of Permanent Teaching Stations____12 + 2 for Kindergarten

State Rated Capacity____360____Maximum Building Capacity____325 (desirable)____
(without portables)

Portable and Temporary Classrooms____None____

Current Student Enrollment_____, ____326____, ____326____
    White        Negro        Total

Total Student Enrollment____326____

Number of Teachers_____, ____12____, ____12____
    White        Negro        Total

Other Professional Personnel____1____, ____1____, ____2____
    White        Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | 51 | | 50 | | 36 | | 56 | | 53 | | 70 | | | | | | | | | | | | | | | | 326 |
| Total | 51 | | 60 | | 36 | | 56 | | 53 | | 70 | | | | | | | | | | | | | | | 326 | |

Number of Students Transported____None____

Age of Building____1951-1967____Type of Construction____Masonry____


Number of Portable Classrooms____None____

Number of Temporary Classrooms____None____

Number of Square Feet in Building____Not available____

Number of Acres in School Site____16____

Attach a list of the subjects or courses offered.


Standard Elementary

35

**EXHIBIT 1**

M24

## BUILDING INFORMATION

Name of School ___OAKLAND HEIGHTS ELEMENTARY SCHOOL___

Address ___601 59 Avenue, Meridian, Mississippi   39301___

Name of Principal ___Mrs. Mary Alice Oliver___

Grades in School – 6 ___ Number of Permanent Teaching Stations  19

State Rated Capacity ___570___ Maximum Building Capacity ___570___
(without portables)

Portable and Temporary Classrooms ___None___

Current Student Enrollment ___553___ , _____ , ___553___
   White          Negro          Total

Total Student Enrollment ___553___

Number of Teachers ___18___ , ___1___ , ___19___
   White          Negro          Total

Other Professional Personnel ___1___ , ___1___ , ___2___
   White          Negro          Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 103 | 100 | 88 | | 99 | | 93 | 70 | | | | | | | | | | | | | | | | | 553 | |
| Total | 103 | 100 | 88 | 99 | 93 | 70 | | | | | | | | | | | | | | | | | | | 553 | |

Number of Students Transported ___114___

Age of Building ___1951-60's___ Type of Construction ___Masonry___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___9___

Attach a list of the subjects or courses offered.

Standard Elementary

36

**EXHIBIT 1**

Mar.

## BUILDING INFORMATION

Name of School __Parkview Elementary School__

Address _____1225 26 Street, Meridian, Mississippi____39301____

Name of Principal __Mrs. Illean Wilson Temple__

Grades in School _3,4,5,6_ Number of Permanent Teaching Stations __24__

State Rated Capacity _720_ Maximum Building Capacity ____720____
(without portables)

Portable and Temporary Classrooms _____None____

Current Student Enrollment _____,____548____,____548____
White          Negro          Total

Total Student Enrollment __562__

Number of Teachers _____5_____,____19____,____24____
White          Negro          Total

Other Professional Personnel ___2___,____1____,____3____
White          Negro          Total

### Enrollment by Grades

|       | 1st |   | 2nd |   | 3rd |   | 4th |   | 5th |   | 6th |   | 7th |   | 8th |   | 9th |   | 10th |   | 11th |   | 12th |   | Total |   |
|-------|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|------|---|------|---|------|---|-------|---|
|       | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total |   |   |   |   | 118 |   | 131 |   | 142 |   | 157 |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 548 |
| Total |   |   |   |   | 118 | 131 | 142 | 157 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 548 |

*

Number of Students Transported _____9____

Age of Building _1963_____ Type of Construction ___Masonry____

Number of Portable Classrooms __None__

Number of Temporary Classrooms __None__

Number of Square Feet in Building __Not available__

Number of Acres in School Site __36__

Attach a list of the subjects or courses offered.

Standard Elementary

* This figure does not include 14 students in Special Education

37

**EXHIBIT 1**

BUILDING INFORMATION

Name of School___POPLAR SPRINGS ELEMENTARY SCHOOL_____

Address_____4101 27 Avenue, Meridian, Mississippi 39301_____

Name of Principal___Miss Allene Woodall_____

Grades in School___1 - 6___Number of Permanent Teaching Stations_____19____

State Rated Capacity___570____Maximum Building Capacity_____570_____
                                                  (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment___558____, _____, ___558____
                                White              Negro           Total

Total Student Enrollment_____558_____

Number of Teachers_____17_____, _____1_____, ____18_____
                             White            Negro          Total

Other Professional Personnel__1 1/2___, ___1 1/2___, ____3____
                                White            Negro          Total

### Enrollment by Grades

|        | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | Total |
|--------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|-------|
|        | W N | W N | W N | W N | W N | W N | W N | W N | W N | W N  | W N  | W N  | W N   |
| Total  | 86  | 73  | 106 | 101 | 92  | 100 |     |     |     |      |      |      | 558   |
|        | 86  | 73  | 106 | 101 | 92  | 100 |     |     |     |      |      |      | 558   |

Number of Students Transported_____4_____

Age of Building_1951-60's__Type of Construction_____Masonry_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building_____Not available_____

Number of Acres in School Site_____16_____

Attach a list of the subjects or courses offered.

Standard Elementary

**EXHIBIT 1**

## BUILDING INFORMATION

Name of School ___WEST HILLS ELEMENTARY SCHOOL___

Address ___4100 32 Street, Meridian, Mississippi  39301___

Name of Principal ___Mrs. Ruth Majure___

Grades in School _– 6_   Number of Permanent Teaching Stations ___24___

State Rated Capacity ___720___  Maximum Building Capacity ___720___
(without portables)

Portable and Temporary Classrooms ___None___

Current Student Enrollment ___682___ , _____ , ___682___
                White          Negro          Total

Total Student Enrollment ___682___

Number of Teachers ___22___ , _1_ , ___23___
            White         Negro        Total

Other Professional Personnel ___3___ , _____ , ___3___
              White         Negro        Total

### Enrollment by Grades

|  | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|  | 110 |  | 115 |  | 121 |  | 105 |  | 110 |  | 121 |  |  |  |  |  |  |  |  |  |  |  |  |  | 682 |  |
| Total | 110 |  | 115 |  | 121 |  | 105 |  | 110 |  | 121 |  |  |  |  |  |  |  |  |  |  |  |  |  | 682 |  |

Number of Students Transported ___None___

Age of Building _1959-60's_  Type of Construction ___Masonry___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___37 (Shares site with NW Jr. High School)___

Attach a list of the subjects or courses offered.

Standard Elementary

2 9.

**EXHIBIT 1**

## BUILDING INFORMATION

Name of School _____ West End Elementary School

Address _____ 3930 14 Street, Meridian, Mississippi  39301

Name of Principal _____ Mrs. Josephine Wilson

Grades in School _K - 6_   Number of Permanent Teaching Stations _____ 24 (less kindergar

State Rated Capacity _720_   Maximum Building Capacity _720 (less for kindergartens)_
                                                        (without portables)

Portable and Temporary Classrooms _____

Current Student Enrollment _____ , __615__ , __615__
                        White        Negro      Total

Total Student Enrollment _____ 615

Number of Teachers __3__ , __20__ , __23__
                  White      Negro      Total

Other Professional Personnel __2__ , __1__ , __3__
                           White      Negro      Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | 92 | | 104 | | 112 | | 118 | 96 | | 93 | | | | | | | | | | | | | | | | 615 |
| Total | | 92 | | 104 | | 112 | | 118 | 96 | | 93 | | | | | | | | | | | | | | | | 615 |

Number of Students Transported _____ 32

Age of Building _1959_   Type of Construction _____ Masonry

Number of Portable Classrooms _____ None

Number of Temporary Classrooms _____ None

Number of Square Feet in Building _____ Not available

Number of Acres in School Site _____ 10

Attach a list of the subjects or courses offered.

Standard Elementary

40

**EXHIBIT 1**

## BUILDING INFORMATION

Name of School ___Wechsler Elementary School___

Address ___1415 30 Avenue, Meridian, Mississippi___ 39301

Name of Principal ___Mrs. Jennie Ruth Crump___

Grades in School K - 6 ___ Number of Permanent Teaching Stations ___ 17

State Rated Capacity ___510___ Maximum Building Capacity ___510___
(without portables)

Portable and Temporary Classrooms ___None___

Current Student Enrollment _____, ___483___, ___483___
                            White        Negro        Total

Total Student Enrollment ___483___

Number of Teachers ___4___, ___14___, ___18___
                    White      Negro     Total

Other Professional Personnel ___1___, ___3___, ___4___
                             White     Negro     Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | 73 | | 100 | 76 | | 79 | | 81 | | 61 | | | | | | | | | | | | | | | 470 |
| Total | | 73 | | 100 | 76 | | 79 | | 81 | | 61 | | | | | | | | | | | | | | | 470 |

Number of Students Transported ___None___

Age of Building 1888-1951 ___ Type of Construction ___Masonry___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___One city block___

Attach a list of the subjects or courses offered.
   Standard Elementary

\* This figure does not include 13 students in Special Education

41

**EXHIBIT 1**

Mor.

## BUILDING INFORMATION

Name of School___Witherspoon Elementary School

Address_____1516 12 Avenue, Meridian, Mississippi  39301

Name of Principal___Miss Neva Griffin

Grades in School_K - 6___Number of Permanent Teaching Stations___14 plus Special Educa
                                                                              and Kindergarten

State Rated Capacity___420___Maximum Building Capacity___420
                                                         (without portables)

Portable and Temporary Classrooms_____None

Current Student Enrollment___256___,___50___,___306
                                White          Negro          Total

Total Student Enrollment_____349

Number of Teachers_____16___,_____,___16
                         White          Negro          Total

Other Professional Personnel___2___,___2___,___4
                                White        Negro        Total

### Enrollment by Grades

|     | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|     | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | 41 | 5 | 43 | 11 | 44 | 11 | 42 | 8 | 46 | 7 | 40 | 8 | | | | | | | | | | | | | 256 | 50 |
| | 46 | | 54 | | 55 | | 50 | | 53 | | 48 | | | | | | | | | | | | | | | 306 |

Number of Students Transported_____None

Age of Building 1888-1951___Type of Construction___Masonry

Number of Portable Classrooms_____None

Number of Temporary Classrooms_____None

Number of Square Feet in Building___Not available

Number of Acres in School Site_____One city block

Attach a list of the subjects or courses offered.

Standard Elementary

*  This does not include 43 students in Special Education

42

EXHIBIT 1