IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

Nos. 28030 & 28042

JOHN BARNHARDT, ET AL.,                    Plaintiff-Appellants,

UNITED STATES OF AMERICA,                  Intervenor-Defendant-
                                           Appellee,

V.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,                   Defendants-Appellees.

ORDER ALLOWING MODIFICATIONS
TO SCHOOL DESEGREGATION PLAN

The above styled and numbered cause came on for hearing
before this Court upon the findings of fact and recommendations
of Dan M. Russell, Jr., United States District Court Judge for
the United States District Court for the Southern District of
Mississippi.

The Court finds that the Meridian Municipal Separate School
District filed a written motion in the United States District
Court for the Southern District of Mississippi seeking to have
the existing court ordered H.E.W. devised school desegregation
plan for the defendant school district modified insofar as said
plan affects grades one (1) through six (6); that this motion
was filed and heard in the District Court pursuant to the pro-
cedure prescribed by this Court in this Court's order dated
November 7, 1969; and, that after a full hearing Judge Russell
has submitted his written findings of fact and recommendations
to this Court for its review.

After reviewing the findings of fact and recommendations of
Judge Russell dated July 14, 1970, this Court adopts the same as
its own without change.

Based upon said Findings of Fact and Recommendations, IT IS
ORDERED, ADJUDGED AND DECREED that:

1.  Effective with the commencement of the 1970-71 school
term the present H.E.W. school desegregation plan, insofar as

**EXHIBIT 2**

it affects grades one (1) through six (6), is modified as
hereinafter provided;

    2.  The School District shall operate ten (10) elementary
schools with each school serving grades one (1) through six (6).
The elementary schools to be operated are shown below; and, the
enrollment by race at each school is estimated to be in the
numbers and in the percentages indicated as follows:

| School | Class-rooms | Whites | Percent | Blacks | Percent | Total |
|--------|-------------|--------|---------|--------|---------|-------|
| Crestwood | 14 | 179 | 53.1 | 158 | 46.9 | 337 |
| Highland | 13 | 225 | 55.4 | 181 | 44.6 | 406 |
| Marion Park | 12 | 203 | 54.9 | 167 | 45.1 | 370 |
| Mount Barton | 14 | 228 | 55.2 | 185 | 44.8 | 413 |
| Oakland Heights | 20 | 355 | 59.1 | 244 | 40.9 | 599 |
| Parkview | 20 | 275 | 55.0 | 225 | 45.0 | 500 |
| Poplar Springs | 20 | 343 | 55.7 | 273 | 44.3 | 616 |
| West End | 28 | 477 | 56.3 | 370 | 43.7 | 847 |
| West Hills | 24 | 410 | 56.3 | 318 | 43.7 | 728 |
| Wither-spoon | 15 | 248 | 53.5 | 216 | 46.5 | 464 |
| TOTALS | | 2,943 | 55.7 | 2,337 | 44.3 | 5,280 |

    3.  The defendant school district shall have the authority,
in its discretion, to construct a library at the Poplar Springs
Elementary School and to construct a library at the Oakland
Heights Elementary School.

    4.  The defendant school district shall assign each of its
students in grades one (1) through six (6) to an elementary
school by use of a geographical zone; and,

    5.  The geographical attendance zones for the ten (10)
elementary schools shall be as follows:

**EXHIBIT 2**

Crestwood Elementary School Attendance Zone

     That area encompassed by a line beginning at a point
where the center line of 28th Avenue intersects with
the center line of 8th Street and run in an easterly
direction along the center line of 8th Street to its
intersection with the center line of 6th Street; run
thence in an easterly direction along the center line
of 6th Street to its intersection with the center
line of 11th Avenue; run thence in a southerly
direction along the center line of 11th Avenue and
11th Avenue if extended to its intersection with the
center line of the Meridian & Bigbee railroad tracks;
run thence in a southerly direction along the center
line of the Meridian & Bigbee railroad tracks to
the point where these railroad tracks cross the
corporate limits of the City of Meridian; run thence
in a southerly and westerly direction along the
perimeter of the City of Meridian corporate limits
to the NW corner of NE 1/4 of Section 30, Township 6
North, Range 16 East, Lauderdale County, Mississippi;
run thence North to the center line of Grand Avenue;
run thence North along the center line of Grand Avenue
to its intersection with Sowashee Creek; run thence
in a westerly direction along the thread of Sowashee
Creek to a point where the center line of Brothers
Avenue if extended would intersect with the thread
of Sowashee Creek; run thence in a northerly direction
along the center line of Brothers Avenue and the
center line of Brothers Avenue if extended to the
center line of the main line tracks of the Gulf,
Mobile & Ohio Railroad; run thence in an easterly
direction along the center line of the main line
tracks of the Gulf, Mobile & Ohio Railroad to a
point where the center line of Braxton Avenue if
extended would intersect with the center line of
said tracks; run thence in a northwesterly direction
along the center line of Braxton Avenue to its
intersection with the center line of 27th Avenue;
run thence North along the center line of 27th Avenue
to its intersection with the center line of 5th Street;
run thence in a westerly direction along the center
line of 5th Street to a point where it would intersect
with the center line of 28th Avenue if extended;
run thence North along the center line of 28th
Avenue if extended and the center line of 28th Avenue
to the point of beginning.

Highland Elementary School Attendance Zone

     That area encompassed by a line beginning at a point
where the center line of 28th Avenue intersects with
the center line of 10th Street and from the point
of beginning run thence North along the center line
of 28th Avenue to the point where the center line of
28th Avenue intersects with the center line of 13th
Street; run thence in a westerly direction along the
center line of 13th Street to the point where the
center line of 13th Street intersects with the center
line of 32nd Avenue; run thence North along the center
line of 32nd Avenue to the point where the center line
of 32nd Avenue intersects with the center line of
15th Street; run thence West along the center line

**EXHIBIT 2**

of 15th Street to the point where the center line
of 15th Street intersects with the center line of
34th Avenue; run thence North along the center line
of 34th Avenue to the point where the center line
of 34th Avenue intersects with the center line of
21st Street; run thence in a westerly direction
along the center line of 21st Street and the center
line of 21st Street if extended West to the point
where the center line of 21st Street if extended
West would intersect with the center line of Royal
Road; run thence in a westerly direction along the
center line of Royal Road to the point where the
center line of Royal Road intersects with the center
line of 39th Avenue; run thence North along the
center line of 39th Avenue to the point where the
center line of 39th Avenue intersects with the
center line of 24th Street; run thence West along the
center line of 24th Street to the point where the
center line of 24th Street intersects with the
center line of 41st Avenue; run thence North along
the center line of 41st Avenue to the point where the
center line of 41st Avenue would intersect with the
center line of 25th Street if extended; run thence
in a westerly direction along the center line of
25th Street if extended and the center line of 25th
Street to the point where the center line of 25th Street
intersects with the center line of State Boulevard;
run thence South along the center line of State
Boulevard to the point where the center line of
State Boulevard intersects with the center line of
39th Avenue; run thence South along the center line
of 39th Avenue to the point where the center line
of 39th Avenue intersects with the center line of
10th Street; run thence East along the center line
of 10th Street to the point of beginning.

Marion Park Elementary School Attendance Zone

That area encompassed by a line beginning at a point
where the center line of 15th Street intersects with
the center line of 28th Avenue and from this point
run North along the center line of 28th Avenue to the
point where the center line of 28th Avenue intersects
with the center line of 16th Street; run thence West
along the center line of 16th Street to the point
where the center line of 16th Street intersects with
the center line of 29th Avenue; run thence North
along the center line of 29th Avenue to the point
where the center line of 29th Avenue intersects with
the center line of 20th Street; run thence West along
the center line of 20th Street to the point where
the center line of 20th Street intersects with the
center line of 30th Avenue; run thence North along
the center line of 30th Avenue to the point where the
center line of 30th Avenue and the center line of 30th
Avenue if extended North would intersect with the
center line of 24th Street if extended East; run
thence West along the center line of 24th Street if
extended East and the center line of 24th Street and
the center line of 24th Street if extended West to
the point where the center line of 24th Street if
extended West would intersect with the center line
of Gallagher Branch; run thence North along the thread
of Gallagher Branch to the point where Gallagher
Branch crosses the center line of 26th Street; run

-4-

**EXHIBIT 2**

thence West along the center line of 26th Street to
the point where the center line of 26th Street inter-
sects with the center line of Highland Avenue; run
thence North along the center line of Highland Avenue
to the point where the center line of Highland Avenue
intersects with the center line of 34th Street; run
thence East along the center line of 34th Street and
the center line of 34th Street if extended East to
the point where the center line of 34th Street if
extended East would intersect the center of Gallagher
Branch; run thence South along the thread of Gallagher
Branch to the point where the center line of 31st
Street if extended West would cross Gallagher Branch;
run thence East along the center line of 31st Street
if extended West and the center line of 31st Street
to the point where the center line of 31st Street
intersects with the center line of Poplar Springs
Drive; run thence South along the center line of
Poplar Springs Drive to the point where the center
line of Poplar Springs Drive intersects with the
center line of 22nd Street; run thence East along the
center line of 22nd Street to the point where the
center line of 22nd Street intersects with the center
line of 19th Avenue; run thence South along the center
line of 19th Avenue to the intersection of the center
line of 19th Avenue with the center line of 20th
Street; run thence East along the center line of 20th
Street to the intersection of the center line of
20th Street with the center line of 17th Avenue; run
thence South along the center line of 17th Avenue to
the point where the center line of 17th Avenue inter-
sects with the center line of 15th Street; run thence
West along the center line of 15th Street to the
point of beginning.

## Mount Barton Elementary School Attendance Zone

That area encompassed by a line beginning at a point
where the Illinois Central Railroad tracks intersect
the Meridian city corporate limits on the West side
of the City of Meridian and from this point run East
along the Illinois Central railroad tracks to a point
where 38th Avenue if extended South would intersect
the Illinois Central railroad tracks; run thence in a
straight line in an easterly direction to the point
where the center line of 36th Avenue and the center
line of 3rd Street intersect; run thence in an easterly
direction along the center line of 3rd Street to the
point where the center line of 27th Avenue intersects
with the center line of Braxton; run thence in a
southerly direction along the center line of Braxton
and the continuation thereof if extended to the point
of intersection with the Gulf, Mobile and Ohio rail-
road tracks; run thence in a southwesterly direction
along the Gulf, Mobile & Ohio railroad tracks to a
point where the center line of Brothers Avenue if
extended North would intersect the center line of the
Gulf, Mobile & Ohio railroad tracks; run thence South
along the center line of Brothers Avenue to a point
where Brothers Avenue if extended would intersect the
center of Sowashee Creek; run thence along the thread
of Sowashee Creek to the point where Sowashee Creek
intersects the center of Grand Avenue; run thence

-5-

**EXHIBIT 2**

South along the center line of Grand Avenue and the
center line of Grand Avenue if extended to the NW
corner of NE 1/4 of Section 30, Township 6 North,
Range 16 East, Lauderdale County, Mississippi, which
is also a point on the corporate limits of the City
of Meridian; run thence in a westerly direction
following the corporate limits to the point of
beginning.

## Oakland Heights Elementary School Attendance Zone

That area encompassed by a line beginning at the
point where the center line of 38th Avenue if extended
South would intersect the center line of the main line
Illinois Central railroad tracks and from this point
of beginning run thence North along the center line of
38th Avenue if extended and the center line of 38th
Avenue to the point where the center line of 38th
Avenue intersects the center line of Paulding Street;
run thence West along the center line of Paulding
Street to the point where the center line of Paulding
Street intersects with the center line of 45th Avenue;
run thence South along the center line of 45th Avenue
to the point where the center line of 45th Avenue
intersects with the center line of 5th Street and the
center line of Pacific Street; run thence West along
the center line of Pacific Street and the center line
of 5th Street to the point where the center line of
5th Street intersects with the center line of 55th
Avenue; run thence North along the center line of
55th Avenue and the center line of 55th Avenue if
extended North to a point where the center line of
55th Avenue if extended North would intersect with
the center line of State Highway 19; run thence in a
westerly direction along the center line of State
Highway 19 to a point where the center line of State
Highway 19 intersects with the center line of the
Old 8th Street Road; run thence West along the center
line of Old 8th Street Road to the point where the
corporate limits of the City of Meridian cross the
Old 8th Street Road; run thence South along the
corporate limits of the City of Meridian to the point
where the corporate limits of the City of Meridian
cross the center line of the main line Illinois
Central railroad tracks; run thence in an easterly
direction along the center line of the Illinois
Central railroad main line tracks to the point of
beginning.

## Parkview Elementary School Attendance Zone

That area encompassed by a line beginning at the
point where the center line of 20th Street inter-
sects with the center line of 10th Avenue and from
this point run West along the center line of 20th
Street to the point where the center line of 20th
Street intersects with the center line of 12th Avenue;
run thence North along the center line of 12th Avenue
to the point where the center line of 12th Avenue
intersects with the center line of 21st Street;
run thence West along the center line of 21st Street
to the point where the center line of 21st Street
intersects with the center line of 14th Avenue;
run thence North along the center line of 14th Avenue

-6-

**EXHIBIT 2**

and the center line of 14th Avenue if extended to the point where the center line of 14th Avenue intersects with the center line of 24th Street; run thence West along the center line of 24th Street to the point where the center line of 24th Street intersects with the center line of 16th Avenue; run thence North along the center line of 16th Avenue to the point where the center line of 16th Avenue intersects with the center line of 26th Street; run thence West along the center line of 26th Street if extended West to the point where the center line of 26th Street if extended West would intersect with the center line of 18th Avenue if extended; run thence South along the center line of 18th Avenue if extended and the center line of 18th Avenue to the point where the center line of 18th Avenue intersects with the center line of 24th Street; run thence West along the center line of 24th Street to the point where the center line of 24th Street intersects with the center line of 22nd Avenue; run thence South along the center line of 22nd Avenue and the center line of 22nd Avenue if extended to the point where the center line of 22nd Avenue if extended would intersect with the center line of 22nd Street; run thence West along the center line of 22nd Street to the point where the center line of 22nd Street intersects with the center line of Poplar Springs Drive; run thence in a northerly direction along the center line of Poplar Springs Drive to the point where the center line of Poplar Springs Drive intersects with the center line of 31st Street; run thence West along the center line of 31st Street and the center line of 31st Street if extended West to the point where the center line of 31st Street if extended West would intersect with the center line of Gallagher Branch; run thence in a northerly direction along the thread of Gallagher Branch to the point where the thread of Gallagher Branch crosses the center line of 38th Street; run thence East along the center line of 38th Street and the center line of 38th Street if extended East to the point where the center line of 38th Street if extended East would intersect with the center line of State Highway 39; run thence in a northerly direction along the center line of State Highway 39 to the point where the center line of State Highway 39 crosses the corporate limits of the City of Meridian; run thence in an easterly direction and follow the corporate limits of the City of Meridian in an easterly and southerly direction to the SW corner of Section 4, Township 6 North, Range 16 East, Lauderdale County, Mississippi; run thence West to the center line of U. S. Highway 45; run thence in a southerly direction along the center line of U. S. Highway 45 to a point where the center line of U. S. Highway 45 would intersect with the center line of 20th Street if extended East; run thence West along the center line of 20th Street if extended East to the point of beginning.

Poplar Springs Elementary School Attendance Zone

That area encompassed by a line beginning at the point where the center line of 35th Avenue intersects with the center line of 38th Street and run thence in an easterly direction along the center line of 38th Street and the center line of 38th Street if extended

EXHIBIT 2

East to the point where the center line of 38th Street
if extended East would intersect with the center line
of State Highway 39; run thence in a northerly direction
along the center line of State Highway 39 to the point
where the corporate limits of the City of Meridian
crosses the center line of said State Highway 39; run
thence in a westerly direction along the corporate
limits to the NW corner of Section 36, Township 7
North, Range 15 East, Lauderdale County, Mississippi;
run thence South to the intersection with the center
line of North Hills Drive; run thence in an easterly
direction along the center line of North Hills Drive
to the point where the center line of North Hills
Drive intersects with the center line of 35th Avenue;
run thence South along the center line of 35th Avenue
to the point of beginning.

AND ALSO the following satelite zone:

That area encompassed by a line beginning at the point
where the center line of 10th Avenue intersects with
the center line of 19th Street and from this point of
beginning run West along the center line of 19th
Street to the point where the center line of 19th
Street intersects with the center line of 17th Avenue;
run thence North along the center line of 17th Avenue
to the point where the center line of 17th Avenue
intersects with the center line of 20th Street;
run thence in a westerly direction along the center
line of 20th Street to the point where the center line
of 20th Street intersects with the center line of 19th
Avenue; run thence North along the center line of
19th Avenue to the point where the center line of
19th Avenue intersects with the center line of 22nd
Street; run thence West along the center line of 22nd
Street to the point where the center line of 22nd
Street intersects with the center line of 22nd Avenue;
run thence North along the center line of 22nd Avenue
if extended and along the center line of 22nd Avenue
to the point where the center line of 22nd Avenue
intersects with the center line of 24th Street; run
thence East along the center line of 24th Street to
the point where the center line of 24th Street
intersects with the center line of 18th Avenue; run
thence North along the center line of 18th Avenue to
the point where the center line of 18th Avenue if
extended would intersect with the center line of
26th Street if extended West; run thence East along
the center line of 26th Street if extended West to the
center line of 16th Avenue; run thence South along the
center line of 16th Avenue to the point where the
center line of 16th Avenue intersects with the center
line of 24th Street; run thence East along the center
line of 24th Street to the point where the center line
of 24th Street intersects with the center line of 14th
Avenue; run thence South along the center line of 14th
Avenue and 14th Avenue if extended to the intersection
of the center line of 14th Avenue with the center line
of 21st Street; run thence East along the center line
of 21st Street to the intersection with the center
line of 12th Avenue; run thence South along the center
line of 12th Avenue to the point where the center line
of 12th Avenue intersects with the center line of 20th
Street; run thence East along the center line of 20th
Street to the intersection with the center line of 10th
Avenue; run thence South along the center line of 10th
Avenue to the point of beginning.

**EXHIBIT 2**

West End Elementary School Attendance Zone

That area encompassed by a line beginning at the point
where the center line of Braxton and the center line
of 27th Avenue intersect with the center line of 3rd
Street and run thence in a westerly direction along
the center line of 3rd Street to a point where the
center line of 3rd Street intersects with the center
line of 36th Avenue; run thence in a straight line
in a westerly direction to the point where the center
line of 38th Avenue if extended South would intersect
with the center line of the Illinois Central railroad
main line tracks; run thence North along the center
line of 38th Avenue to the point where the center line
of 38th Avenue intersects with the center line of
Paulding Street; run thence West along the center
line of Paulding Street to the point where the center
line of Paulding Street intersects with the center
line of 45th Avenue; run thence South along the center
line of 45th Avenue to the point where the center line
of 45th Avenue intersects with the center line of 5th
Street and the center line of Pacific Street; run
thence West along the center line of Pacific Street
and the center line of 5th Street to the point where
the center line of 5th Street intersects with the
center line of 55th Avenue; run thence North along the
center line of 55th Avenue and the center line of 55th
Avenue if extended North to the point where the
center line of 55th Avenue if extended North would
intersect with the center line of State Highway 19;
run thence West along the center line of State Highway
19 to the point where the center line of State Highway
19 intersects with the center line of Old 8th Street
Road; run thence West along the center line of Old 8th
Street Road to the point where the corporate limits of
the City of Meridian cross the Old 8th Street Road;
run thence northerly along the corporate limits of
the City of Meridian to the point where the South
right of way line of the Bounds Road crosses the West
line of the E 1/2 of Section 2, Township 6 North,
Range 15 East, Lauderdale County, Mississippi; run
thence North to the center line of Bounds Road; run
thence in an easterly direction along the center
line of Bounds Road to the point where the center line
of Bounds Road intersects with the center line of
State Boulevard; run thence in an easterly direction
along the center line of State Boulevard to the
intersection of the center line of State Boulevard
with the center line of 39th Avenue; run thence South
along the center line of 39th Avenue to the inter-
section with the center line of 10th Street; run thence
East along the center line of 10th Street to the inter-
section with the center line of 28th Avenue; run thence
South along the center line of 28th Avenue and the
center line of 28th Avenue if extended South to the
intersection with the center line of 5th Street; run
thence in an easterly direction along the center
line of 5th Street to the intersection of the
center line of 5th Street with the center line of
27th Avenue; run thence South along the center line
of 27th Avenue to the point of beginning.

**EXHIBIT 2**

### West Hills Elementary School Attendance Zone

That area encompassed by a line beginning at the point
where the center line of 28th Avenue intersects with
the center line of 13th Street and from this point
of beginning run thence in a westerly direction
along the center line of 13th Street to the point
where the center line of 13th Street intersects with
the center line of 32nd Avenue; run thence North along
the center line of 32nd Avenue to the point where the
center line of 32nd Avenue intersects with the center
line of 15th Street; run thence West along the center
line of 15th Street to the point where the center
line of 15th Street intersects with the center line
of 34th Avenue; run thence North along the center line
of 34th Avenue to the point where the center line of
34th Avenue intersects with the center line of 21st
Street; run thence in a westerly direction along the
center line of 21st Street and the center line of 21st
Street if extended West to the point where the center
line of 21st Street if extended West would intersect
with the center line of Royal Road; run thence in a
westerly direction along the center line of Royal
Road to the point where the center line of Royal
Road intersects with the center line of 39th Avenue;
run thence North along the center line of 39th Avenue
to the point where the center line of 39th Avenue
intersects with the center line of 24th Street; run
thence West along the center line of 24th Street to
the point where the center line of 24th Street
intersects with the center line of 41st Avenue; run
thence North along the center line of 41st Avenue to
the point where the center line of 41st Avenue would
intersect with the center line of 25th Street if
extended; run thence in a westerly direction along the
center line of 25th Street if extended and along the
center line of 25th Street to the point where the
center line of 25th Street intersects with the center
line of State Boulevard; run thence in a northerly
direction along the center line of State Boulevard
to the point where the center line of State Boulevard
intersects with the center line of the Bounds Road;
run thence in a westerly direction along the center
line of Bounds Road to the point where the center
line of Bounds Road crosses the corporate limits of
the City of Meridian; run thence in a northerly direction
along the corporate limits to the NW corner of
Section 36, Township 7 North, Range 15 East, Lauderdale
County, Mississippi; run thence South to the center
line of North Hills Drive; run thence in an easterly
direction along the center line of North Hills Drive
to the point where the center line of North Hills
Drive intersects with the center line of 35th Avenue;
run thence in a southerly direction along the center
line of 35th Avenue to the point where the center
line of 35th Avenue intersects with the center line
of 38th Street; run thence in an easterly direction
along the center line of 38th Street to the point
where the center line of 38th Street intersects with
the center of Gallagher Branch; run thence in a
southerly direction along the thread of Gallagher
Branch to the point where the center line of 34th
Street if extended East would intersect with the thread

-10-

EXHIBIT 2

of Gallagher Branch; run thence in a westerly direction
along the center line of 34th Street if extended East
and along the center line of 34th Street to the
intersection with the center line of Highland Avenue;
run thence in a southerly direction along the center
line of Highland Avenue to the point where the center
line of Highland Avenue intersects with the center
line of 26th Street; run thence in an easterly
direction along the center line of 26th Street to the
point where the center line of 26th Street intersects
with Gallagher Branch; run thence in a southerly
direction along the thread of Gallagher Branch to the
point where the center line of 24th Street if extended
West would intersect with the thread of Gallagher
Branch; run thence in an easterly direction along the
center line of 24th Street if extended West and along
the center line of 24th Street and along the center line
of 24th Street if extended East to the point where it
would intersect with the center line of 30th Avenue;
run thence in a southerly direction along the center
line of 30th Avenue to the point where the center
line of 30th Avenue intersects with the center line
of 20th Street; run thence in an easterly direction
along the center line of 20th Street to the point
where the center line of 20th Street intersects with
the center line of 29th Avenue; run thence in a southerly
direction along the center line of 29th Avenue to the
point where the center line of 29th Avenue intersects
with the center line of 16th Street; run thence in an
easterly direction along the center line of 16th Street
to the point where the center line of 16th Street
intersects with the center line of 28th Avenue; run
thence South along the center line of 28th Avenue
to the point of beginning.

## Witherspoon Elementary School Attendance Zone

That area encompassed by a line beginning at a point
where the center line of 28th Avenue intersects with
the center line of 8th Street and from this point run
East along the center line of 8th Street to its inter-
section with the center line of 6th Street; run East
along the center line of 6th Street to its intersection
with the center line of 11th Avenue; run South along
the center line of 11th Avenue and the center line of
11th Avenue if extended to its intersection with the
center line of the Meridian & Bigbee Railroad tracks;
run in a southerly direction along the center line
of the Meridian & Bigbee railroad tracks to the point
where said tracks cross the corporate limits of the
City of Meridian; run thence in an easterly and
northerly direction along the perimeter of the
corporate limits of the City of Meridian to the SW corner
of Section 4, Township 6 North, Range 16 East, Lauderdale
County, Mississippi; run thence West to the center line
of U. S. Highway 45; run in a southerly direction along
the center line of U. S. Highway 45 to a point where
the center line of U. S. Highway 45 would intersect
the center line of 20th Street if extended East; run
thence in a westerly direction along the center line
of 20th Street if extended East to the intersection of
the center line of 20th Street if extended East with

EXHIBIT 2

the center line of 10th Avenue; run thence in a
southerly direction along the center line of 10th
Avenue to the point where its center line intersects
the center line of 19th Street; thence in a westerly
direction along the center line of 19th Street to
its intersection with the center line of 17th Avenue;
thence South along the center line of 17th Avenue
to its intersection with the center line of 15th
Street; thence West along the center line of 15th
Street to its intersection with the center line of
28th Avenue; run thence South along the center line
of 28th Avenue to the point of beginning.

## Students outside the City of Meridian but within the Meridian Municipal Separate School District

All students in grades one (1) through six (6)
residing outside the corporate limits of the
City of Meridian but within the Meridian Municipal
Separate School District boundaries will be assigned
by the school district to either Crestwood Elementary
School, Mount Barton Elementary School or Parkview
Elementary School.

6.  The attendance zones that have been verbalized herein-
above are depicted in color on the attached map that is marked
Exhibit "A" to this order.

7.  Transportation will be provided by the school district
in accordance with state law for all students who reside outside
the corporate limits of the City of Meridian and within the
Meridian Municipal Separate School District.

8.  The order of this Court entered on November 7, 1969,
insofar as it affects grades one (1) through six (6), shall
remain otherwise unchanged except as provided for hereinabove.

SO ORDERED, ADJUDGED AND DECREED on this the 20 day of
July, 1970.

_Griffin B. Bell_
Griffin B. Bell
United States Circuit Judge

/s/
Homer Thornberry
United States Circuit Judge

_Lewis R. Morgan_
Lewis R. Morgan
United States Circuit Judge

**EXHIBIT 2**



EXHIBIT "A"

COPYRIGHT BY
NAMCO PUBLISHING COMPANY, INC.
POST OFFICE BOX 17748
TAMPA, FLORIDA
1969

**EXHIBIT 2**