

# 2017-18
# Meridian Public School District Recruitment Plan

**I. Summary of Purpose**

The Meridian Public School District is a unique school district located in east Mississippi with 7 elementary schools, 3 middle schools, 1 high school, 1 career and technical center, and 1 alternative school learning center. The Meridian Public School District has almost 6000 students, with over 1000 faculty and staff members. It is the intent of the Meridian Public School District that its recruitment plan is strategic in order to not only hire highly effective and qualified staff who are an excellent match for the school district, but to hire individuals whose beliefs align with those of the school district. In the following sections, the Meridian Public School District clearly articulates the ideal characteristics of an ideal candidate as well as the parameters of the search for those candidates.

    **A. The Meridian Public School District Candidate**

The Meridian Public School District will hire highly effective staff that represents the community and will respond to our changing needs. Because the Meridian Public School District is located in a low socio-economic area, it is imperative that the workforce of the Meridian Public School District is sensitive to the needs of its student population. In addition, the district must revise its recruitment and hiring practices to screen all candidates for an equity and excellence approach to their work. All Meridian Public School District hires must view the challenges of the district as an asset and seek to provide opportunities for our students.

As current Meridian Public School District employees retire or move out of the district, it must be our focus to seek and actively recruit highly qualified, effective candidates for every vacancy. Every candidate, upon hire, must hold the appropriate certification and endorsements for the position for which they are hired. Furthermore, the desired candidates must have a commitment to life-long learning and a willingness to actively participate in professional learning communities.

Among other characteristics, administrators must be leaders of learners who have the skills and passion to guide their staff through standards based instruction. Certified staff must be solution-focused and work effectively with colleagues; they must have the aptitude for gathering data and analyzing that data to improve their effectiveness. Classified staff must have a commitment to continuous improvement as they support the operational and instructional needs of the district. All new hires must have a capacity and a commitment to using and fostering the use of technology. It is important that the Meridian Public School District continues to hire across the spectrum; our workforce must be composed of various levels of experience and backgrounds. The common denominator among all candidates is an unwavering commitment to the success of all students as well as a dedication to meeting the differentiated needs of student groups, including special education, English Language Learners, and highly capable individuals.

**EXHIBIT 4**

### B. The Search for Candidates

The Meridian Public School District actively recruits for positions through a wide range of advertising venues. Our current system, Applitrak, enables the district to post open positions and update those positions regularly. For the 2017-18 school year, the Meridian Public School District will post all vacancies with a close date or an initial screening date to notify candidates of deadlines when applying for positions. The Meridian Public School District will post all vacancies on our website for continuing positions until the vacancies are filled. The Meridian Public School District is proposing to use the online nationwide teacher recruiting service, Teacher-Teacher.com.

The Meridian Public School District will also utilize the Mississippi Department of Education website to advertise vacancies within the district. The school district will use newspapers at its discretion in advertising positions. The Meridian Public School District will also send vacancy notifications to the career services offices of the area universities and colleges of education.

The Meridian Public School District is creating a public relations campaign, "Teach Meridian," to attract teachers to our District. This campaign involves surveying certified staff for data about our current retention/recruitment plans.  We will use this acquired data to help guide our "Teach Meridian" campaign.  This will be a campaign involving billboards, advertisements, commercials, and all Meridian Public School District web and social media outlets. This campaign will shine a spotlight on the teaching opportunities, benefits, and positives of teaching in the Meridian Public School District.

## III. Recruiting for Positions

### A. Administration

For 2017-18, the Meridian Public School District will advertise for future central office administrators, principals, and assistant principal positions. The majority of recruitment trips will focus on seeking certificated and classified staff; therefore, recruiting for administrators will require unique approaches, including contacting successful administrators in neighboring districts and seeking input from local universities with Education Leadership Programs. The Meridian Public School District will establish and nurture contacts who may have access to promising administrators, such as university liaisons, community organizers, and education directors.  When an administrative vacancy opens, the district will advertise using the aforementioned processes.

### B. Certificated

Certificated staff members by far represent the greatest number of hires for the Meridian Public School District each year. The key to hiring effective certificated staff is to advertise, interview, and hire early.  In terms of new teachers, many are finishing their teacher preparation programs in May; however, it is beneficial to interview and screen in early spring. Most of the recruitment trips, described more comprehensively in this plan, are scheduled during February, March, and April to facilitate this process. In addition, the Personnel Director and Superintendent are developing relationships with university contacts to gain access to qualified candidates as early as possible, so that we can actively recruit.  It is important for the Meridian Public School District to remain in contact with our graduates who enter teacher preparation programs.  More than likely, after

**EXHIBIT 4**

graduation, they will seek to move back home, and they are familiar with the core values and caliber of the Meridian Public School District. Obtaining names from the high school principals of students who are entering teacher education programs will assist the district in "growing our own" teachers. An additional strategy will be to identify strong student teachers in our district and interview those students after completion of their practicum. In addition, the district will provide PRAXIS training information to those staff members who are struggling with passing the required assessments for standard license certification. Lastly, it will be important for the Superintendent and Personnel Director to nurture relationships with other human resources educational recruiters and directors as these connections may yield information about qualified and experienced teachers who are seeking to live closer to home, desire a change of teaching assignment, or seek to work in a different district.

### C. Classified

Classified staff members are hired on a continuous basis throughout the year, although school-based positions should be hired on the same timeline as certificated staff. In the classified area, the Meridian Public School District has particular need for professional-technical positions; para-educators, especially special education; and administrative assistants.  The Meridian Public School District will utilize all of the advertising methods mentioned above for recruitment efforts and will continue to recruit for these positions.

### IV. Recruiting for Special Education Teachers

Special Education teachers are in high demand throughout Mississippi, as well as in the Meridian Public School District. In an attempt to be proactive in our recruitment efforts for Special Education Teachers, the Meridian Public School District will contact colleges and universities early in the year to seek information on those individuals who are candidates for completion of special education programs. Representatives at all of the job fairs will be on the watch for promising Special Education teacher candidates.

### V. Pre-Recruitment

The Meridian Public School District will complete all Pre-Recruitment work during January and February.  The work will include the following:
- Register for upcoming recruitment fairs
- Provide a list of recruitment trips on to the administrators
- Create recruitment brochures, fliers, presentation boards
- Order recruitment favors (as needed)
- Revise and finalize all screening materials and data tools
- Share opportunities to serve as district representatives with administrators and department heads

**EXHIBIT 4**

### VI. Recruitment Fairs/Interviews

The recruitment trips are designed to find candidates for vacancies. All of the trips are focused on assisting the district in finding candidates for all three types of employees: administrators and teachers.  Additional trips may be added to assist the Meridian Public School District in finding a more qualified pool of candidates.   The Meridian Public School District will first identify area of needs and then identify the trips that would most efficiently meet those needs.
The Meridian Public School District will keep up with associated costs for each trip and provide an overall cost for recruitment efforts.   It may be essential, as the Meridian Public School District continues to build a recruitment program based on need, to request additional funds as needed for future years

### VII. The Meridian Public School District Career Fair

The Meridian Public School District may have a Career Fair during the month of April, after all Letters of Intent have been completed by the existing faculty and staff of the 2016-2017 school year. It is essential that Letters of Intent have been completed so that all vacancies advertised at the Meridian Public School District Career Fair are actual vacancies that are open to internal and external candidates. It is the goal that all vacancies are filled by July 1, 2017.

### VIII. Retention of Positions

Once teachers are recruited, The Meridian Public School District is committed to retaining qualified teachers.  The District will provide professional development opportunities for both new and returning teachers.  A District wide mentoring program is being developed for new teachers and/or teachers in need of support.  These mentors will be highly qualified and experienced MPSD teachers.  Also, each school within the District will be required to develop a school-wide retention plan, specifically designed to meet each individual campus' unique needs.

    **A.  Incentive Options for Teachers**

Meridian Public School district qualifies as a Geographical Shortage Area School District.  Incentive options for teachers in our area include: The Mississippi Teacher Fellowship Program (MTFP) and Mississippi Teacher Loan Repayment Program (MTLR).  The MTFP program allows accepted participants to receive a Masters or Educational Specialist degree free of charge.  The program provides funds for tuition, books, materials, and fees for three years.  The MTRL program makes participants eligible for up to $12,000 dollars of undergraduate loan forgiveness.

    **B.  Housing**

The East Mississippi Business Development Corporation has provided the Meridian Public School District with extensive literature on the availability of housing/apartments in our area.  Local banks are considering developing home loans specifically targeting the needs of teachers.  The Mississippi Home Corporation provides a maximum grant of $6,000 to pay closing costs for any teacher in our District.

**EXHIBIT 4**

**IX. Timeline**

| Month | Recruitment/Hiring Activity |
|---|---|
| **July 2016** | **District-wide professional development for teachers:**<br>• new teacher orientation<br>• teacher training for District software |
| **August 2016** | **New teacher professional development series begins bimonthly/monthly meetings**<br>**District initiatives teacher training and PLC meetings**<br>**Planning for fall recruitment fairs** |
| **October 2016** | **Begin recruitment fair attendance:**<br>• University of Southern Mississippi<br>• MSU-Starkville Campus<br>**Pathway to Licensure for teacher assistants** |
| **November 2016** | **University of West Alabama graduate programs presented to staff/administrators** |
| **December 2016** | **William Carey on-line graduate programs presented to staff/administrators**<br>**MPSD HR Director presented employment overview to University of West Alabama** |
| **January 2017** | **MSU-Meridian Campus personnel presented PANTA to MPSD teacher assistants**<br>**Design and order recruitment materials for 2017**<br>**Planning for "Teach Meridian" campaign** |
| **February 2017** | **Prepare brochures, pamphlets, folders, signage, recruitment favors**<br>**Recruitment fair attendance:**<br>• Alcorn University<br>• Governor's Job Fair at Meridian Community College<br>**Planning begins for The Meridian Public School District Career Fair**<br>**MPSD HR Director met with Anita Lee, Education Liaison for Meridian's Naval Air Sta**<br>**Survey disseminated and responses tallied for "Teach Meridian" campaign** |
| **March** | **Recruitment fair attendance:**<br>• William Carey University<br>• University of Southern Mississippi<br>• MSU-Meridian Campus<br>• Mississippi Valley State<br>• Delta State University<br>• University of Mississippi<br>**Planning continues for The Meridian Public School District Career Fair**<br>**"Teach Meridian" campaign finalized and begin implementation** |

**EXHIBIT 4**

| Month | Recruitment/Hiring Activity |
|---|---|
| April | Recruitment fair attendance:<br>• MSU-Starkville Campus<br>• Mississippi University for Women<br>• Jackson State<br>• University of West Alabama<br>"Teach Meridian" campaign continued<br>The Meridian Public School District Career Fair |
| May 2017 | The Meridian Public School District Career Fair<br>Continue the process of interviewing and hiring staff |
| June 2017 | Continue the process of interviewing and hiring staff |

**X. Measures of Effectiveness**

    **A. Data Gathering**

The Meridian Public School District will gather data during each recruitment trip that will include the following:
- Number of candidates met
- Areas of specialty
- Follow-up plans (i.e. obtain resume, interview, check references, etc.)

    **B. Data Analysis**

At the conclusion of each trip, the Meridian Public School District will review the data and collate it into a chart that synthesizes the information-developing an analysis of the overall effectiveness of the recruitment plan and timeline as well as an individualized analysis of each recruitment trip for presentation to the Superintendent and Board.

    **C. Evaluation**

The Meridian Public School District will review the analysis during the summer and will make suggestions for revision periodically throughout the summer and the fall. These suggestions will be incorporated into the next recruitment plan. In addition, the Superintendent, Personnel Director, and Recruitment Committee will work with school-based administrators and department heads to gather feedback about the recruitment efforts of the year. Their feedback will be used to revise the upcoming recruitment plan.

**EXHIBIT 4**

### D. Data Dashboard

Our data dashboard for 2017-18 will allow us to identify baseline data informational points to better inform our practices.

| Numerical Data Point | Importance of this Point |
|---|---|
| Annual Retention Rate | Indicator of employee stability |
| Percent of employee evaluations completed | Indicator of employee success and progress |
| Number of Candidates per Certificated Open Position | Indicator of recruitment process |
| Teacher Attendance Rates | Indicator of employee stability and retention |

**EXHIBIT 4**

# 2017 Teacher Recruitment Job Fairs

| Date | School | Recruitment Team |
| --- | --- | --- |
| 2/8/17 | Alcorn University | Terry Moore, Rufus Wright |
| 3/1/17 | William Carey University | Terry Moore, Jayson Kidd |
| 3/9/17 | University of Southern Mississippi | Terry Moore, Justus Booth, John Taylor |
| 3/24/17 | MSU-Meridian Campus | Terry Moore, John Taylor, Shevondra Clayton |
| 3/28/17 | Mississippi Valley State | Terry Moore, Kim Kendrick, Angela McQuarley |
| 3/29/17 | Delta State University | Terry Moore, Kim Kendrick, Angela McQuarley |
| 3/31/17 | University of Mississippi | Terry Moore, Kelli Speed, Clair Huff |
| 4/4/17 | MSU-Starkville Campus | Terry Moore, Jennifer Dupont, Lavonda Germany |
| 4/5/17 | Mississippi University for Women | Terry Moore, Shevonda Truman |
| 4/6/17 | Jackson State University | Terry Moore, Charlotte Young, Victor Hubbard |
| 4/6/17 | University of West Alabama | Terry Moore, Susan Hester, Sharon Wilson |

**EXHIBIT 4**