

# Meridian High School

2320 32nd Street
Meridian, MS 39305
601.482.3191
meridianhigh.ms.mds.schoolinsites.com

## THE REVERIE







WILDCATS

2014





This Is **OUR**

LIFE • SCHOOL • STORY

MHS will promote a literacy rich environment in all disciplines to prepare students for college and career through reading, writing, speaking, and reasoning.



MERIDIAN HIGH SCHOOL
AUDITORIUM

**EXHIBIT 5**

# The Media Team

## Reverie, Web Page and Video Staff

**Editor:**
**Co-Editors:**










**Advisors:** Lorie Anderson & Pranati Johnson



**EXHIBIT 5**

## Members:

e **Yearbook Staff** works diligently everyday during rd block to meet deadlines by creating a yearbook at is of the highest quality. Along with designing the arbook, they also raise money by selling ads and onsoring the Beauty and Beau Pageant.

he **Video Staff p**roduced *weekly* deos for the four monitors located ound the school. We also oduced videos for "Believe In lue Day", Recruiting Video for 9th ade counselors and video esentation for the School Board. pecial thanks to nd          for updating the iosk weekly.

The **Web Page Staff** is responsible for updating the school calendar, activities, sports, latest news, programs and services, highlights, and MHS general information on a daily basis.



12th
2th
n
n
th
th









89

**EXHIBIT 5**



National Honor Society
2013-2014

## OFFICERS

President: ▮▮▮▮  Vice President: ▮▮▮▮  Secretary: ▮▮

Treasurer: ▮▮▮▮  Reporter: ▮▮▮▮















94

**EXHIBIT 5**



# Chorus

The Meridian High School Choir, under the director of Penny McLemore, was one of only two choirs from Mississippi that was invited to participate in the New York Premiere performance of Dan Forrest's Requiem for the Living on the Distinguished Concerts International New York (DCINY) Concert Series at Carnegie Hall in New York City.

The Meridian High School Concert Choir and Ladies Choir were awarded all Superiors at the State Choral Festival held on Friday, April 11, 2014 at Pearl High School. The Concert Choir rated Superior in sight-reading, and the Ladies Choir received all Superiors in concert. The State Choral Festival is a three day event sponsored by the Mississippi High School Activities Association. The MHS choir of 56 students performed "Stars I Shall Find" and "A Choral Flourish" at the Festival.





**EXHIBIT 5**



# Science A-Team

## Members:





The Science A-Team explores the wonders of science while having fun learning.



Sponsor: Mrs. Miller

**EXHIBIT 5**



# Cheer Life

**Wally the Wildcat:** &

**Captain:**
**Co-Captains:** and
**Cheer Managers:** &






### SPONSORS

**Tina Melton & Connie Houston**

**Bottom Row:**

**Middle Row:**

**Top Row:**



# Varsity Cheerleading

123

EXHIBIT 5

# MHS V🏐lleyball







## MHS Volleyball 2013-2014

| Name : | Grade : | Jersey |
|---|---|---|
| | 11 | 6 |
| | 12 | 18 |
| | 10 | 23 |
| | 9 | 17 |
| | 10 | 9 |
| | 11 | 31 |
| | 10 | 30 |
| | 11 | 32 |
| | 10 | 13 |
| | 12 | 21 |
| | 11 | 3 |
| | 10 | 14 |
| | 10 | 20 |
| | 11 | 4 |
| | 10 | 2 |
| | 10 | 11 |
| | 10 | 15 |
| | 12 | 19 |
| | 11 | 33 |
| | 8 | 1 |
| | 12 | 22 |
| | 11 | 7 |
| | 9 | 25 |
| | 10 | 12 |
| | 10 | 10 |
| | 10 | 16 |
| | 12 | 5 |

Head Coach: Jamie Buxton
Asst. Coach: Jonetta R. Bradford
Managers:

















**EXHIBIT 5**

# MHS Golf





## MHS Golf 2013-2014



### Head Coach
Al Willis















Congratulations to the girls' team for going to State!

EXHIBIT 5

# Swim Team
## Ready , Set , DIVE !








## Members:













## Coach:
## Coach Topci

**EXHIBIT 5**

# Softball

## Slow Pitch

### Roster:

### 9th grade:

### Coaches
Coach Cook
Coach Grace
Coach Brewer

138









**EXHIBIT 5**



Moving From Good to Great!

Meridian High School

Beat the Rams

2320 32nd Street - Meridian, MS 39305
601.482.3191
meridianhigh.ms.mds.schoolinsites.com

1

**EXHIBIT 5**



2

EXHIBIT 5



# Homecoming Court

## KING



## QUEEN



## SENIORS



**Beaus:**

**Maids:**








70

EXHIBIT 5

# JUNIORS



## SOPHOMORES



## FRESHMEN



**Beaus:**

**Maids:**

**Beaus:**

**Maids:**

**Beaus:**

**Maids:**






71

EXHIBIT 5

# *MHS*
# Student Government Association



## SGA Officers

President: 

Majority Vice President:
                    (not pictured)

Minority Vice President:


Secretary: 

Public Relations: 


## Seniors Officers

President: 

Vice President:


Secretary: 


Majority Representative:


Minority Representative:
            (not pictured)



86

**EXHIBIT 5**

## Junior Officers

President:
Vice President:
Secretary- Treasurer:
Majority Representative:
Minority Representative





## Sophomore Officers

President:
Vice President:
Secretary:

## Freshmen Officers

Co-President:
Co-President:
Vice President:                    (not
                        pictured)
Majority Representative:



*A leader is one who knows the way, goes the way, and shows the way.*
*- John C. Maxwell*

## Sponsors:
Vanessa Reed
Derrick Johnson

87

**EXHIBIT 5**

# National Honor Society





## Sponsors:
### Shauna Waters
### Amanda Hanegan
### Michelle West

















88

**EXHIBIT 5**

# Concert Choir



The *Concert Choir* represents Meridian High School at District and State Festivals. The also participate in yearly concerts and other community events. Congratulations to the Concert Choir for recieving all superiors at District and also winning superiors and sweepstakes at State Festival.








**EXHIBIT 5**

# Science A-Team







## Officers

## Members







ident-
President-
etary-
stant Secretary-
stant Treasurer-









EXHIBIT 5

## Director:
Antonio  Altman

## Assistant Directors:
Antwan Altman
Timothy Powel
Randy Wayne Jr.

## Drum Majors:

# Drum Majors



## Saxophones



## Melophones



## Baritones



## Tubas



104

EXHIBIT 5

## Flutes



## Clarinets




## Trumpets

## Trombones




## Drumline

## Colorguard





105

**EXHIBIT 5**



# COACHES



**Back Row:**
Coach Miller, Coach Hill, Coach Hampton, Coach Hall, Coach Stanford, Coach Rue

**Front Row**:
Coach Brooks, Coach Acton, Coach Cole, Coach Weems, Coach Graves





## WILDIN' OUT FOR FOOTBAL

### CHAMPION

The wildcats had an amazing season this year! However, we will miss our seniors that are leaving! We are excited to see the new playe take on the ta of coaching t new players

Some of the Meridian High School football team show their pride by flexing!

A6 **SPORTS for mo**

**EXHIBIT 5**



**C H E E R L E A D E R S**

Wildcat

BOTTOM:

TOP:

THE WALLY WILDCAT

EXHIBIT 5

# BOYS BASKETBALL

## 2014-15











## Roster

| | | |
|---|---|---|
| #1 | So. | G |
| #2 | Jr. | G |
| #3 | Sr. | G |
| #5 | Jr. | G |
| #10 | So. | G |
| #11 | Sr. | G |
| #12 | Jr. | G |
| #20 | Jr. | F |
| #22 | Sr. | G/F |
| #25 | So. | G/F |
| #32 | Sr. | F |
| #21 | Sr. | F |
| #33 | Jr. | F |

## Head Coach
**Randy Bolden**

## Assistant Coaches
**Tony Tadlock**
**Gerald Worthy**

## Managers

## Achievements

**Record:
28 wins & 7 losses
Advanced to State Semi-finals
Advanced to District Championship Game
Clarion-Ledger's Top 10 team**

**EXHIBIT 5**

# MHS Golf Team

## 2014-2015 Roster

### Girls

### Boys

## Coaches: Al Willis & Camille Lesseig





















Cogratulations to the girl's Golf Team for making it to state!

125

EXHIBIT 5





# SOC

## GIRLS




**Starting forward.**

**has broken the career record for scoring 64 goals as only a junior.**

**and were chosen for the All-District Award.**

**Front Row (L-R):** Coach K, Alexus Graham,

Coach Mike

**Back Row (L-R):**





## ROSTER

| | | | |
|---|---|---|---|
| 0. | | 10. | |
| 1. | | 13. | |
| 2. | | 14. | |
| 3. | | 21. | |
| 4. | | 23. | |
| 5. | | 25. | |
| 6. | | 26. | |
| 7. | | 27. | |
| 9. | | | |

## Seniors:

has played soccer at Meridian High for 3 years. will be attending Mississippi State University, where she will be majoring in Computer Engineering.





has played soccer at Meridian High for 4 years. will be attending Meridian Community College and will be majoring in Advertising.

## Coaches:
## Mike Smith & Tom Kuriakose

126

**EXHIBIT 5**

# SWIM TEAM

<u>Coaches</u>
Charles Lockle
Zach Harrison

## Boys

## Girls





## Who says CATS can't swim?






**EXHIBIT 5**