



# WE



# ARE

# Northwest
# Middle School
# 2015-2016













**EXHIBIT 5**

# BASKETBALL
















46

**EXHIBIT 5**



# 2015 SCIENCE FAIR

Science fair is an opportunity for students to apply the scientific method to conduct independent research. The results of each student's research is presented in a school wide science fair where the student's efforts are displayed and where students are interviewed to determine scientific merit. Students who have been judged to have used the scientific method properly and who have demonstrated thoroughness in their studies and effort are awarded prizes and are advanced to compete in regional, state, national and international science fairs.



**MEDICINE & HEALTH**



**PHYSICS**



**CHEMISTRY**



**BEHAVIORAL SCIENCE**



**BIOCHEMISTRY**



**ENGINEERING**



**MICROBIOLOGY**



**OVERALL 1ST PLACE WINNERS**

**EXHIBIT 5**

**The Purpose of the NWMS Robotics Club is to introduce robotics, and associated skills to NWMS students, through hands on workshops. Robotics consists of design, fabrication, electronics, and programming**

# robotics club



**First Row (bottom, l-r):**
**Second Row (l-r):**

**Third Row (l-r):**

**Fourth Row (l-r):**

56

**EXHIBIT 5**



## Soccer

**First Row, (l-r):**
**Second Row, (l-r):**



## 7th Grade Basketball

**First Row, L-R:**
**Second Row, L-R:**
**Top Row:  Coach Maurice Naylor**

**EXHIBIT 5**

8

# Sixth Grade Band



**1st row:** (left)

**2nd Row:** (left)

**3rd row:** (left)

**4th row:** (left)

**5th row:** (left)

**Back row:** (left)

**EXHIBIT 5**

# Seventh and Eighth Grade Band



1st row:(left)

2nd row:(left)

3rd row:(left)
4th row:
5th row:
6th row:

61

**EXHIBIT 5**



**EXHIBIT 5**

# NORTHWEST MIDDLE SCHOOL

## 2016-2017











 **Responsible Global Citizens**  **Lifelong Learners** 
**Champions of Our Own Success**

1

**EXHIBIT 5**

The Purpose of the NWMS Robotics Club is to introduce robotics, and associated skills to NWMS students, through hands-on workshops. Robotics consists of design, fabrication, electronics, and programming

**robotics club**

































**EXHIBIT 5**

# Northwest Middle School Student Council



Student Council is a student-based civic organization designed to help promote school spirit and leadership among students. Benefits of being involved in student council include: opportunity to improve reading and writing skills, gain experience in public speaking, and learn how to make a positive impact on the school and community environment. In addition, student council serves as a chance to meet new friends and work with a wide variety of people.



First Row (l-r):
Second Row (l-r):

56

## NWMS BASEBALL & SOFTBALL



Pictured left to right:







Pictured left to right:

57

**EXHIBIT 5**



Soccer

First Row, (l-r):
Second Row, (l-r):

Art Club

First Row (l-r):
Second Row (l-r):

Track Team

First Row, (l-r):
Second Row, (l-r):
Top Row (l-r) :

Cheer

Seated (l-r):
Kneeling (l-r):
Back Row (l-r):

**EXHIBIT 5**

# Sixth Grade Band



# Seventh and Eighth Grade Band



**EXHIBIT 5**

# NWMS FOOTBALL TEAM





Signatures

**EXHIBIT 5**



EXHIBIT 5



HOMECOMING PARADE

EXHIBIT 5

# Homecoming Court



### King
Jae'Lawn Green

### Queen
Kelly Bator









## Freshman
Top Row: (Left to Right)

Bottom Row: (Left to Right)

## Sophomores
Top Row: (Left to Right)

Bottom Row: (Left to Right)



## Seniors
Bottom Row: (Left to Right)

Top Row: (Left to Right)





## Juniors
Top Row: (Left to Right) 

Bottom Row: (Left to Right)

60

61

**EXHIBIT 5**



Editor:

Advisers:

and

this is YOUR 2016-2017 yearbook staff

STAFF

this is YOUR story.

80

81

EXHIBIT 5

# STUDENT GOVERNMENT

**Sponsor**
Vanessa Reed

**SGA President -** ▨



## SENIORS

President: ▨
Vice President: ▨
Secretary/Treasurer: ▨
Majority Representative ▨



## JUNIORS



President: ▨
Vice President: ▨
Secretary/Treasure: ▨
Majority Representative: ▨

## SOPHOMORES

President: ▨
Vice President: ▨
Secretary/Treasure: ▨





**SGA Secretary/Treasurer**



**SGA Public Relations**
▨

*these are **y**OUR class leaders*

82

83

**EXHIBIT 5**



# National Honor Society

## Members

Seniors:

Seniors:

Juniors:

2
0
1
7

**Sponsors**
Amanda Hanegan
Michelle West

The MHS National Honor Society collected $352 during the "turkey feather" fundraiser to donate to L.O.V.E.'S Kitchen.

these are *YOUR* high achievers

EXHIBIT 5



MHS CHORUS

Advanced Women          Concert Choir

Director
Mrs. Jennifer Davis

Assistant Director
Dr. Lorrie Stringer

this is YOUR voice of mhs

90

91

EXHIBIT 5



*this is Y̲O̲U̲R̲ wildcat sound*

## ACCOMPLISHMENTS

The band scored all superior ratings at the State Marching Evaluations. They also, scored superior ratings at the Copiah Marching Festival. The band has performed and has been featured in many community events throughout the year including traveling to Memphis, Tennessee during Spring Break.

96

97

EXHIBIT 5



# MHS

## Roster

| # | NAME | POSITION | GRADE |
|---|------|----------|-------|
| 1 | | QB | 10th |
| 2 | | OLB, RB | 12th |
| 3 | | WR | 12th |
| 4 | | RB, QB | 11th |
| 5 | | S | 12th |
| 6 | | FS, SS | 12th |
| 7 | | RB, WR | 12th |
| 8 | | QB | 12th |
| 9 | | WR | 11th |
| 11 | | DE | 11th |
| 12 | | WR | 12th |
| 13 | | CB, WR | 11th |
| 14 | | WR | 10th |
| 15 | | WR | 12th |
| 17 | | OLB, DE | 12th |
| 18 | | WR | 12th |
| 19 | | OLB | 10th |
| 20 | | CB | 11th |
| 21 | | RB | 9th |
| 22 | | CB | 11th |
| 23 | | WR | 12th |
| 24 | | MLB, OLB | 10th |
| 25 | | MLB, FB | 12th |
| 27 | | CB, FS | 10th |
| 28 | | RB, SB | 10th |
| 29 | | CB | 11th |
| 30 | | MLB | 10th |
| 31 | | HB | 10th |
| 32 | | CB | 10th |
| 34 | | DB | 10th |
| 35 | | DE, DT | 10th |
| 37 | | RB | 11th |
| 38 | | | 11th |
| 39 | | DB | 11th |
| 40 | | LB | 10th |
| 41 | | CB, RS | 12th |
| 42 | | FB, RB | 11th |
| 43 | | MLB, DE | 12th |
| 45 | | OLB | 10th |
| 46 | | TE, SB | 11th |
| 47 | | RB | 10th |
| 51 | | G | 11th |
| 54 | | G, T, DT | 11th |
| 55 | | C | 11th |
| 56 | | T, G | 10th |
| 58 | | G | 11th |
| 59 | | DT, DE | 10th |
| 64 | | DT, NG | 11th |
| 67 | | T | 11th |
| 68 | | G | 10th |
| 69 | | TE, FB, SB | 12th |
| 71 | | T | 11th |
| 78 | | T, G | 10th |
| 81 | | WR | 11th |
| 85 | | WR | 12th |
| 86 | | DT, DE | 12th |
| 88 | | DE, TE | 12th |
| 89 | | ATH, WR | 10th |
| 90 | | DE | 12th |
| 93 | | DT, DE | 12th |
| 96 | | K | 12th |
| 98 | | K | 11th |

108

## Staff

**Michael Brooks, Assistant to Head Coach**

Archie Gibbs, Offensive Coordinator
Demetrius Hill, Defensive Coordinator /OL
James Miller, Defensive Coordinator
Kirby Newell, Special Teams Coordinator

Tre Moore, Quarterbacks
Jarvis Cole, Linebackers
Cordera Eason, Running Backs
Kevin Roberts, Defensive Backs
Eric Neel, Defensive Backs
Carlos McClelland, Wide Receivers
Wilfred McPhee, Tight Ends









## Accomplishments

Season Record **10 wins** and **4 losses**.
The football team made it to the second
round of the payoffs for
6A championship.
Twelve wildcat players signed
letters to colleges.
Two All-State Players
Five All-County Selections

## Head Coach
## Calvin Hampton

*this is*

*YOUR*

*wildcat football*



# SENIORS

109

EXHIBIT 5



**2016-2017 VARSITY CHEERLEADERS**

Captain

Co-Captain

Cheerleaders

Varsity Cheer Sponsors
Shannon Thomas
Marilyn Hunter

Junior Varsity Sponsor
Shirley Silliaman

this is *yOUR* cheerleading squad

112

EXHIBIT 5

# Varsity Basketball



| Roster | |
|---|---|
| #24 | 10 |
| #25 | 12 |
| #15 | 11 |
| #20 | 11 |
| #21 | 12 |
| #30 | 11 |
| #5 | 10 |
| #23 | 12 |
| #10 | 12 |
| #11 | 11 |
| #3 | 12 |
| #4 | 10 |
| #1 | 10 |
| #12 | 10 |

### Head Coach
**Ron Norman**

### Assistant Coaches
Tony Tadlock
Fred Liddell
Regis Huddleston

**6A Championship Game Score**
MHS:68
Murrah:59









*this is YOUR 6A state champions!*

**Achievements:**
Region 5-6A District Champions
6A State Champions

6A State: ⬛ - Most Valuable Player
6A State: ⬛ - Highest Overall GPA









**EXHIBIT 5**



*this is yOUR softball team*

**Slow Pitch**

| | |
|---|---|
| 12th | |
| 9th | |
| 12th | |
| 11th | |
| 9th | |
| 12th | |
| 11th | |
| 11th | |
| 10th | |
| 9th | |
| 8th | |
| 9th | |
| 9th | |
| 7th | |
| 12th | |
| 10th | |
| 12th | |
| 12th | |
| 11th | |
| 10th | |
| 9th | |
| 7th | |
| 12th | |

**Coaches for Slow Pitch**
Head Coach
**Mark Davis**
Assistant Coaches
**Charles Lockly**
**Curtis Grace**

**Coaches for Fast Pitch**
Head Coach
**Travis Cornish**
Assistant Coaches
**Charles Lockly**
**Curtis Grace**
**Chrisitine Beeker**

**Fast Pitch**

| | |
|---|---|
| 9th | |
| 8th | |
| 10th | |
| 10th | |
| 9th | |
| 8th | |
| 8th | |
| 10th | |
| 7th | |
| 12th | |
| 10th | |
| 11th | |
| 8th | |
| 10th | |
| 9th | |
| 10th | |
| 7th | |
| 7th | |
| 9th | |
| 7th | |
| 12th | |
| 11th | |

**SOFTBALL**

120

121

**EXHIBIT 5**



## these are YOUR hitters and runners

# BASEBALL

**Head Coach**
Robert Cole

**Assistant Coaches**
Kendrick Martin
Mark Davis
Neil Walker

### Roster

| # | Name | Position |
|---|------|----------|
| 21 | | Sr. |
| 2 | | Sr. |
| 35 | | Jr. |
| 13 | | So. |
| 4 | | Sr. |
| 11 | | Jr. |
| 10 | | So. |
| 25 | | Jr. |
| 7 | | Jr. |
| 20 | | So. |
| 36 | | So. |
| 3 | | Jr. |
| 5 | | Jr. |
| 14 | | So. |
| 6 | | Jr. |
| 8 | | So. |
| 34 | | Fr. |
| 17 | | Fr. |
| 18 | | Jr. |
| 29 | | So. |

these are YOUR servers

# Lady Cats
# Volleyball

**MANAGERS**

**HEAD COACH**
JAMIE BUXTON

**ASSISTANT COACH**
JONETTA BRADFORD

### Roster

| NAME | JERSEY | POSITION |
|------|--------|----------|
| | 13 | DS/S |
| | 11 | MB |
| | 2 | OH |
| | 21 | RS |
| | 24 | DS |
| | 6 | OH |
| | 32 | MB |
| | 10 | S |
| | 19 | MB |
| | 3 | MB |
| | 15 | OH |
| | 5 | MB |
| | 8 | OH |
| | 12 | DS |
| | 1 | S/RS |
| | 18 | RS |
| | 4 | OH |
| | 23 | MB |

122

123

**EXHIBIT 5**



**Head Coach**
Josh Herrington

**Assistant Coaches**
Josh Musgrove
Zach Ruff















**TEAM MEMBERS**







_____ went undefeated for the second year in a row in tennis. He also was a semi-finalist in the state tournament for the second year in a row. His overall record this year was 13 wins and 1 loss. He will be playing for Meridian Community College.

_____ was the only other player to qualify to attend the state tournament.









*these are YOUR servers*

128

129

**EXHIBIT 5**