

# Meridian Public School District

**Office of Superintendent**

1019 25th Avenue
Meridian, MS 39307
601.484.4915
601.485.4818

Dr. Amy Carter, Superintendent
amcarter@mpsdk12.net

March 9, 2017

Attorney General Jeff Sessions
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Assistant Attorney General Thomas E. Wheeler
United States Department of Justice
Civil Rights Division
Office of the Assistant Attorney General, Main
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Gentlemen:

Re: Consent Order Civil Action No. 4:65-cv-01300-HTW-LRA 1300 (E)

I would like to introduce myself as the new superintendent of the Meridian Public School District. As the new superintendent, I aspire to build upon the foundation established as a result of the agreement between the District and the U. S. Department of Justice.  I previously had the honor of serving as the Assistant Superintendent throughout depositions and signing of the Consent Order during the 2012-13 school year.  Please allow me to share the current status of the District:

- The District has complied in good faith to meet the requirements of the Consent Order. Documentation over the last four years indicates an earnest attempt to satisfy the requirements.
- The District via NetDocuments has captured its journey towards improving the quality of behavioral supports and education for all students, professional growth for teachers and administrators, and its collaboration with all stakeholders in the community.
- Despite the District struggling with negative publicity as a result of the Consent Order, it has managed to see significant declines in discipline, particularly exclusionary discipline, and continued recognition of its implementation of PBIS.

**EXHIBIT 7**

- It has been a daunting task for a District with limited personnel and resources to implement the Consent Order; however, the work has proved to be beneficial for all concerned.

As the District has shifted its focus to improving outcomes for all students in matters of discipline, improvements have been noted in implementation of the new Code of Conduct, a strong data-based decision-making system, a comprehensive professional development schedule, and a solid informational program for all stakeholders.  Numerous surveys indicate positive feedback from the community, and complaints, especially discriminatory complaints, are limited.

In upcoming site visits, I would like to suggest that representatives from the U. S. Department of Justice meet and interview representatives from the Discipline Advisory Committee (DAC), the teacher discipline advisory committee, and our consultants approved by the U.S. Department of Justice, particularly Ms. Selina Merrill and Dr. Tony Doggett.  I anticipate that you will find significant evidence of the magnitude of the work and improvements in student discipline since the implementation of the Consent Order.

The Consent Order has served as a vehicle to have lasting impact in the Meridian Public School District on discipline practices and our overall community.  Now it is time for the District to build on its success with student discipline and focus its attention on improving academic and social achievement for all students.

According to paragraph 113 of the Consent Order, both parties anticipated that the District would fulfill its obligations upon conclusion of the 2016-17 school year.  Since the District has met its obligations, this is a formal request to be released from the March 2013 Consent Order between the Meridian Public School District and the U.S. Department of Justice. I genuinely look forward to hearing your response to this request.

Kind regards,


Dr. Amy J. Carter,
Superintendent of Education
Meridian Public School District


Cc:

Aria Vaughn
Natane Singleton
Fred L. Banks, Jr.
Victorien Wu


**EXHIBIT 7**