
Via Electronic Mail Only



Attorneys at Law
Alabama
Florida
Georgia
Louisiana
**Mississippi**
South Carolina
Tennessee
Texas
Washington, DC

**John S. Hooks**
Admitted in Mississippi
and District of Columbia
Direct: 601.292.0708
E-Fax: 601.944.9037
john.hooks@arlaw.com

September 7, 2017

Natane Singleton
Aria S. Vaughn
United States Department of Justice
Civil Rights Division
Educational Opportunities Section
601 D Street, NW, Suite 4300
Washington, DC 20004

Re: *Barnhardt v. Meridian Municipal Separate School District*, USDC Southern District of Mississippi, Civil Action No. 4:65cv01300-HTW-LRA

Dear Natane and Aria:

Your "compliance letter" regarding the second 2015-2016 semi-annual report, received by you in August, 2016, was received on March 30, 2017. Under the Consent Order, the "United States and Private Plaintiffs shall have 60 days from receipt of the second 2015-2016 semi-annual report to raise concerns or objections regarding the District's compliance." [36, ¶ 113]. Because your "compliance letter" was received seven months after submission of the referenced report, it is the District's position your complaints are untimely.

Nevertheless, on behalf of the Meridian Public School District (the "District"), we respond to the "Discipline References in March 2017 Compliance Letter" as follows:

Allegation No. 1. The District reported 2,101 Level 2 infractions, 22 of which resulted in ISS in violation of Paragraph 50. In five of these 22 instances, the "description of the incident" states that they resulted in ISD, which contradicts the "consequences" column in the spreadsheet the District provided.

**Response:**

| Unique Student ID | Date of Incident | District Response |
|---|---|---|
| 666525 | 8/27/2015 | Narrative indicates student threw a ratchet across the room, which would qualify as a L3 offense. ISS appropriate. |
| 717669 | 8/27/2015 | Narrative states student slapped another student in the head, which would qualify as a L3 offense. ISS appropriate. |

**EXHIBIT 9**

| 757387 | 12/8/2015 | Narrative describes physical altercation; miscoded as L2. |
| --- | --- | --- |
| 886581 | 2/3/2016 | Consequence confirmed as ISD. |
| 908374 | 4/12/2016 | Consequence confirmed as ISD. |
| 923765 | 4/14/2016 | L3 infraction |
| 1001660 | 11/16/2015 | Miscoded as COMPABUSE L2; correct code is APUV L3 |
| 1003794 | 1/11/2016 | Miscoded as L2; correct code is L3 |
| 1076454 | 4/13/2016 | L3 infraction |
| 1088223 | 9/23/2015 | Consequence confirmed as ISD. |
| 1145465 | 11/3/2015 | Consequence confirmed as ISD. |
| 1179088 | 2/23/2016 | L3 infraction |
| 1198435 | 4/14/2016 | L3 infraction |
| 1227320 | 8/31/2015 | Narrative state student ran out of class – two adults needed to catch him; qualified as severe campus disturbance, L3 |
| 1227322 | 10/27/2015 | Correct infraction is DEF L3 |
| 1227495 | 2/17/2016 | Consequence confirmed as ISD. |
| 1235421 | 11/11/2015 | Consequence confirmed as ISD. |
| 1250450 | 5/18/2016 | Miscoded as L2; L3, physical altercation |
| 1257149 | 9/3/2015 | Miscoded as L2; L3, physical altercation |
| 1292751 | 9/21/2015 | Miscoded as L2; L3, student throwing objects and interrupting state testing |
| 1347934 | 3/3/2016 | L3 infraction, ISS |
| 1420738 | 3/1/2016 | Miscoded as L2; correct code is L3, ISS |

Allegation No. 2.    Because the District did not explicitly assign a level to each infraction, 252 infractions could be classified as either Level 2 or 3 because the infraction code assigned fit within both levels in the PBIS Handbook.  Of these 252 infractions, 197 resulted in ISS.

**Response:**    The Consent Order does not require the District to explicitly assign a level to each infraction; however, the District has requested an update in PowerSchool to include the level for each discipline referral.

Allegation No. 3.    Three of the 252 incidents resulted in OSS in violation of Paragraph 50.

**Response:**

| Unique Student ID | Date of Incident | District Response |
| --- | --- | --- |
| 1115087 | 8/27/2015 | Discipline assigned – 2 days ISS for fighting |

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 3 of 16

| 1172127 | 8/26/2015 | Discipline assigned – 1 day OSS for fighting |
| 1180790 | 9/3/2015 | Discipline assigned - ISS |

Allegation No. 4. Under Paragraph 50(f), the District will "treat misbehavior such as defiance, disrespect, and insubordination that are non-threatening in nature as Level 1, Level 2, or Level 3 infractions, depending on the intensity of the behavior." Yet we identified numerous incidents of this type that appeared to be inappropriately coded as Level 4 infractions.

**Response:**

| Unique Student ID | Date of Incident | District Response |
|---|---|---|
| 1011172 | 9/30/2015 | Student was assigned In-School Suspension for Level 3 DEF 2 days. Student refused to complete the writing assignment that was given. Student "stated that his stomach hurts, and he did not want to call home." After being told several times to complete the assignment, student attempted to go to sleep. Mrs. Donald asked student to stand up and he replied, "my foot hurts." Mrs. Donald replied, "man-up and do your assignment so you can go back to class." Student got upset and walked out the classroom without permission. Mrs. Donald notified the administrator. As administration approached the student started yelling, using profanity, and became very disruptive. Student would not comply with request given by the administrator. Student refused to return to In-School Suspension. Subsequently, the student was reprimanded and given a one day out of school suspension. |
| 586382 | 10/27/2015 | Profanity directed at the teacher: when she told student to move to another seat, he yelled "hell naw." Dr. Alvin Taylor, then-superintendent of the District stated used of profanity was a level-four offense in the code of conduct for which students could be suspended. – Victor Hubbard, MHS Principal |
| 691203 | 8/13/2015 | Student committed a level-four offense – serious campus disturbance. Student disrupted class by yelling out profane language: "motherfucker." The learning process was stopped and another nearby class was also disrupted. |

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 4 of 16

Allegation No. 5.    Even assuming that all 55 instances of fighting constituted emergencies that fall into the exception, 17 infractions remain for which students under 10 received OSS.

**Response:**

| Unique Student ID | Date of Incident | District Response |
|---|---|---|
| 1328164 | 2/17/2016 | From former SDAT member Ms. Kendrick-- Due to the severity of these incidences we felt that these consequences were warranted. |
| 1330017 | 4/1/2016 | From former SDAT member Ms. Kendrick-- Due to the severity of these incidences we felt that these consequences were warranted. |
| 1144396 | 10/29/2015 | Student was 11 years old at time of incident |
| 1196611 | 5/6/2016 | Student was 11 years old at time of incident |
| 1213047 | 5/6/2016 | Student was 10 years old at time of incident |
| 1246385 | 4/1/2016 | Student was 10 years old at time of incident |
| 1050995 | 5/3/2016 | Student was 11 years old at time of incident |
| 1283947 | 8/17/2015 | From former SDAT member Ms. McFarland-- Incident occurred in the hallway outside of the classroom. Student was upset and would not come with me to my office. His IEP holder came to talk to him and try to get him to come with her, he refused. He threw his food down the hallway. Security did try to talk to get him to move and come to the office but he refused. He did refuse to go to ISS and he was not going to comply with the requests from anyone on the campus. |
| 1328359 | 11/12/2015 | From former SDAT member Ms. McFarland-Due to length of time passed, I do not recall additional detail regarding this incident. |
| 1342865 | 8/19/2015 | From former SDAT member Ms. McFarland-- Student was sent to ISS and he would not comply with ISS rules. He was walking around bothering other students. Teacher had to call administration to come and retrieve the student. |
| 1186391 | 5/6/2016 | Student was 11 years old at time of incident |

47771502_1

**EXHIBIT 9**

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 5 of 16

| 1164169 | 3/30/2016 | Student was 10 years old at time of incident |
|---|---|---|
| 1179479 | 11/20/2015 | Student was 10 years old at time of incident |
| 1197577 | 1/15/2016 | Student was 11 years old at time of incident |
| 1252620 | 2/17/2016 | Student was 10 years old at time of incident |
| 1252620 | 2/22/2016 | Student was 10 years old at time of incident |
| 1324065 | 11/2/2015 | From former West Hills SDAT member Shannon Thomas-- Due to length of time passed, I do not recall what offense occurred on this day warranting a level 5 offense. In the past student was very defiant and non-compliant with teachers and administrators. He would leave my classroom and get in trouble in the office. |

Allegation No. 6.   This leaves 123 students who were suspended out of school for more than three days [per incident] without superintendent approval in violation of Paragraph 54.

**Response:**   The District has located documentation showing Superintendent's approval was received and/or requested for all but three instances identified in your list. In instances where Superintendent's approval was requested, the District believes verbal approval of the suspension was provided. The Consent Order does not require written approval of the suspension.

| Unique Student ID | Superintendent Approval Received |
|---|---|
| 568270 | Yes (MHS) |
| 627177 | Yes (MHS) |
| 627584 | Yes (MHS) |
| 629282 | Yes (MHS) |
| 631877 | Yes (MHS) |
| 667761 | Yes (MHS) |
| 669590 | Yes (MHS) |
| 681568 | Yes (MHS) |
| 690555 | Yes (MHS) |
| 691170 | Yes (MHS) |
| 692221 | Yes (MHS) |
| 698241 | Yes (MHS) |
| 705867 | No (MP) - Student was expelled, not suspended. |
| 708956 | Yes (MHS) |
| 709506 | Yes (MHS) |
| 709993 | Yes (MHS) |
| 713563 | Yes (MHS) |
| 713801 | Yes (MHS) |
| 714121 | Yes (MHS) |

47771502_1

**EXHIBIT 9**

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 6 of 16

| | |
|---|---|
| 714131 | Yes (MHS) |
| 717526 | Yes (MHS) |
| 717675 | Yes (MHS) |
| 718232 | Yes (MHS) |
| 736295 | Yes (MHS) |
| 740376 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |
| 754265 | Yes (MP) |
| 756008 | Yes (MHS) |
| 757363 | Yes (MHS) |
| 757425 | Yes (MHS) |
| 757572 | Yes (MHS) |
| 758280 | Yes (MHS) |
| 759055 | Could not find additional information (MHS) |
| 759963 | Yes (MHS) |
| 760156 | Yes (MHS) |
| 760580 | Yes (MHS) |
| 763435 | Yes (MHS) |
| 764284 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |
| 767116 | Yes (MP) |
| 767568 | Yes (MHS) |
| 771216 | Yes (MHS) |
| 771960 | Yes (MHS) |
| 774865 | Yes (MHS) |
| 774948 | Yes (MHS) |
| 777454 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |
| 777466 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |
| 777554 | Yes (MHS) |
| 784040 | Yes (MHS) |
| 791520 | Yes (MHS) |
| 799025 | Yes (MP) |
| 830132 | Yes (MHS) |
| 830654 | Yes (MHS) |
| 830690 | Yes (MHS) |
| 830975 | Yes (MHS) |
| 831075 | Yes (MP) |
| 836099 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |
| 836384 | Yes (MHS) |
| 836489 | Yes (MHS) |
| 836496 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |
| 837078 | Yes (MHS) |
| 837143 | Yes (MHS) |
| 837232 | Requested (MHS) - under Dr. Taylor, verbal approval likely received |

47771502_1

**EXHIBIT 9**

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 7 of 16

| | |
|---|---|
| 837937 | Yes (MP) |
| 840143 | Yes (MP) |
| 841206 | Yes (MHS) |
| 841221 | Yes (MHS) |
| 842815 | Yes (MHS) |
| 843392 | Yes (MHS) |
| 843541 | Yes (MHS) |
| 843846 | Yes (MHS) |
| 846660 | Could not find additional information (MHS) |
| 848716 | Yes (MHS) |
| 849818 | Yes (MHS) |
| 850249 | Yes (MHS) |
| 854573 | Yes (MHS) |
| 856142 | Yes (CV) |
| 864998 | Yes (MHS) |
| 864999 | Yes (MHS) |
| 870564 | Yes (CV) |
| 877333 | No (CA) - Student did not receive more than 3 days OSS per infraction |
| 898934 | Yes (MHS) |
| 905877 | Yes (MHS) |
| 906254 | Yes (MG) |
| 907607 | Yes (MHS) |
| 907897 | Yes (MP) |
| 907936 | Yes (MHS) |
| 908009 | Yes (MHS) |
| 909437 | Yes (CV) |
| 910357 | Yes (MHS) |
| 911202 | Yes (MHS) |
| 911598 | No (MG) - Student was expelled, not suspended |
| 917907 | Yes (MHS) |
| 919270 | Yes (MHS) |
| 920735 | Yes (MHS) |
| 929365 | Yes (MHS) |
| 930411 | Yes (CA) |
| 936934 | Yes (MHS) |
| 939214 | Yes (MHS) |
| 951623 | Could not find additional information (MG) |
| 965482 | Yes (MHS) |
| 976619 | Yes (MP) |
| 976620 | Yes (MHS) |
| 996305 | Yes (MP) |

**EXHIBIT 9**

| | |
|---|---|
| 1002585 | Yes (CV) |
| 1016587 | Yes (CV) |
| 1017486 | Requested (CA) - under Dr. Taylor, verbal approval likely received |
| 1020069 | Yes (CV) |
| 1033982 | Yes (MG) |
| 1061285 | Yes (CV) |
| 1066744 | Yes (MHS) |
| 1076309 | Yes(MP) |
| 1076709 | Yes (CV) |
| 1078815 | Yes (CA) |
| 1096305 | Yes (MHS) |
| 1127081 | No (MG) - Student placed at Marion Park |
| 1166519 | Yes (HU) |
| 1268138 | Yes (PV) |
| 1283947 | Yes (PV) |
| 1370176 | Yes (MHS) |
| 1399299 | Yes (WH) |
| 1426789 | Yes (MG) |
| 1448844 | Yes (CW) |
| 1458739 | Yes (CW) |

Allegation No. 7.    Only half (six of 12) of students who received more than 10 days OSS per quarter received superintendent approval when the Order requires approval in all cases.

**Response:** With regard to the six students you indicated were not approved by the Superintendent for more than ten days OSS per quarter, see below:

| Unique Student Identifier | Superintendent Approved Suspension |
|---|---|
| 1096305 | Yes (MHS) |
| 691170 | No (MHS/MP) - Student served 5-day suspension at MHS, then expelled |
| 767116 | Yes (MHS/MP) |
| 837937 | Yes (MP) |
| 936934 | No (MHS/MP) - Student served 5-day suspension at MHS, then homebound |
| 976619 | Yes (MP) |

Allegation No. 8.    In addition, administrators received approval for 14 of the 18 students who received more than 15 days of OSS in a school year.  Still, four students were suspended out-of-school for more than 15 days during the 2015-16 school year without superintendent approval.

**Response:** With regard to the four students you state received OSS for more than 15 days without Superintendent approval, see below:

| Unique Student Identifier | Superintendent Approved Suspension |
|---|---|
| 1096305 | Yes (MHS) |
| 1146196 | Yes (CA) |
| 976619 | Yes (MP) |
| 1076309 | No (MG/MP) - Served 5-day suspension at MP |

Allegation No. 9.   Although there were no instances of exclusionary discipline when infractions were labeled as "Dress Code" violations, the "description of incident" reveals that SDATs gave exclusionary discipline for dress code violations, albeit under a different label – often "Campus Disturbance" or "Defiance." For example, there were several incidents in which MHS students did not pull up their sagging pants. We identified at least 25 similar incidents in which students received exclusionary discipline for what were essentially dress code violations during the 2015-16 school year.

**Response:**   The incidents listed below are not issues of dress code violations. They are incidents in which students were redirected multiple times and ultimately disciplined for defiance and refusal to comply.

| Unique Student ID | Date of Incident | District Response |
|---|---|---|
| 757195 | 2/29/2016 | After being told several times to remove the jacket by her teacher and administrator, the student would not comply. The student had prior discipline incidents. 1 day ISS for defiance. – Victor Hubbard |
| 1311823 | 5/18/2016 | Prior discipline incidents; disciplined for defiance. |
| 881303 | 4/13/2016 | Prior discipline incidents; disciplined for defiance. |
| 714109 | 5/12/2016 | Prior discipline incidents – narrative notes had reached "step 5"; disciplined for defiance. |
| 691612 | 2/17/2016 | Student disciplined for refusal to comply. Student refused to wear the uniform after being given numerous opportunities to correct the uniform. Student had the correct uniform in his book bag but refused to comply. – Victor Hubbard |
| 692221 | 3/31/2016 | Student had 5 prior offenses; parent conference. Student refused to wear uniform – disciplined for defiance/refusal to comply. |
| 693358 | 1/13/2016 | Student had 4 prior offenses – entire behind was showing; disciplined for defiance/refusal to comply. |
| 836098 | 10/23/2015 | Student discipline for defiance. Student stated he was not going to wear the uniform. Student had been conferenced with about uniform on multiple occasions. – Victor Hubbard |

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 10 of 16

| | | |
|---|---|---|
| 933937 | 12/2/2015 | Student had multiple conferences with parent and administration regarding dress code; defiant behavior. |
| 995376 | 4/8/2016 | The narrative does not mention dress code; refusal to follow directions including cursing teacher; prior offenses. |
| 830567 | 8/31/2015 | Student had multiple conferences with parent directives regarding dress code; defiant behavior. |
| 925966 | 10/15/2015 | Incorrect coding |
| 1088495 | 11/4/2015 | Prior offenses – refusal to comply; defiant behavior. |
| 784040 | 3/16/2016 | Student had exhausted all teacher managed infractions. |
| 875440 | 1/22/2016 | Prior offenses; exhausted classroom consequences; defiant behavior. |
| 709528 | 4/28/2016 | Student left class and did not return – not disciplined for dress code. |
| 666555 | 11/2/2015 | Student refused to correct dress code violation when asked multiple times – defiant behavior. |
| 854269 | 3/3/2016 | Prior offenses – refusal to comply; defiant behavior. See 1/14/16 report. |
| 976472 | 3/31/2016 | Prior offenses – refusal to comply; defiant behavior. |
| 837168 | 1/25/2016 | Student redirected multiple times in same day; parent contact; defiant behavior. |
| 722446 | 10/27/2015 | Student redirected multiple times over 3-week period; defiant behavior. |
| 753559 | 1/25/2016 | Student redirected multiple times in same week; parent contact; defiant behavior. |
| 829851 | 9/30/2015 | Student redirected multiple times in same week; parent contact; defiant behavior. |
| 854269 | 1/14/2016 | Student redirected multiple times in same week; parent contact; defiant behavior. |
| 898934 | 4/19/2016 | Student redirected multiple times in same week; parent contact; defiant behavior. |
| 907878 | 10/27/2015 | Student redirected multiple times in same week; parent contact; defiant behavior. |

Allegation No. 10.    There were many tardy/truancy-related offenses coded as "Defiance," "Campus Disturbance," or "Disrespect."

**Response:**    The students listed below had to be located using surveillance and were found trying to jump near the high school football stadium. This caused a serious campus disturbance for which the students were disciplined.

47771502_1

**EXHIBIT 9**

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 11 of 16

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 11 of 16

| Unique Student ID | Date of Incident |
|---|---|
| 760897 | 12/18/2015 |
| 836089 | 12/18/2015 |
| 872260 | 12/18/2015 |
| 908303 | 12/18/2015 |

Allegation No. 11.   In SY 2015-16 there were 34 truancy/tardy-based infractions that resulted in exclusionary discipline.

**Response:**   In the incidents below, the students were disciplined for repeatedly skipping class, leaving class without permission, or excessive intentional tardiness. In some instances, the student's behavior caused a disturbance in school and/or constituted a safety concern.

| Unique Student ID | Date of Incident | District's Response |
|---|---|---|
| 872260 | 12/18/2015 | See response to Allegation No. 10, above. |
| 908303 | 12/18/2015 | See response to Allegation No. 10, above. |
| 1140751 | 1/8/2016 | Student's second or third time skipping class; defiance. |
| 926048 | 10/29/2015 | Third time student left class without permission in the same day; defiance. |
| 1003142 | 4/13/2016 | Repeatedly skipping class; defiance. |
| 850219 | 8/31/2015 | Student left class without permission; second time in semester; defiance. |
| 1056158 | 12/14/2015 | Student was running the hallways; repeatedly skipping class. See prior discipline incidents. |
| 976472 | 5/4/2016 | Student was skipping class; tried to hide – security needed. Fourth day skipping class. |
| 674380 | 5/5/2016 | Student was skipping class; caused a disturbance on campus when returned to campus. |
| 849318 | 12/14/2015 | Excessive tardies – 19 as of 9/17/15. |
| 1076641 | 3/30/2016 | Student left class after being warned; daily occurrence. |
| 586137 | 3/22/2016 | Student was tardy; argued with teacher when returning to class and caused repeated disruption. |
| 1003714 | 4/26/2016 | Student continues to wander hallways; refusal to follow procedures. |
| 780270 | 12/14/2015 | Student skipping multiple classes on multiple days |
| 780270 | 1/25/2016 | Student skipping multiple classes on multiple days; parent contact; attendance officer. |
| 780270 | 2/25/2016 | Student skipping multiple classes on multiple days; parent contact; attendance officer. |
| 881303 | 11/19/2015 | 25 tardies; student disciplined for non-compliance. |

47771502_1

**EXHIBIT 9**

| | | |
|---|---|---|
| 1075966 | 10/26/2015 | Third tardy; refusal to do classwork; refused directive to go to office. |
| 875440 | 3/24/2016 | Student went to another classroom without permission; student has exhausted all classroom managed infractions. |
| 935500 | 3/22/2016 | Student's second time leaving class before transportation called – refusal to follow procedures; defiance. |
| 905931 | 4/7/2016 | Multiple tardies in multiple classes; student refuses to go to class; multiple redirection and parent conferences. |
| 714694 | 3/29/2016 | Security had to search for student; found in bathroom with another student. |
| 777442 | 4/21/2016 | Excessive tardies, defiance, and non-compliance |
| 939214 | 3/29/2016 | Security had to search for student; found in bathroom with another student. |
| 1051022 | 11/17/2015 | Student wandering halls; disobeyed directive to go to class. |
| 835433 | 10/28/2015 | Student tardy for seventh period for an entire month; parent contact attempted. |
| 881303 | 11/6/2015 | 24 tardies; parent contact and accommodations made. |
| 881303 | 5/4/2016 | Student found in restroom; disobeyed directives. Continued problems following directives. |
| 907943 | 5/9/2016 | Student skipped class at least five times; found in another classroom and addressed with student. |
| 928344 | 1/25/2016 | Multiple tardies in same class; exhausted all corrective strategies; student will not comply. |
| 928344 | 2/23/2016 | Multiple tardies in same class; exhausted all corrective strategies; student will not comply. |
| 976472 | 11/5/2015 | Multiple tardies; student refuses to comply; parent contact. |
| 976472 | 12/7/2015 | Multiple tardies; student refuses to comply; parent contact. |

Allegation No. 12.    In addition, there is significant variation in exclusionary discipline practices across schools.

**Response:**    NWMS enrolled over 35% more students than MMS and over 19% more students than CMS during the 2015-16 school year. NWMS has seen a 62% decline in exclusionary discipline since the 2015-16 school year. Further, the Consent Order does not require a similar number of exclusionary discipline incidents across schools.

Allegation No. 13.    Of the nine elementary school students who received ISS for Level 2 offenses in violation of the Consent Order, seven attended PES.

**Response:**

| Unique Student ID | Date of Incident | District's Response |
|---|---|---|
| 1179088 | 2/23/2016 | L3, computer abuse |
| 1227320 | 8/31/2015 | Inappropriate physical contact; 2nd offense. |
| 1227322 | 10/27/2015 | Correct code – DEF L3 |
| 1227495 | 2/17/2016 | Correct code – CAMP2IDET |
| 1250450 | 5/18/2016 | Miscode; prior L3 for threatening peers |
| 1292751 | 9/21/2015 | Miscode; L3 – throwing objects and disrupting state testing |
| 1420738 | 3/1/2016 | Student disciplined for profanity and obscene comments |
| 1347934 | 3/3/2016 | L3 offense described in narrative |
| 1257149 | 9/3/2015 | Miscode; excessive inappropriate physical contact |
| 1235421 | 11/11/15 | Miscode; student kicked chairs, threw pencil, and refused to follow directions |

Allegation No. 14. Three elementary schools (OHES, PES, and WHES) accounted for 13 of the 16 students in grades four or below who received OSS for behavior that does not appear to have constituted an "emergency situation involving a serious and immediate threat to student, teacher, or public safety" per Paragraph 51 of the Consent Order.

**Response:**

| Unique Student ID | Date of Incident | District's Response |
|---|---|---|
| 1144396 | 10/29/15 | Student was 11 years old at time of incident. |
| 1196611 | 5/6/16 | Student 1196611 and Student 1213047 were sent to the bathroom during afternoon break, but instead went to other teachers' rooms and roamed the campus. Administration searched for and located students. Students were non-compliant earlier leading to parent contact and notification of negative behavior. – Ms. Young |
| 1213047 | 5/6/2016 | See response re: Student 1196611, above. |
| 1246385 | 4/1/16 | Student was 10 years old at time of incident. |
| 1050995 | 5/3/16 | Student was 11 years old at time of incident. |
| 1283947 | 8/17/15 | Student threw milk and food for twenty minutes; public safety and disruption to school environment. |
| 1328359 | 11/12/15 | Student was arguing with teacher, disruptive, and defiant; repeated behavior disrupts teaching; miscode under prior discipline. |

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 14 of 16

| 1342865 | 8/19/15 | Student had two discipline incidents in same day .warranting OSS |
| 1164169 | 3/30/16 | Student was 10 years old at time of incident. |
| 1179479 | 11/20/15 | Student was 10 years old at time of incident; 2 prior discipline incidents. |
| 1197577 | 1/15/16 | Student was 11 years old at time of incident. |
| 1252620 | 2/17/16 2/22/16 | Student was 10 years old at time of incidents; student running around class, hallways, repeated behavior. |
| 1324065 | 11/2/15 | Student's second discipline incident; administrator no longer with District; no additional information available. |
| 1328164 | 2/17/16 | Student was already in ISS; 3 prior discipline incidents including possession of BB gun at school. |
| 1330017 | 4/1/16 | Should have been coded as Level 4 - Ms. Operton, SDAT Member at Crestwood |
| 1186391 | 5/6/16 | Student was 11 years old at time of incident; disrupted class during state testing; refusal to comply. |

Allegation No. 15.    We also observed numerous instances in which the District assigned consequences that did not "correspond to the severity of a student's misbehavior." This appears to be related to the District's frequent use of the "serious campus disturbance" and "severe campus disturbance" categories. At the District level, 390 students received 531 Level 4 campus disturbance referrals and 182 students received 285 Level 5 campus disturbance referrals during the 2015-16 school year.

**Response:**    Your statement that "consequences...did not correspond to the severity of a student's misbehavior" is apparently based on the brief incident description in PowerSchool. What constitutes the various levels of campus disturbance is determined by the SDAT investigation. For example, Level 4 Serious Campus Disturbance is described as "Student performs a deliberate and inappropriate behavior that compromises the safety of others and disturbs or interrupts the daily routine(s) of school operations."

    *See, e.g., 660732--MHS (MP)--**SCD**-SUS 3 days 4/26-4/28 Level 4 ...--Rm 13 Student kept coming into the room when he was assigned to be in another class. The teacher buzzed the office to have someone remove the student because he refused to leave. Student stood up and said "F--- you".* **He slammed the door causing a piece of metal to bend so it will no longer shut**. *Student said, "You're a lame b---- for not letting me sit in this m----- f-----!" "F--- your door!" Comments: ...-**Slammed teacher's door so hard it busted the lock**.*

    The purpose of the Consent Order is not for the Government or Private Plaintiffs to second-guess discipline assigned by administrators who are in the best position at the time of an incident to make the decision on what level and type of discipline is warranted.

Allegation No. 16.    According to data the District provided, the District [recommended] 32 students with disabilities ("SWDs") [be placed at] the alternative school on 38 occasions during the 2015-16 school year.

47771502_1

**EXHIBIT 9**

      a. In the "description of incident" column of the data spreadsheet, the District noted that it held MDRs in 18 of those 38 instances (47.4%).
      b. In an additional four instances, the description states that the District held an IEP meeting, but not specifically an MDR.
      c. In the remaining 16 instances, the description did not contain information about any interventions that took place prior to placing a SWD in the alternative school.

**Response:** Alternative school records indicate that a MDR was held for twenty-seven of the incidents listed prior to placement. No MDR was held for an additional six recommendations that did not result in alternative placement. An additional four placements were based on parent request or IEP team decision (*e. g.*, LRE). A MDR was scheduled for one student who withdrew from MPSD prior to placement.

Going forward, PowerSchool will include the use of alternative school assignment as a disciplinary consequence and the reason for alternative school assignment when applicable.

Allegation No. 17. Counting both types of notation when analyzing alternative school placement, we identified 193 students whom the District recommended for alternative placement, 189 of whom were black.

**Response:** The District notes: 1) no quota for assigning students to the alternative school is set by the Consent order, and; 2) according to your numbers, 97% of the students assigned to the alternative school in 2015-16 were African American while the District was approximately 93% African American; there is no disproportionality in those numbers.

Allegation No. 18. Of the students referred to the alternative school for Level 4 or 5 infractions, 79 were for serious [or severe] campus disturbance, compared to 31 for staff assault, 16 for fighting, 13 for influence (alcohol/drug), 12 for group/gang fight, and 11 for drug possession.

**Response:** The District is unsure of the point in this statement. Serious Campus Disturbance and Severe Campus Disturbance are both infractions for which it is appropriate to assign Level 4 or Level 5 discipline depending on the facts of the particular incident. Nevertheless, the District has implemented a policy requiring SDATs to seek Superintendent's approval prior to coding Level 5, Severe Campus Disturbance.

Allegation No. 19. Six students were recommended for alternative placement for Level 2 and 3 infractions: truancy, campus disturbance, defiance, and excessive inappropriate physical contact.

**Response:** Three of the students listed received alternative placement due to a failure to respond to interventions. The remaining three students did not receive alternative placement. Going forward, PowerSchool will include the use of alternative school assignment as a disciplinary consequence and the reason for alternative school assignment when applicable.

Natane Singleton
Aria S. Vaughn
September 7, 2017
Page 16 of 16

Allegation No. 20.    Second, the District's 2015-16 school year discipline data shows 118 instances in which students received exclusionary discipline [(excluding ISS)] but no due process.

**Response:**    Under the Consent Order, the District is not required to document due process in PowerSchool or reporting requirements.  Even so, "due process" did not exist in PowerSchool as a separate option for the first two months of the 2015-16 school year.  MPSD will continue to work with SDATs to document due process.  The District also notes PBIS Office records do not match discipline references in "compliance" letter.

21.    Indeed, the District's discipline data from the 2015-16 school year documents parent contact in 41% of all instances of due process and school-level or student conferences in only 5% of [all instances in which the school indicates it gave the student due process].  (p. 14).  We have omitted a response to this request because of the volume.  In the District's 2015-16 school year discipline data there are 4,557 total records in which the District indicated it provided due process.  Of those records, 1,873 indicate parent contact and 89 indicate student conferences.  If the District would like to receive the student numbers for all of these records, please let us know.

**Response:**    PowerSchool does not provide multiple options for documenting student conferences, parent contacts, and school level conferences.  Further, this documentation is not required by the Consent Order.

Sincerely,

John S. Hooks

JSH/jbd

Cc:    Natasha Merle (via electronic correspondence)

47771502_1

**EXHIBIT 9**