# Exhibit 2

**From:** Natasha Merle
**Sent:** Tuesday, December 12, 2017 2:30 PM
**To:** John Hooks <John.Hooks@arlaw.com>; Jaime Dole <Jaime.Dole@arlaw.com>; Holmes Adams <Holmes.Adams@arlaw.com>
**Cc:** Vaughan, Aria (CRT) <Aria.Vaughan@usdoj.gov>; Alexis J. Hoag <ahoag@naacpldf.org>; Chanock, Alexander (CRT) <Alexander.Chanock@usdoj.gov>; Fred Banks (3356) <Fred.Banks@phelps.com>
**Subject:** RE: Barnhardt v. Meridian Municipal Separate Sch. Dist., et. al: Request for Information

John,

I hope you are well. We are following up on our email below. LDF's proposed 2017 dates for a site visit on the Green factors have passed. We are interested in continuing the dialogue regarding unitary status and a potential resolution. Does the week of March 19 or March 26, 2018 for a site visit work?

Thank you and we look forward to your response.

Natasha

**From:** Natasha Merle
**Sent:** Thursday, November 16, 2017 11:48 AM
**To:** John Hooks <John.Hooks@arlaw.com>; Jaime Dole <Jaime.Dole@arlaw.com>; Holmes Adams <Holmes.Adams@arlaw.com>
**Cc:** Vaughan, Aria (CRT) <Aria.Vaughan@usdoj.gov>; Alexis J. Hoag <ahoag@naacpldf.org>; Chanock, Alexander (CRT) <Alexander.Chanock@usdoj.gov>; Wohlenhaus, Renee (CRT) <Renee.Wohlenhaus@usdoj.gov>; 'Fred Banks (3356)' <Fred.Banks@phelps.com>
**Subject:** Barnhardt v. Meridian Municipal Separate Sch. Dist., et. al: Request for Information

John,

Thank you again for facilitating the dialogue among the District, LDF, and the DOJ. As we indicated at last week's meeting, before agreeing to unitary status and determining that the District has complied with the 2013 Consent Decree, LDF would need to review additional information. To that end, please see the RFI that I have attached. Similar to DOJ, rather than pursue resource-intensive discovery, we would be happy to work with you to obtain the necessary information, including having phone discussions regarding the requests. Let us know what would be the most efficient and/or productive for your client.

Further, we are interested in conducting a site visit of certain schools, focusing on the Green Factors. It is our hope that a targeted site visit will assist us in gathering information necessary to find

common ground for unitary status. Ideally, we would like to spend two days visiting Poplar Elementary, TJ Harris Upper and Lower Elementary, West Hills and Parkview Elementary. We are available as early as the week of Nov. 27 or Dec. 11. If those dates do not work, we're happy to discuss alternate 2018 dates.

We look forward to your response and remain interested in a successful resolution of this case.

Thank you,
Natasha