THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**                                                              **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF INTERVENOR**

**v.**                                         **CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA 1300(E)**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, ET AL.**                                                           **DEFENDANTS**

## NOTICE OF CONVENTIONAL FILING

Exhibits 1 through 8 to the District's Response to Private Plaintiffs' Motion for a Stay of Briefing to Respond to District's Motion for Declaration of Unitary Status and Request for Scheduling Conference, [59], to are being submitted on DVD only and are being maintained in the case file in the Clerk's office.

These documents could not be filed electronically because the electronic size of the documents exceeds that allowed by the ECF system.

The Exhibits have been manually served on all parties and the Court.

Respectfully submitted, this 19th day of April, 2018.

                                    **MERIDIAN PUBLIC SCHOOL DISTRICT**

                                    /s/  John S. Hooks

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
E-mail: Holmes.Adams@arlaw.com
　　　　John.Hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840
E-Mail: JCompton@witherspooncompton.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this date, I filed electronically the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of filing to all registered counsel of record.

      Dated: April 19, 2018.

                                        /s/ John S. Hooks