**Jaime Dole**

| | |
|---|---|
| **From:** | Singleton, Natane (CRT) <Natane.Singleton@usdoj.gov> |
| **Sent:** | Friday, April 06, 2018 9:51 AM |
| **To:** | Natasha Merle; John Hooks; John Compton; Jaime Dole |
| **Cc:** | Alexis J. Hoag; Chanock, Alexander (CRT); Fred Banks (3356) |
| **Subject:** | RE: Barnhardt v. Meridian Municipal Separate School District, No. 65-cv-1300 (S.D. Miss.) |

Natasha,

DOJ consents to this motion.

Thank you,

Natane

---

**From:** Natasha Merle [mailto:nmerle@naacpldf.org]
**Sent:** Thursday, April 5, 2018 1:48 PM
**To:** John Hooks <John.Hooks@arlaw.com>; John Compton <JCompton@witherspooncompton.com>; Jaime Dole <Jaime.Dole@arlaw.com>
**Cc:** Alexis J. Hoag <ahoag@naacpldf.org>; Singleton, Natane (CRT) <Natane.Singleton@crt.usdoj.gov>; Chanock, Alexander (CRT) <Alexander.Chanock@crt.usdoj.gov>; Fred Banks (3356) <Fred.Banks@phelps.com>
**Subject:** Barnhardt v. Meridian Municipal Separate School District, No. 65-cv-1300 (S.D. Miss.)

Dear Counsel,

Having received the District's Motion for Declaration of Unitary Status, we plan to file the attached motion with the Court. In accordance with Local Rule 7(b)(10), please indicate to us by tomorrow Friday, April 6, 2018, as to whether you consent to this motion.

Thank you,

Natasha

**Natasha C. Merle**
**Assistant Counsel**
**NAACP Legal Defense and Educational Fund, Inc.**
40 Rector Street, 5th Floor, New York, NY 10006
▪ 212.965.2234 ▪ nmerle@naacpldf.org
www.naacpldf.org 🐦 f



PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**EXHIBIT 1**

**EXHIBIT 1**