**EXHIBIT 1**

**Mississippi Student Information System**

```
Report      : Net Membership by
              Race/Gender
Run by      : KBRACKEEN

Report Date: June 29, 2017 10:31 AM
```

**MPSD-005943**

June 29, 2017
Thursday, 10:31 AM

Page 1 of 5

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**3820-MERIDIAN PUBLIC SCHOOL DIST — 004-GEORGE WASHINGTON CARVER MIDDLE**

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 42 | 52 | 94 | 1 | 3 | 4 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 101 |
| 07 | 41 | 54 | 95 | 2 | 3 | 5 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 103 |
| 08 | 43 | 56 | 99 | 3 | 0 | 3 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 104 |
| 56 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 58 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| **Total:** | **131** | **163** | **294** | **6** | **6** | **12** | **4** | **4** | **8** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **314** |

**3820-MERIDIAN PUBLIC SCHOOL DIST — 008-CRESTWOOD ELEMENTARY SCHOOL**

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 24 | 27 | 51 | 1 | 2 | 3 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 58 |
| 02 | 26 | 18 | 44 | 0 | 4 | 4 | 1 | 3 | 4 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 |
| 03 | 35 | 22 | 57 | 3 | 0 | 3 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63 |
| 04 | 21 | 17 | 38 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| 05 | 21 | 20 | 41 | 1 | 1 | 2 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| 62 | 6 | 9 | 15 | 0 | 1 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| 64 | 21 | 24 | 45 | 1 | 4 | 5 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 |
| **Total:** | **154** | **137** | **291** | **7** | **12** | **19** | **8** | **10** | **18** | **3** | **0** | **3** | **0** | **0** | **0** | **0** | **0** | **0** | **1** | **0** | **1** | **332** |

**3820-MERIDIAN PUBLIC SCHOOL DIST — 024-MAGNOLIA MIDDLE SCHOOL**

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 45 | 55 | 100 | 3 | 4 | 7 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 109 |
| 07 | 51 | 42 | 93 | 1 | 4 | 5 | 3 | 2 | 5 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 105 |
| 08 | 54 | 49 | 103 | 2 | 2 | 4 | 3 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 111 |
| 56 | 4 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | **154** | **147** | **301** | **6** | **10** | **16** | **8** | **3** | **11** | **0** | **1** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **1** | **1** | **330** |

**3820-MERIDIAN PUBLIC SCHOOL DIST — 036-MERIDIAN HIGH SCHOOL**

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 182 | 182 | 364 | 8 | 8 | 16 | 5 | 3 | 8 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 390 |
| 10 | 173 | 175 | 348 | 16 | 10 | 26 | 2 | 6 | 8 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 383 |
| 11 | 116 | 149 | 265 | 8 | 7 | 15 | 1 | 2 | 3 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 285 |
| 12 | 132 | 134 | 266 | 11 | 9 | 20 | 2 | 2 | 4 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 292 |

MPSD-005944

June 29, 2017
Thursday, 10:31 AM

### 3820-MERIDIAN PUBLIC SCHOOL DIST — 036-MERIDIAN HIGH SCHOOL

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 18 | 14 | 32 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 |
| 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 621 | 654 | 1275 | 44 | 34 | 78 | 10 | 13 | 23 | 5 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1383 |

### 3820-MERIDIAN PUBLIC SCHOOL DIST — 044-NORTHWEST JUNIOR HIGH SCHOOL

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 69 | 72 | 141 | 4 | 3 | 7 | 1 | 0 | 1 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 153 |
| 07 | 71 | 71 | 142 | 4 | 4 | 8 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 153 |
| 08 | 58 | 77 | 135 | 3 | 5 | 8 | 0 | 2 | 2 | 3 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 151 |
| 56 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 58 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| **Total:** | 199 | 223 | 422 | 12 | 12 | 24 | 1 | 2 | 3 | 5 | 4 | 9 | 0 | 0 | 0 | 0 | 1 | 1 | 3 | 0 | 3 | 462 |

### 3820-MERIDIAN PUBLIC SCHOOL DIST — 048-OAKLAND HEIGHTS ELEMENTARY SCHOOL

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 32 | 28 | 60 | 6 | 1 | 7 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 71 |
| 02 | 33 | 33 | 66 | 3 | 5 | 8 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 |
| 03 | 32 | 36 | 68 | 4 | 3 | 7 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 81 |
| 04 | 38 | 34 | 72 | 2 | 2 | 4 | 1 | 4 | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 82 |
| 05 | 26 | 30 | 56 | 2 | 3 | 5 | 2 | 2 | 4 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 66 |
| 62 | 16 | 21 | 37 | 2 | 3 | 5 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 |
| 64 | 23 | 24 | 47 | 2 | 2 | 4 | 5 | 2 | 7 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 59 |
| **Total:** | 200 | 206 | 406 | 21 | 19 | 40 | 13 | 17 | 30 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 479 |

### 3820-MERIDIAN PUBLIC SCHOOL DIST — 052-PARKVIEW ELEMENTARY SCHOOL

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 36 | 40 | 76 | 1 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 79 |
| 02 | 38 | 36 | 74 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 77 |
| 03 | 34 | 36 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 |
| 04 | 48 | 30 | 78 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 79 |
| 05 | 27 | 29 | 56 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59 |
| 56 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 56 | 7 | 9 | 16 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |

MPSD-005945

Net Membership by Race/Gender
Reporting Month – June 2016-2017

June 29, 2017
Thursday, 10:31 AM

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3820-MERIDIAN PUBLIC SCHOOL DIST** | | | | 052-PARKVIEW ELEMENTARY SCHOOL | | | | | | | | | | | | | | | | | | |
| 62 | 14 | 10 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 64 | 47 | 33 | 80 | 2 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 85 |
| **Total:** | 251 | 224 | 475 | 7 | 8 | 15 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 493 |
| **3820-MERIDIAN PUBLIC SCHOOL DIST** | | | | 056-POPLAR SPRINGS ELEMENTARY SCHOOL | | | | | | | | | | | | | | | | | | |
| 01 | 28 | 10 | 38 | 18 | 11 | 29 | 3 | 2 | 5 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 |
| 02 | 28 | 21 | 49 | 18 | 10 | 28 | 1 | 3 | 4 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 83 |
| 03 | 28 | 30 | 58 | 9 | 16 | 25 | 1 | 0 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 86 |
| 04 | 25 | 26 | 51 | 11 | 11 | 22 | 2 | 2 | 4 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 79 |
| 05 | 26 | 25 | 51 | 8 | 9 | 17 | 1 | 1 | 2 | 0 | 2 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 73 |
| 62 | 7 | 3 | 10 | 2 | 2 | 4 | 2 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 64 | 33 | 16 | 49 | 12 | 15 | 27 | 1 | 1 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 |
| **Total:** | 175 | 131 | 306 | 78 | 74 | 152 | 11 | 13 | 24 | 5 | 7 | 12 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 496 |
| **3820-MERIDIAN PUBLIC SCHOOL DIST** | | | | 062-T J HARRIS ELEMENTARY | | | | | | | | | | | | | | | | | | |
| 01 | 56 | 34 | 90 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 91 |
| 02 | 41 | 56 | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 97 |
| 03 | 42 | 43 | 85 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 87 |
| 04 | 44 | 51 | 95 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 96 |
| 05 | 32 | 37 | 69 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 |
| 52 | 20 | 2 | 22 | 2 | 1 | 3 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| 54 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 56 | 16 | 6 | 22 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 62 | 18 | 30 | 48 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51 |
| 64 | 45 | 33 | 78 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 81 |
| **Total:** | 318 | 292 | 610 | 4 | 8 | 12 | 2 | 1 | 3 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 628 |

Net Membership by Race/Gender
Reporting Month – June 2016–2017

MSIS

**EXHIBIT 1**

June 29, 2017
Thursday, 10:31 AM

Page 4 of 5

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST | | | | 064-WEST HILLS ELEMENTARY SCHOOL | | | | | | | | | | | | | | | | | | |
| 01 | 46 | 41 | 87 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89 |
| 02 | 50 | 19 | 69 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 |
| 03 | 50 | 45 | 95 | 1 | 0 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98 |
| 04 | 49 | 38 | 87 | 1 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 |
| 05 | 34 | 37 | 71 | 1 | 1 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 |
| 62 | 7 | 13 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 64 | 45 | 36 | 81 | 4 | 2 | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 |
| Total: | 281 | 229 | 510 | 7 | 4 | 11 | 2 | 6 | 8 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 530 |
| 3820-MERIDIAN PUBLIC SCHOOL DIST | | | | | | | | | | | | | | | | | | | | | | |
| 01 | 222 | 180 | 402 | 26 | 16 | 42 | 4 | 10 | 14 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 463 |
| 02 | 216 | 183 | 399 | 21 | 21 | 42 | 4 | 7 | 11 | 2 | 1 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 457 |
| 03 | 221 | 212 | 433 | 17 | 21 | 38 | 5 | 7 | 12 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 485 |
| 04 | 225 | 196 | 421 | 15 | 14 | 29 | 4 | 9 | 13 | 1 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 466 |
| 05 | 166 | 178 | 344 | 14 | 16 | 30 | 5 | 4 | 9 | 1 | 2 | 3 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 388 |
| 06 | 156 | 179 | 335 | 8 | 10 | 18 | 5 | 1 | 6 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 363 |
| 07 | 163 | 167 | 330 | 7 | 11 | 18 | 4 | 4 | 8 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 361 |
| 08 | 155 | 182 | 337 | 8 | 7 | 15 | 4 | 4 | 8 | 3 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 366 |
| 09 | 182 | 182 | 364 | 8 | 8 | 16 | 5 | 3 | 8 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 390 |
| 10 | 173 | 175 | 348 | 16 | 10 | 26 | 2 | 6 | 8 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 383 |
| 11 | 116 | 149 | 265 | 8 | 7 | 15 | 1 | 2 | 3 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 285 |
| 12 | 132 | 134 | 266 | 11 | 9 | 20 | 2 | 2 | 4 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 292 |
| 52 | 20 | 2 | 22 | 2 | 1 | 3 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| 54 | 4 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 56 | 30 | 19 | 49 | 3 | 1 | 4 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 |
| 58 | 21 | 15 | 36 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 |
| 62 | 68 | 86 | 154 | 5 | 8 | 13 | 5 | 5 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 177 |
| 64 | 214 | 166 | 380 | 21 | 27 | 48 | 9 | 6 | 15 | 1 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 447 |
| 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 2484 | 2406 | 4890 | 192 | 187 | 379 | 60 | 70 | 130 | 20 | 15 | 35 | 3 | 2 | 5 | 0 | 1 | 1 | 6 | 1 | 7 | 5447 |

MPSD-005947

Net Membership by Race/Gender
Reporting Month – June 2016–2017

MSIS

**EXHIBIT 1**

June 29, 2017
Thursday, 10:31 AM

| Grade | Black | | | White | | | Hispanic | | | Asian | | | Native-American | | | Pacific Islander | | | Two or More | | | Total |
| | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | |

STATE SUMMARY

**\* End of Report \***

**MPSD-005948**