Table 4: Meridian Public School System Enrollment and Discipline Data - S1 (8/3/16 - 12/16/16)

| School Site | Total School Enrollment (All Ethnicities) | Students receiving 1 or more ODR # | % | Students receiving 1 or more ISS # | % | Students receiving 1 or more OSS # | % | Students receiving 10 or more OSS days # | % | Students receiving ISS/OSS Combined # | % | Students receiving Alt. Site Placement # | % | Students receiving an Expulsion # | % | Students receiving an Arrest # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | | | | | | | | | | | |
| Crestwood | 332 | 40 | 12.0% | 22 | 6.6% | 7 | 2.1% | 0 | 0.0% | 3 | 0.9% | 6 | 1.8% | 0 | 0.0% | 0 | 0.0% |
| Oakland Heights | 494 | 25 | 5.1% | 8 | 1.6% | 14 | 2.8% | 0 | 0.0% | 4 | 0.8% | 1 | 0.2% | 1 | 0.2% | 0 | 0.0% |
| Parkview | 498 | 124 | 24.9% | 84 | 16.9% | 37 | 7.4% | 0 | 0.0% | 23 | 4.6% | 12 | 2.4% | 1 | 0.2% | 0 | 0.0% |
| Poplar Springs | 505 | 46 | 9.1% | 10 | 2.0% | 12 | 2.4% | 0 | 0.0% | 3 | 0.6% | 5 | 1.0% | 0 | 0.0% | 0 | 0.0% |
| TJ Harris | 639 | 114 | 17.8% | 60 | 9.4% | 29 | 4.5% | 1 | 0.2% | 13 | 2.0% | 8 | 1.3% | 1 | 0.2% | 0 | 0.0% |
| West Hills | 533 | 51 | 9.6% | 19 | 3.6% | 16 | 3.0% | 0 | 0.0% | 4 | 0.8% | 5 | 0.9% | 0 | 0.0% | 0 | 0.0% |
| **Middle Schools** | | | | | | | | | | | | | | | | | |
| Carver | 334 | 121 | 36.2% | 62 | 18.6% | 69 | 20.7% | 1 | 0.3% | 30 | 9.0% | 9 | 2.7% | 1 | 0.3% | 1 | 0.3% |
| Magnolia | 325 | 97 | 29.8% | 53 | 16.3% | 46 | 14.2% | 0 | 0.0% | 9 | 2.8% | 10 | 3.1% | 2 | 0.6% | 1 | 0.3% |
| Northwest | 459 | 97 | 21.1% | 32 | 7.0% | 41 | 8.9% | 1 | 0.2% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% |
| **High Schools** | | | | | | | | | | | | | | | | | |
| Meridian High | 1,422 | 514 | 36.1% | 227 | 16.0% | 197 | 13.9% | 0 | 0.0% | 10 | 0.7% | 79 | 5.6% | 3 | 0.2% | 3 | 0.2% |
| **District Totals** | 5,541 | 1,229 | 22.2% | 577 | 10.4% | 468 | 8.4% | 3 | 0.1% | 99 | 1.8% | 136 | 2.5% | 9 | 0.2% | 5 | 0.1% |

Table 5: Comparison of African-American & Caucasian Students for ODR - S1 (8/3/16 - 12/16/16)

| Total School Enrollment | Caucasian Enrollment | Percentage | African American Enrollment | Percentage | School Site | # of Caucasian Students Receiving 1 or more ODR | % of Caucasian Students receiving 1 or more ODR | # of African-American Students receiving 1 or more ODR | % of African-American Students receiving 1 or more ODR | % of Caucasian & African-American Students receiving 1 or more ODR | Risk Ratio between Caucasian & African-American Students | Table 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Elementary Schools** | | | | | | | |
| 332 | 21 | 6.3% | 311 | 93.7% | Crestwood | 2 | 9.5% | 38 | 12.2% | 12.0% | 1.28 | 40 |
| 494 | 40 | 8.1% | 454 | 91.9% | Oakland Heights | 2 | 5.0% | 23 | 5.1% | 5.1% | 1.01 | 25 |
| 498 | 20 | 4.0% | 478 | 96.0% | Parkview | 1 | 5.0% | 123 | 25.7% | 24.9% | 5.15 | 124 |
| 505 | 158 | 31.3% | 347 | 68.7% | Poplar Springs | 4 | 2.5% | 42 | 12.1% | 9.1% | 4.78 | 46 |
| 639 | 11 | 1.7% | 628 | 98.3% | TJ Harris | 0 | 0.0% | 114 | 18.2% | 17.8% | #DIV/0! | 114 |
| 533 | 12 | 2.3% | 521 | 97.7% | West Hills | 0 | 0.0% | 51 | 9.8% | 9.6% | #DIV/0! | 51 |
| | | | | | **Middle Schools** | | | | | | | |
| 334 | 12 | 3.6% | 322 | 96.4% | Carver | 5 | 41.7% | 116 | 36.0% | 36.2% | 0.86 | 121 |
| 325 | 13 | 4.0% | 312 | 96.0% | Magnolia | 2 | 15.4% | 95 | 30.4% | 29.8% | 1.98 | 97 |
| 459 | 26 | 5.7% | 433 | 94.3% | Northwest | 0 | 0.0% | 97 | 22.4% | 21.1% | #DIV/0! | 97 |
| | | | | | **High Schools** | | | | | | | |
| 1,422 | 79 | 5.6% | 1,343 | 94.4% | Meridian High | 12 | 15.2% | 502 | 37.4% | 36.1% | 2.46 | 514 |
| | | | | | | | | | | | | |
| 5,541 | 392 | 7.1% | 5,149 | 92.9% | **District Totals by Ethnicity** | 28 | 7.1% | 1,201 | 23.3% | 22.2% | 3.27 | 1,229 |

Table 6: Comparison of African-American & Caucasian Students for ISS Events

| School Site | # of Caucasian Students Receiving 1 or more ISS Events | % of Caucasian Students receiving 1 or more ISS Events | # of African-American Students receiving 1 or more ISS Events | % of African-American Students receiving 1 or more ISS Events | % of Caucasian & African-American Students receiving 1 or more ISS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 2 | 9.5% | 20 | 6.4% | 6.6% | 0.68 | 22 |
| Oakland Heights | 0 | 0.0% | 8 | 1.8% | 1.6% | #DIV/0! | 8 |
| Parkview | 1 | 5.0% | 83 | 17.4% | 16.9% | 3.47 | 84 |
| Poplar Springs | 0 | 0.0% | 10 | 2.9% | 2.0% | #DIV/0! | 10 |
| TJ Harris | 0 | 0.0% | 60 | 9.6% | 9.4% | #DIV/0! | 60 |
| West Hills | 0 | 0.0% | 19 | 3.6% | 3.6% | #DIV/0! | 19 |
| **Middle Schools** | | | | | | | |
| Carver | 4 | 33.3% | 58 | 18.0% | 18.6% | 0.54 | 62 |
| Magnolia | 2 | 15.4% | 51 | 16.3% | 16.3% | 1.06 | 53 |
| Northwest | 0 | 0.0% | 32 | 7.4% | 7.0% | #DIV/0! | 32 |
| **High Schools** | | | | | | | |
| Meridian High | 3 | 3.8% | 224 | 16.7% | 16.0% | 4.39 | 227 |
| | | | | | | | |
| **District Totals by Ethnicity** | 12 | 3.1% | 565 | 11.0% | 10.4% | 3.58 | 577 |

Table 7: Comparison of African-American & Caucasian Students for OSS Events

| School Site | # of Caucasian Students Receiving 1 or more OSS Events | % of Caucasian Students receiving 1 or more OSS Events | # of African-American Students receiving 1 or more OSS Events | % of African-American Students receiving 1 or more OSS Events | % of Caucasian & African-American Students receiving 1 or more OSS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 7 | 2.3% | 2.1% | #DIV/0! | 7 |
| Oakland Heights | 2 | 5.0% | 12 | 2.6% | 2.8% | 0.53 | 14 |
| Parkview | 0 | 0.0% | 37 | 7.7% | 7.4% | #DIV/0! | 37 |
| Poplar Springs | 2 | 1.3% | 10 | 2.9% | 2.4% | 2.28 | 12 |
| TJ Harris | 0 | 0.0% | 29 | 4.6% | 4.5% | #DIV/0! | 29 |
| West Hills | 0 | 0.0% | 16 | 3.1% | 3.0% | #DIV/0! | 16 |
| **Middle Schools** | | | | | | | |
| Carver | 2 | 16.7% | 67 | 20.8% | 20.7% | 1.25 | 69 |
| Magnolia | 0 | 0.0% | 46 | 14.7% | 14.2% | #DIV/0! | 46 |
| Northwest | 0 | 0.0% | 41 | 9.5% | 8.9% | #DIV/0! | 41 |
| **High Schools** | | | | | | | |
| Meridian High | 5 | 6.3% | 192 | 14.3% | 13.9% | 2.26 | 197 |
| | | | | | | | |
| District Totals by Ethnicity | 11 | 2.8% | 457 | 8.9% | 8.4% | 3.16 | 468 |

Table 8: Comparison of African-American & Caucasian Students for 10 or more days OSS Removals

| School Site | # of Caucasian Students receiving 10 or more days of OSS | % of Caucasian Students receiving 10 or more days of OSS | # of African-American Students receiving 10 or more days of OSS | % of African-American Students receiving 10 or more days of OSS | % of Caucasian & African-American Students receiving 10 or more days of OSS | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| | | | | | | | |
| District Totals by Ethnicity | 0 | 0.0% | 3 | 0.1% | 0.1% | #DIV/0! | 3 |

EXHIBIT 2

Table 9: Comparison of African-American & Caucasian Students for ISS & OSS Events Combined

| School Site | # of Caucasian Students receiving 1 or more ISS and/or OSS Events | % of Caucasian Students receiving 1 or more ISS and/or OSS Events | # of African-American Students receiving 1 or more ISS and/or OSS Events | % of African-American Students receiving 1 or more ISS and/or OSS Events | % of Caucasian & African-American Students receiving 1 or more ISS and/or OSS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 3 | 1.0% | 0.9% | #DIV/0! | 3 |
| Oakland Heights | 0 | 0.0% | 4 | 0.9% | 0.8% | #DIV/0! | 4 |
| Parkview | 0 | 0.0% | 23 | 4.8% | 4.6% | #DIV/0! | 23 |
| Poplar Springs | 0 | 0.0% | 3 | 0.9% | 0.6% | #DIV/0! | 3 |
| TJ Harris | 0 | 0.0% | 13 | 2.1% | 2.0% | #DIV/0! | 13 |
| West Hills | 0 | 0.0% | 4 | 0.8% | 0.8% | #DIV/0! | 4 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 8.3% | 29 | 9.0% | 9.0% | 1.08 | 30 |
| Magnolia | 0 | 0.0% | 9 | 2.9% | 2.8% | #DIV/0! | 9 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 10 | 0.7% | 0.7% | #DIV/0! | 10 |
| | | | | | | | |
| **District Totals by Ethnicity** | 1 | 0.3% | 98 | 1.9% | 1.8% | 7.46 | 99 |

Table 10: Comparison of African-American & Caucasian Students for Placement at Alternative Site

| School Site | # of Caucasian Students placed at Alternative Site | % of Caucasian Students placed at Alternative Site | # of African-American Students placed at Alternative Site | % of African-American Students placed at Alternative Site | % of Caucasian & African-American Students placed at Alternative Site | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 6 | 1.9% | 1.8% | #DIV/0! | 6 |
| Oakland Heights | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| Parkview | 0 | 0.0% | 12 | 2.5% | 2.4% | #DIV/0! | 12 |
| Poplar Springs | 0 | 0.0% | 5 | 1.4% | 1.0% | #DIV/0! | 5 |
| TJ Harris | 0 | 0.0% | 8 | 1.3% | 1.3% | #DIV/0! | 8 |
| West Hills | 0 | 0.0% | 5 | 1.0% | 0.9% | #DIV/0! | 5 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 9 | 2.8% | 2.7% | #DIV/0! | 9 |
| Magnolia | 0 | 0.0% | 10 | 3.2% | 3.1% | #DIV/0! | 10 |
| Northwest | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| **High Schools** | | | | | | | |
| Meridian High | 3 | 3.8% | 76 | 5.7% | 5.6% | 1.49 | 79 |
| | | | | | | | |
| **District Totals by Ethnicity** | 3 | 0.8% | 133 | 2.6% | 2.5% | 3.38 | 136 |

Table 11: Comparison of African-American & Caucasian Students for Expulsion Events

| School Site | # of Caucasian Students receiving Expulsion | % of Caucasian Students receiving Expulsion | # of African-American Students receiving Expulsion | % of African-American Students receiving Expulsion | % of Caucasian & African-American Students receiving Expulsion | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| Parkview | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Magnolia | 0 | 0.0% | 2 | 0.6% | 0.6% | #DIV/0! | 2 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 3 | 0.2% | 0.2% | #DIV/0! | 3 |
| **District Totals by Ethnicity** | 0 | 0.0% | 9 | 0.2% | 0.2% | #DIV/0! | 9 |

Table 12: Comparison of African-American & Caucasian Students for Arrests by Law Enforcement

| School Site | # of Caucasian Students Arrested by Law Enforcement | % of Caucasian Students Arrested by Law Enforcement | # of African-American Students Arrested by Law Enforcement | % of African-American Students Arrested by Law Enforcement | % of Caucasian & African-American Students Arrested by Law Enforcement | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Magnolia | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 3 | 0.2% | 0.2% | #DIV/0! | 3 |
| **District Totals by Ethnicity** | 0 | 0.0% | 5 | 0.1% | 0.1% | #DIV/0! | 5 |

Case 4:65-cv-01300-HTW-LGI   Document 62-2   Filed 04/19/18   Page 6 of 12

EXHIBIT 2

Table 13: Comparison of General & Special Education for ODR S1 (8/3/16 – 12/16/16)

| Total School Enrollment | General Ed Enrollment | Percentage | SPED Enrollment | Percentage | School Site | # of General Education Students Receiving 1 or more ODR | % of General Education Students receiving 1 or more ODR | # of Special Education Students receiving 1 or more ODR | % of Special Education Students receiving 1 or more ODR | % of General Education & Special Education Students receiving 1 or more ODR | Risk Ratio between General Education & Special Education Students | Table 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Elementary Schools** | | | | | | | |
| 332 | 308 | 92.8% | 24 | 7.2% | Crestwood | 36 | 11.7% | 4 | 16.7% | 12.0% | 1.43 | 40 |
| 494 | 465 | 94.1% | 29 | 5.9% | Oakland Heights | 21 | 4.5% | 4 | 13.8% | 5.1% | 3.05 | 25 |
| 498 | 429 | 86.1% | 69 | 13.9% | Parkview | 105 | 24.5% | 19 | 27.5% | 24.9% | 1.13 | 124 |
| 505 | 446 | 88.3% | 59 | 11.7% | Poplar Springs | 39 | 8.7% | 7 | 11.9% | 9.1% | 1.36 | 46 |
| 639 | 536 | 9.0% | 103 | 16.1% | TJ Harris | 99 | 18.5% | 15 | 14.6% | 17.8% | 0.79 | 114 |
| 533 | 489 | 91.7% | 44 | 8.3% | West Hills | 45 | 9.2% | 6 | 13.6% | 9.6% | 1.48 | 51 |
| | | | | | **Middle Schools** | | | | | | | |
| 334 | 290 | 86.8% | 44 | 13.2% | Carver | 95 | 32.8% | 26 | 59.1% | 36.2% | 1.80 | 121 |
| 325 | 289 | 88.9% | 36 | 11.1% | Magnolia | 78 | 27.0% | 19 | 52.8% | 29.8% | 1.96 | 97 |
| 459 | 419 | 91.3% | 40 | 8.7% | Northwest | 86 | 20.5% | 11 | 27.5% | 21.1% | 1.34 | 97 |
| | | | | | **High Schools** | | | | | | | |
| 1,422 | 1,268 | 89.2% | 154 | 10.8% | Meridian High | 451 | 35.6% | 63 | 40.9% | 36.1% | 1.15 | 514 |
| 5,541 | 4,939 | 89.1% | 602 | 10.9% | **District Totals** | 1055 | 21.4% | 174 | 28.9% | 22.2% | 1.35 | 1,229 |

Table 14: Comparison of Special Education & General Education Student for ISS Events

| School Site | # of General Education Students Receiving 1 or more ISS Events | % of General Education Students receiving 1 or more ISS Events | # of Special Education Students receiving 1 or more ISS Events | % of Special Education Students receiving 1 or more ISS Events | % of General Education & Special Education Students receiving 1 or more ISS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 20 | 6.5% | 2 | 8.3% | 6.6% | 1.28 | 22 |
| Oakland Heights | 7 | 1.5% | 1 | 3.4% | 1.6% | 2.29 | 8 |
| Parkview | 73 | 17.0% | 11 | 15.9% | 16.9% | 0.94 | 84 |
| Poplar Springs | 10 | 2.2% | 0 | 0.0% | 2.0% | 0.00 | 10 |
| TJ Harris | 50 | 9.3% | 10 | 9.7% | 9.4% | 1.04 | 60 |
| West Hills | 15 | 3.1% | 4 | 9.1% | 3.6% | 2.96 | 19 |
| **Middle Schools** | | | | | | | |
| Carver | 50 | 17.2% | 12 | 27.3% | 18.6% | 1.58 | 62 |
| Magnolia | 43 | 14.9% | 10 | 27.8% | 16.3% | 1.87 | 53 |
| Northwest | 29 | 6.9% | 3 | 7.5% | 7.0% | 1.08 | 32 |
| **High Schools** | | | | | | | |
| Meridian High | 199 | 15.7% | 28 | 18.2% | 16.0% | 1.16 | 227 |
| **District Totals** | 496 | 10.0% | 81 | 13.5% | 10.4% | 1.34 | 577 |

Table 15: Comparison of Special Education & General Education Student for OSS Events

| School Site | # of General Education Students Receiving 1 or more OSS Events | % of General Education Students receiving 1 or more OSS Events | # of Special Education Students receiving 1 or more OSS Events | % of Special Education Students receiving 1 or more OSS Events | % of General Education & Special Education Students receiving 1 or more OSS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 5 | 1.6% | 2 | 8.3% | 2.1% | 5.13 | 7 |
| Oakland Heights | 11 | 2.4% | 3 | 10.3% | 2.8% | 4.37 | 14 |
| Parkview | 26 | 6.1% | 11 | 15.9% | 7.4% | 2.63 | 37 |
| Poplar Springs | 10 | 2.2% | 2 | 3.4% | 2.4% | 1.51 | 12 |
| TJ Harris | 23 | 4.3% | 6 | 5.8% | 4.5% | 1.36 | 29 |
| West Hills | 14 | 2.9% | 2 | 4.5% | 3.0% | 1.59 | 16 |
| **Middle Schools** | | | | | | | |
| Carver | 54 | 18.6% | 15 | 34.1% | 20.7% | 1.83 | 69 |
| Magnolia | 32 | 11.1% | 14 | 38.9% | 14.2% | 3.51 | 46 |
| Northwest | 37 | 8.8% | 4 | 10.0% | 8.9% | 1.13 | 41 |
| **High Schools** | | | | | | | |
| Meridian High | 168 | 13.2% | 29 | 18.8% | 13.9% | 1.42 | 197 |
| | | | | | | | |
| **District Totals** | 380 | 7.7% | 88 | 14.6% | 8.4% | 1.90 | 468 |

Table 16: Comparison of Special Education & General Education Student for 10 or more days OSS Removals

| School Site | # of General Education Students Receiving 10 or more days of OSS | % of General Education Students receiving 10 or more days of OSS | # of Special Education Students receiving 10 or more days of OSS | % of Special Education Students receiving 10 or more days of OSS | % of General Education & Special Education Students receiving 10 or more days of OSS | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 0.3% | 0 | 0.0% | 0.3% | 0.00 | 1 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| | | | | | | | |
| **District Totals** | 3 | 0.1% | 0 | 0.0% | 0.1% | 0.00 | 3 |

**EXHIBIT 2**

| School Site | # of General Education Students Receiving 1 or more ISS and/or OSS Events | % of General Education Students receiving 1 or more ISS and/or OSS Events | # of Special Education Students receiving 1 or more ISS and/or OSS Events | % of Special Education Students receiving 1 or more ISS and/or OSS Events | % of General Education & Special Education Students receiving 1 or more ISS and/or OSS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 2 | 0.6% | 1 | 4.2% | 0.9% | 6.42 | 3 |
| Oakland Heights | 4 | 0.9% | 0 | 0.0% | 0.8% | 0.00 | 4 |
| Parkview | 20 | 4.7% | 3 | 4.3% | 4.6% | 0.93 | 23 |
| Poplar Springs | 3 | 0.7% | 0 | 0.0% | 0.6% | 0.00 | 3 |
| TJ Harris | 10 | 1.9% | 3 | 2.9% | 2.0% | 1.56 | 13 |
| West Hills | 2 | 0.4% | 2 | 4.5% | 0.8% | 11.11 | 4 |
| **Middle Schools** | | | | | | | |
| Carver | 24 | 8.3% | 6 | 13.6% | 9.0% | 1.65 | 30 |
| Magnolia | 0 | 0.0% | 9 | 25.0% | 2.8% | #DIV/0! | 9 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 10 | 6.5% | 0.7% | #DIV/0! | 10 |
| | | | | | | | |
| **District Totals** | 65 | 1.3% | 34 | 5.6% | 1.8% | 4.29 | 99 |

Table 18: Comparison of Special Education & General Education Student for Placement at Alternative Site

| School Site | # of General Education Students placed at Alternative Site | % of General Education Students placed at Alternative Site | # of Special Education Students placed at Alternative Site | % of Special Education Students placed at Alternative Site | % of General Education & Special Education Students placed at Alternative Site | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 3 | 1.0% | 3 | 12.5% | 1.8% | 12.83 | 6 |
| Oakland Heights | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| Parkview | 7 | 1.6% | 5 | 7.2% | 2.4% | 4.44 | 12 |
| Poplar Springs | 4 | 0.9% | 1 | 1.7% | 1.0% | 1.89 | 5 |
| TJ Harris | 7 | 1.3% | 1 | 1.0% | 1.3% | 0.74 | 8 |
| West Hills | 5 | 1.0% | 0 | 0.0% | 0.9% | 0.00 | 5 |
| **Middle Schools** | | | | | | | |
| Carver | 7 | 2.4% | 2 | 4.5% | 2.7% | 1.88 | 9 |
| Magnolia | 9 | 3.1% | 1 | 2.8% | 3.1% | 0.89 | 10 |
| Northwest | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| **High Schools** | | | | | | | |
| Meridian High | 68 | 5.4% | 11 | 7.1% | 5.6% | 1.33 | 79 |
| | | | | | | | |
| **District Totals** | 112 | 2.3% | 24 | 4.0% | 2.5% | 1.76 | 136 |

Table 19: Comparison of Special Education & General Education Student for Expulsion Events

| School Site | # of General Education Students receiving Expulsion | % of General Education Students receiving Expulsion | # of Special Education Students receiving Expulsion | % of Special Education Students receiving Expulsion | % of General Education & Special Education Students receiving Expulsion | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 1 | 3.4% | 0.2% | #DIV/0! | 1 |
| Parkview | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 0.3% | 0 | 0.0% | 0.3% | 0.00 | 1 |
| Magnolia | 1 | 0.3% | 1 | 2.8% | 0.6% | 8.03 | 2 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 2 | 0.2% | 1 | 0.6% | 0.2% | 4.12 | 3 |
| **District Totals** | 6 | 0.1% | 3 | 0.5% | 0.2% | 4.10 | 9 |

Table 20: Comparison of Special Education & General Education Students for Arrests by Law Enforcement

| School Site | # of General Education Students Arrested by Law Enforcement | % of General Education Students Arrested by Law Enforcement | # of Special Education Students Arrested by Law Enforcement | % of Special Education Students Arrested by Law Enforcement | % of General Education & Special Education Students Arrested by Law Enforcement | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 0.3% | 0 | 0.0% | 0.3% | 0.00 | 1 |
| Magnolia | 0 | 0.0% | 1 | 2.8% | 0.3% | #DIV/0! | 1 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 3 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 3 |
| **District Totals** | 4 | 0.1% | 1 | 0.2% | 0.1% | 2.05 | 5 |

MPSD-003738

Table 4: Meridian Public School System Enrollment and Discipline Data - SY2013-2014 (8/6/13 - 5/23/14)

| School Site | Total School Enrollment (all Ethnicities) | Students receiving 1 or more ODR | | Students receiving 1 or more ISS | | Students receiving 1 or more OSS | | Students receiving 10 or more OSS days | | Students receiving ISS/OSS Combined | | Students receiving Alt. Site Placement | | Students receiving an Expulsion | | Students receiving an Arrest | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| **Elementary Schools** | | | | | | | | | | | | | | | | | | |
| Crestwood | 405 | 131 | 32.3% | 77 | 19.0% | 64 | 15.8% | 0 | 0.0% | 32 | 7.9% | 17 | 4.2% | 1 | 0.2% | 0 | 0.0% |
| Oakland Heights | 547 | 127 | 23.2% | 51 | 9.3% | 62 | 11.3% | 1 | 0.2% | 23 | 4.2% | 27 | 4.9% | 1 | 0.2% | 0 | 0.0% |
| Parkview | 607 | 181 | 29.8% | 72 | 11.9% | 81 | 13.3% | 0 | 0.0% | 35 | 5.8% | 9 | 1.5% | 3 | 0.5% | 0 | 0.0% |
| Poplar Springs | 549 | 63 | 11.5% | 11 | 2.0% | 23 | 4.2% | 0 | 0.0% | 7 | 1.3% | 14 | 2.6% | 2 | 0.4% | 0 | 0.0% |
| TJ Harris | 711 | 222 | 31.2% | 123 | 17.3% | 89 | 12.5% | 0 | 0.0% | 49 | 6.9% | 6 | 0.8% | 3 | 0.4% | 0 | 0.0% |
| West Hills | 545 | 193 | 35.4% | 115 | 21.1% | 96 | 17.6% | 5 | 0.9% | 54 | 9.9% | 23 | 4.2% | 1 | 0.2% | 0 | 0.0% |
| **Middle Schools** | | | | | | | | | | | | | | | | | | |
| Carver | 440 | 236 | 53.6% | 133 | 30.2% | 118 | 26.8% | 2 | 0.5% | 64 | 14.5% | 39 | 8.9% | 3 | 0.7% | 2 | 0.5% |
| Magnolia | 380 | 260 | 68.4% | 176 | 46.3% | 180 | 47.4% | 7 | 1.8% | 115 | 30.3% | 66 | 17.4% | 10 | 2.6% | 2 | 0.5% |
| Northwest | 492 | 244 | 49.6% | 147 | 29.9% | 119 | 24.2% | 0 | 0.0% | 70 | 14.2% | 32 | 6.5% | 4 | 0.8% | 1 | 0.2% |
| **High Schools** | | | | | | | | | | | | | | | | | | |
| Meridian High | 1,490 | 653 | 43.8% | 259 | 17.4% | 303 | 20.3% | 1 | 0.1% | 135 | 9.1% | 147 | 9.9% | 35 | 2.3% | 11 | 0.7% |
| **District Totals** | 6,166 | 2,310 | 37.5% | 1,164 | 18.9% | 1,135 | 18.4% | 16 | 0.3% | 584 | 9.5% | 380 | 6.2% | 63 | 1.0% | 16 | 0.3% |

Table 4: Meridian Public School System Enrollment and Discipline Data - SY2014-2015 (8/6/14 - 5/22/15)

| School Site | Total School Enrollment (all Ethnicities) | Students receiving 1 or more ODR | | Students receiving 1 or more ISS | | Students receiving 1 or more OSS | | Students receiving 10 or more OSS days | | Students receiving ISS/OSS Combined | | Students receiving Alt. Site Placement | | Students receiving an Expulsion | | Students receiving an Arrest | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| **Elementary Schools** | | | | | | | | | | | | | | | | | | |
| Crestwood | 387 | 115 | 29.7% | 70 | 18.1% | 60 | 15.5% | 0 | 0.0% | 35 | 9.0% | 12 | 3.1% | 0 | 0.0% | 0 | 0.0% |
| Oakland Heights | 527 | 71 | 13.5% | 26 | 4.9% | 40 | 7.6% | 2 | 0.4% | 10 | 1.9% | 10 | 1.9% | 3 | 0.6% | 0 | 0.0% |
| Parkview | 523 | 168 | 32.1% | 71 | 13.6% | 78 | 14.9% | 0 | 0.0% | 28 | 5.4% | 16 | 3.1% | 2 | 0.4% | 0 | 0.0% |
| Poplar Springs | 523 | 51 | 9.8% | 12 | 2.3% | 14 | 2.7% | 0 | 0.0% | 6 | 1.1% | 5 | 1.0% | 0 | 0.0% | 0 | 0.0% |
| TJ Harris | 698 | 229 | 32.8% | 136 | 19.5% | 87 | 12.5% | 0 | 0.0% | 54 | 7.7% | 22 | 3.2% | 3 | 0.4% | 0 | 0.0% |
| West Hills | 552 | 182 | 33.0% | 101 | 18.3% | 105 | 19.0% | 1 | 0.2% | 53 | 9.6% | 17 | 3.1% | 2 | 0.4% | 0 | 0.0% |
| **Middle Schools** | | | | | | | | | | | | | | | | | | |
| Carver | 385 | 232 | 60.3% | 156 | 40.5% | 113 | 29.4% | 2 | 0.5% | 77 | 20.0% | 31 | 8.1% | 6 | 1.6% | 0 | 0.0% |
| Magnolia | 386 | 161 | 41.7% | 65 | 16.8% | 115 | 29.8% | 4 | 1.0% | 44 | 11.4% | 21 | 5.4% | 8 | 2.1% | 1 | 0.3% |
| Northwest | 472 | 217 | 46.0% | 136 | 28.8% | 92 | 19.5% | 1 | 0.2% | 61 | 12.9% | 19 | 4.0% | 1 | 0.2% | 2 | 0.4% |
| **High Schools** | | | | | | | | | | | | | | | | | | |
| Meridian High | 1,455 | 760 | 52.2% | 416 | 28.6% | 379 | 26.0% | 3 | 0.2% | 215 | 14.8% | 118 | 8.1% | 28 | 1.9% | 17 | 1.2% |
| **District Totals** | 5,908 | 2,186 | 37.0% | 1,189 | 20.1% | 1,083 | 18.3% | 13 | 0.2% | 583 | 9.9% | 271 | 4.6% | 53 | 0.9% | 20 | 0.3% |

Table 4: Meridian Public School System Enrollment and Discipline Data - SY2015-2016 (8/6/15 - 5/25/16)

| School Site | Total School Enrollment (all Ethnicities) | Students receiving 1 or more ODR | | Students receiving 1 or more ISS | | Students receiving 1 or more OSS | | Students receiving 10 or more OSS days | | Students receiving ISS/OSS Combined | | Students receiving Alt. Site Placement | | Students receiving an Expulsion | | Students receiving an Arrest | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| **Elementary Schools** | | | | | | | | | | | | | | | | | | |
| Crestwood | 382 | 123 | 32.2% | 93 | 24.3% | 35 | 9.2% | 1 | 0.3% | 25 | 6.5% | 10 | 2.6% | 5 | 1.3% | 0 | 0.0% |
| Oakland Heights | 508 | 60 | 11.8% | 17 | 3.3% | 36 | 7.1% | 1 | 0.2% | 12 | 2.4% | 5 | 1.0% | 5 | 1.0% | 0 | 0.0% |
| Parkview | 499 | 163 | 32.7% | 115 | 23.0% | 56 | 11.2% | 0 | 0.0% | 45 | 9.0% | 20 | 4.0% | 2 | 0.4% | 0 | 0.0% |
| Poplar Springs | 511 | 59 | 11.5% | 22 | 4.3% | 15 | 2.9% | 0 | 0.0% | 6 | 1.2% | 8 | 1.6% | 2 | 0.4% | 0 | 0.0% |
| TJ Harris | 673 | 170 | 25.3% | 118 | 17.5% | 63 | 9.4% | 0 | 0.0% | 42 | 6.2% | 26 | 3.9% | 4 | 0.6% | 0 | 0.0% |
| West Hills | 513 | 161 | 31.4% | 114 | 22.2% | 34 | 6.6% | 0 | 0.0% | 23 | 4.5% | 11 | 2.1% | 0 | 0.0% | 0 | 0.0% |
| **Middle Schools** | | | | | | | | | | | | | | | | | | |
| Carver | 374 | 207 | 55.3% | 141 | 37.7% | 118 | 31.6% | 0 | 0.0% | 70 | 18.7% | 40 | 10.7% | 7 | 1.9% | 2 | 0.5% |
| Magnolia | 316 | 122 | 38.6% | 83 | 26.3% | 83 | 26.3% | 0 | 0.0% | 50 | 15.8% | 17 | 5.4% | 3 | 0.9% | 1 | 0.3% |
| Northwest | 453 | 263 | 58.1% | 185 | 40.8% | 115 | 25.4% | 2 | 0.4% | 87 | 19.2% | 39 | 8.6% | 4 | 0.9% | 0 | 0.0% |
| **High Schools** | | | | | | | | | | | | | | | | | | |
| Meridian High | 1,435 | 735 | 51.2% | 414 | 28.9% | 320 | 22.3% | 0 | 0.0% | 192 | 13.4% | 102 | 7.1% | 26 | 1.8% | 12 | 0.8% |
| **District Totals** | 5,664 | 2,063 | 36.4% | 1,302 | 23.0% | 875 | 15.4% | 4 | 0.1% | 552 | 9.7% | 278 | 4.9% | 58 | 1.0% | 15 | 0.3% |

MPSD-003741