**EXHIBIT 3**

**Table 4: Meridian Public School System Enrollment and Discipline Data - Q1 (8/7/17 - 10/6/17)**

| School Site | Total School Enrollment (All Ethnicities) | Students receiving 1 or more ODR | | Students receiving 1 or more ISS | | Students receiving 1 or more OSS | | Students receiving 10 or more OSS days | | Students receiving ISS/OSS Combined | | Students receiving Alt. Site Placement | | Students receiving an Expulsion | | Students receiving an Arrest | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| **Elementary Schools** | | | | | | | | | | | | | | | | | |
| Crestwood | 337 | 20 | 5.9% | 9 | 2.7% | 7 | 2.1% | 0 | 0.0% | 3 | 0.9% | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% |
| Oakland Heights | 488 | 19 | 3.9% | 3 | 0.6% | 15 | 3.1% | 0 | 0.0% | 1 | 0.2% | 2 | 0.4% | 0 | 0.0% | 0 | 0.0% |
| Parkview | 481 | 82 | 17.0% | 58 | 12.1% | 22 | 4.6% | 0 | 0.0% | 12 | 2.5% | 1 | 0.2% | 0 | 0.0% | 1 | 0.2% |
| Poplar Springs | 475 | 21 | 4.4% | 3 | 0.6% | 7 | 1.5% | 0 | 0.0% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| TJ Harris | 608 | 23 | 3.8% | 13 | 2.1% | 11 | 1.8% | 0 | 0.0% | 2 | 0.3% | 5 | 0.8% | 0 | 0.0% | 0 | 0.0% |
| West Hills | 524 | 34 | 6.5% | 12 | 2.3% | 8 | 1.5% | 0 | 0.0% | 2 | 0.4% | 5 | 1.0% | 0 | 0.0% | 2 | 0.4% |
| **Middle Schools** | | | | | | | | | | | | | | | | | |
| Carver | 330 | 74 | 22.4% | 22 | 6.7% | 26 | 7.9% | 0 | 0.0% | 6 | 1.8% | 4 | 1.2% | 1 | 0.3% | 0 | 0.0% |
| Magnolia | 305 | 35 | 11.5% | 10 | 3.3% | 28 | 9.2% | 0 | 0.0% | 3 | 1.0% | 3 | 1.0% | 0 | 0.0% | 2 | 0.7% |
| Northwest | 461 | 58 | 12.6% | 10 | 2.2% | 24 | 5.2% | 0 | 0.0% | 3 | 0.7% | 6 | 1.3% | 0 | 0.0% | 0 | 0.0% |
| **High Schools** | | | | | | | | | | | | | | | | | |
| Meridian High | 1,435 | 342 | 23.8% | 112 | 7.8% | 119 | 8.3% | 0 | 0.0% | 33 | 2.3% | 28 | 2.0% | 1 | 0.1% | 3 | 0.2% |
| **District Totals** | 5,444 | 708 | 13.0% | 252 | 4.6% | 267 | 4.9% | 0 | 0.0% | 66 | 1.2% | 55 | 1.0% | 2 | 0.0% | 8 | 0.1% |

MPSD-011499

**EXHIBIT 3**

**Table 5: Comparison of African-American & Caucasian Students for ODR - Q1 (8/7/17 - 10/6/17)**

| Total School Enrollment | Caucasian Enrollment | Percentage | African American Enrollment | Percentage | School Site | # of Caucasian Students Receiving 1 or more ODR | % of Caucasian Students receiving 1 or more ODR | # of African-American Students receiving 1 or more ODR | % of African-American Students receiving 1 or more ODR | % of Caucasian & African-American Students receiving 1 or more ODR | Risk Ratio between Caucasian & African-American Students | Table 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Elementary Schools** | | | | | | | |
| 337 | 18 | 5.3% | 319 | 94.7% | Crestwood | 0 | 0.0% | 20 | 6.3% | 5.9% | #DIV/0! | 20 |
| 488 | 35 | 7.2% | 453 | 92.8% | Oakland Heights | 1 | 2.9% | 18 | 4.0% | 3.9% | 1.39 | 19 |
| 481 | 12 | 2.5% | 469 | 97.5% | Parkview | 2 | 16.7% | 80 | 17.1% | 17.0% | 1.02 | 82 |
| 475 | 131 | 27.6% | 344 | 72.4% | Poplar Springs | 1 | 0.8% | 20 | 5.8% | 4.4% | 7.62 | 21 |
| 608 | 11 | 1.8% | 597 | 98.2% | TJ Harris | 0 | 0.0% | 23 | 3.9% | 3.8% | #DIV/0! | 23 |
| 524 | 10 | 1.9% | 514 | 98.1% | West Hills | 0 | 0.0% | 34 | 6.6% | 6.5% | #DIV/0! | 34 |
| | | | | | **Middle Schools** | | | | | | | |
| 330 | 13 | 3.9% | 317 | 96.1% | Carver | 2 | 15.4% | 72 | 22.7% | 22.4% | 1.48 | 74 |
| 305 | 17 | 5.6% | 288 | 94.4% | Magnolia | 4 | 23.5% | 31 | 10.8% | 11.5% | 0.46 | 35 |
| 461 | 27 | 5.9% | 434 | 94.1% | Northwest | 1 | 3.7% | 57 | 13.1% | 12.6% | 3.55 | 58 |
| | | | | | **High Schools** | | | | | | | |
| 1,435 | 66 | 4.6% | 1,369 | 95.4% | Meridian High | 8 | 0.0% | 334 | 24.4% | 23.8% | #DIV/0! | 342 |
| 5,444 | 340 | 6.2% | 5,104 | 93.8% | **District Totals by Ethnicity** | 19 | 5.6% | 689 | 13.5% | 13.0% | 2.42 | 708 |

Table 6: Comparison of African-American & Caucasian Students for ISS Events

| School Site | # of Caucasian Students Receiving 1 or more ISS Events | % of Caucasian Students receiving 1 or more ISS Events | # of African-American Students receiving 1 or more ISS Events | % of African-American Students receiving 1 or more ISS Events | % of Caucasian & African-American Students receiving 1 or more ISS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 9 | 2.8% | 2.7% | #DIV/0! | 9 |
| Oakland Heights | 0 | 0.0% | 3 | 0.7% | 0.6% | #DIV/0! | 3 |
| Parkview | 1 | 8.3% | 57 | 12.2% | 12.1% | 1.46 | 58 |
| Poplar Springs | 0 | 0.0% | 3 | 0.9% | 0.6% | #DIV/0! | 3 |
| TJ Harris | 0 | 0.0% | 13 | 2.2% | 2.1% | #DIV/0! | 13 |
| West Hills | 0 | 0.0% | 12 | 2.3% | 2.3% | #DIV/0! | 12 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 22 | 6.9% | 6.7% | #DIV/0! | 22 |
| Magnolia | 0 | 0.0% | 10 | 3.5% | 3.3% | #DIV/0! | 10 |
| Northwest | 0 | 0.0% | 10 | 2.3% | 2.2% | #DIV/0! | 10 |
| **High Schools** | | | | | | | |
| Meridian High | 1 | 1.5% | 111 | 8.1% | 7.8% | 5.35 | 112 |
| **District Totals by Ethnicity** | 2 | 0.6% | 250 | 4.9% | 4.6% | 8.33 | 252 |

MPSD-011500

**EXHIBIT 3**

Table 7: Comparison of African-American & Caucasian Students for OSS Events

| School Site | # of Caucasian Students Receiving 1 or more OSS Events | % of Caucasian Students receiving 1 or more OSS Events | # of African-American Students receiving 1 or more OSS Events | % of African-American Students receiving 1 or more OSS Events | % of Caucasian & African-American Students receiving 1 or more OSS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 7 | 2.2% | 2.1% | #DIV/0! | 7 |
| Oakland Heights | 1 | 2.9% | 14 | 3.1% | 3.1% | 1.08 | 15 |
| Parkview | 0 | 0.0% | 22 | 4.7% | 4.6% | #DIV/0! | 22 |
| Poplar Springs | 0 | 0.0% | 7 | 2.0% | 1.5% | #DIV/0! | 7 |
| TJ Harris | 0 | 0.0% | 11 | 1.8% | 1.8% | #DIV/0! | 11 |
| West Hills | 0 | 0.0% | 8 | 1.6% | 1.5% | #DIV/0! | 8 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 7.7% | 25 | 7.9% | 7.9% | 1.03 | 26 |
| Magnolia | 3 | 17.6% | 25 | 8.7% | 9.2% | 0.49 | 28 |
| Northwest | 0 | 0.0% | 24 | 5.5% | 5.2% | #DIV/0! | 24 |
| **High Schools** | | | | | | | |
| Meridian High | 7 | 10.6% | 112 | 8.2% | 8.3% | 0.77 | 119 |
| | | | | | | | |
| **District Totals by Ethnicity** | 12 | 3.5% | 255 | 5.0% | 4.9% | 1.42 | 267 |

Table 8: Comparison of African-American & Caucasian Students for 10 or more days OSS Removals

| School Site | # of Caucasian Students receiving 10 or more days of OSS | % of Caucasian Students receiving 10 or more days of OSS | # of African-American Students receiving 10 or more days of OSS | % of African-American Students receiving 10 or more days of OSS | % of Caucasian & African-American Students receiving 10 or more days of OSS | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| | | | | | | | |
| **District Totals by Ethnicity** | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

MPSD-011501

**EXHIBIT 3**

Table 9: Comparison of African-American & Caucasian Students for ISS & OSS Events Combined

| School Site | # of Caucasian Students receiving 1 or more ISS and/or OSS Events | % of Caucasian Students receiving 1 or more ISS and/or OSS Events | # of African-American Students receiving 1 or more ISS and/or OSS Events | % of African-American Students receiving 1 or more ISS and/or OSS Events | % of Caucasian & African-American Students receiving 1 or more ISS and/or OSS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 3 | 0.9% | 0.9% | #DIV/0! | 3 |
| Oakland Heights | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| Parkview | 0 | 0.0% | 12 | 2.6% | 2.5% | #DIV/0! | 12 |
| Poplar Springs | 0 | 0.0% | 1 | 0.3% | 0.2% | #DIV/0! | 1 |
| TJ Harris | 0 | 0.0% | 2 | 0.3% | 0.3% | #DIV/0! | 2 |
| West Hills | 0 | 0.0% | 2 | 0.4% | 0.4% | #DIV/0! | 2 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 6 | 1.9% | 1.8% | #DIV/0! | 6 |
| Magnolia | 0 | 0.0% | 3 | 1.0% | 1.0% | #DIV/0! | 3 |
| Northwest | 0 | 0.0% | 3 | 0.7% | 0.7% | #DIV/0! | 3 |
| **High Schools** | | | 0 | | | | |
| Meridian High | 0 | 0.0% | 33 | 2.4% | 2.3% | #DIV/0! | 33 |
| **District Totals by Ethnicity** | 0 | 0.0% | 66 | 1.3% | 1.2% | #DIV/0! | 66 |

Table 10: Comparison of African-American & Caucasian Students for Placement at Alternative Site

| School Site | # of Caucasian Students placed at Alternative Site | % of Caucasian Students placed at Alternative Site | # of African-American Students placed at Alternative Site | % of African-American Students placed at Alternative Site | % of Caucasian & African-American Students placed at Alternative Site | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Oakland Heights | 0 | 0.0% | 2 | 0.4% | 0.4% | #DIV/0! | 2 |
| Parkview | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 5 | 0.8% | 0.8% | #DIV/0! | 5 |
| West Hills | 0 | 0.0% | 5 | 1.0% | 1.0% | #DIV/0! | 5 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 4 | 1.3% | 1.2% | #DIV/0! | 4 |
| Magnolia | 0 | 0.0% | 3 | 1.0% | 1.0% | #DIV/0! | 3 |
| Northwest | 0 | 0.0% | 6 | 1.4% | 1.3% | #DIV/0! | 6 |
| **High Schools** | | | 0 | | | | |
| Meridian High | 0 | 0.0% | 28 | 2.0% | 2.0% | #DIV/0! | 28 |
| **District Totals by Ethnicity** | 0 | 0.0% | 55 | 1.1% | 1.0% | #DIV/0! | 55 |

MPSD-011502

**EXHIBIT 3**

Table 11: Comparison of African-American & Caucasian Students for Expulsion Events

| School Site | # of Caucasian Students receiving Expulsion | % of Caucasian Students receiving Expulsion | # of African-American Students receiving Expulsion | % of African-American Students receiving Expulsion | % of Caucasian & African-American Students receiving Expulsion | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | 0 | | 0 | | | | |
| Meridian High | 0 | 0.0% | 1 | 0.1% | 0.1% | #DIV/0! | 1 |
| | | | | | | | |
| **District Totals by Ethnicity** | 0 | 0.0% | 2 | 0.0% | 0.0% | #DIV/0! | 2 |

Table 12: Comparison of African-American & Caucasian Students for Arrests by Law Enforcement

| School Site | # of Caucasian Students Arrested by Law Enforcement | % of Caucasian Students Arrested by Law Enforcement | # of African-American Students Arrested by Law Enforcement | % of African-American Students Arrested by Law Enforcement | % of Caucasian & African-American Students Arrested by Law Enforcement | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 2 | 0.4% | 0.4% | #DIV/0! | 2 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 1 | 5.9% | 1 | 0.3% | 0.7% | 0.06 | 2 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 3 | 0.2% | 0.2% | #DIV/0! | 3 |
| | | | | | | | |
| **District Totals by Ethnicity** | 1 | 0.3% | 7 | 0.1% | 0.1% | 0.47 | 8 |

MPSD-011503

**EXHIBIT 3**

Table 3: Comparison of General & Special Education for ODR - Q1 (8/7/17 - 10/6/17)

| Total School Enrollment | General Ed Enrollment | Percentage | SPED Enrollment | Percentage | School Site | # of General Education Students Receiving 1 or more ODR | % of General Education Students receiving 1 or more ODR | # of Special Education Students receiving 1 or more ODR | % of Special Education Students receiving 1 or more ODR | % of General Education & Special Education Students receiving 1 or more ODR | Risk Ratio between General Education & Special Education Students | Table 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Elementary Schools** | | | | | | | |
| 337 | 305 | 90.5% | 32 | 9.5% | Crestwood | 15 | 4.9% | 5 | 15.6% | 5.9% | 3.18 | 20 |
| 488 | 450 | 92.2% | 38 | 7.8% | Oakland Heights | 17 | 3.8% | 2 | 5.3% | 3.9% | 1.39 | 19 |
| 481 | 422 | 87.7% | 59 | 12.3% | Parkview | 67 | 15.9% | 15 | 25.4% | 17.0% | 1.60 | 82 |
| 475 | 411 | 86.5% | 64 | 13.5% | Poplar Springs | 16 | 3.9% | 5 | 7.8% | 4.4% | 2.01 | 21 |
| 608 | 510 | 9.0% | 98 | 16.1% | TJ Harris | 17 | 3.3% | 6 | 6.1% | 3.8% | 1.84 | 23 |
| 524 | 479 | 91.4% | 45 | 8.6% | West Hills | 28 | 5.8% | 6 | 13.3% | 6.5% | 2.28 | 34 |
| | | | | | **Middle Schools** | | | | | | | |
| 330 | 292 | 88.5% | 38 | 11.5% | Carver | 61 | 20.9% | 13 | 34.2% | 22.4% | 1.64 | 74 |
| 305 | 271 | 88.9% | 34 | 11.1% | Magnolia | 29 | 10.7% | 6 | 17.6% | 11.5% | 1.65 | 35 |
| 461 | 426 | 92.4% | 35 | 7.6% | Northwest | 53 | 12.4% | 5 | 14.3% | 12.6% | 1.15 | 58 |
| | | | | | **High Schools** | 0 | | | | | | |
| 1,435 | 1,288 | 89.8% | 147 | 10.2% | Meridian High | 295 | 22.9% | 47 | 32.0% | 23.8% | 1.40 | 342 |
| 5,444 | 4,854 | 89.2% | 590 | 10.8% | **District Totals** | 598 | 12.3% | 110 | 18.6% | 13.0% | 1.51 | 708 |

Table 14: Comparison of Special Education & General Education Student for ISS Events

| School Site | # of General Education Students Receiving 1 or more ISS Events | % of General Education Students receiving 1 or more ISS Events | # of Special Education Students receiving 1 or more ISS Events | % of Special Education Students receiving 1 or more ISS Events | % of General Education & Special Education Students receiving 1 or more ISS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 7 | 2.3% | 2 | 6.3% | 2.7% | 2.72 | 9 |
| Oakland Heights | 3 | 0.7% | 0 | 0.0% | 0.6% | 0.00 | 3 |
| Parkview | 45 | 10.7% | 13 | 22.0% | 12.1% | 2.07 | 58 |
| Poplar Springs | 2 | 0.5% | 1 | 1.6% | 0.6% | 3.21 | 3 |
| TJ Harris | 11 | 2.2% | 2 | 2.0% | 2.1% | 0.95 | 13 |
| West Hills | 9 | 1.9% | 3 | 6.7% | 2.3% | 3.55 | 12 |
| **Middle Schools** | | | | | | | |
| Carver | 19 | 6.5% | 3 | 7.9% | 6.7% | 1.21 | 22 |
| Magnolia | 8 | 3.0% | 2 | 5.9% | 3.3% | 1.99 | 10 |
| Northwest | 9 | 2.1% | 1 | 2.9% | 2.2% | 1.35 | 10 |
| **High Schools** | | | | | | | |
| Meridian High | 97 | 7.5% | 15 | 10.2% | 7.8% | 1.35 | 112 |
| **District Totals** | 210 | 4.3% | 42 | 7.1% | 4.6% | 1.65 | 252 |

MPSD-011504

**EXHIBIT 3**

Table 15: Comparison of Special Education & General Education Student of OSS Events

| School Site | # of General Education Students Receiving 1 or more OSS Events | % of General Education Students receiving 1 or more OSS Events | # of Special Education Students receiving 1 or more OSS Events | % of Special Education Students receiving 1 or more OSS Events | % of General Education & Special Education Students receiving 1 or more OSS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 2 | 0.7% | 5 | 15.6% | 2.1% | 23.83 | 7 |
| Oakland Heights | 13 | 2.9% | 2 | 5.3% | 3.1% | 1.82 | 15 |
| Parkview | 16 | 3.8% | 6 | 10.2% | 4.6% | 2.68 | 22 |
| Poplar Springs | 4 | 1.0% | 3 | 4.7% | 1.5% | 4.82 | 7 |
| TJ Harris | 7 | 1.4% | 4 | 4.1% | 1.8% | 2.97 | 11 |
| West Hills | 6 | 1.3% | 2 | 4.4% | 1.5% | 3.55 | 8 |
| **Middle Schools** | | | | | | | |
| Carver | 20 | 6.8% | 6 | 15.8% | 7.9% | 2.31 | 26 |
| Magnolia | 22 | 8.1% | 6 | 17.6% | 9.2% | 2.17 | 28 |
| Northwest | 22 | 5.2% | 2 | 5.7% | 5.2% | 1.11 | 24 |
| **High Schools** | | | | | | | |
| Meridian High | 119 | 9.2% | 29 | 19.7% | 10.3% | 2.14 | 119 |
| **District Totals** | 231 | 4.8% | 65 | 11.0% | 5.4% | 2.31 | 267 |

Table 16: Comparison of Special Education & General Education Student for 10 or more days OSS Removals

MPSD-011505

**EXHIBIT 3**

Table 16: Comparison of Individual General Education Students in 10 or more days OSS Removals

| School Site | # of General Education Students Receiving 10 or more days of OSS | % of General Education Students receiving 10 or more days of OSS | # of Special Education Students receiving 10 or more days of OSS | % of Special Education Students receiving 10 or more days of OSS | % of General Education & Special Education Students receiving 10 or more days of OSS | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | 0 | | | | | | |
| Meridian High | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| | | | | | | | |
| **District Totals** | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

MPSD-011506

**EXHIBIT 3**

Table 17: Comparison of ... Education ... ISS Events

| School Site | # of General Education Students Receiving 1 or more ISS and/or OSS Events | % of General Education Students receiving 1 or more ISS and/or OSS Events | # of Special Education Students receiving 1 or more ISS and/or OSS Events | % of Special Education Students receiving 1 or more ISS and/or OSS Events | % of General Education & Special Education Students receiving 1 or more ISS and/or OSS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 1 | 0.3% | 2 | 6.3% | 0.9% | 19.06 | 3 |
| Oakland Heights | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| Parkview | 7 | 1.7% | 5 | 8.5% | 2.5% | 5.11 | 12 |
| Poplar Springs | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| TJ Harris | 2 | 0.4% | 0 | 0.0% | 0.3% | 0.00 | 2 |
| West Hills | 1 | 0.2% | 1 | 2.2% | 0.4% | 10.64 | 2 |
| **Middle Schools** | | | | | | | |
| Carver | 4 | 1.4% | 2 | 5.3% | 1.8% | 3.84 | 6 |
| Magnolia | 2 | 0.7% | 1 | 2.9% | 1.0% | 3.99 | 3 |
| Northwest | 2 | 0.5% | 1 | 2.9% | 0.7% | 6.09 | 3 |
| **High Schools** | | | | | | | |
| Meridian High | 22 | 1.7% | 9 | 6.1% | 2.2% | 3.58 | 31 |
| | | | | | | | |
| **District Totals** | 43 | 0.9% | 21 | 3.6% | 1.2% | 4.02 | 64 |

MPSD-011507

**EXHIBIT 3**

Table 18: Comparison of Students placed at Alternative Sites — Included in General Education

| School Site | # of General Education Students placed at Alternative Site | % of General Education Students placed at Alternative Site | # of Special Education Students placed at Alternative Site | % of Special Education Students placed at Alternative Site | % of General Education & Special Education Students placed at Alternative Site | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 1 | 0.3% | 0 | 0.0% | 0.3% | 0.00 | 1 |
| Oakland Heights | 2 | 0.4% | 0 | 0.0% | 0.4% | 0.00 | 2 |
| Parkview | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 3 | 0.6% | 2 | 2.0% | 0.8% | 3.47 | 5 |
| West Hills | 4 | 0.8% | 1 | 2.2% | 1.0% | 2.66 | 5 |
| **Middle Schools** | | | | | | | |
| Carver | 3 | 1.0% | 1 | 2.6% | 1.2% | 2.56 | 4 |
| Magnolia | 2 | 0.7% | 1 | 2.9% | 1.0% | 3.99 | 3 |
| Northwest | 6 | 1.4% | 0 | 0.0% | 1.3% | 0.00 | 6 |
| **High Schools** | | | | | | | |
| Meridian High | 21 | 1.6% | 7 | 4.8% | 2.0% | 2.92 | 28 |
| | | | | | | | |
| **District Totals** | 43 | 0.9% | 12 | 2.0% | 1.0% | 2.30 | 55 |

MPSD-011508

**EXHIBIT 3**

| School Site | # of General Education Students receiving Expulsion | % of General Education Students receiving Expulsion | # of Special Education Students receiving Expulsion | % of Special Education Students receiving Expulsion | % of General Education & Special Education Students receiving Expulsion | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 0.3% | | 0.0% | 0.3% | 0.00 | 1 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | 0 | | | | | | |
| Meridian High | 0 | 0.0% | 1 | 0.7% | 0.1% | #DIV/0! | 1 |
| | | | | | | | |
| **District Totals** | 1 | 0.0% | 1 | 0.2% | 0.0% | 8.23 | 2 |

Table 20: Comp... Education ... by ...

**EXHIBIT 3**

| School Site | # of General Education Students Arrested by Law Enforcement | % of General Education Students Arrested by Law Enforcement | # of Special Education Students Arrested by Law Enforcement | % of Special Education Students Arrested by Law Enforcement | % of General Education & Special Education Students Arrested by Law Enforcement | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 1 | 0.2% | 1 | 2.2% | 0.4% | 10.64 | 2 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 2 | 0.7% | 0 | 0.0% | 0.7% | 0.00 | 2 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 3 | 2.0% | 0.2% | #DIV/0! | 3 |
| | | | | | | | |
| **District Totals** | 4 | 0.1% | 4 | 0.7% | 0.1% | 8.23 | 8 |

**EXHIBIT 3**

Table 20: Comparison of Special Education and General Education Students Arrested by Law Enforcement

| School Site | # of General Education Students Arrested by Law Enforcement | % of General Education Students Arrested by Law Enforcement | # of Special Education Students Arrested by Law Enforcement | % of Special Education Students Arrested by Law Enforcement | % of General Education & Special Education Students Arrested by Law Enforcement | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 1 | 0.2% | 1 | 2.2% | 0.4% | 10.64 | 2 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 2 | 0.7% | 0 | 0.0% | 0.7% | 0.00 | 2 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 3 | 2.0% | 0.2% | #DIV/0! | 3 |
| | | | | | | | |
| **District Totals** | 4 | 0.1% | 4 | 0.7% | 0.1% | 8.23 | 8 |

**EXHIBIT 3**

**Table 4: Meridian Public School System Enrollment and Discipline Data - Q2 (10/9/17 - 12/15/17)**

| School Site | Total School Enrollment (All Ethnicities) | Students receiving 1 or more ODR | | Students receiving 1 or more ISS | | Students receiving 1 or more OSS | | Students receiving 10 or more OSS days | | Students receiving ISS/OSS Combined | | Students receiving Alt. Site Placement | | Students receiving an Expulsion | | Students receiving an Arrest | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| **Elementary Schools** | | | | | | | | | | | | | | | | | |
| Crestwood | 341 | 42 | 12.3% | 26 | 7.6% | 14 | 4.1% | 0 | 0.0% | 7 | 2.1% | 2 | 0.6% | 0 | 0.0% | 0 | 0.0% |
| Oakland Heights | 323 | 28 | 8.7% | 11 | 3.4% | 16 | 5.0% | 0 | 0.0% | 4 | 1.2% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Parkview | 461 | 69 | 15.0% | 47 | 10.2% | 34 | 7.4% | 0 | 0.0% | 11 | 2.4% | 7 | 1.5% | 0 | 0.0% | 0 | 0.0% |
| Poplar Springs | 465 | 33 | 7.1% | 10 | 2.2% | 5 | 1.1% | 0 | 0.0% | 3 | 0.6% | 3 | 0.6% | 0 | 0.0% | 0 | 0.0% |
| TJ Harris | 612 | 69 | 11.3% | 44 | 7.2% | 16 | 2.6% | 0 | 0.0% | 3 | 0.5% | 4 | 0.7% | 0 | 0.0% | 0 | 0.0% |
| West Hills | 525 | 34 | 6.5% | 14 | 2.7% | 13 | 2.5% | 0 | 0.0% | 3 | 0.6% | 1 | 0.2% | 0 | 0.0% | 0 | 0.0% |
| **Middle Schools** | | | | | | | | | | | | | | | | | |
| Carver | 323 | 81 | 25.1% | 30 | 9.3% | 32 | 9.9% | 0 | 0.0% | 5 | 1.5% | 1 | 0.3% | 0 | 0.0% | 0 | 0.0% |
| Magnolia | 307 | 36 | 11.7% | 15 | 4.9% | 22 | 7.2% | 0 | 0.0% | 6 | 2.0% | 2 | 0.7% | 1 | 0.3% | 0 | 0.0% |
| Northwest | 471 | 103 | 21.9% | 39 | 8.3% | 36 | 7.6% | 0 | 0.0% | 9 | 1.9% | 7 | 1.5% | 0 | 0.0% | 0 | 0.0% |
| **High Schools** | | | | | | | | | | | | | | | | | |
| Meridian High | 1,395 | 386 | 27.7% | 144 | 10.3% | 147 | 10.5% | 0 | 0.0% | 47 | 3.4% | 29 | 2.1% | 13 | 0.9% | 2 | 0.1% |
| **District Totals** | 5,223 | 881 | 16.9% | 380 | 7.3% | 335 | 6.4% | 0 | 0.0% | 98 | 1.9% | 56 | 1.1% | 14 | 0.3% | 2 | 0.0% |

MPSD-011512

**Table 5: Comparison of African-American & Caucasian Students for ODR - Q2 (10/7/17 - 12/15/17)**

| Total School Enrollment | Caucasian Enrollment | Percentage | African American Enrollment | Percentage | School Site | # of Caucasian Students Receiving 1 or more ODR | % of Caucasian Students receiving 1 or more ODR | # of African-American Students receiving 1 or more ODR | % of African-American Students receiving 1 or more ODR | % of Caucasian & African-American Students receiving 1 or more ODR | Risk Ratio between Caucasian & African-American Students | Table 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Elementary Schools** | | | | | | | |
| 341 | 17 | 5.0% | 324 | 95.0% | Crestwood | 1 | 5.9% | 41 | 12.7% | 12.3% | 2.15 | 42 |
| 323 | 10 | 3.1% | 313 | 96.9% | Oakland Heights | 3 | 30.0% | 25 | 8.0% | 8.7% | 0.27 | 28 |
| 461 | 13 | 2.8% | 448 | 97.2% | Parkview | 0 | 0.0% | 69 | 15.4% | 15.0% | #DIV/0! | 69 |
| 465 | 127 | 27.3% | 338 | 72.7% | Poplar Springs | 3 | 2.4% | 30 | 8.9% | 7.1% | 3.76 | 33 |
| 612 | 11 | 1.8% | 601 | 98.2% | TJ Harris | 0 | 0.0% | 69 | 11.5% | 11.3% | #DIV/0! | 69 |
| 525 | 11 | 2.1% | 514 | 97.9% | West Hills | 0 | 0.0% | 34 | 6.6% | 6.5% | #DIV/0! | 34 |
| | | | | | **Middle Schools** | | | | | | | |
| 323 | 10 | 3.1% | 313 | 96.9% | Carver | 1 | 10.0% | 80 | 25.6% | 25.1% | 2.56 | 81 |
| 307 | 16 | 5.2% | 291 | 94.8% | Magnolia | 2 | 12.5% | 34 | 11.7% | 11.7% | 0.93 | 36 |
| 471 | 28 | 5.9% | 443 | 94.1% | Northwest | 0 | 0.0% | 103 | 23.3% | 21.9% | #DIV/0! | 103 |
| | | | | | **High Schools** | | | | | | | |
| 1,395 | 64 | 4.6% | 1,331 | 95.4% | Meridian High | 4 | 6.3% | 382 | 28.7% | 27.7% | 4.59 | 386 |
| 5,223 | 307 | 5.9% | 4,916 | 94.1% | **District Totals by Ethnicity** | 14 | 4.6% | 867 | 17.6% | 16.9% | 3.87 | 881 |

Table 6: Comparison of African-American & Caucasian Students for ISS Events

| School Site | # of Caucasian Students Receiving 1 or more ISS Events | % of Caucasian Students receiving 1 or more ISS Events | # of African-American Students receiving 1 or more ISS Events | % of African-American Students receiving 1 or more ISS Events | % of Caucasian & African-American Students receiving 1 or more ISS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 1 | 5.9% | 25 | 7.7% | 7.6% | 1.31 | 26 |
| Oakland Heights | 1 | 10.0% | 10 | 3.2% | 3.4% | 0.32 | 11 |
| Parkview | 0 | 0.0% | 47 | 10.5% | 10.2% | #DIV/0! | 47 |
| Poplar Springs | 2 | 1.6% | 8 | 2.4% | 2.2% | 1.50 | 10 |
| TJ Harris | 0 | 0.0% | 44 | 7.3% | 7.2% | #DIV/0! | 44 |
| West Hills | 0 | 0.0% | 14 | 2.7% | 2.7% | #DIV/0! | 14 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 10.0% | 29 | 9.3% | 9.3% | 0.93 | 30 |
| Magnolia | 0 | 0.0% | 15 | 5.2% | 4.9% | #DIV/0! | 15 |
| Northwest | 0 | 0.0% | 39 | 8.8% | 8.3% | #DIV/0! | 39 |

**EXHIBIT 3**

| High Schools | | | | | | |
|---|---|---|---|---|---|---|
| Meridian High | 1 | 1.6% | 143 | 10.7% | 10.3% | 6.88 | 144 |
| | | | | | | | |
| **District Totals by Ethnicity** | 6 | 2.0% | 374 | 7.6% | 7.3% | 3.89 | 380 |

Table 7: Comparison of African-American & Caucasian Students for OSS Events

| School Site | # of Caucasian Students Receiving 1 or more OSS Events | % of Caucasian Students receiving 1 or more OSS Events | # of African-American Students receiving 1 or more OSS Events | % of African-American Students receiving 1 or more OSS Events | % of Caucasian & African-American Students receiving 1 or more OSS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 14 | 4.3% | 4.1% | #DIV/0! | 14 |
| Oakland Heights | 2 | 20.0% | 14 | 4.5% | 5.0% | 0.22 | 16 |
| Parkview | 0 | 0.0% | 34 | 7.6% | 7.4% | #DIV/0! | 34 |
| Poplar Springs | 1 | 0.8% | 4 | 1.2% | 1.1% | 1.50 | 5 |
| TJ Harris | 0 | 0.0% | 16 | 2.7% | 2.6% | #DIV/0! | 16 |
| West Hills | 0 | 0.0% | 13 | 2.5% | 2.5% | #DIV/0! | 13 |
| **Middle Schools** | | | | | | | |
| Carver | 1 | 10.0% | 31 | 9.9% | 9.9% | 0.99 | 32 |
| Magnolia | 2 | 12.5% | 20 | 6.9% | 7.2% | 0.55 | 22 |
| Northwest | 0 | 0.0% | 36 | 8.1% | 7.6% | #DIV/0! | 36 |
| **High Schools** | | | | | | | |
| Meridian High | 2 | 3.1% | 145 | 10.9% | 10.5% | 3.49 | 147 |
| | | | | | | | |
| **District Totals by Ethnicity** | 8 | 2.6% | 327 | 6.7% | 6.4% | 2.55 | 335 |

Table 8: Comparison of African-American & Caucasian Students for 10 or more days OSS Removals

| School Site | # of Caucasian Students receiving 10 or more days of OSS | % of Caucasian Students receiving 10 or more days of OSS | # of African-American Students receiving 10 or more days of OSS | % of African-American Students receiving 10 or more days of OSS | % of Caucasian & African-American Students receiving 10 or more days of OSS | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

MPSD-011514

**EXHIBIT 3**

X

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| | | | | | | | |
| **District Totals by Ethnicity** | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

Table 9: Comparison of African-American & Caucasian Students for ISS & OSS Events Combined

| School Site | # of Caucasian Students receiving 1 or more ISS and/or OSS Events | % of Caucasian Students receiving 1 or more ISS and/or OSS Events | # of African-American Students receiving 1 or more ISS and/or OSS Events | % of African-American Students receiving 1 or more ISS and/or OSS Events | % of Caucasian & African-American Students receiving 1 or more ISS and/or OSS Events | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 7 | 2.2% | 2.1% | #DIV/0! | 7 |
| Oakland Heights | 0 | 0.0% | 4 | 1.3% | 1.2% | #DIV/0! | 4 |
| Parkview | 0 | 0.0% | 11 | 2.5% | 2.4% | #DIV/0! | 11 |
| Poplar Springs | 1 | 0.8% | 2 | 0.6% | 0.6% | 0.75 | 3 |
| TJ Harris | 0 | 0.0% | 3 | 0.5% | 0.5% | #DIV/0! | 3 |
| West Hills | 0 | 0.0% | 3 | 0.6% | 0.6% | #DIV/0! | 3 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 5 | 1.6% | 1.5% | #DIV/0! | 5 |
| Magnolia | 0 | 0.0% | 6 | 2.1% | 2.0% | #DIV/0! | 6 |
| Northwest | 0 | 0.0% | 9 | 2.0% | 1.9% | #DIV/0! | 9 |
| **High Schools** | | | 0 | | | | |
| Meridian High | 1 | 1.6% | 46 | 3.5% | 3.4% | 2.21 | 47 |
| | | | | | | | |
| **District Totals by Ethnicity** | 2 | 0.7% | 96 | 2.0% | 1.9% | 3.00 | 98 |

Table 10: Comparison of African-American & Caucasian Students for Placement at Alternative Site

**MPSD-011515**

**EXHIBIT 3**

| School Site | # of Caucasian Students placed at Alternative Site | % of Caucasian Students placed at Alternative Site | # of African-American Students placed at Alternative Site | % of African-American Students placed at Alternative Site | % of Caucasian & African-American Students placed at Alternative Site | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 2 | 0.6% | 0.6% | #DIV/0! | 2 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 7 | 1.6% | 1.5% | #DIV/0! | 7 |
| Poplar Springs | 0 | 0.0% | 3 | 0.9% | 0.6% | #DIV/0! | 3 |
| TJ Harris | 0 | 0.0% | 4 | 0.7% | 0.7% | #DIV/0! | 4 |
| West Hills | 0 | 0.0% | 1 | 0.2% | 0.2% | #DIV/0! | 1 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Magnolia | 1 | 6.3% | 1 | 0.3% | 0.7% | 0.05 | 2 |
| Northwest | 0 | 0.0% | 7 | 1.6% | 1.5% | #DIV/0! | 7 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | 29 | 2.2% | 2.1% | #DIV/0! | 29 |
| **District Totals by Ethnicity** | 1 | 0.3% | 55 | 1.1% | 1.1% | 3.43 | 56 |

Table 11: Comparison of African-American & Caucasian Students for Expulsion Events

| School Site | # of Caucasian Students receiving Expulsion | % of Caucasian Students receiving Expulsion | # of African-American Students receiving Expulsion | % of African-American Students receiving Expulsion | % of Caucasian & African-American Students receiving Expulsion | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 1 | 0.3% | 0.3% | #DIV/0! | 1 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |

MPSD-011516

**EXHIBIT 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| Meridian High | 1 | 1.6% | 12 | 0.9% | 0.9% | 0.58 | 13 |
| | | | | | | |
| **District Totals by Ethnicity** | 1 | 0.3% | 13 | 0.3% | 0.3% | 0.81 | 14 |

Table 12: Comparison of African-American & Caucasian Students for Arrests by Law Enforcement

| School Site | # of Caucasian Students Arrested by Law Enforcement | % of Caucasian Students Arrested by Law Enforcement | # of African-American Students Arrested by Law Enforcement | % of African-American Students Arrested by Law Enforcement | % of Caucasian & African-American Students Arrested by Law Enforcement | Risk Ratio between Caucasian & African-American Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | | | | | | | |
| Meridian High | 0 | 0.0% | | 0.0% | 0.0% | #DIV/0! | 2 |
| | | | | | | | |
| **District Totals by Ethnicity** | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 2 |

MPSD-011517

**EXHIBIT 3**

| Total School Enrollment | General Ed Enrollment | Percentage | SPED Enrollment | Percentage |
|---|---|---|---|---|
| 341 | 314 | 92.1% | 27 | 7.9% |
| 323 | 280 | 86.7% | 43 | 13.3% |
| 461 | 401 | 87.0% | 60 | 13.0% |
| 465 | 400 | 86.0% | 65 | 14.0% |
| 612 | 504 | 9.0% | 108 | 17.6% |
| 525 | 476 | 90.7% | 49 | 9.3% |
| | | | | |
| 323 | 287 | 88.9% | 36 | 11.1% |
| 307 | 274 | 89.3% | 33 | 10.7% |
| 471 | 432 | 91.7% | 39 | 8.3% |
| | | | | |
| 1,395 | 1,258 | 90.2% | 137 | 9.8% |
| | | | | |
| 5,223 | 4,626 | 88.6% | 597 | 11.4% |

**Table 13: Comparison of General & Special Education for ODR - Q2 (10/9/17 - 12/15/17)**

| School Site | # of General Education Students Receiving 1 or more ODR | % of General Education Students receiving 1 or more ODR | # of Special Education Students receiving 1 or more ODR | % of Special Education Students receiving 1 or more ODR | % of General Education & Special Education Students receiving 1 or more ODR | Risk Ratio between General Education & Special Education Students | Table 4 |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 38 | 12.1% | 4 | 14.8% | 12.3% | 1.22 | 42 |
| Oakland Heights | 23 | 8.2% | 5 | 11.6% | 8.7% | 1.42 | 28 |
| Parkview | 55 | 13.7% | 14 | 23.3% | 15.0% | 1.70 | 69 |
| Poplar Springs | 24 | 6.0% | 9 | 13.8% | 7.1% | 2.31 | 33 |
| TJ Harris | 61 | 12.1% | 8 | 7.4% | 11.3% | 0.61 | 69 |
| West Hills | 27 | 5.7% | 7 | 14.3% | 6.5% | 2.52 | 34 |
| **Middle Schools** | | | | | | | |
| Carver | 69 | 24.0% | 12 | 33.3% | 25.1% | 1.39 | 81 |
| Magnolia | 27 | 9.9% | 9 | 27.3% | 11.7% | 2.77 | 36 |
| Northwest | 95 | 22.0% | 8 | 20.5% | 21.9% | 0.93 | 103 |
| **High Schools** | 0 | | | | | | |
| Meridian High | 332 | 26.4% | 54 | 39.4% | 27.7% | 1.49 | 386 |
| **District Totals** | 751 | 16.2% | 107 | 17.9% | 16.4% | 1.10 | 881 |

Table 14: Comparison of Special Education & General Education Student for ISS Events

| School Site | # of General Education Students Receiving 1 or more ISS Events | % of General Education Students receiving 1 or more ISS Events | # of Special Education Students receiving 1 or more ISS Events | % of Special Education Students receiving 1 or more ISS Events | % of General Education & Special Education Students receiving 1 or more ISS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 25 | 8.0% | 1 | 3.7% | 7.6% | 0.47 | 26 |
| Oakland Heights | 10 | 3.6% | 1 | 2.3% | 3.4% | 0.65 | 11 |
| Parkview | 38 | 9.5% | 9 | 15.0% | 10.2% | 1.58 | 47 |
| Poplar Springs | 5 | 1.3% | 5 | 7.7% | 2.2% | 6.15 | 10 |
| TJ Harris | 39 | 7.7% | 5 | 4.6% | 7.2% | 0.60 | 44 |
| West Hills | 12 | 2.5% | 2 | 4.1% | 2.7% | 1.62 | 14 |
| **Middle Schools** | | | | | | | |
| Carver | 25 | 8.7% | 5 | 13.9% | 9.3% | 1.59 | 30 |
| Magnolia | 10 | 3.6% | 5 | 15.2% | 4.9% | 4.15 | 15 |
| Northwest | 36 | 8.3% | 3 | 7.7% | 8.3% | 0.92 | 39 |
| **High Schools** | | | | | | | |
| Meridian High | 129 | 10.3% | 15 | 10.9% | 10.3% | 1.07 | 144 |

**EXHIBIT 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| District Totals | 329 | 7.1% | 51 | 8.5% | 7.3% | 1.20 | 380 |

Table 15: Comparison of Special Education & General Education Student for OSS Events

| School Site | # of General Education Students Receiving 1 or more OSS Events | % of General Education Students receiving 1 or more OSS Events | # of Special Education Students receiving 1 or more OSS Events | % of Special Education Students receiving 1 or more OSS Events | % of General Education & Special Education Students receiving 1 or more OSS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 11 | 3.5% | 3 | 11.1% | 4.1% | 3.17 | 14 |
| Oakland Heights | 14 | 5.0% | 2 | 4.7% | 5.0% | 0.93 | 16 |
| Parkview | 26 | 6.5% | 8 | 13.3% | 7.4% | 2.06 | 34 |
| Poplar Springs | 2 | 0.5% | 3 | 4.6% | 1.1% | 9.23 | 5 |
| TJ Harris | 15 | 3.0% | 1 | 0.9% | 2.6% | 0.31 | 16 |
| West Hills | 7 | 1.5% | 6 | 12.2% | 2.5% | 8.33 | 13 |
| **Middle Schools** | | | | | | | |
| Carver | 24 | 8.4% | 8 | 22.2% | 9.9% | 2.66 | 32 |
| Magnolia | 16 | 5.8% | 6 | 18.2% | 7.2% | 3.11 | 22 |
| Northwest | 31 | 7.2% | 5 | 12.8% | 7.6% | 1.79 | 36 |
| **High Schools** | | | | | | | |
| Meridian High | 122 | 9.7% | 25 | 18.2% | 10.5% | 1.88 | 147 |
| **District Totals** | 268 | 5.8% | 67 | 11.2% | 6.4% | 1.94 | 335 |

Table 16: Comparison of Special Education & General Education Student for 10 or more days OSS Removals

| School Site | # of General Education Students Receiving 10 or more days of OSS | % of General Education Students receiving 10 or more days of OSS | # of Special Education Students receiving 10 or more days of OSS | % of Special Education Students receiving 10 or more days of OSS | % of General Education & Special Education Students receiving 10 or more days of OSS | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

MPSD-011519

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| High Schools | 0 | | | | | | |
| Meridian High | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| | | | | | | | |
| District Totals | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

Table 17: Comparison of Special Education & General Education Student for ISS & OSS Events Combined

| School Site | # of General Education Students Receiving 1 or more ISS and/or OSS Events | % of General Education Students receiving 1 or more ISS and/or OSS Events | # of Special Education Students receiving 1 or more ISS and/or OSS Events | % of Special Education Students receiving 1 or more ISS and/or OSS Events | % of General Education & Special Education Students receiving 1 or more ISS and/or OSS Events | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| Elementary Schools | | | | | | | |
| Crestwood | 6 | 1.9% | 1 | 3.7% | 2.1% | 1.94 | 7 |
| Oakland Heights | 4 | 1.4% | 0 | 0.0% | 1.2% | 0.00 | 4 |
| Parkview | 6 | 1.5% | 5 | 8.3% | 2.4% | 5.57 | 11 |
| Poplar Springs | 1 | 0.3% | 2 | 3.1% | 0.6% | 12.31 | 3 |
| TJ Harris | 3 | 0.6% | 0 | 0.0% | 0.5% | 0.00 | 3 |
| West Hills | 2 | 0.4% | 1 | 2.0% | 0.6% | 4.86 | 3 |
| Middle Schools | | | | | | | |
| Carver | 2 | 0.7% | 3 | 8.3% | 1.5% | 11.96 | 5 |
| Magnolia | 4 | 1.5% | 2 | 6.1% | 2.0% | 4.15 | 6 |
| Northwest | 7 | 1.6% | 2 | 5.1% | 1.9% | 3.16 | 9 |
| High Schools | | | | | | | |
| Meridian High | 42 | 3.3% | 5 | 3.6% | 3.4% | 1.09 | 47 |
| | | | | | | | |
| District Totals | 77 | 1.7% | 21 | 3.5% | 1.9% | 2.11 | 98 |

Table 18: Comparison of Special Education & General Education Student for Placement at Alternative Site

| School Site | # of General Education Students placed at Alternative Site | % of General Education Students placed at Alternative Site | # of Special Education Students placed at Alternative Site | % of Special Education Students placed at Alternative Site | % of General Education & Special Education Students placed at Alternative Site | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| Elementary Schools | | | | | | | |
| Crestwood | 2 | 0.6% | 0 | 0.0% | 0.6% | 0.00 | 2 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 6 | 1.5% | 1 | 1.7% | 1.5% | 1.11 | 7 |
| Poplar Springs | 3 | 0.8% | 0 | 0.0% | 0.6% | 0.00 | 3 |

**MPSD-011520**

**EXHIBIT 3**

| School Site | | | | | | |
|---|---|---|---|---|---|---|
| TJ Harris | 4 | 0.8% | 0 | 0.0% | 0.7% | 0.00 | 4 |
| West Hills | 1 | 0.2% | 0 | 0.0% | 0.2% | 0.00 | 1 |
| **Middle Schools** | | | | | | |
| Carver | 1 | 0.3% | 0 | 0.0% | 0.3% | 0.00 | 1 |
| Magnolia | 2 | 0.7% | 0 | 0.0% | 0.7% | 0.00 | 2 |
| Northwest | 7 | 1.6% | 0 | 0.0% | 1.5% | 0.00 | 7 |
| **High Schools** | | | | | | |
| Meridian High | 26 | 2.1% | 3 | 2.2% | 2.1% | 1.06 | 29 |
| **District Totals** | 52 | 1.1% | 4 | 0.7% | 1.1% | 0.60 | 56 |

Table 19: Comparison of Special Education & General Education Student for Expulsion Events

| School Site | # of General Education Students receiving Expulsion | % of General Education Students receiving Expulsion | # of Special Education Students receiving Expulsion | % of Special Education Students receiving Expulsion | % of General Education & Special Education Students receiving Expulsion | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **Middle Schools** | | | | | | | |
| Carver | 0 | 0.0% | | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 1 | 0.4% | 0 | 0.0% | 0.3% | 0.00 | 1 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| **High Schools** | 0 | | | | | | |
| Meridian High | 10 | 0.8% | 3 | 2.2% | 0.9% | 2.75 | 13 |
| **District Totals** | 11 | 0.2% | 3 | 0.5% | 0.3% | 2.11 | 14 |

Table 20: Comparison of Special Education & General Education Students for Arrests by Law Enforcement

| School Site | # of General Education Students Arrested by Law Enforcement | % of General Education Students Arrested by Law Enforcement | # of Special Education Students Arrested by Law Enforcement | % of Special Education Students Arrested by Law Enforcement | % of General Education & Special Education Students Arrested by Law Enforcement | Risk Ratio between General Education & Special Education Students | |
|---|---|---|---|---|---|---|---|
| **Elementary Schools** | | | | | | | |
| Crestwood | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |

**MPSD-011521**

**EXHIBIT 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Oakland Heights | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Parkview | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Poplar Springs | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| TJ Harris | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| West Hills | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Middle Schools | 0 | | | | | | |
| Carver | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Magnolia | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| Northwest | 0 | 0.0% | 0 | 0.0% | 0.0% | #DIV/0! | 0 |
| High Schools | 0 | | | | | | |
| Meridian High | 2 | 0.2% | 0 | 0.0% | 0.1% | 0.00 | 2 |
| District Totals | 2 | 0.0% | 0 | 0.0% | 0.0% | 0.00 | 2 |

MPSD-011522