# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

JOHN BARNHARDT, minor, by his
mother and next friend, MRS.
JULIA ANN BARNHARDT

THELMA COLE, minor, by her
mother and next friend, MRS.
DESSIE JEAN COLE

BERTHA CONLEY, CHARLES CONLEY
and SYLVESTER CONLEY, minors,
by their mother and next friend,
MRS. BERTHA CONLEY

MILDRED CURRY and ROSIE MARIE
CURRY, minors, by their mother
and next friend, MRS. MILDRED
CURRY

ANNIE PEARL DAVIS, JAMES MOORE,
JOHNNIE WEAVER,  PHYLLIS MOORE,
and J. B. MOORE, minors by their
mother and next friend, MRS.
WILLIE MAE DAVIS

EMRIDGE FALCONER and SANDRA FALCONER,
minors, by their mother and next
friend, MRS. JOHNNYE V. FALCONER

FREDDY FIKES, JIMMY LEE FIKES,
MARGIE FIKES and MARY FIKES, by
their mother and next friend,
MRS. LENOLIA FIKES

LAVALLE McCLINTON and GREGORY LAMAR
McCLINTON, minors, by their mother
and next friend, MRS. MARGIE FORD

BEVERLY ANNETTE FOY, minor, by her
mother and next friend, MRS. EARTHA
MAE FOY

LENRAY GANDY, LARRY MARTIN and LANCE
WILLIAMS, minors, by their mother and
next friend, MRS. ROSALEE GANDY

LEVAN MOSLEY, CHARLIE GORDON and LARRY
GORDON, minors, by their mother and
next friend, MRS. MARY E. GORDON

EDITH HOPKINS, GABRIEL HOPKINS and
LARRY HOPKINS, minors, by their
mother and next friend, MRS.
EMMA NELL GREEN

JIMMY DAVID GRIGGS, minor, by his
mother and next friend, MRS.
LEONA GRIGGS

EDWARD HELLEN, GLORIA ANN HELLEN
and LARRY HELLEN, minors, by their
mother and next friend, MRS.
GERTRUDE HELLEN


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 10 1965
Layce E. Wharton, Clerk
By _____ Deputy

ABBOT HENDERSON, ARTHUR HENDERSON,
LEO ALLEN and ROY HENDERSON, minors,
by their mother and next friend,
MRS. CREOLA HENDERSON

ALVIS HICKS, CLARA HICKS, MELVIN
HICKS and REGINALD HICKS, minors,
by their mother and next friend,
MRS. MARY HICKS

DORIS LEFLORE, GEORGETTE LEFLORE,
HENDERSON LEFLORE and KAREN LEFLORE,
minors, by their mother and next
friend, MRS. ROSALEE LEFLORE

QUEEN ESTHER LLOYD and ROSE LLOYD,
minors, by their father and next
friend, MR. JOHN C. LLOYD

ANNELL MATTHEWS, DALE MATTHEWS,
GAIL MATTHEWS and JERRY MATTHEWS,
minors, by their mother and next
friend, MRS. MARY L. MATTHEWS

JUANITA MOSLEY, MAURICE MOSLEY,
MELVIN MOSLEY and WALTER MOSLEY,
minors, by their mother and next
friend, MRS. BERTHA MOSLEY

JULIA ODOMS, OSCAR ODOMS, RONALD
ODOMS and ROSIE ODOMS, minors, by
their mother and next friend,
MRS. MARY FRANCIS ODOMS

JAMES JONES, ROSCOE JONES, minors,
by their grandmother and next friend;
and SAMUEL ROBINSON, minor, by his
mother and next friend, MRS. JOHNNIE
ROBINSON

MARGARET GLOVER, minor, by her
guardian and next friend, MRS. AGNES
AGNES SMITH,

Plaintiffs

v.

MERIDIAN SEPARATE SCHOOL DISTRICT;
DR. L. O. TODD, Superintendent of
Education, DR. J. O. CARSON,
Assistant Superintendent for
Instruction; PAUL L. FRANKLIN,
Assistant Superintendent for
Business Affairs; MARVIN WILLIAMS,
MRS. I. A. ROSENBAUM, JR.; OTHO
R. SMITH, J. L. NORTHAM, JR.;
ARCHIE McDONNELL, ELWOOD WILLIAMS
and PHILLIP GARRISON, members
of the Board of Trustees, their
agents, successors, employees and
all those in active concert
with them,

Defendants.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 10 1965
Leryce E. Wharton, Clerk
By _____
Deputy

CIVIL ACTION

NO. 1300 (8)

6

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 10 1965
Loryce E. Wharton, Clerk
By _____ Deputy

C O M P L A I N T

I

The jurisdiction of this Court is invoked pursuant to Title 28, United States Code, Section 1343(3).  This is a suit in equity authorized by law, Title 42, United States Code, §1983, to be commenced by any citizen of the United States or other persons within the jurisdiction thereof to redress the deprivation, under color of statute, ordinance, regulation, custom or usage of a State, of rights, privileges and immunities secured by the Constitution and laws of the United States.

II

The jurisdiction of this Court is invoked to secure protection of rights, privileges and immunities and to redress deprivation of rights, privileges and immunities secured by the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution.

III

This is a proceeding for a preliminary and permanent injunction enjoining The Meridian Separate School District, from continuing their policy, practice, custom and usage of operating compulsory biracial public school systems for the children residing in the City of Meridian, Mississippi.

IV

The plaintiffs in this case are set forth below:

| Minor Plaintiffs and Parents or Guardians | Age | Grade | School |
|---|---|---|---|
| 1. John Barnhardt minors, by their mother and next friend, Mrs. Julia Ann Barnhardt | 10 | 5 | Wechsler |
| 2. Thelma Cole minor, by her mother and next friend, Mrs. Dessie Jean Cole | 7 | 2 | West End |
| 3. Bertha Conley | 7 | 2 | West End |
| 4. Charles Conley | 9 | 4 | West End |
| 5. Sylvester Conley minors, by their mother and next friend, Mrs. Bertha Conley | 12 | 6 | West End |

-3-

7

| Minor Plaintiffs and Parents or Guardians | Age | Grade | School |
|---|---|---|---|
| 6. Mildred Curry | 8 | 3 | Wechsler |
| 7. Rosie Marie Curry | 6 | entering 1 | Wechsler |
| minors, by their mother and next friend, Mrs. Mildred Curry | | | |
| 8. Annie Pearl Davis | 13 | 7 | Carver |
| 9. James Moore | 9 | 4 | Mt. Barton |
| 10. Johnnie Weaver | 11 | 6 | Mt. Barton |
| 11. Phyllis Moore | 7 | 1 | Mt. Barton |
| 13. J. B. Moore | 5 | | Mt. Barton |
| minors, by their mother and next friend, Mrs. Willie Mae Davis | | | |
| 14. Emridge Falconer | 13 | 8 | Magnolia |
| 15. Sandra Falconer | 17 | 11 | Harris |
| minors, by their mother and next friend, Mrs. Johnnye V. Falconer | | | |
| 16. Freddy Fikes, | 10 | 5 | Mt. Barton |
| 17. Jimmy Lee Fikes | 8 | 3 | Mt. Barton |
| 18. Margie Fikes | 14 | 7 | Carver |
| 19. Mary Fikes | 12 | 6 | Mt. Barton |
| minors, by their mother and next friend, Mrs. Lenolia Fikes | | | |
| 20. Lavalle McClinton | 12 | 5 | Park View |
| 21. Gregory Lamar McClinton | 11 | 4 | Park View |
| 22. minors, by their mother and next friend, Mrs. Margie Ford | | | |
| Beverly Annette Foy | 6 | 1 | Mt. Barton |
| minor, by her mother and next friend, Mrs. Eartha Mae Foy | | | |
| 23. Lenray Gandy | 9 | 4 | Wechsler |
| 24. Larry Martin | 12 | 6 | Wechsler |
| 25. Lance Williams | 7 | 2 | Wechsler |
| minors, by their mother and next friend, Mrs. Rosalee Gandy | | | |
| 26. Levan Mosley | 13 | 3 | Parkview |
| 27. Charlie Gordon | 10 | 3 | Parkview |
| 28. Larry Gordon | 7 | 2 | East End |
| minors, by their mother and next friend, Mrs. Mary E. Gordon | | | |
| 29. Edith Hopkins | 7 | 1 | Wechsler |
| 30. Gabriel Hopkins | 9 | 3 | Wechsler |
| 31. Larry Hopkins | 10 | 3 | Wechsler |
| minors,bby their mother and next friend, Mrs. Emma Nell Green | | | |
| 32. Jimmy David Griggs | 11 | 6 | Wechsler |
| minor, by his mother and next friend, Mrs. Leona Griggs | | | |
| 33. Edward Hellen | 7 | 1 | West End |
| 34. Gloria Ann Hellen | 5 | | |
| 35. Larry Hellen | 8 | 3 | West End |
| minors, by their mother and next friend, Mrs. Gertrude Hellen | | | |
| 36. Abbot Henderson | 16 | 10 | Harris |
| 37. Arthur Henderson | 14 | 8 | Magnolia |
| 38. Leo Allen | 15 | 9 | Magnolia |
| 39. Roy Henderson | 12 | 6 | Park View |
| minors, by their mother and next friend, Mrs. Creola Henderson | | | |

8

| Minor Plaintiffs and Parents or Guardians | Age | Grade | School |
|---|---|---|---|
| 40. Alvis Hicks | 11 | 6 | West End |
| 41. Clara Hicks | 7 | 2 | West End |
| 42. Melvin Hicks | 9 | 3 | West End |
| 43. Reginald Hicks | 10 | 5 | West End |
| minors, by their mother and next friend, Mrs. Mary Hicks | | | |
| 44. Doris Leflore | 7 | 1 | East End |
| 45. Georgette Leflore | 13 | 8 | Magnolia |
| 46. Henderson Leflore | 12 | 7 | Magnolia |
| 47. Karen Leflore | 4 | | |
| minors, by their mother and next friend, Mrs. Rosalee Leflore | | | |
| 48. Queen Esther Lloyd | 8 | 3 | Wechsler |
| 49. Rose Lloyd | 13 | 8 | Carver |
| minors, by their father and next friend, Mr. John C. Lloyd | | | |
| 50. Annell Matthews | 10 | 4 | Wechsler |
| 51. Dale Matthews | 12 | 6 | Wechsler |
| 52. Gail Matthews | 12 | 6 | Wechsler |
| 53. Jerry Matthews | 13 | 7 | Magnolia |
| minors, by their mother and next friend, Mrs. Mary L. Matthews | | | |
| 54. Juanita Mosley | 9 | 4 | Mt. Barton |
| 55. Maurice Mosley | 6 | | |
| 56. Melvin Mosley | 18 | 12 | Harris |
| 57. Walter Mosley | 21 | | |
| minors, by their mother and next friend, Mrs. Bertha Mosley | | | |
| 58. Julia Odoms | 15 | 6 | Parkview |
| 59. Oscar Odoms | 13 | 5 | Wechsler |
| 60. Ronald Odoms | 14 | 5 | Wechsler |
| 61. Rosie Odoms | 16 | 6 | Wechsler |
| minors, by their mother and next friend, Mrs. Mary Francis Odoms | | | |
| 62. James Jones | 16 | 11 | Harris |
| 63. Roscoe Jones | 18 | 12 | Harris |
| minors, by their grandmother and next friend, Mrs. Johnnie Robinson | | | |
| 64. Samuel Robinson | 17 | 11 | Harris |
| minor, by his mother and next friend, Mrs. Johnnie Robinson | | | |
| 65. Margaret Glover | 6 | 1 | West End |
| minor, by her guardian and next friend, Mrs. Agnes Smith | | | |

V

Plaintiffs are all members of the Negro race. They bring this action on their own behalf and on behalf of all other Negro children and parents in the city of Meridian, Lauderdale County, Mississippi, who are similarly situated and affected by the policies, practices, customs and usages complained of herein. Plaintiffs are all citizens of the United States and of the State of Mississippi, residing in the City of Meridian, Lauderdale County, Mississippi. The minor plaintiffs and other minor Negro children similarly situated are eligible to attend and are presently attending public schools in the City of Meridian, Mississippi, which schools are under the jurisdiction, management and control of the defendants and which are all limited by defendants to attendance by Negro children, pursuant to the policy, practice, custom and usage of defendants of operating a compulsory biracial school system. The members of the class on whose behalf plaintiffs sue are so numerous as to make it impracticable to bring them all individually before this Court, but there are common questions of law and fact involved, common grievances arising out of common wrongs. A common relief is sought for each plaintiff and for each member of the class. The plaintiffs fairly and adequately represent the interest of the class.

VI

Defendants in this case are The Meridian Separate School District, organized and existing under the laws of the State of Mississippi; Dr. L. O. Todd, County Superintendent of Education; Dr. J. O. Carson, Assistant Superintendent for Instruction; Paul L. Franklin, Assistant Superintendent for Business Affairs; Marvin Williams, Mrs. I. A. Rosenbaum, Jr., Otho R. Smith, J. L. Northam, Jr., Archie McDonnell, Elwood Williams and Phillip Garrison, members of the Board of Trustees.

VII

Plaintiffs allege that defendants herein, acting under color of authority vested in them by the laws of the State of Mississippi, have pursued and are presently pursuing a policy, custom, practice

and usage of operating the public schools of the City of Meridian
Lauderdale County, Mississippi, on a racially segregated basis.
More particularly, plaintiffs allege that:

(a)  the racially segregated school systems came into
existence pursuant to the requirements of State law, and are
presently continued, perpetuated and maintained by defendants as
a matter of State law, policy, custom and usage:

(b)  the Meridian Separate School District maintains
12 white secondary schools

(1)  Meridian High School
(2)  Kate Griffin Junior High School
(3)  Northwest Junior High School
(4)  Witherspoon School
(5)  Chalk School
(6)  Oakland Heights School
(7)  Poplar Springs School
(8)  West Hills School
(9)  South Side School
(10) Marion Park School
(11) Tuxedo School
(12) Highland School

The defendant Board of Trustees also maintains one white junior
college, The Meridian Junior College.

Each of these schools is limited to attendance by white pupils
only and are staffed by white teachers, white principals and other
white professional personnel and regardless of location, these
schools may be attended by white pupils only.

(c)  Defendant Meridian Separate School District also
maintains seven Negro schools:

(1)  Carver Junior High School
(2)  Magnolia School
(3)  Parkview School
(4)  East End Elementary School
(5)  Mount Barton School
(6)  Wechsler School
(7)  West End Elementary School

Defendant Board also maintains one Negro junior college, Harris
Junior College.

Each of these schools is limited to attendance by Negro pupils.
They are staffed by Negro principals, Negro teachers and other Negro
professional personnel.  Regardless of location, these schools may
be attended by Negro children only.

VIII

The assignment of professional personnel in the defendant
school systems is determined solely by the race and color of the

-7-

**11**

children attending the particular school and the race and color of the personnel to be assigned.

IX

Defendants assign pupils to schools in accordance with either a dual set of school zone lines or pursuant to policies, practices and procedures which result in all white children of elementary school age being assigned to white elementary schools and all Negro children of elementary school age being assigned to Negro elementary schools. All Negro elementary schools "feed into" the all Negro high schools while all white elementary schools "feed into" the all white high schools.

X

All curricular and extra-curricular activities and school programs are conducted on a racially segregated basis, and plaintiffs allege and believe that the quality and quantity of such activities and of education generally as provided by the defendant Boards to plaintiffs and members of their class is highly inferior to that provided white children.

XI

Budgets relating to school operation contain racial designations reflecting the compulsory biracial policy followed by defendants. All new construction plans proposed, adopted and executed by defendants are based upon the fact that there is in operation a compulsory biracial system of schools. All funds appropriated and expended by defendants are also appropriated and expended by defendants separately for Negro schools and separately for white schools.

XII

The children attending white schools in the City of Meridian, Lauderdale County, Mississippi are provided a superior education by defendants than is offered to Negro children attending Negro schools:

(a) The scholastic program offered in the Negro schools is distinctly inferior to that provided in the white schools, and

-8-

is taught in schools inadequate in size and facilities.  The average
class size in Negro schools is much greater than an average
class in white schools.

(b)  White teachers are more highly trained than
Negro teachers.

(c)  White teachers are more highly paid than
Negro teachers.

(d)  More white teachers are provided per white child
in attendance than per Negro child in attendance in the de-
fendants' schools.

(e)  More money is spent for instruction of white
children than Negro children.

XIII

The defendants' policies, practices, customs and usages
of racial segregation herein detailed are manifestations of a
State policy to maintain racial segregation in the public schools,
which policy is  amply reflected in the Constitution and statutes
of the State of Mississippi requiring segregation or aiding in
the maintenance of segregation:

(a)  Article 8, §207, Mississippi Constitution, re-
quires maintenance of separate schools for white and colored
children;

(b)  §3841.3, Mississippi Code Annotated, authorizes
the Attorney General to represent school officials in suits
challenging validity of school operation;

(c)  §4065.3, Mississippi Code Annotated, authorizes
the entire executive branch to prohibit by all lawful means the
racial integration of public schools and other public facilities;

(d)  6220.5, Mississippi Code Annotated, forbids
attendance of whites with Negroes in any public schools of high
school or lower level on penalty of fine,  jail or both;

(e)  §6334-11, Mississippi Code Annotated, forbids
enrollment of children in any school except that to which assigned
or transferred according to state statute.

-9-

XIV

April 13, 1965, Negro parents residing in the City of
Meridian, Mississippi, sent a letter and petition to Defendant
Marvin Williams, chairman of Defendant Board of Trustees and De-
fendant Todd, Superintendent of Education of the City of Meridian
stating that they are "extremely concerned that the City has as
yet taken no steps to comply with the law by integrating its
school system." The parents requested that the Board take immediate
action to comply with the 1954 United States Supreme Court
decision in Brown v. Board of Education. They also requested a
meeting with the Board to discuss desegregation of the schools.

XV

September 4, 1964, a number of Negro parents sought transfers
for their children to "white" schools.

1.  Plaintiff Mrs. Grace Lloyd attempted to transfer her
daughter Queen Ester Lloyd to all white Highland Park School. No
action was taken on her transfer application. (see attached affi-
davit of Mrs. Grace Lloyd).

2.  Plaintiff Mrs. Margie Ford attempted to transfer her
two children Gregory McClinton and Levalle McClinton to all-white
Marion Park School. The white principal, Mrs. Parker Price, re-
fused to accept the transfer application. (see attached affidavit
of Mrs. Margie Ford).

3.  Plaintiff Mrs. Julia Ann Barnhardt attempted to trans-
fer her son Johnny Barnhardt to all white Chalk School. The
principal refused to accept him (see attached affidavit of Mrs.
Julia Ann Barnhardt).

4.  Plaintiff Mrs. Emma Nell Green attempted to enroll her
three children at Chalk School and was refused. (see attached
affidavit of Mrs. Emma Nell Green.)

5.  Plaintiff Mrs. Lenolia Fikes attempted to enroll her two
children at all white Southside School. Her transfer applications
were refused. (See attached affidavit of Mrs. Lenolia Fikes.)

6.  Plaintiff Mrs. Agnes Smith attempted to enroll her
daughter in Chalk School. She was refused. (See attached affidavit
of Mrs. Agnes Smith.)

14

7. Mrs. Johnnye Falconer attempted to enroll her daughter at an all white high school and was refused. After questioning whether Mrs. Falconer and her husband lived together, a school official told Plaintiff Sandra Falconer "we cannot accept you in this school" and showed them out.

8. Ralph Darden and Artie Sims, Negro students in the City of Meridian on September 14, 1964, attempted to register at all white Kate Griffin Junior High School. They filled out transfer applications but were instructed that they could not be accepted. No explanation was given.

9. Mrs. Hilda Rimpson, a Negro citizen residing in the City of Meridian attempted to register her seven year old daughter at all white Whitherspoon School. The registrar refused to enroll the child. (See attached affidavit of Mrs. Hilda Rimpson.)

10. Several other Negro parents and pupils attempted to register at all white schools in September, 1964. All were refused.

## XVI

Plaintiffs have not sought to utilize the provisions of the State Pupil Assignment Act as adopted in 1954, Mississippi Code Annotated, §§6334-01 - 6334-07, and submit that the exhaustion of remedies provided by this Act would prove futile and inadequate, in view of the State policy as illustrated by the State statutes detailed above and the policy of defendants, to provide the relief which plaintiffs seek here. Moreover, plaintiffs, by petitions and by prior transfer applications have placed defendant Board and defendant Superintendent of Education on notice of their desire to have the schools desegregated in the City of Meridian.

## XVII

Plaintiffs and members of the class which they represent, are injured by the refusal of defendants to cease operation of a compulsory biracial school system in the City of Meridian, Lauderdale County, Mississippi. The operation of a compulsory biracial school system violates rights of the plaintiffs and members of their class which are secured by the Due Process and

-11-

15

and Equal Protection Clauses of the Fourteenth Amendment to the Constitution of the United States.  The plaintiffs, and members of their class, are injured by the policy of assigning teachers, principals and other professional school personnel on the basis of the race and color of the person to be assigned and the race and color of the children attending a particular school.  The injury which plaintiffs and members of their class suffer as a result of the operation of compulsory biracial school systems is irreparable and shall continue to irreparably injure plaintiffs and their class until enjoined by this Court.  Any other relief to which plaintiffs and those similarly situated could be remitted would be attended by such uncertainties and delays as to deny substantial relief, would involve a multiplicity of suits, cause further irreparable injury and occasion damage, vexation and inconvenience, not only to plaintiffs and those similarly situated but to defendants as public officials.

WHEREFORE, plaintiffs respectfully pray that this Court advance this cause on the docket and order a speedy hearing of this action according to law and after such hearing enter a decree enjoining defendants, their agents, employees, successors, and all persons in active concert and participation with them from refusing to admit plaintiffs and all members of their class requesting such assignments to the nearest white school they are eligible to enter no later than the start of the 1965-66 school year; and further enjoin defendants from:

(a)  continuing to maintain a dual scheme and/or pattern of school zone lines or attendance area lines based on race or color;

(b)  operating a compulsory biracial school system in the City of Meridian, Lauderdale County, Mississippi;

(c)  assigning pupils to schools in the City of Meridian, Lauderdale County, Mississippi, on the basis of race and color of the pupils;

(d)  assigning teachers, principals and other professional school personnel to the schools of the City of Meridian, Lauderdale County, Mississippi, on the basis of the race and color of the person to be assigned and the race and color of the children attending the school to which such personnel is to be assigned;

16

(e)  approving budgets, making available funds, approving employment and construction contracts, and approving policies, curricula and programs which are designed to perpetuate or maintain or support compulsory racially segregated schools;

2.  Plaintiffs pray that this Court will allow them their costs herein and grant such further, other, additional or alternative relief, including reasonable attorney's fees, as may appear to the Court to be equitable and just.

Respectfully submitted,

CARSIE A. HALL
JACK H. YOUNG
    538½ North Farish Street
    Jackson, Mississippi

JACK GREENBERG
DERRICK A. BELL, JR.
MELVYN ZARR
    10 Columbus Circle
    New York, New York  10019

Attorneys for Plaintiffs

-13-

# A F F I D A V I T

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

NAME   Mrs. Grace Lloyd _____   AGE __47__

ADDRESS   1818 30th Ave., Meridian _____

OCCUPATION   beautician _____   PHONE   3-3139 _____

Being duly sworn deposes and says: to wit: I am a citizen of the United States of America and am a Negro  participant in civil rights and desegregation work.

On (day) Friday , (month) September, (date) 4 , 19 64 , at about 8:30 time, the following happened:

I took my daughter, Queen Ester Lloyd, age 7, to register in the third grade at Highland Park School. The registrar had us fill out registration cards. She then asked xx us if we had transfers. She told us we had to have a transfer. I asked her if we could bring the transfer back. She didn't answer, but said she would call us.

I then went to Wechsler Colored School where we got the transfer. I then took it over to Highland Park School and gave it to the same lady that waited on me the first time. She said that is what she wanted and that she accepted it.

Signed: _Mrs Grace Lloyd_

Sworn to and signed before me this ___ day of _____ , 19___ .

My commission expires:                     Signed: _____
                                              (notary public)

# A F F I D A V I T

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

**NAME** Margie Ford                                                      **AGE** 30

**ADDRESS** 2128 22nd Ave. Meridian

**OCCUPATION** housewife                                      **PHONE** 54750

Being duly sworn deposes and says: to wit: I am a citizen of the United
States of America and am a Negro  participant in civil rights and desegregation
work.

On **(day)** 4th       , **(month)** September    , **(date)**         , 19 64 , at

about 8:30 a.m.  time, the following happened:

We went over there, to Marion Park School. Johnnie Ruth Harris, my two
kids, Gregory McClinton and Levalle McClinton, and myself. Shirley Fay
Harris and Jacqueline Harris went along with me. We had to wait to see
the principal. Her name is Mrs. Parker Price. She told me that I would
have to have a transfer from Magnolia Jr. High before my kids could be
registered, so we left. Dr. Moldovan told us that we did not need a trans-
fer and sent us back. When we got back she told us that we would have to
have a transfer and I told her that we didn't need a transfer since the
schools were in the same district, and she told me that she could not accept
us, and I asked her if she couldn't accept us because we didn't have the
transfer. She said she couldn't accept us period. And we left.

Gregory is 10 years old and Lavelle is 12. When we entered the second time
and advised Mrs. Price that we did not need the transfer, she wanted to know
who told us this. We told her that the principal of Magnolia told us that.
She said this was not so, that all schools have to have transfers before
they accept children from other schools.

At 12:30 I went to Magnolia Jr. High and obtained a transfer
for each of the children. I returned to the Marion Park School
at approximately 2:00 p.m., and gave the transfers to Mrs. Price.
She said, "I don't want this. Take these back where you got them
from. I don't want them." "I don't want you at all." I asked
her why? Was it because we were black? She said she didn't have
anything to say, that she would make no comments, but that she
would not enroll the children. Mrs. Price shouted these words
so loudly that the police started to enter the building. It was
apparent that he could hear her from the outside of the building.

Signed: *Margie Ford*

Sworn to and signed before me this       day of September      , 1964.

My commission expires:                    Signed: *Mattie P. Barle*
*Mar. 8, 1968*                              (notary public)

19

<u>A F F I D A V I T</u>

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

NAME        Julia Ann Barnhardt                                    AGE  26

ADDRESS      3416 Davis Street, Meridian

OCCUPATION    Housewife                        PHONE  35525

Being duly sworn deposes and says: to wit: I am a citizen of the United
States of America and am a Negro participant in civil rights and desegregation
work.

On (day) 4th        , (month) September    , (date)            , 19 64, at

about   8:30 a.m. time, the following happened:


I took my child, Johnny Barnhardt, age 10, to the Chalk
School.  The principal asked me my little boy's name and
what school did he go to last year.  And they asked me my
name and my husband's name and did I finish school and what
grade did I stop in. And I told them I stopped in the 10th
and they asked me the same thing about my husband and I told
them he stopped in the 11th grade.  And then she me "I can't
accept you. That will be all.  You are excused".  I asked her
why and she said "I have no further comment. You are excused."
I then left.

I then went to the Superintendent of School's office and he
asked me my name and I told him, and asked him what did I want
to see him for.  I told him I wanted to see him about getting
my kid registered in school.  He said "Well, I don't register
them here in school".  I told him that the principal of Chalk
school had sent us here.  He said "Well I can't help you here,"
and then told his secretary to see us to the door.  I said
thank you and walked out.


Signed: *Julia Ann Barnhardt*

Sworn to and signed before me this 4th day of *September*, 19 64.

My commission expires:                  Signed: *notary signature*
                                              (notary public)

*March 8, 1968*

20

# A F F I D A V I T

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

NAME ___Emma Nell Green_____ AGE _24_

ADDRESS ___3412 Davis St., Meridian_____

OCCUPATION ___Housewife_____ PHONE _35525_____

Being duly sworn deposes and says: to wit: I am a citizen of the United
States of America and am a Negro participant in civil rights and desegregation
work.

On (day) _4th_____, (month) September , (date) _____, 1964_, at

about ___8:30____ time, the following happened:

I took my three children, Larry Hopkins, age 9, Gabriel Hopkins,
age 9, Edith B. Hopkins, age 7 to the Chalk School. She, the
principal, let me and two other women into a room. She wore
a pin which indicated that she was the principal. She took
the name, address, and previous school, information about my
schooling. After talking to the other woman, she told me that
my kids were not accepted. When I asked her why, she said she
did not have another statement to make, That I would have to
see the Superintendent of Schools. I then left.

I went to the Superintendent's office and told him what the
principal had told me. He said, "No, she didn't tell you that.
You must have misunderstood." "You don't have the necessary
papers." I asked what papers I needed and he said I needed
transfers. I told him okay and thank you. I left then.

Signed: *Emma Nell Green*

Sworn to and signed before me this __ day of _September_____, 1964,

My commission expires:                    Signed: _____
_March 8,1968_                                    (notary public)

A F F I D A V I T

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

NAME   Mrs. Lenolia Fikes                                        AGE 35

ADDRESS   1016 Royal Alley, Meridian

OCCUPATION   Housewife                         PHONE   3-6088

Being duly sworn deposes and says: to wit: I am a citizen of the United
States of America and am a Negro participant in civil rights and desegregation
work.

On (day) 4th , (month) September , (date)          , 1964 , at

about   8:30   time, the following happened:

Rev. Johnny Barbour and I, and my two children, Jimmy and Mary,
age 8 and 12 respectively, went to the Southside School.  The
receptionist referred me to the Principal, who took me
into her office.  She went and got some cards and filled them
out, asking the children's names, ages, and grade.  After she
taken my name and address, she told me to get a transfer from
Mt. Barton School.  I went back to Mt. Barton and the principal,
Miss Robison, gave me the run around.  She told me that she did
not have any transfers and that I would have to wait and then
she told me to go to an adjoining room from her office and told
the lady who was with her to shut the door.  I could hear
her dialing the phone.  Then she came into the room and said
"I thought all the parents liked our school down here.  What's
wrong with our school?"  I said it was all right but the
Southside school is closer and the water gets up around Mt.
Barton School.  She said "If you get a transfer, you might
transfer your children over there and they might not have enough
room"  I then told her that the principal of Southside school
had told me to get a transfer.  She then said that I might have
to wait, and she did not know how long I would have to wait,
it would probably be a half hour or more.  I went outside to
talk to my friends and when I returned she was writing out
the transfers.  I waited and then carried the transfers back
to the Southside School, and the principal there told me she
could not accept them, but said that she wanted to keep the
transfers for future reference.  I said thank you and left
the transfers with her.

Signed: *Mrs Lenolia Fikes*

Sworn to and signed before me this     day of September     , 19 64 .

My commission expires:                    Signed: *[notary signature]*
                                                 (notary public)

March 8, 1968

22

A̲F̲F̲I̲D̲A̲V̲I̲T̲

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE


NAME   Mrs. Agnes Smith _____ AGE  45

ADDRESS   304 49th Ave., Meridian _____

OCCUPATION  housewife _____ PHONE  3-1263 ___

Being duly sworn deposes and says: to wit: I am a citizen of the United
States of America and am a Negro  participant in civil rights and desegregation
work.

On (day) Friday _____ , (month)  September , (date)  4 _____ , 19 64 , at

about   8:30 _____ time, the following happened:

    (grandmother)
    I am the ~~mother~~ of Margaret Marcell Glover, who will be six years old
in December. ~~Wh~~ I took her to register for first grade at the Chalk School.
The principal of the school took my name and that of the child and our
address. She then said, "I can not accept her. If you xxxx want to know
anything else you will have to see the superintendent." She said she
would not give me any more information.
    I then went to see Superintendent Todd. He asked me my name and the child's
name. He told me she is not my child and asked me where the mother is. I
told him she was in Fort Wayne, Indiana but that the child had been left
with me and has always lived with me. He xxxx said I could not send the
child to school here in Meridian, but would have to send her to school up
there. I said she lived here all her life and where was I to send her. He
said that was a problem He asked me what school I took her to. I said Chalk.
He said what school would I have taken her to if those people had not talked
me into it. I said no one talked me into anything, I was bringing her to the
nearest school. He repeated the question, what school would I really go to,
and I told him to in whatever school was the nearest one, which I had gone
to.  Then he said, "Well I'm not registering." When I told him the principal
sent me and I wanted to know whether she could go to Chalk School he said,
"I don't have anything more to tell in you." When I asked him again he said
the same thing and so I left.


Signed: *Mrs Agnes Smith*

Sworn to and signed before me this 4th day of *September* , 19 64 .

My commission expires:                    Signed: *_____*
                                                           (notary public)
*March 8, 1968*

# A F F I D A V I T

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

NAME  Mrs. Hilda Rimpson                                                     AGE  43

ADDRESS  1813 5th Ave., Meridian

OCCUPATION  nurses aid                                        PHONE  483-2143

Being duly **sworn deposes and says: to wit:** I am a citizen of the United
States of America and am a Negro  participant in civil rights and desegregation
work.

On **(day)** Friday      , **(month)** September    , **(date)**    4     , 19_64_ , at

about _8:45 a.m._ time, the following happened:

I took my daughter, Sylvia Rimpson, age 7, to register for the second
grade at the Witherspoon School.  As we approached the steps three white
men were standing there.  They would let the white students in, but blocked
our entrance.  We asked them to let us pass, but they said there are other
doors and continued to block the path.  A policeman then came up and told
them to let us through which they then did do.
    The registrar filled out a card with the child's name and address, age
and grade.  She then stood and said, "You know I can not register you."  I
asked why.  She said that from where I live East End Colored School is
nearest to me.   We then left.

Signed: *Mrs. Hilda Rimpson*

Sworn to and signed before me this ___ day of _September_ , 19_64_.

My commission expires:                          Signed: _____
                                                         (notary public)

March 8, 1968