Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Barnhardt, et al.

                        Plaintiff

v.

                                                                          CIVIL ACTION
                                                                            NO. 4:65-cv-1300-HTW-LRA

Meridian Municipal Separate School District,

                        Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Alexis Johana Hoag

      Firm Name: NAACP Legal Defense & Educational Fund, Inc.

      Office Address: 40 Rector Street, 5th Floor

      City: New York     State NY     Zip 10006

      Telephone: (212) 965-2200     Fax: (212) 226-7592

      E-Mail: ahoag@naacpldf.org

(B) Client(s): John Barnhardt et al.

      Address: 3331 Davis Street

      City: Meridian     State MS     Zip 39301

      Telephone:     Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

   __X__ State of New York

   _____ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court, State of New York, Appellate Division, Second Department

45 Monroe Place

Brooklyn, NY 11201

Clerk's Office, (718) 722-6324

https://www.nycourts.gov/courts/ad2/contactus.shtml

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Tennessee Courts | May 2010 |
| Tennessee Western District Court | May 2011 |
| Tennessee Middle District Court | April 2012 |
| United States Supreme Court | July 2016 |

|     |     | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? |  | X |
|     | Have you had admission pro hac vice revoked in this state? |  | X |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? |  | X |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |  | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)  Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| **N/A** | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J) Please provide the following information about the resident attorney who has been associated for this case:

| Name and Bar Number | Fred Banks, MS Bar No. 1733 |
|---|---|
| Firm Name: | Phelps, Dunbar |
| Office Address: | 4270 I-55 North |
|  | City: Jackson    State: MS    Zip: 39211 |
|  | Telephone: 601-360-9536    Fax: 601-360-9777 |
| Email address: | Fred.banks@phelps.com |

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

06/26/2018
Date


Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 2nd day of July, 2018.

_____
Resident Attorney

6