THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, ET AL.                                                    PLAINTIFFS

and

UNITED STATES OF AMERICA                                      PLAINTIFF INTERVENOR

v.                                                           CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.                                                   DEFENDANTS

---

### Unopposed Motion for Extension of Time

---

Meridian Public School District requests an extension of time to file its responsive pleading to the Private Plaintiffs' Motion to Add Named Plaintiffs and in support states as follows:

1.      The Private Plaintiffs' Motion to Add Named Plaintiffs, [68], was filed on June 27, 2018.  The District's responsive pleading is due July 11, 2018.

2.      The District served Private Plaintiffs with its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission on June 22, 2018.  [64].  The Private Plaintiffs' responses to discovery were originally due July 23, 2018; however, the District has agreed to an extension until July 30, 2018, for the Private Plaintiffs to respond.

3.      The District believes receipt of the Private Plaintiffs' discovery responses will aid it in evaluating its position on the Private Plaintiffs' Motion to Add Additional Named Plaintiffs and has, therefore, requested an extension of time to respond to the Motion until seven days after receipt of the Private Plaintiffs' discovery responses.

4.      The District, therefore, requests the Court enter an order extending the District's time to respond to the Private Plaintiffs' Motion to Add Additional Named Plaintiffs to August 8, 2018, or seven days after receipt of the Private Plaintiffs' responses to discovery, whichever is later.

5.      This Motion is not made for the purposes of harassment or delay and is unopposed by counsel for the Private Plaintiffs.

Respectfully submitted, this 10th day of July, 2018.

**MERIDIAN PUBLIC SCHOOL DISTRICT**


/s/  John S. Hooks

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
E-mail:  Holmes.Adams@arlaw.com
         John.Hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840
E-Mail: JCompton@witherspooncompton.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this date, I filed electronically the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of filing to all registered counsel of record.

Dated:  July 10, 2018.

/s/  John S. Hooks