FORM 2(b) (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

Plaintiffs,

and

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al.,

Defendants.

CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA-1300-HTW

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO: All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

_____ Interrogatories to: ______________________________

_____ Requests for Production of Documents to: ______________________________

_____ Requests for Admissions to: ______________________________

_____ Responses to Interrogatories of: ______________________________

FORM 2(b) (ND/SD MISS. DEC. 2011)

____ Responses to Requests for Production of Documents of: ______________________

✔ Responses to Requests for Admissions of: Defendants, Meridian Municipal Separate School District

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

July 30, 2018
Date

Signature

Natasha Merle, 48247
Typed Name & Bar Number