FORM 2(b) (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al.

    Defendants.

CIVIL ACTION
No. 4:65-CV-01300-HTW-LRA-1300-HTW

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**To:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_\_ Interrogatories to: _____

\_\_\_\_\_ Requests for Production of Documents to: _____

\_\_\_\_\_ Requests for Admissions to: _____

\_\_\_\_\_ Responses to Interrogatories of: _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

✔ Responses to Requests for
Production of Documents of:     <u>Defendants, Meridian Municipal Separate School District</u>

___ Responses to Requests for
Admissions of:                  _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

<u>July 30, 2018</u>                         _____
Date                                         Signature

                                             <u>Natasha Merle, 48247</u>
                                             Typed Name & Bar Number