THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**
**PLAINTIFFS**

and

**UNITED STATES OF AMERICA**                                **PLAINTIFF INTERVENOR**

v.                                                                            **CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, ET AL.**                                                **DEFENDANTS**

**Joint Agreed Scheduling Order**

This court held a status conference in this matter to establish a schedule for the remainder of this lawsuit, as well as to determine what matters the parties contended were still outstanding. During that hearing the parties expressed vastly different desired schedules and this court ordered them to come to an agreed schedule for the remainder of this lawsuit. The parties complied and forwarded a schedule. Accordingly, this Court sets the following deadlines with respect to the Meridian Public School District's March 29, 2018, Motion for Unitary Status, [53]:

1. **November 16, 2018:** The parties will complete all fact discovery**.**  By this date, the plaintiff parties will also notify the District of any specific objections to unitary status and whether expert testimony will be offered.

2. **November 30, 2018:** The plaintiff parties will designate expert witnesses and provide all disclosures required under Federal Rule of Civil Procedure 26(a)(2).

3. **December 17, 2018:** The District will designate expert witnesses and provide all disclosures required under Federal Rule of Civil Procedure 26(a)(2).

4. **January 15, 2019:** Deadline for the parties to depose designated expert witnesses.

5. Witness lists, exhibit lists, and electronic copies of exhibits will be exchanged no later than fourteen days before the Fairness Hearing.

6. This court will hold a Unitary Status Hearing on the Meridian Public School District's motion for unitary status on **February 4, 2019.**

**SO ORDERED this the 18th day of September, 2018.**

                **s/ HENRY T. WINGATE**
                **UNITED STATES DISTRICT COURT JUDGE**