# Ethnicity Totals as of 09/05/2018

### Ethnicity counts of active enrollments on 09/05/2018

| School | Grade | African American | | | Asian | | | Caucasian | | | Hispanic | | | Hispanic or Latino | | | Multi-Racial | | | Native American | | | No Race/Ethnicity filled in | | | Pacific Islander | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | |
| CMS | 6 | 67 | 54 | 121 | 0 | 0 | 0 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 129 |
| CMS | 7 | 52 | 60 | 112 | 0 | 0 | 0 | 3 | 3 | 6 | 0 | 0 | 0 | 2 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 124 |
| CMS | 8 | 49 | 48 | 97 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99 |
| CES | -1 | 11 | 7 | 18 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| CES | 0 | 12 | 18 | 30 | 0 | 0 | 0 | 2 | 2 | 4 | 1 | 0 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 39 |
| CES | 1 | 21 | 20 | 41 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| CES | 2 | 20 | 20 | 40 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 5 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| CES | 3 | 22 | 27 | 49 | 0 | 0 | 0 | 2 | 1 | 3 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 |
| CES | 4 | 20 | 19 | 39 | 0 | 0 | 0 | 1 | 2 | 3 | 1 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| CES | 5 | 32 | 21 | 53 | 0 | 0 | 0 | 4 | 1 | 5 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 |
| MMS | 6 | 66 | 47 | 113 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 2 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 122 |
| MMS | 7 | 43 | 34 | 77 | 1 | 0 | 1 | 3 | 1 | 4 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 |
| MMS | 8 | 37 | 58 | 95 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 106 |
| MHS | 9 | 163 | 154 | 317 | 1 | 2 | 3 | 8 | 6 | 14 | 0 | 0 | 0 | 4 | 3 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 343 |
| MHS | 10 | 180 | 202 | 382 | 1 | 2 | 3 | 5 | 7 | 12 | 0 | 0 | 0 | 2 | 5 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 404 |
| MHS | 11 | 141 | 162 | 303 | 1 | 0 | 1 | 5 | 6 | 11 | 0 | 0 | 0 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 318 |
| MHS | 12 | 116 | 140 | 256 | 0 | 1 | 1 | 8 | 7 | 15 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 276 |
| NWMS | 6 | 81 | 80 | 161 | 1 | 0 | 1 | 6 | 2 | 8 | 0 | 0 | 0 | 4 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 180 |
| NWMS | 7 | 69 | 70 | 139 | 0 | 0 | 0 | 9 | 1 | 10 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 0 | 0 | 0 | 156 |
| NWMS | 8 | 64 | 75 | 139 | 1 | 0 | 1 | 6 | 3 | 9 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 152 |
| OHES | -1 | 25 | 20 | 45 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 54 |
| OHES | 0 | 37 | 34 | 71 | 0 | 0 | 0 | 6 | 3 | 9 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 |
| OHES | 1 | 24 | 19 | 43 | 0 | 0 | 0 | 3 | 2 | 5 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| OHES | 2 | 23 | 22 | 45 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51 |
| OHES | 3 | 32 | 33 | 65 | 0 | 0 | 0 | 5 | 1 | 6 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 |
| OHES | 4 | 32 | 28 | 60 | 0 | 0 | 0 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66 |
| OHES | 5 | 32 | 33 | 65 | 0 | 0 | 0 | 2 | 2 | 4 | 1 | 0 | 1 | 2 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 |
| PES | -1 | 8 | 9 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 22 |
| PES | 0 | 34 | 25 | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 6 | 0 | 0 | 0 | 65 |
| PES | 1 | 27 | 33 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 61 |
| PES | 2 | 38 | 33 | 71 | 0 | 0 | 0 | 4 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 |
| PES | 3 | 41 | 28 | 69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 71 |
| PES | 4 | 24 | 28 | 52 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 |
| PES | 5 | 33 | 34 | 67 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68 |
| PSES | -1 | 6 | 10 | 16 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| PSES | 0 | 18 | 24 | 42 | 1 | 3 | 4 | 18 | 5 | 23 | 0 | 0 | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73 |
| PSES | 1 | 24 | 22 | 46 | 1 | 0 | 1 | 9 | 8 | 17 | 0 | 0 | 0 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68 |
| PSES | 2 | 40 | 19 | 59 | 2 | 0 | 2 | 8 | 13 | 21 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83 |
| PSES | 3 | 23 | 15 | 38 | 0 | 2 | 2 | 16 | 5 | 21 | 0 | 0 | 0 | 2 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66 |
| PSES | 4 | 27 | 26 | 53 | 0 | 1 | 1 | 10 | 10 | 20 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 78 |
| PSES | 5 | 27 | 28 | 55 | 1 | 1 | 2 | 8 | 12 | 20 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 79 |
| TJHES | -1 | 32 | 25 | 57 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 5 | 0 | 0 | 0 | 65 |
| TJHES | 0 | 46 | 42 | 88 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 92 |
| TJHES | 1 | 37 | 37 | 74 | 0 | 0 | 0 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 78 |
| | Total | 2377 | 2336 | 4713 | 13 | 14 | 27 | 174 | 139 | 313 | 4 | 4 | 8 | 58 | 64 | 122 | 2 | 0 | 2 | 3 | 1 | 4 | 20 | 20 | 40 | 1 | 1 | 2 | 5231 |

Ethnicity Counts

| School | Grade | African American | | | Asian | | | Caucasian | | | Hispanic | | | Hispanic or Latino | | | Multi-Racial | | | Native American | | | No Race/Ethnicity filled in | | | Pacific Islander | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | M | F | T | Total |
| TJHES | 2 | 54 | 30 | 84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 |
| TJHES | 3 | 41 | 35 | 76 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 80 |
| TJHES | 4 | 43 | 49 | 92 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 94 |
| TJHES | 5 | 32 | 36 | 68 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 |
| WHES | -1 | 10 | 8 | 18 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| WHES | 0 | 34 | 38 | 72 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 78 |
| WHES | 1 | 32 | 40 | 72 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 |
| WHES | 2 | 48 | 41 | 89 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 96 |
| WHES | 3 | 39 | 45 | 84 | 1 | 0 | 1 | 3 | 1 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 |
| WHES | 4 | 44 | 29 | 73 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 |
| WHES | 5 | 44 | 42 | 86 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 |
| | Total | 2377 | 2336 | 4713 | 13 | 14 | 27 | 174 | 139 | 313 | 4 | 4 | 8 | 58 | 64 | 122 | 2 | 0 | 2 | 3 | 1 | 4 | 20 | 20 | 40 | 1 | 1 | 2 | 5231 |