# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**                                                       **PLAINTIFFS,**

**and**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF INTERVENOR**

**v.**                                    **CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE**                          **DEFENDANTS.**
**SCHOOL DISTRICT, ET AL.**

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW COUNSEL

The United States of America, plaintiff intervenor, by and through the United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney for said District, files this Motion to Withdraw Counsel and, in support of this motion, states:

Assistant United States Attorney, Alfred B. Jernigan, Jr., has retired from employment with the United States Department of Justice, effective November 30, 2013, and should be removed from the docket. Additionally, the Department of Justice asks that all other counsel of record involved in this case on behalf of the United States remain as counsel.

        **Dated:** <u>September 21, 2018</u>          Respectfully submitted,

                                                           D. MICHAEL HURST, JR.
                                                          United States Attorney

                             By:       */s/ Marc A. Perez*
                                                           MARC A. PEREZ
                                                           *Assistant United States Attorney*
                                                           WA Bar No. 33907
                                                           United States Attorney's Office
                                                           501 East Court Street, Suite 4.430
                                                           Jackson, Mississippi 39201
                                                           Telephone:     (601) 973-2820

        Facsimile:   (601) 965-4032
        Email:   Marc.Perez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Marc A. Perez, Assistant United States Attorney, hereby certify that, on this date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

DATE: September 21, 2018      By:    */s/ Marc A. Perez*
            MARC A. PEREZ
            *Assistant United States Attorney*