FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,       **CIVIL ACTION**
        **NO.** 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

    v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**    **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_\_ Interrogatories to: _____

\_\_\_\_\_ Requests for Production of   _____
      Documents to:

\_\_\_\_\_ Requests for Admissions to: _____

   ✔   Responses to Interrogatories of:   <u>Defendants, Meridian Municipal Separate School District</u>

FORM 2(b) (ND/SD MISS. DEC. 2011)

_____ Responses to Requests for
Production of Documents of:        _____

_____ Responses to Requests for
Admissions of:                    _____


Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

    September 28, 2018                              */s/ Natasha Merle*
             Date                                      Signature

                                             Natasha Merle, 48247
                                             Typed Name & Bar Number