FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

      Plaintiffs,

  and

UNITED STATES OF AMERICA,                    **CIVIL ACTION**
                                                                     **NO.** 4:65-CV-01300-HTW-LRA

      Plaintiff-Intervenor,

  v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

      Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_\_   Interrogatories to:                                  _____

\_\_\_\_\_   Requests for Production of              _____
       Documents to:

\_\_\_\_\_   Requests for Admissions to:             _____

\_\_\_\_\_   Responses to Interrogatories of:       _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

| ✔ | Responses to Requests for Production of Documents of: | Defendants, Meridian Municipal Separate School District |
|---|---|---|
| ____ | Responses to Requests for Admissions of: | |

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

September 28, 2018
Date

*[signature: Natasha Merle]*
Signature

Natasha Merle, 48247
Typed Name & Bar Number