IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, ET AL | PLAINTIFF |
| and | |
| UNITED STATES OF AMERICA | PLAINTIFF-INTERVENOR |
| VS. | CIVIL ACTION NO: 4:65-cv-1300-HTW-LRA |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL | DEFENDANT |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered [84] the Motion to Appear Pro Hac Vice filed on behalf of the Plaintiff, and finds same to be in accordance with Rule 83.1(d) of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS, THEREFORE, ORDERED that the Application to Appear *Pro Hac Vice* is hereby granted, and Louis William Fisher shall be admitted *pro hac vice* to serve as co-counsel for the plaintiff.

SO ORDERED, this the 1st day of October, 2018.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE