# EXHIBIT 1



IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

Nos. 28030 & 28042

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

HINDS COUNTY SCHOOL BOARD, et al,
Defendants-Appellees.

(Civil Action No. 4075(J))

---

BUFORD A. LEE, et al,
Plaintiffs-Appellees,

v.

UNITED STATES OF AMERICA,
Defendant-Appellant,

v.

MILTON EVANS,
Third Party
Defendant-Appellee.

(Civil Action No. 2034(H))

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

KEMPER COUNTY SCHOOL BOARD, et al,
Defendants-Appellees.

(Civil Action No. 1373(E))

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

NORTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 3807(J))

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

NATCHEZ SPECIAL MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 1120(W))

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

MARION COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 2178(H))

---

JOAN ANDERSON, et al,
                    Plaintiffs-Appellants,

UNITED STATES OF AMERICA,
                    Plaintiff-Intervenor-
                    Appellant,

v.

THE CANTON MUNICIPAL SCHOOL DISTRICT, et al,
and THE MADISON COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 3700(J))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

SOUTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 3984(J))

---

BEATRICE ALEXANDER, et al,
                    Plaintiffs-Appellants,

v.

HOLMES COUNTY BOARD OF EDUCATION, et al,
                    Defendants-Appellees.

(Civil Action No. 3779(J))

---

ROY LEE HARRIS, et al,
                    Plaintiffs-Appellants,

v.

THE YAZOO COUNTY BOARD OF EDUCATION, et al,
                    Defendants-Appellees.

(Civil Action No. 1209(W))

---

JOHN BARNHARDT, et al,
                    Plaintiffs-Appellants,

v.

MERIDIAN SEPARATE SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 1300 (H))

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

NESHOBA COUNTY SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 1396(E))

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

NOXUBEE COUNTY SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 1372(E))

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

LAUDERDALE COUNTY SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 1367(E))

DIAN HUDSON, et al,
Plaintiffs-Appellants,

UNITED STATES OF AMERICA,
Plaintiff-Intervenor-
Appellant,

v.

LEAKE COUNTY SCHOOL BOARD, et al,
Defendants-Appellees.

(Civil Action No. 3382(J))

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

COLUMBIA MUNICIPAL SEPARATE SCHOOL, et al,
Defendants-Appellees.

(Civil Action No. 2199(H))

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

AMITE COUNTY SCHOOL DISTRICT, et al,
Defendants-Appellees.

(Civil Action No. 3983(J))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

COVINGTON COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 2148(H))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

LAWRENCE COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 2216(H))

---

JEREMIAH BLACKWELL, JR., et al,
                    Plaintiffs-Appellants,

v.

ISSAQUENA COUNTY BOARD OF EDUCATION, et al,
                    Defendants-Appellees.

(Civil Action No. 1096(W))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

WILKINSON COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 1160(W))

---

CHARLES KILLINGSWORTH, et al,
                    Plaintiffs-Appellants,

v.

THE ENTERPRISE CONSOLIDATED SCHOOL DISTRICT
and QUITMAN CONSOLIDATED SCHOOL DISTRICT,
                    Defendants-Appellees.

(Civil Action No. 1302(E))

---

UNITED STATES OF AMERICA,
                    Plaintiff-Appellant,

v.

LINCOLN COUNTY SCHOOL DISTRICT, et al,
                    Defendants-Appellees.

(Civil Action No. 4292(J))

UNITED STATES OF AMERICA,
                    **Plaintiff-Appellant,**

v.

PHILADELPHIA MUNICIPAL SEPARATE
     SCHOOL DISTRICT, et al,
                    **Defendants-Appellees.**

(Civil Action No. 1368(E)

UNITED STATES OF AMERICA,
                    **Plaintiff-Appellant,**

v.

FRANKLIN COUNTY SCHOOL DISTRICT, et al,
                    **Defendants-Appellees.**

(Civil Action No. 4256(J))

Appeals from the United States District Court for the
Southern District of Mississippi

Before BELL, THORNBERRY, and MORGAN, Circuit Judges.

PER CURIAM:

These cases, consolidated for order, are here for dis-
position in light of the decision of the Supreme Court in <u>Alexander</u>
<u>v. Holmes County Board of Education</u>, No. 632, dated October 29, 1969.
They involve 30 school districts in the Southern District of Missis-
sippi.  Suits to disestablish the dual school system were brought
against fourteen of the school districts by private litigants:
Anguilla, Canton, Enterprise, Holly Bluff, Holmes, Leake, Madison,
Meridian, North Pike, Quitman, Sharkey-Issaquena, Wilkinson, Yazoo
City, and Yazoo County.  The suits with respect to the other six-
teen school districts were government initiated.

The scope of the problem of converting from dual to
unitary school systems in these districts may be seen from the fol-
lowing tables which reflect racial composition.

## GROUP I

| SYSTEM | WHITE STUDENTS | NEGRO STUDENTS |
|---|---|---|
| Amite | 1461 | 2582 |
| Anguilla Line | 214 | 906 |
| Canton Municipal | 1326 | 3672 |
| Hinds | 6438 | 7489 |
| Holly Bluff | 240 | 483 |
| Holmes | 913 | 5355 |
| Kemper | 793 | 2060 |
| Madison | 1238 | 3376 |
| Natchez-Adams | 4494 | 5927 |
| Noxubee County | 872 | 3573 |
| Sharkey-Issaquena | 630 | 2002 |
| South Pike | 1135 | 2156 |
| Wilkinson | 779 | 2757 |
| Yazoo County | 1071 | 2495 |

## GROUP II

| | | |
|---|---|---|
| Enterprise | 405 | 363 |
| Franklin | 1094 | 1075 |
| Leake | 2088 | 2224 |
| North Pike | 697 | 605 |
| Quitman | 1656 | 1490 |
| Yazoo City | 2014 | 2089 |

GROUP III

| SYSTEM | WHITE STUDENTS | NEGRO STUDENTS |
|---|---|---|
| Columbia City | 1538 | 896 |
| Covington | 1998 | 1629 |
| Forrest | 4195 | 1062 |
| Lauderdale | 3063 | 1858 |
| Lawrence | 1942 | 1277 |
| Lincoln | 1671 | 1018 |
| Marion | 2064 | 1564 |
| Meridian | 6418 | 4405 |
| Neshoba | 2045 | 877 |
| Philadelphia | 969 | 548 |

It is ordered, adjudged and decreed, effective imme-
diately, that "the school districts here involved may no longer
operate a dual system based on race or color" and each district
is to operate henceforth, pursuant to the terms hereof, as a
unitary school system within which no person is "effectively ex-
cluded from any school because of race or color." Alexander v.
Holmes County Board of Education, supra.

To effectuate the conversion of these school systems
to unitary school systems within the context of the order of
the Supreme Court in Alexander v. Holmes County Board of Educa-
tion, it is ordered, adjudged, and decreed that the permanent
plans as distinguished from the interim plans prepared

--3--

by the Office of Education, Department of Health, Education
and Welfare, attached hereto and marked as Appendices 1
through 30 shall be immediately enforced as the plans of the
respective systems subject to the following terms, conditions,
and exceptions:

(1)  The time between the date hereof and December
31, 1969 shall be utilized in arranging the transfer of
faculty, transfer of equipment, supplies and libraries where
necessary, the reconstitution of school bus routes where indi-
cated, and in solving other logistical problems which may
ensue in effectuating the attached plans.  This activity shall
commence immediately.  The Office of Education plans will re-
sult in the transfer of thousands of school children and
hundreds of faculty members to new schools.  Many children
will have new teachers after December 31, 1969.  It will be
necessary for final grades to be entered and for other records
to be completed by faculty members and school administrators
for the students for the partial school year involved prior
to the transfers.  The interim period between the date of this
order and December 31, 1969 will also be utilized for this
purpose.

(2)  No later than December 31, 1969 the pupil at-
tendance patterns and faculty assignments in each district
shall comply with the respective plans.

--4--

(3)   As to the South Pike school district (App. 1),
the plan suggested by the Office of Education shall be fully
complied with except as to pupil assignment.   The present pupil
assignment and attendance pattern will suffice until the fur-
ther order of this court.   This system has 1135 white students
and 2156 Negro students.   Each of its seven schools are pre-
sently integrated.   We conclude that a unitary system has been
established as to pupil assignment.   The Office of Education
plan in other respects will assure a completely unitary system.

(4)   As to the Madison County system, the Office of
Education plan (App. 2) is modified as follows:   Subsections
4 through 8 of the Office of Education Recommended Plan for
Student Desegregation 1969-70 are eliminated.   In place of
those subsections we substitute the geographic zoning arrange-
ment for East Flora, Flora, Rosa Scott, Madison-Ridgeland, and
Ridgeland Elementary set out in sections A.2. and A.3. (App.
2(b)) of the proposed plan of the Madison County Board of
Education.   All other provisions of the Office of Education
plan regarding Madison County are to become effective pursuant
to the terms of this order.

(5)   The attendance plan submitted by the Wilkinson
County Board of Education will be considered by the court as
a modification of the Office of Education plan (App.3) upon
a showing through a pupil locator map of the contemplated
racial characteristics of the schools for girls.

(6)   The attendance plan submitted by the North
Pike County Consolidated School District will be considered
by the court as a modification of the Office of Education plan
(App. 4) upon a showing through a pupil locator map of the
contemplated racial characteristics of the Jones and Johnston
Elementary schools.

(7)   It appearing that the lack of buildings pre-
vents the immediate implementation of the permanent plan of
the Office of Education suggested for the Quitman Consolidated
school district, the pupil attendance interim plan of the
Office of Education for this district is authorized for use
during the remainder of this school term (App.5).   The perma-
nent plan shall be effectuated commencing in September, 1970.
This relief is appropriate in view of the similarity between
the proposed attendance plan of the school district and that
of the Office of Education.

It is ordered, adjudged and decreed that these re-
spective plans shall remain in full force and effect until
the further order of this court.   They may be modified by the
court through the following procedure.   Honorable Dan M.
Russell, Jr., United States District Judge for the Southern
District of Mississippi, is hereby designated to receive sug-

gested modifications to the plans.  No suggested modifica-
tion may be submitted to Judge Russell before March 1, 1970
and any such suggestion or request shall contemplate an
effective date of September, 1970.

Judge Russell is directed to make full findings of
fact with respect to any modification recommended or disap-
proved and these findings are to be referred to this court
for its review.  Pursuant to the terms of the order of the
Supreme Court in <u>Alexander v. Holmes County Board of Education,</u>
supra, no amendment or modification to any plan shall become
effective without the order of this court.

This order is entered only after full consideration
of the suggested plans of the Office of Education and those
of the local school boards.  It is apparent that in some in-
stances the plans are cursory in nature.  They were devised
without pupil locator maps.  They do not contain information
as to geographical area, transportation routes or distances.
Some have not considered zoning.  The school board plans are
almost all without statistical data as to race.  It is en-
tirely possible that more effective plans can be devised on
a local level and that these will insure the simultaneous
accomplishment of maximum education and unitary school sys-
tems.  To this end, and as an imprimatur of local consideration,
it is suggested the school board sponsored requests for changes

--7--

in plans show either Negro representation on school boards
or prior consideration by a bi-racial advisory committee to
the school board.

Nothing herein is intended to prevent the respective
school boards and superintendents from seeking the further
counsel and assistance of the Office of Education (HEW), or
the assistance of the Mississippi State Department of Educa-
tion, University Schools of Education in or out of Mississippi,
or of others having expertise in the education field.

The motion of counsel in those cases instituted by
private litigants for attorneys fees is held in abeyance for
the present.  The motion of the private litigants to require
the filing of further plans by the Office of Education for
use in the Hinds County, Holmes County and Meridian districts
is denied.

Jurisdiction of these cases is retained in this
court, pursuant to the aforesaid order of the Supreme Court,
to insure prompt and faithful compliance with this order.  The
court also retains jurisdiction to modify or amend this order
as may be necessary or desirable to the end that unitary
school systems will be operated.

IT IS SO ORDERED.

This 7th day of November, 1969.

_____
Griffin B. Bell
United States Circuit Judge

_____
Homer Thornberry
United States Circuit Judge

_____
Lewis R. Morgan
United States Circuit Judge



C.A. 1212
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 11 1969
ROBERT L. THOMAS, CLERK
BY _____ DEPUTY

MERIDIAN PUBLIC SCHOOL SYSTEM



OFFICE OF EDUCATION

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
REGIONAL OFFICE   IV
Room 404, 50 Seventh Street, N. E.
Atlanta, Georgia   30323

Dr. L. O. Todd
Superintendent
Meridian Separate School District
Post Office Box 31
Meridian, Mississippi  39301

Dear Dr. Todd:

In accordance with the July 5, 1969 order of the United States
District Court for the Southern District of Mississippi, the
following desegregation plan for ending the dual system in the
Meridian Separate School District is submitted for your consider-
ation.

We wish to express our appreciation for the cooperation received
from you and your staff.

Sincerely yours,

Jesse J. Jordan
Senior Program Officer
Equal Educational Opportunities

184

COMPOSITE BUILDING INFORMATION FORM

DATE: 1968-69 __ Meridian Municipal Separate School District

| Name of School | Grades | Capacity Perm. | Capacity W. Ports. | Students W | Students N | Students T | Staff W | Staff N | Staff T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Highland El. | 1-6 | 360 | | 327 | 4 | 331 | 12 | 1 | 13 | |
| Crestwood El. | 1-6 | 360 | | 331 | 4 | 335 | 11 | 1 | 12 | |
| Mountbarton El. | K-6 | 360 | | | 326 | 326 | 1 | 13 | 14 | |
| Parkview El. | 3-6 | 720 | | | 548 | 548 | 7 | 20 | 27 | |
| West Hills El. | 1-6 | 720 | | 682 | | 682 | 25 | 1 | 26 | |
| TOTAL | | 12,5? | | | 4425 | | | 12 | 5.3 | 2 |

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

II.

RECOMMENDED PLAN FOR STUDENT DESEGREGATION

Recommendations

In order to establish a unitary school system in which schools may not
be identified by race, the following recommendations., to be effective
beginning with the 1969-70 and 1970-71 school year are hereby submitted:

School capacities, enrollment figures, and pupil locator maps were sup-
plied by the Superintendent and his staff.  School capacities are based
on the number of available classrooms for each school as reported by
school officials and multiplied by 30 for both elementary and secondary
schools.

<u>1969-70</u>

<u>Meridian High School</u>:

    1.  That Meridian High School become an 11-12 grade school, housing
       all 11-12 grade students in the system.

    2.  That present 10th grade students now attending Meridian High
       School be assigned to Harris High School.

<u>Harris High School</u>:

    3.  That Harris High School become a 10th grade school, housing
       all 10th grade students in the system.

    4.  That Harris Junior College be discontinued (grades 13-14) and
       that students from Harris Junior College attend Meridian Muni-
       cipal Junior College, and that the additional space at the Harris
       School Center be available for Harris High School and Carver Jun-
       ior High School students.

<u>Carver Junior High School</u>:

    5.  That Carver Junior High School become a 9th grade school, housing
       all 9th grade students in the school district.

    6.  That facilities at the adjacent Harris High School and the former
       Harris Junior College (as recommended in this plan for merger with
       Meridian Municipal Junior College), be used to house any overflow
       of students at Carver Junior High School.

Northwest Junior High School:

    7.  That Northwest Junior High School become grades 7 and 8.

    8.  That this school's attendance area be zoned approximately as described below.

Griffin Junior High School:

    9.  That Griffin Junior High School become grades 7-8.

    10.  That this school's attendance area be zoned approximately as described below.

Desegregation of Faculty and Other Staff:

Full desegregation of faculty and other staff in the grades affected by the possible interim assignments of students above, and district-wide desegregation of faculty and other staff in each school to at least 50% of the recommendation contained in Part I of Section III of this plan.

Other:

Implementation of Sections IV, V, VI and VII contained in this plan.

DATE:   PROJECTED 1969-70

STATE OF MISSISSIPPI INFORMATION FORM

## MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity Perm. | Capacity P. Ports. | Students W | Students N | Students T | Staff W | Staff N | Staff T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Meridian High School | 11-12 | 1900 | | 1025 | 547 | 1572 | | | | Additional available space at |
| Harris High School | 10 | 900 | | 566 | 360 | 926 | | | | Harris H.S. will house the Carver |
| Carver Jr. High School | 9 | 755 | | 560 | 360 | 920 | | | | over flow. |
| Northwest Jr. High | 7-8 | 1000 | | 512 | 425 | 937 | | | | |
| Griffin Jr. High | 7-8 | 1000 | | 513 | 425 | 938 | | | | |
| | | TOTAL - | | 3,176 | 2,117 | 5,293 | | | | |

ALL OTHER SCHOOLS WILL MAINTAIN THEIR PRESENT ENROLLMENT AND GRADE STRUCTURE.

5

<u>1970-71</u>

<u>Magnolia Elementary School, Park View Elementary School, and Poplar Springs Elementary School Zones:</u>

11. That Magnolia, Park View, and Poplar Springs Elementary Schools be paired and include grades 1-6.

12. That Park View Elementary School become grades 1-2.

13. That Magnolia Elementary School become grades 3-4.

14. That Poplar Springs Elementary School become grades 5-6.

15. That these schools' attendance area be zoned approximately as described below.

<u>Witherspoon Elementary School:</u>

16. That Witherspoon Elementary School become grades 1-6.

17. That Witherspoon Elementary School attendance area be zoned approximately as described below.

<u>Crestwood Elementary School:</u>

18. That Crestwood Elementary School be grades 1-6.

19. That the Crestwood Elementary School attendance area be zoned approximately as described below.

<u>Mount Barton Elementary School:</u>

20. That Mount Barton Elementary School be grades 1-6.

21. That the Mount Barton Elementary School attendance area be zoned approximately as described below.

6

<u>Oakland Heights Elementary School</u>:

   22.  That Oakland Heights Elementary School be grades 1-6.

   23.  That the Oakland Heights Elementary School attendance area be zoned approximately as described below.

<u>Chalk Elementary School</u>:

   24.  That Chalk Elementary School be grades 1-6.

   25.  That the Chalk Elementary School attendance area be zoned approximately as described below.

<u>West End Elementary School</u>:

   26.  That West End Elementary School become grades 1-4.

   27.  That the West End Elementary School attendance area be zoned approximately as described below.

<u>West Hills Elementary School</u>:

   28.  That West Hills Elementary School become grades 1-4.

   29.  That the West Hills Elementary School attendance area be zoned approximately as described below.

<u>Highland Elementary School</u>:

   30.  That Highland Elementary School become grades 5-6.

   31.  That the Highland Elementary School attendance area be zoned approximately as described below.

<u>Wechsler Elementary School</u>:

   32.  That Wechsler Elementary School become grades 1-4.

   33.  That the Wechsler Elementary School attendance area be zoned approximately as described below.

<u>Marion Park Elementary School</u>:

   34.  That Marion Park Elementary School become grades 5-6.

   35.  That the Marion Park Elementary School attendance area be zoned approximately as described below.

<u>East End Elementary School</u>:

36. That the present program at East End Elementary School for grades 1-2 be discontinued.

37. That the East End Elementary School facilities be used for special educational purposes, such as kindergarten, special education classes, instructional materials center, or other services deemed useful by the district school officials.

RECOMMENDED SCHOOL ATTENDANCE ZONES

Meridian High School (grades 11-12)

This school will serve all grade 11 - 12 students in the entire school system.

Harris High School (grade 10)

This school will serve all grade 10 students.

Carver Junior High School (grade 9)

This school will serve all grade 9 students.

Northwest Junior High School (grades 7-8)

This school will serve all grade 7-8 students in the school district residing north of the following described boundary:

> Begin at the southwestern boundary point at State Highway 19 and the west boundary of the school district, thence across the County eastward to Chandlen Road; east on Chandlen Road to Bounds Road; thence east on Bounds Road and Chandlen Road to State Boulevard; thence east and south on State Boulevard to Royal Road; thence east on Royal Road to 20th Street; thence east on 20th Street to 30th Avenue; south on 30th Avenue to 12th Street, east on 12th Street to 6th Street; east on 6th Street to 10th Avenue, and down 10th Avenue to the Southern Railroad; thence east on the Southern Railroad to the eastern boundary of the school district.

Griffin Junior High School (grades 7-8)

This school will serve all grade 7-8 students in the school district residing south of the boundary line described as the southern boundary line for the Northwest Junior High School.

Crestwood Elementary School (grades 1-6)

This school will serve all grade 1-6 students who reside south of Interstate Highways 59 and 20.

Mount Barton Elementary School (grades 1-6)

This school will serve all students in grades 1-6 who reside in the following described zone:

9

Mount Barton Elementary School (cont.)

Its southern boundary will be the northern boundary for Crest-
wood Elementary School.  The northern boundary, from east to
west, begins at the Southern Railroad and the school district
line, and continues west along the Southern Railroad at the
intersection with the Illinois Central Railroad, then west
along the Illinois Central Railroad to the western boundary
of the school district; the eastern and western boundaries of
this school zone will be the eastern and western school district
boundaries.

Oakland Heights Elementary School (grades 1-6)

Begin the southern boundary line at the Illinois Central Rail-
road and the western boundary line for the school district, moving
east along the Illinois Central Railroad to 49th Avenue; thence
move north on 49th Avenue to 5th Street, east on 5th Street and
Pacific Street to 45th Avenue, north on 45th Avenue to Paulding
Street, east on Paulding Street to 44th Avenue, north on 44th
Avenue to 9th Street; thence west on 9th Street to 49th Avenue,
south on 49th Avenue to 8th Street and State Highway 19, north-
west on State Highway 19 to the western boundary for the school
district; thence south on the western boundary for the school
district to the Illinois Central Railroad, the point of origin.

Chalk Elementary School (grades 1-6)

Begin with the southern boundary at 49th Avenue and the Illinois
Central Railroad crossing, thence east along the Illinois Central
Railroad to 18th Avenue, north on 18th Avenue to 10th Street, west
on 10th Street to 40th Avenue, north on 40th Avenue to 10th Street,
west on 10th Street to 42nd Avenue, south on 42nd Avenue to 8th
Street, west on 8th Street to 44th Avenue, south on 44th Avenue
to Paulding Street, west on Paulding Street one block to 45th
Avenue, south on 45th Avenue to Pacific Street, west on Pacific
Street to 49th Avenue, south on 49th Avenue and back to the
point of origin.

West End Elementary School (grades 1-4)

Begin at the western boundary point at State Highway 19 and 65th
Avenue, thence south on Highway 19 to 8th Street and 9th Avenue,
thence north on 9th Avenue to 9th Street, east on 9th Street to
44th Avenue, south on 44th Avenue to 8th Street, east on 8th

Street to 42nd Avenue, north on 42nd Avenue to 10th Street, east on 10th Street to 33rd Avenue, north on 33rd Avenue to 22nd Street, west on 22nd Street to 38th Avenue and Sowashee Creek, north along Sowashee Creek to 26th Street, west on 26th Street to Highland Avenue, south on Highland Avenue to 39th Avenue and 24th Street, west on 24th Street to 49th Avenue, thence south on 49th Avenue and across 21st and 20th Streets to State Boulevard; southeast on State Boulevard to 45th Avenue, south on 45th Avenue to 15th Street, west on 15th Street, across 52nd Avenue, and due west across country to the point of origin.

## West Hills Elementary School (grades 1-4)

The eastern boundary will begin at Old Kings Road and the northern boundary of the school district, thence south on Old Kings Road to 38th Street, east on 38th Street to 40th Avenue, south on 40th Avenue to 37th Street, east on 37th Street to 36th Avenue, north on 36th Avenue to 38th Street, east on 38th Street to 35th Avenue, south on 35th Avenue to Sowashee Creek and 26th Street; west on 26th Street to Highland Avenue, south on Highland Avenue to 24th Street, west on 24th Street to 45th Avenue, thence south on 45th Avenue and across country to 20th Street at State Boulevard; southeast on State Boulevard to 45th Avenue, south on 45th Avenue to 15th Street, west on 15th Street across 52nd Avenue and thence due west to State Highway 19, thence from 65th Avenue, northwest along State Highway 19 to the west boundary of the school district.  Thence north on the school district boundary line to the northwest corner of the school district boundary line, thence east on the northern boundary of the school district to the point of origin.

## Marion-Parks Elementary School (grades 5-6)

Begin at the eastern boundary at 10th Street and 23rd Avenue, moving north on 23rd Avenue to 36th Street, west on 36th Street to 35th Avenue, north on 35th Avenue to 38th Street, west on 38th Street to 36th Avenue, south on 36th Avenue to 37th Street, west on 37th Street to 40th Avenue, north on 40th Avenue to 38th Street, west on 38th Street to Old Kings Road, north on Old Kings Road to the northern boundary of the school district.  Thence west on the school district line to the western boundary of the school district; thence south on the school district line to State Highway 19, thence due east across country to Chandlen Road, thence east to State Boulevard, east on State Boulevard to 30th Street, east on 30th Street to 39th Avenue, south on 39th Avenue to 26th Street, east on 26th Street to Sowashee Creek, south along Sowashee Creek and across 38th Avenue to 22nd Street, east on 22nd Street to 33rd Avenue, south on 33rd Avenue to 10th Street, east on 10th Street to 23rd Avenue, and back to the point of origin.

### Highland Elementary School (grades 5-6)

Begin in the southwest at the intersection of State Highway 19 and the western boundary of the school district, moving southeast on Highway 19 to 8th Street and 49th Avenue, north on 49th Avenue to 9th Street, east on 9th Street to 44th Avenue, south on 44th Avenue to 8th Street, east on 8th Street to 42nd Avenue, north on 42nd Avenue to 10th Street, east on 10th Street to 33rd Avenue, north on 33rd Avenue to 22nd Street, thence follow the southern boundary of the Marion Parks School zone westward and back to the point of origin at State Highway 19.

### Wechsler Elementary School (grades 1-4)

Begin in the southwest at 10th Street and 33rd Avenue, moving east on 10th Street to 23rd Avenue, north on 23rd Avenue to 36th Street, west on 36th Street to 35th Avenue, south on 35th Avenue and along Sowashee Creek to 22nd Street, south on 22nd Street to 33rd Avenue, and south on 33rd Avenue to 10th Street, back to the point of origin.

### Witherspoon Elementary School (grades 1-6)

Begin at 23rd Avenue and 10th Street, moving east on 10th Street to 18th Avenue, south on 18th Avenue to Illinois Central Railroad, east along Illinois Central Railroad to its intersection with the Southern Railroad, east along the Southern Railroad to U. S. Highways 80 and 11; west across country to 19th Avenue, west on 19th Avenue to Marion Road, south on Marion Road to 19th Street, west on 19th Street to 23rd Avenue, and south on 23rd Avenue, back to 10th Street, the point of origin.

### Poplar Springs, Park View and Magnolia Elementary Schools (paired zone grades 1-6)

Begin at 23rd Avenue and 19th Street, moving east on 19th Street to U. S. Highway 45, thence across country to the Southern Railroad, east along the Southern Railroad to the eastern boundary of the school district, north on the school district boundary to the northern boundary of the school district, west along the northern boundary of the school district to Old Kings Road, south on Old Kings Road to 38th Street, thence east just north of 37th Street to 38th Street, east on 38th Street to 35th Avenue, south on 35th Avenue to 36th Street, east on 36th Street to 23rd Avenue, and south on 23rd Avenue, back to 19th Street, the point of origin.

<u>Transportation:</u>

Statistics furnished by the Meridian Municipal Separate School District
Superintendent's office indicate that 526 students are transported by
buses. Ten buses are provided by the school district to transport the
students. The percentage of students transported is 4.9%.

13

PROJECTED 1970-71

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity Perm. | Capacity W. Ports. | Students W | Students N | Students T | Staff W | Staff N | Staff T | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Meridian High School | 11-12 | 1900 | | 1025 | 547 | 1572 | | | | |
| Harris High School | 10 | 900 | | 566 | 360 | 926 | | | | Additional Available space at Harris will house the Carver overflow |
| Carver Jr. High S. | 9 | 755 | | 560 | 360 | 920 | | | | |
| Northwest Jr. High | 7-8 | 1000 | | 512 | 425 | 937 | | | | |
| Griffin Jr. High | 7-8 | 1000 | | 513 | 425 | 938 | | | | |
| Crestwood Elem. | 1-6 | 360 | | 300 | 44 | 344 | | | | |
| Mount Bartow Elem. | 1-6 | 360 | | 110 | 252 | 362 | | | | |
| Oakland Heights Elem. | 1-6 | 570 | | 400 | 150 | 550 | | | | |
| Chalk Elem. | 1-6 | 450 | | 270 | 125 | 395 | | | | |
| West End Elem. | 1-4 | 720 | | 274 | 268 | 542 | | | | |
| West Hills Elem. | 1-4 | 720 | | 430 | 120 | 550 | | | | |
| Highland Elem. | 5-6 | 360 | | 156 | 174 | 330 | | | | |
| Wechsler Elem. | 1-4 | 510 | | 174 | 304 | 478 | | | | |

Consolidated Building Information Form

DATE:   PROJECTED 1970-71

## MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT

| Name of School | Grades | Capacity | | Students | | | Staff | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Perm. | T. Ports. | W | N | T. | W | N | T. | |
| Marion Park Elem. | 5-6 | 390 | | 242 | 167 | 409 | | | | |
| Poplar Spring Elem. | 5-6 | 570 | | 186 | 269 | 455 | | | | |
| Parkview Elem. | 1-2 | 720 | | 186 | 267 | 453 | | | | |
| Magnolia Elem. | 3-4 | 550 | | 186 | 234 | 420 | | | | |
| Witherspoon Elem. | 1-6 | 420 | | 230 | 90 | 320 | | | | |
| | | | | | | | | | | |
| TOTAL | | | | 6320 | 4581 | 10,901 | | | | |

Differences in enrollment totals for 1968-69 and 1969-70 are due to use of projected figures for 1969-70.

15

III.

## DESEGREGATION OF FACULTY AND OTHER STAFF

The School Board shall announce and implement the following policies:

1. The principals, teachers, teacher-aides and other staff who work directly with children at a school shall be so assigned for the school year 1970-71 and subsequent years that in no case will the racial composition of a staff indicate that a school is intended for Negro students or white students. For the 1970-71 school year the district shall assign the staff described above so that the ratio of Negro to white teachers in each school, and the ratio of other staff in each, are substantially the same as each such ratio is to the teachers and other staff, respectively, in the entire school system.

The school district shall, to the extent necessary to carry out this desegregation plan, direct members of its staff as a condition of continued employment to accept new assignments.

2. Staff members who work directly with children, and professional staff who work on the administrative level will be hired, assigned, promoted, paid, demoted, dismissed, and otherwise treated without regard to race, color, or national origin, except to the extent necessary to correct discrimination.

3. If there is to be a reduction in the number of principals, teachers, teacher-aides, or other professional staff employed by the school district which will result in a dismissal or demotion of any such staff members, the staff member to be dismissed or demoted must be selected on the basis of objective and reasonable non-discriminatory standards from among all the staff of the school district. In addition if there is any such dismissal or demotion, no staff vacancy may be filled through recruitment of a person of a race, color, or national origin different from that of the individual dismissed or demoted, until each displaced staff member who is qualified has had an opportunity to fill the vacancy and has failed to accept an offer to do so.

Prior to such a reduction, the school board will develop or require the development of non-racial objective criteria to be used in selecting the staff member who is to be dismissed or demoted. These criteria shall be available for public inspection and shall be retained by the school district. The school district also shall record and preserve the evaluation of staff members under the criteria. Such evaluation shall be made available upon request to the dismissed or demoted employee.

"Demotion" as used above includes any reassignment (1) under which the staff member receives less pay or has less responsibility than under the assignment he held previously, (2) which requires a lesser degree of skill than did the assignment he held previously, or (3) under which the staff member is asked to teach a subject or grade other than one for which he is certified or for which he has had substantial experience within a reasonably current period. In general and depending upon the subject matter involved, five years is such a reasonable period.

16

IV.

## TRANSPORTATION

The transportation system shall be completely re-examined regularly by the superintendent, his staff, and the school board.  Bus routes and the assignment of students to buses will be designed to insure the transportation of all eligible pupils on a non-segregated and otherwise non-discriminatory basis.

V.

## SCHOOL CONSTRUCTION AND SITE SELECTION

The size and location of new school buildings and additions to existing buildings can significantly affect desegregation now and in the future.

All school construction, school consolidation, and site selection (including the location of any temporary classrooms) in this system shall be done in a manner which will prevent the recurrence of the dual school structure once this desegregation plan is implemented.

VI.

## MAJORITY TO MINORITY TRANSFER POLICY

Whenever there shall exist schools containing a majority of Negro students, this school district shall permit a student (Negro or white) attending a school in which his race is in the majority to choose to attend another school where space is available, and where his race is in a minority.

VII.

## ATTENDANCE OUTSIDE SYSTEM OF RESIDENCE

If the School District grants transfers to students living in the district for their attendance at public schools outside the district, or if it permits transfers into the district of students who live outside the district, it shall do so on a non-discriminatory basis, except that it shall not consent to transfers where the cumulative effect will reduce desegregation in either district or reinforce the dual school system.

18

VIII.

## SUGGESTIONS FOR PLAN IMPLEMENTATION

Successful implementation of desegregation plans largely depends upon local leadership and good faith in complying with mandates of the Courts and the laws upon which the Courts act. The following suggestions are offered to assist local officials in planning for implementation of desegregation orders.

### Community

1. The Superintendent and Board of Education should frankly and fully inform all citizens of the community about the legal requirements for school desegregation and their plans for complying with these legal requirements.

2. The Board of Education should issue a public statement clearly setting forth its intention to abide by the law and comply with orders of the Court in an effective and educationally responsible manner.

3. School officials should seek and encourage support and understanding of the press and community organizations representing both races.

4. The Board of Education, or some other appropriate governmental unit, should establish a bi-racial advisory committee to advise the Board of Education and its staff throughout the implementation of the desegregation plan. Such committee should seek to open up community understanding and communication, to assist the Board in interpreting legal and educational requirements to the public.

5. The Superintendent should actively seek greater involvement of parents of both races through school meetings, newsletters, an active and bi-racial P.T.A., class meetings, parent conferences, and through home visits by school personnel.

6. The Superintendent and Board of Education should regularly report to the community on progress in implementing the desegregation plan.

### School Personnel

1. The Superintendent should provide all personnel copies of the desegregation plan and arrange for meetings where the personnel will have an opportunity to hear it explained.

2. The Board of Education should issue a policy statement setting forth in clear terms the procedures it will follow in reassignment of the personnel (see section on Desegregation of Staff).

3. Assignments of staff for the school year should be made as
   quickly as possible with appropriate followings by school
   principals to assure both welcome and support for personnel
   new to each school. Invitations to visit school before the
   new school year begins should be offered.

4. The Superintendent should see that a special orientation
   program is planned and carried out for both the professional
   and non-professional staffs (including bus drivers, cafeteria
   workers, secretaries and custodians) preparatory to the new
   school year. He should make every effort to familiarize new
   and reassigned staff with facilities, services, and building
   policies, and prepare them to carry out their important role
   in a constructive manner. The Superintendent should direct
   each principal to see that each teacher new to a school is
   assigned for help and guidance to a teacher previously assigned
   to that school. Each such pair of teachers should have an oppor-
   tunity to meet before the school year actually begins.

5. The Superintendent should arrange an in-service training program
   during the school year to assist personnel in resolving difficulties
   and improving instruction throughout the implementation period.
   Help in doing this is available from the South Mississippi In-
   Service Consulting Center at Hattiesburg, Mississippi.

6. It is important that, through personal observations, students see
   that nonprofessional service positions in their schools are not for
   members of one race and that harmonious working relationships can
   exist between members of both races. The Superintendent and Board
   of Education should therefore take all necessary steps to assure
   that all staffs are bi-racial.

20.

Instructional Program

1. Each principal should be required to appoint biracial faculty
   committees to study and, as necessary, revise each area of the
   curriculum to assure better learning opportunities for all stu-
   dents. This should become a continuous activity in each school
   and throughout the district.

2. Student evaluation policies and procedures should be reviewed
   continuously for areas in need of improvement and adjustment to
   encourage the educational growth and motivation of students.

3. Remedial programs in reading and mathematics skills, as appro-
   priate, should be introduced and/or expanded for <u>all</u> students
   in need of special help. Such a program should supplement reg-
   ular course offerings and assignments of students.

4. Grouping procedures should be reviewed and revised as necessary
   to assure they support the spirit as well as letter of desegre-
   gation plan the district has accepted responsibility for imple-
   menting in good faith.

5. Participation in extracurricular activities by students of
   both races should be actively encouraged by administrators and
   teachers as a means for developing school spirit and a feeling
   of belonging.

6. School organizations - student government, cheerleaders, musi-
   cal organizations, athletic teams must be operated on a nondis-
   criminatory basis and should include students of both races.

7. Guidance counselors should be oriented and urged to plan a
   leading role in successful implementation of the desegregation
   plan.

8. The curriculum should be reviewed and, as necessary, revised
   to provide recognition of Negro history, culture and contri-
   butions to our society. Library books which deal with such
   subjects should be added to school book collections.

9. Vocational education offerings should be reviewed and improved
   as a means of providing students of both races with education
   relevant to vocational interests and as a means of reducing
   dropouts.

21

10. Headstart or similar preschool programs for children of both races should be implemented.

11. Use of Federal and State education funds should be planned comprehensively for maximum educational benefit to all eligible children.

## STUDENTS

1. The Superintendent should direct each principal to hold special orientation programs welcoming students who will be new to a school, before the regular school year begins.

2. The Superintendent should require each principal to see that students are frankly and fully informed about the desegregation plan and their responsibilities to help carry it out. Each principal should seek to establish rapport and communication links with new students to encourage mutual understanding and confidence.

3. The Superintendent should direct each principal to establish a student-faculty human relations committee representing both races to aid in the successful implementation of desegregation.

4. All school staff and members of the student body should exert extra effort to assure the full participation of all students of both races in extra-curricular programs, including when appropriate the provision of a "late bus" for those staying after school to participate in such programs.

5. Each principal should request teachers to make themselves available to students outside of regular class for counseling and extra instructional help.

IX.

## RESOURCES FOR ASSISTANCE

In addition to the regular resources for assistance
available to school officials, districts developing
or carrying out plans of desegregation in Mississippi
may call upon the following agencies for help:

South Mississippi In-Service Consulting
  Center
University of Southern Mississippi
Southern Station
Hattiesburg, Mississippi  39401
    Phone:  (601)  266-7150

Division of Equal Educational Opportunities
U. S. Office of Education
50 Seventh Street, N. E., Room 404
Atlanta, Georgia  30323
    Phone:  (404)  526-3078

23

## BUILDING INFORMATION

Name of School  Meridian High School

Address    2320 31 Street, Meridian, Mississippi  39301

Name of Principal  Charles A. Armstrong

Grades in School 10,11,12    Number of Permanent Teaching Stations    69

State Rated Capacity  1,900    Maximum Building Capacity  1,900
(without portables)

Portable and Temporary Classrooms    None

Current Student Enrollment  1,521 White  ,  201 Negro  ,  1,722 Total

Total Student Enrollment    1,722

Number of Teachers  79 White  ,  Negro  ,  79 Total

Other Professional Personnel  12 White  ,  Negro  ,  12 Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | | | | | | | | | | | | | | | | | | | | 549 | 76 | 470 | 64 | 502 | 61 | 1,521 | 201 |
| Total | | | | | | | | | | | | | | | | | | | | | 625 | | 534 | | 563 | | *1,722 | |

Number of Students Transported    48

Age of Building  1937,1951, 1964    Type of Construction    Brick

Number of Portable Classrooms    None

Number of Temporary Classrooms    None

Number of Square Feet in Building  Not available

Number of Acres in School Site  39

Attach a list of the subjects or courses offered. Business Education, Distributive Edn., Driver Education, English, Speech, Remedial Reading, Foreign Languages, Home Economics, Industrial Arts, Mathematics, Science, Social Studies, Trade and Industrial Fine Arts, Special Edn., Group Guidance, Health & Physical Education

*This figure does not include 30 students in Special Education

M--

## BUILDING INFORMATION

Name of School___Harris High School_____

Address_____3951 12 Street, Meridian, Mississippi  39301_____

Name of Principal___W. A. Reed, Jr._____

Grades in School _10, 11, 12_ Number of Permanent Teaching Stations_____

State Rated Capacity___900_____ Maximum Building Capacity_____900_____
<br>(without portables)

Portable and Temporary Classrooms____None_____

Current Student Enrollment_____,____580_____,_____580_____
<br>White            Negro            Total

Total Student Enrollment_____580_____

Number of Teachers___2_____,_____29_____,_____31_____
<br>White            Negro            Total

Other Professional Personnel_____,_____5_____,_____5_____
<br>White            Negro            Total

### Enrollment by Grades

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | | | | | | | | 216 | | 186 | | 178 | | 580 |
| | | | | | | | | | | | | | | | | | | | | 216 | | 186 | | 178 | | 580 |

Number of Students Transported_____48_____
<br>1936, 1951, 1959,

Age of Building _1964, 1968_ Type of Construction____Masonry_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building___Not available____

Number of Acres in School Site____21_____

Attach a list of the subjects or courses offered. Business Education, Driver Education,
English, Speech, Remedial Reading, Foreign Language, Home Economics, Industrial Arts,
Education Mathematics, Science, Social Studies, Trade & Industrial, Fine Arts,
Health and Physical Education, Group Guidance _____ ___.

BUILDING INFORMATION

Name of School ___Carver Jr. High School___

Address ___900 44 Avenue, Meridian, Miss.  39301___

Name of Principal ___B. L. Sykes___

Grades in School _7-8-9___ Number of Permanent Teaching Stations ___31___

State Rated Capacity ___755___ Maximum Building Capacity ___755___
(without portables)

Portable and Temporary Classrooms ___None___

Current Student Enrollment _____, ___674___, ___674___
White        Negro        Total

Total Student Enrollment ___674___

Number of Teachers ___1___, ___32___, ___33___
White        Negro        Total

Other Professional Personnel _____, ___3___, ___3___
White        Negro        Total

## Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total |   |   |   |   |   |   |   |   |   |   |   |   | 232 | 205 | 207 |   |   |   |   |   |   |   |   |   |   | 644 |
| Total |   |   |   |   |   |   |   |   |   |   |   |   | 232 | 205 | 207 |   |   |   |   |   |   |   |   |   |   | 644 |

Number of Students Transported ___22___

Age of Building _1966___ Type of Construction ___Brick and Concrete___

Number of Portable Classrooms ___None___

Number of Temporary Classrooms ___None___

Number of Square Feet in Building ___Not available___

Number of Acres in School Site ___6___

Attach a list of the subjects or courses offered.    English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art, Physical Education, Homemaking.

26

## BUILDING INFORMATION

Name of School___Kate Griffin Junior High School_____

Address_____2814 Davis Street, Meridian, Miss. 39301___

Name of Principal__Carlos Corley_____

Grades in School 7,8,9___Number of Permanent Teaching Stations___40___

State Rated Capacity 1,000____Maximum Building Capacity 1,000____
(without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment___745___,___65___,___810___
White       Negro       Total

Total Student Enrollment___810___

Number of Teachers___36___,_____,___36___
White       Negro       Total

Other Professional Personnel___4___,_____,___4___
White       Negro       Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | 242 | 22 | 243 | 17 | 244 | 26 | | | | | | | 731 | 65 |
| | | | | | | | | | | | | | 264 | | 260 | | 272 | | | | | | | | 796 | |

Number of Students Transported___82___

1923, 1951,
Age of Building 1965___Type of Construction___Masonry___

Number of Portable Classrooms___None___

Number of Temporary Classrooms___None___

Number of Square Feet in Building___Not available___

Number of Acres in School Site___6___

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

27

F 134

## BUILDING INFORMATION

Name of School____Magnolia Jr. High School_____

Address_____1350 24 Street, Meridian, Miss. 39301_____

Name of Principal__Mrs. Hannah Basley_____

Grades in School 7, 8, 9____Number of Permanent Teaching Stations_____

State Rated Capacity ·550_____Maximum Building Capacity_____550_____
                                                    (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment_____,____441____,_____441_____
                              White          Negro          Total

Total Student Enrollment_____441_____

Number of Teachers_____5____,____17____,_____22_____
                        White        Negro         Total

Other Professional Personnel_____,____3____,_____3_____
                               White          Negro          Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | | | 167 | | 147 | | 127 | | | | | | | 441 | |
| | | | | | | | | | | | | | | 167 | | 147 | | 127 | | | | | | | 441 | |

Number of Students Transported_____51_____

Age of Building__1959_____Type of Construction____Masonry_____

_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building___Not available_____

Number of Acres in School Site____36___(Share with Magnolia Park)_____

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

28

BUILDING INFORMATION

Name of School _____ Northwest Junior High School

Address _____ 4400 32 Street, Meridian, Mississippi   39301

Name of Principal _____ Mr. George Cannon

Grades in School 7, 8, 9   Number of Permanent Teaching Stations 39

State Rated Capacity   885   Maximum Building Capacity   1,000
                                                    (without portables)

Portable and Temporary Classrooms _____ None

Current Student Enrollment   958 _____, _____, _____ 958
                                White              Negro              Total

Total Student Enrollment   958

Number of Teachers   39 _____, 2 _____, 41
                        White           Negro           Total

Other Professional Personnel   4 _____, _____, 4
                                White           Negro           Total

## Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | | | | | | | | | | | | | 306 | | 332 | | 320 | | | | | | | | 958 | |
| | | | | | | | | | | | | | 306 | | 332 | | 320 | | | | | | | | 958 | |

Number of Students Transported   4

Age of Building 1959   Type of Construction   Masonry

Number of Portable Classrooms   None

Number of Temporary Classrooms   None

Number of Square Feet in Building _____ Not available

Number of Acres in School Site   37

Attach a list of the subjects or courses offered.

English, Science, Social Studies, Mathematics, Industrial Arts, Music, Art,
Physical Education, Homemaking.

29

*Mer.*

## BUILDING INFORMATION

Name of School___Chalk Elementary School_____

Address_____3901 7 Street, Meridian, Mississippi   39301_____

Name of Principal__Mrs. Kizzie Culpepper_____

Grades in School_1 - 6_____ Number of Permanent Teaching Stations_15__

State Rated Capacity__450_____ Maximum Building Capacity___450_____
_____(without portables)

Portable and Temporary Classrooms___None_____

Current Student Enrollment__220_____, ____91_____, _____311_____
_____White_____Negro_____Total

Total Student Enrollment_____311_____

Number of Teachers____12_____, _____, ____12_____
_____White_____Negro_____Total

Other Professional Personnel_1 1/2_____, ___1/2_____, ___2_____
_____White_____Negro_____Total

### Enrollment by Grades

|     | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|     | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|     | 41 | 21 | 36 | 11 | 32 | 19 | 36 | 12 | 39 | 16 | 36 | 12 | | | | | | | | | | | | | 220 | 91 |
| Total | 62 | | 47 | | 51 | | 48 | | 55 | | 48 | | | | | | | | | | | | | | 311 | |

Number of Students Transported_____None_____
_____1951

Age of Building_888, 1930___Type of Construction___Masonry_____

_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building_____Not available_____

Number of Acres in School Site_____One City Block_____

Attach a list of the subjects or courses offered.


Standard Elementary

30

*M.Y*

## BUILDING INFORMATION

Name of School      CRESTWOOD ELEMENTARY SCHOOL

Address         301 22nd Avenue Heights, Meridian, Mississippi 39301

Name of Principal   Mrs. Ruby Reese

Grades in School 1 - 6        Number of Permanent Teaching Stations 12 + 2 for Kindergarten

State Rated Capacity     360   Maximum Building Capacity         360
                                              (without portables)

Portable and Temporary Classrooms                    None

Current Student Enrollment    331    ,        4      ,       335
                              White            Negro          Total

Total Student Enrollment          335

Number of Teachers      10      ,       1        ,       11
                        White          Negro            Total

Other Professional Personnel   1 1/2   ,              ,    1  1/2
                               White           Negro         Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 57 | 1 | 55 | | 52 | 1 | 61 | | 47 | 1 | 59 | 1 | | | | | | | | | | | | | 331 | 4 |
| Total | 58 | | 55 | | 53 | | 61 | | 48 | | 60 | | | | | | | | | | | | | | 335 | |

Number of Students Transported           98

Age of Building  1965     Type of Construction             Masonry


Number of Portable Classrooms          None

Number of Temporary Classrooms          None

Number of Square Feet in Building  Not available

Number of Acres in School Site        23

Attach a list of the subjects or courses offered.

Standard Elementary

*3/*

M 21.

## BUILDING INFORMATION

Name of School ___ East End Elementary School

Address ___ 2124 11 Avenue, Meridian, Mississippi

Name of Principal ___ Mrs. Allie Faye Turner

Grades in School ___ 1, 2 ___ Number of Permanent Teaching Stations ___ 10 + 2 Kindergarten

State Rated Capacity ___ 300 ___ Maximum Building Capacity ___ 300
(without portables)

Portable and Temporary Classrooms ___ None

Current Student Enrollment _____ , ___ 307 ___ , ___ 307
          White     Negro      Total

Total Student Enrollment _____ 322

Number of Teachers ___ 2 ___ , ___ 10 ___ , ___ 12
        White     Negro      Total

Other Professional Personnel ___ 1 ___ , ___ 1 ___ , ___ 2
           White      Negro     Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | 174 | | 133 | | | | | | | | | | | | | | | | | | | | | | 307 |
| Total | 174 | 133 | | | | | | | | | | | | | | | | | | | | | | | | 307 |

Number of Students Transported ___ 10
           1968

Age of Building 1924-1951 ___ Type of Construction ___ Wood and Masonry

Number of Portable Classrooms ___ None

Number of Temporary Classrooms ___ None

Number of Square Feet in Building ___ Not available

Number of Acres in School Site ___ 6

Attach a list of the subjects or courses offered.

Standard Elementary

* This figure does not include 15 students in Special Education.

32

May

## BUILDING INFORMATION

Name of School _____ HIGHLAND ELEMENTARY SCHOOL

Address _____ 1925 35 Avenue, Meridian, Mississippi 39301

Name of Principal _____ Mrs. Carol Harrington

Grades in School _1 - 6_ Number of Permanent Teaching Stations _12_

State Rated Capacity _360_ Maximum Building Capacity _360_
(without portables)

Portable and Temporary Classrooms _____ None

Current Student Enrollment _327_ , _4_ , _331_
                              White        Negro        Total

Total Student Enrollment _331_

Number of Teachers _10_ , , _10_
                     White        Negro        Total

Other Professional Personnel _1 1/2_ , _1 1/2_ , _3_
                              White        Negro        Total

### Enrollment by Grades

|      | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|      | 49 | 1 | 58 | | 58 | | 55 | 2 | 43 | 1 | 54 | | | | | | | | | | | | | | 327 | 4 |
| Total | 50 | | 58 | | 58 | | 67 | | 44 | | 54 | | | | | | | | | | | | | | 331 | |

Number of Students Transported _____ None

Age of Building _1912 - 1951_ Type of Construction _Masonry_

_____

Number of Portable Classrooms _____ None

Number of Temporary Classrooms _____ None

Number of Square Feet in Building _Not available_

Number of Acres in School Site _1 1/2_

Attach a list of the subjects or courses offered.

Standard Elementary

33

Mc.

## BUILDING INFORMATION

Name of School_____Marion Park Elementary School_____

Address_____2815 25 Street, Meridian, Mississippi  39301_____

Name of Principal_____Mrs. Louise B. Vaughan_____

Grades in School 1 - 6_____Number of Permanent Teaching Stations_____13_____

State Rated Capacity__390__  Maximum Building Capacity__390_____
(without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment____208____,____36____,____244____
         White                    Negro                    Total

Total Student Enrollment_____244_____

Number of Teachers_____9_____,_____,_____9_____
       White            Negro            Total

Other Professional Personnel__1 1/2__,____1/2____,____2____
       White            Negro            Total

### Enrollment by Grades

|   | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
|   | 30 | 4 | 29 | 5 | 29 | 6 | 34 | 7 | 40 | 6 | 46 | 8 | | | | | | | | | | | 208 | 36 |
| Total | 34 | | 34 | | 35 | | 41 | | 46 | | 54 | | | | | | | | | | | | | 244 | |

Number of Students Transported_____none_____

Age of Building__1924-1951__  Type of Construction__Masonry_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building__Not available_____

Number of Acres in School Site____7_____

Attach a list of the subjects or courses offered.

Standard Elementary

34

BUILDING INFORMATION

P-124

Name of School     MOUNT BARTON ELEMENTARY SCHOOL

Address     2900 St. Paul Street, Meridian, Mississippi  39301

Name of Principal     Mrs. Hyweeda Robinson

Grades in School   K - 6     Number of Permanent Teaching Stations   12 + 2 for Kindergarten

State Rated Capacity     360   Maximum Building Capacity   325 (desirable)
                                                            (without portables)

Portable and Temporary Classrooms     None

Current Student Enrollment _____ , ____326____ , _____326_____
                                White              Negro              Total

Total Student Enrollment     326

Number of Teachers _____ , ____12____ , ____12____
                          White              Negro          Total

Other Professional Personnel ____1____ , ____1____ , ____2____
                                White            Negro          Total

### Enrollment by Grades

|      | 1st |   | 2nd |   | 3rd |   | 4th |   | 5th |   | 6th |   | 7th |   | 8th |   | 9th |   | 10th |   | 11th |   | 12th |   | Total |     |
|------|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|------|---|------|---|------|---|-------|-----|
|      | W   | N | W   | N | W   | N | W   | N | W   | N | W   | N | W   | N | W   | N | W   | N | W    | N | W    | N | W    | N | W     | N   |
|      |     |51 |     |60 |     |36 |     |56 |     |53 |     |70 |     |   |     |   |     |   |      |   |      |   |      |   |       |326  |
| Total |    |51 |     |60 |     |36 |     |56 |     |53 |     |70 |     |   |     |   |     |   |      |   |      |   |      |   | 326   |     |

Number of Students Transported     None

Age of Building   1951-1967 Type of Construction   Masonry


Number of Portable Classrooms     None

Number of Temporary Classrooms     None

Number of Square Feet in Building   Not available

Number of Acres in School Site     16

Attach a list of the subjects or courses offered.


Standard Elementary

35

1-122

## BUILDING INFORMATION

Name of School ___ OAKLAND HEIGHTS ELEMENTARY SCHOOL

Address _____ 601 59 Avenue, Meridian, Mississippi   39301

Name of Principal __ Mrs. Mary Alice Oliver

Grades in School – 6 _____ Number of Permanent Teaching Stations · 19

State Rated Capacity __ 570 __ Maximum Building Capacity _____ 570
(without portables)

Portable and Temporary Classrooms ___ None

Current Student Enrollment __553__ , _____ , __553__
White                Negro              Total

Total Student Enrollment ____ 553

Number of Teachers ____ 18 ___ , ___ 1 ___ , ___ 19 ___
White            Negro          Total

Other Professional Personnel ___ 1 ___ , ___ 1 ___ , ___ 2 ___
White          Negro          Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 103 | | 100 | | 88 | | 99 | | 93 | | 70 | | | | | | | | | | | | | | | 553 | |
| Total | 103 | | 100 | | 88 | | 99 | | 93 | | 70 | | | | | | | | | | | | | | | | 553 |

Number of Students Transported ____ 114

Age of Building 1951-60's __ Type of Construction _____ Masonry

Number of Portable Classrooms _____ None

Number of Temporary Classrooms _____ None

Number of Square Feet in Building _____ Not available

Number of Acres in School Site _____ 9

Attach a list of the subjects or courses offered.

Standard Elementary

36.

BUILDING INFORMATION

Name of School____Parkview Elementary School_____

Address_____1225 26 Street, Meridian, Mississippi____39301____

Name of Principal__Mrs. Illean Wilson Temple_____

Grades in School_3,4,5,6__Number of Permanent Teaching Stations__24__

State Rated Capacity_720____Maximum Building Capacity_____720____
                                                        (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment_____,_____548_____,_____542_____
                              White          Negro          Total

Total Student Enrollment___562_____

Number of Teachers_____5_____,_____19_____,_____24_____
                          White          Negro          Total

Other Professional Personnel____2____,_____1_____,_____3_____
                              White          Negro          Total

### Enrollment by Grades

|      | 1st |   | 2nd |   | 3rd |   | 4th |   | 5th |   | 6th |   | 7th |   | 8th |   | 9th |   | 10th |   | 11th |   | 12th |   | Total |     |
|------|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|------|---|------|---|------|---|-------|-----|
|      | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total |   |   |   |   | 118 |   | 131 |   | 142 |   | 157 |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 548 |
| al    |   |   |   |   | 118 | 131 | 142 | 157 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 548 |

Number of Students Transported_____9_____

Age of Building_1963_____Type of Construction___Masonry_____

_____

Number of Portable Classrooms____None_____

Number of Temporary Classrooms___None_____

Number of Square Feet in Building___Not available_____

Number of Acres in School Site____36_____

Attach a list of the subjects or courses offered.
   Standard Elementary

   * This figure does not include 14 students in Special Education

37

P.194

## BUILDING INFORMATION

Name of School___POPLAR SPRINGS ELEMENTARY SCHOOL

Address___4101 27 Avenue, Meridian, Mississippi 39301

Name of Principal___Miss Allene Woodall

Grades in School___1 - 6___Number of Permanent Teaching Stations___19

State Rated Capacity___570___Maximum Building Capacity___570
(without portables)

Portable and Temporary Classrooms___None

Current Student Enrollment___558___,_____,___558
White              Negro              Total

Total Student Enrollment___558

Number of Teachers___17___,___1___,___18
White              Negro              Total

Other Professional Personnel___1 1/2___,___1 1/2___,___3
White              Negro              Total

### Enrollment by Grades

|       | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|-------|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|------|---|------|---|------|---|-------|---|
|       | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | 86 | | 73 | | 106 | | 101 | | 92 | | 100 | | | | | | | | | | | | | | 558 | |
| Total | 86 | | 73 | | 106 | | 101 | | 92 | | 100 | | | | | | | | | | | | | | | 558 |

Number of Students Transported___4

Age of Building 1951-60's___Type of Construction___Masonry

Number of Portable Classrooms___None

Number of Temporary Classrooms___None

Number of Square Feet in Building___Not available

Number of Acres in School Site___16

Attach a list of the subjects or courses offered.

Standard Elementary

28

## BUILDING INFORMATION

Name of School____ WEST HILLS ELEMENTARY SCHOOL

Address_____ 4100 32 Street, Meridian, Mississippi  39301

Name of Principal____ Mrs. Ruth Majure

Grades in School __ - 6 _____ Number of Permanent Teaching Stations ___ 24

State Rated Capacity ___ 720 ____ Maximum Building Capacity  720

(without portables)

Portable and Temporary Classrooms_____ None

Current Student Enrollment __ 682 ___ , _____ , ___ 682
White — Negro — Total

Total Student Enrollment ____ 682

Number of Teachers ____ 22 ____ , ___ 1 ____ , ____ 23
White — Negro — Total

Other Professional Personnel ___ 3 ____ , _____ , ___ 3
White — Negro — Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | 110 | | 115 | | 121 | | 105 | | 110 | | 121 | | | | | | | | | | | | | | 682 | |
| Total | 110 | | 115 | | 121 | | 105 | | 110 | | 121 | | | | | | | | | | | | | | 682 | |

Number of Students Transported _____ None

Age of Building 1959-60's  Type of Construction_____ Masonry

Number of Portable Classrooms_____ None

Number of Temporary Classrooms_____ None

Number of Square Feet in Building_____ Not available

Number of Acres in School Site____ 37 (Shares site with NW Jr. High School)

Attach a list of the subjects or courses offered.

Standard Elementary

BUILDING INFORMATION

Name of School ___ West End Elementary School

Address ___ 3930 14 Street, Meridian, Mississippi  39301

Name of Principal ___ Mrs. Josephine Wilson

Grades in School  K - 6 ___ Number of Permanent Teaching Stations ___ 24 (less kindergar

State Rated Capacity  720 ___ Maximum Building Capacity ___ 720 (less for kindergartens)
(without portables)

Portable and Temporary Classrooms ___

Current Student Enrollment ___ , 615 , 615
White        Negro        Total

Total Student Enrollment ___ 615

Number of Teachers  3 , 20 , 23
White        Negro        Total

Other Professional Personnel  2 , 1 , 3
White        Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| | | 92 | | 104 | | 112 | | 118 | | 96 | | 93 | | | | | | | | | | | | | | | 615 |
| Total | | 92 | | 104 | | 112 | | 118 | | 96 | | 93 | | | | | | | | | | | | | | | 615 |

Number of Students Transported ___ 32

Age of Building 1959 ___ Type of Construction ___ Masonry

Number of Portable Classrooms ___ None

Number of Temporary Classrooms ___ None

Number of Square Feet in Building ___ Not available

Number of Acres in School Site ___ 10

Attach a list of the subjects or courses offered.

Standard Elementary

## BUILDING INFORMATION

Name of School_____ Wechsler Elementary School

Address_____ 1415 30 Avenue, Meridian, Mississippi   39301

Name of Principal   Mrs. Jennie Ruth Crump

Grades in School K - 6_____ Number of Permanent Teaching Stations   17

State Rated Capacity  510_____ Maximum Building Capacity_____ 510
(without portables)

Portable and Temporary Classrooms_____ None

Current Student Enrollment_____, _____ 483 _____, _____ 483
                                White              Negro              Total

Total Student Enrollment_____ 483

Number of Teachers_____ 4 , _____ 14 , _____ 18
                        White              Negro              Total

Other Professional Personnel_____ 1 , _____ 3 , _____ 4
                                White              Negro              Total

### Enrollment by Grades

|       | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|-----|
|       | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total |   | 73 |   | 100 | 76 |   | 79 |   | 81 |   | 61 |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 470 |
|       | 73 |   | 100 |   | 76 |   | 79 |   | 81 |   | 61 |   |   |   |   |   |   |   |   |   |   |   |   |   | 470 |   |

Number of Students Transported_____ None

Age of Building 1888-1951_____ Type of Construction_____ Masonry

Number of Portable Classrooms_____ None

Number of Temporary Classrooms_____ None

Number of Square Feet in Building_____ Not available

Number of Acres in School Site_____ One city block

Attach a list of the subjects or courses offered.
Standard Elementary

* This figure does not include 13 students in Special Education

41

Mer.

## BUILDING INFORMATION

Name of School___Witherspoon Elementary School_____

Address_____1516 12 Avenue, Meridian, Mississippi  39301____

Name of Principal___Miss Neva Griffin_____

Grades in School__K - 6____ Number of Permanent Teaching Stations__14 plus Special Educa
                                                                    and Kindergarten

State Rated Capacity___420____ Maximum Building Capacity___420____
                                                          (without portables)

Portable and Temporary Classrooms_____None_____

Current Student Enrollment__256___,____50____,____306_____
                              White        Negro        Total

Total Student Enrollment_____349_____

Number of Teachers_____16_____,_____,_____16_____
                          White         Negro          Total

Other Professional Personnel___2___,____2____,_____4_____
                               White      Negro        Total

### Enrollment by Grades

| | 1st | | 2nd | | 3rd | | 4th | | 5th | | 6th | | 7th | | 8th | | 9th | | 10th | | 11th | | 12th | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N | W | N |
| Total | 41 | 5 | 43 | 11 | 44 | 11 | 42 | 8 | 46 | 7 | 40 | 8 | | | | | | | | | | | | | 256 | 50 |
| | 46 | | 54 | | 55 | | 50 | | 53 | | 48 | | | | | | | | | | | | | | 306 | |

Number of Students Transported_____None_____

Age of Building_1888-1951___ Type of Construction___Masonry____

_____

Number of Portable Classrooms_____None_____

Number of Temporary Classrooms_____None_____

Number of Square Feet in Building_____Not available_____

Number of Acres in School Site_____One city block_____

Attach a list of the subjects or courses offered.
Standard Elementary

* This does not include 43 students in Special Education

42