# EXHIBIT 5

FORM 4 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

                    Plaintiff

v.                                 CIVIL ACTION
                                    No. 4:65-cv-01300-HTW-LRA

MERIDIAN MUNICIPAL
SEPARATE
SCHOOL DISTRICT, et al.,

                    Defendant

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Plaintiffs' Motion to Compel Production of Information

Counsel further certify that:

✔ as appropriate:

☐ 1. The motion is unopposed by all parties.

☐ 2. The motion is unopposed by:

☑ 3. The motion is opposed by: All Defendants

☐ 4. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

FORM 4 (ND/SD MISS. DEC. 2011)

This the 27th day of September 2018

*Signature of Plaintiff's Attorney*

Natasha C. Merle    48247

Typed Name and Bar Number

*Signature of Defendant's Attorney*

John S. Hooks  MS Bar No. 99175

Typed Name and Bar Number