FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,         CIVIL ACTION
                                                                           NO. 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

    __✔__    Interrogatories to:                                      <u>Defendants, Meridian Municipal Separate School District, et al.</u>

    _____    Requests for Production of                         _____
                 Documents to:

    _____    Requests for Admissions to:                       _____

    _____    Responses to Interrogatories of:                 _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

_____  Responses to Requests for
       Production of Documents of:     _____

_____  Responses to Requests for
       Admissions of:                  _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

|  |  |
|---|---|
| October 1, 2018 | */s/ Natasha Merle* |
| Date | Signature |

                                        Natasha Merle, 48247_____
                                              Typed Name & Bar Number