FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

**CIVIL ACTION
NO.** 4:65-CV-01300-HTW-LRA

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_   Interrogatories to:

✔   Requests for Production of Documents to:   Defendants, Meridian Municipal Separate School District, et al.

\_\_\_\_   Requests for Admissions to:

\_\_\_\_   Responses to Interrogatories of:

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_  Responses to Requests for
Production of Documents of:  _____

\_\_\_\_\_  Responses to Requests for
Admissions of:  _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

October 1, 2018                         *Natasha Merle*
Date                                    Signature

                                        Natasha Merle, 48247
                                        Typed Name & Bar Number