Form 2(b) (ND/SD Miss. Dec. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,   **CIVIL ACTION**
                                                           **No.** 4:65-cv-01300-HTW-LRA-1300-HTW

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:** **All Counsel of Record**

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

____ Interrogatories to: _____

____ Requests for Production of Documents to: _____

____ Requests for Admissions to: _____

__✔__ Responses to Interrogatories of:   Defendants, Meridian Municipal Separate School District

FORM 2(b) (ND/SD MISS. DEC. 2011)

_____   Responses to Requests for
          Production of Documents of:        _____

_____   Responses to Requests for
          Admissions of:                     _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

     October 9, 2018                          _____
          Date                                              Signature

                                              _____Natasha Merle,_48247_____
                                                       Typed Name & Bar Number