# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**JOHN BARNHARDT, et al**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO.: 4:65-CV-01300-HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al**  **DEFENDANTS**

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(c)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_  Interrogatories to: _____

\_\_\_\_  Requests for Production of
      Documents to: _____

\_\_\_\_  Requests for Admissions to: _____

\_\_\_\_  Responses to Interrogatories of: _____

_✔_  Responses to Requests for
      Production of Documents of:   Plaintiffs

\_\_\_\_  Responses to Requests for
      Admissions of: _____

Pursuant to L.U.CIV.R. 5(c)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

   October 19, 2018          *s/John G. Compton*
   Date                      Signature

                             John G. Compton   MSB #6433
                             Typed Name & Bar Number

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Fred L. Banks, Jr.
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391

Louis Fisher
Natasha Merle
Alexis Hoag
Kristen Johnson
NAACP Legal Defense
and Education Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006

This the 19th day of October, 2018.

                                               *s/John G. Compton*
                                           **John G. Compton        MSB #6433**

O:\JGC FILES\MPSD\Barnhardt\Notice of Service - responses to request for production.wpd