FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,        **CIVIL ACTION**
                                                       **NO.** 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

    v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_ Interrogatories to: _____

\_\_\_\_ Requests for Production of Documents to: _____

\_\_\_\_ Requests for Admissions to: _____

  ✔   Responses to Interrogatories of:    Defendants, Meridian Municipal Separate School District, et al.

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_   Responses to Requests for
         Production of Documents of:     _____

\_\_\_\_\_   Responses to Requests for
         Admissions of:                  _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

\_\_\_\_\_October 25, 2018_____          _____*/s/*_____
            Date                                       Signature

                                         _____Kristen A. Johnson,  5555552_____
                                                Typed Name & Bar Number