FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,     **CIVIL ACTION**
                                                  **NO.** 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_  Interrogatories to: _____

\_\_\_\_  Requests for Production of Documents to: _____

\_\_\_\_  Requests for Admissions to: _____

\_\_\_\_  Responses to Interrogatories of: _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

✔   Responses to Requests for
     Production of Documents of:        Defendants, Meridian Municipal Separate School District, et al.


___   Responses to Requests for
      Admissions of:                    _____


Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.


     October 25, 2018                          _____
            Date                                         Signature


                                              Kristen A. Johnson,  5555552_____
                                                   Typed Name & Bar Number