Form 2(b) (ND/SD Miss. Dec. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,        CIVIL ACTION
                                                             No. 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:    All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_    Interrogatories to:

✔    Requests for Production of Documents to:      Defendants, Meridian Municipal Separate School District, et al.

\_\_\_\_    Requests for Admissions to:

\_\_\_\_    Responses to Interrogatories of:

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_  Responses to Requests for
        Production of Documents of:          _____

\_\_\_\_\_  Responses to Requests for
        Admissions of:                       _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

| October 26, 2018 | *[signature: Louis Fisher]* |
|---|---|
| Date | Signature |

Louis Fisher, 5537691
Typed Name & Bar Number