# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHN BARNHARDT, ET AL.** **PLAINTIFFS**

and

**UNITED STATES OF AMERICA** **PLAINTIFF INTERVENOR**

v. **CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.** **DEFENDANTS**

## Notice of Service

Defendant Meridian Public School District gives notice it has this day served the following on counsel for the Private Plaintiffs:

1. Meridian Public School District's Responses to Private Plaintiffs' Second Set of Requests for Production of Documents and documents numbered MPSD-000184 – MPSD-000189.

Respectfully submitted, this 29th day of October 2018.

**Meridian Public School District**

/s/  John S. Hooks

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
John S. Hooks
MS Bar No. 99175
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone:  601.353.3234
Facsimile:  601.355.9708
Holmes.adams@arlaw.com
John.hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840
E-Mail: JCompton@witherspooncompton.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of Court using the CM/ECF system which caused notice of service to be served on all registered counsel of record.

     Dated:  October 29, 2018.

                                                                                 /s/  John S. Hooks