# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**JOHN BARNHARDT, et al**                                                                              **PLAINTIFFS**

**VS.**                                                     **CIVIL ACTION NO.: 4:65-CV-01300-HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al**          **DEFENDANTS**

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(c)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_  Interrogatories to:                                    _____

\_\_\_\_  Requests for Production of
      Documents to:                                      _____

\_\_\_\_  Requests for Admissions to:                        _____

\_\_\_\_  Responses to Interrogatories of:                   _____

\_\_\_\_  Responses to Requests for
      Production of Documents of:                        _____

_✔_   Supplemental Responses to Requests for
      Production of Documents of:              Plaintiffs

\_\_\_\_  Responses to Requests for
      Admissions of:                                     _____

Pursuant to L.U.CIV.R. 5(c)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

    October 29, 2018                                    *s/John G. Compton*
             Date                                                        Signature

                                                        John G. Compton   MSB #6433
                                                         Typed Name & Bar Number

## CERTIFICATE OF SERVICE

      I do hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Fred L. Banks, Jr.<br>Phelps Dunbar LLP<br>4270 I-55 North<br>Jackson, MS 39211-6391 | Louis Fisher<br>Natasha Merle<br>Alexis Hoag<br>Kristen Johnson<br>NAACP Legal Defense<br>and Education Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006 |

      This the 19th day of October, 2018.

                                                                                  *s/John G. Compton*
                                                **John G. Compton     MSB #6433**

**O:\JGC FILES\MPSD\Barnhardt\Notice of Service- supplemental responses to rfp #2.wpd**