IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, et al.,                                                         PLAINTIFFS

AND

UNITED STATES OF AMERICA,                                          PLAINTIFF-INTERVENOR

VS.                                                  CIVIL ACTION NO. 4:65-CV-1300-HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.                                                         DEFENDANTS

## ORDER

BEFORE THIS COURT is are the following motions: private-plaintiffs' Motion to Add Named Plaintiffs **[Docket no. 67]**; and private-plaintiffs' Unopposed Motion for Extension of Time to File Response/Reply as to [67] **[Docket no. 71]**.

On September 24, 2018, this court held a status conference and heard arguments of counsel on private-plaintiffs' Motion to Add Named Plaintiffs **[Docket no. 67]** after which this court denied private-plaintiffs' request. This order commemorates that bench opinion.

This court also finds that private-plaintiffs' Unopposed Motion for Extension of Time to File Response/Reply as to [67] **[Docket no. 71]** is not interposed for the purpose of delay or undue harassment. Accordingly, such motion is due to be granted.

IT IS, THEREFORE, ORDERED private-plaintiffs' Motion to Add Named Plaintiffs **[Docket no. 67]** is hereby **DENIED** and private-plaintiffs' Unopposed Motion for Extension of Time to File Response/Reply as to [67] **[Docket no. 71]** is hereby **GRANTED**.

SO ORDERED this the 29th day of October, 2018.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

1