THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**                                                         **PLAINTIFFS**

and

**UNITED STATES OF AMERICA**                                          **PLAINTIFF INTERVENOR**

v.                                                                           CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA

**MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.**                                                        **DEFENDANTS**

### Notice of Service

Defendant Meridian Public School District gives notice it has this day served the following on counsel for the Private Plaintiffs:

1. Meridian Public School District's Responses to Private Plaintiffs' First Set of Interrogatories and Requests for Production of Documents and documents numbered MPSD-000190 – MPSD-000801.

Respectfully submitted, this 31st day of October 2018.

**Meridian Public School District**


/s/  John S. Hooks

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
John S. Hooks
MS Bar No. 99175
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone:  601.353.3234
Facsimile:  601.355.9708
Holmes.adams@arlaw.com
John.hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840
E-Mail: JCompton@witherspooncompton.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of Court using the CM/ECF system which caused notice of service to be served on all registered counsel of record.

      Dated:  October 31, 2018.

                                                   /s/  John S. Hooks