New York Office
40 Rector Street, 5th Floor
New York, NY 10006-1738

T 212.965.2200
F 212.226.7592

www.naacpldf.org

Washington, D.C. Office
700 14th Street, NW, Suite 600
Washington, D.C. 20005

T 202.682.1300
F 202.682.1312



November 14, 2018

*Via electronic mail*

Honorable Henry T. Wingate
501 East Court Street, Suite 6.750
Jackson, MS 39201
wingate_chambers@mssd.uscourts.gov

      RE:    *Barnhardt, et al. v. Meridian Municipal Separate School District, et al.*, C.A. No. 4:65-cv-1300-HTW-LRA 1300(E) (S.D. Miss)

Dear Judge Wingate:

      Plaintiffs John Barnhardt, *et al*., respectfully submit this response to Defendant Meridian Public School District's ("the District") Objections to Plaintiffs' Amended Notice of Deposition of Meridian Public School District (ECF No. 105), filed on October 31, 2018, in the above-captioned matter.

      On November 5, 2018, counsel for the parties participated in a meet-and-confer call regarding these objections. Plaintiffs' position is that the District's objections were resolved during this call, apart from the objections relating to questions about academic achievement topics. The parties agreed that their respective positions regarding the relevancy of Plaintiffs' requests for information on academic achievement have been fully briefed. The Court's decision on Plaintiff's pending motion to compel (ECF No. 86) will resolve the question whether the information listed in Academic Achievement topics 2 through 7 is relevant to this litigation. Plaintiffs refused the District's request to not ask deponents questions regarding academic achievement or to provide a list of anticipated questions about academic achievement in advance of the deposition.

      The District had a number of objections related to the time period covered by the topics. (ECF No. 105, Faculty and Staff Objections 5, 6, 8; Student Assignment Objections 1, 2, 5, 7, 12; Academic Achievement Objections 2–7). For those objections, Plaintiffs agreed to focus their deposition questions to cover the following time periods: 1969 to 1981 and 2013 to the present. Regarding Defendant's Student Assignment Objection 6, the District represented that the Superintendent would probably be able to testify to that topic.



Finally, the parties agreed that to the extent Plaintiffs' counsel had questions about specific incidents involving law enforcement on campus, Plaintiffs would provide the witness with documentation of the incident produced by the District.

                              Respectfully Submitted,

/s/ Fred L. Banks, Jr.  
Fred L. Banks, Jr.  
Phelps Dunbar LLP  
Mississippi State Bar No. 1733  
4270 I-55 North  
Jackson, MS 39211-6391  
Tel: (601) 360-9356  
Fax: (601) 360-9777  
fred.banks@phelps.com  

/s/ Natasha Merle  
Natasha Merle  
Kristen Johnson  
John Cusick  
Louis Fisher  
NAACP Legal Defense and  
   Educational Fund, Inc.  
40 Rector Street, 5th Floor  
New York, New York 10006  
Tel: (212) 965-2200  
Fax: (212) 226-7592  
nmerle@naacpldf.org  
kjohnson@naacpldf.org  
jcusick@naacpldf.org  
lfisher@naacpldf.org  

*Counsel for Private Plaintiffs*



## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Natasha Merle
Natasha Merle
NAACP Legal Defense and
 Educational Fund, Inc.
40 Rector Street, 5th Floor New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org