# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN MUNICIPAL SEPARATE ) <br> SCHOOL DISTRICT, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 4:65-cv-01300-HTW-LRA <br> 1300(E) |

## Notice of Service

Plaintiff-Intervenor United States of America gives notice it has this day served the following on counsel for Defendant Meridian Public School District:

1. Plaintiff-Intervenor United States' First Set of Interrogatories, Requests for Production, and Requests for Admission to the Defendant Meridian Public School District.

DATED:   November, 14, 2018

Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
SHAHEENA SIMONS, Chief
RENEE M. WOHLENHAUS, Deputy Chief
Educational Opportunities Section

1

/s/ Aria S. Vaughan
ARIA S. VAUGHAN
NATANE SINGLETON
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 305-3364

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of Court using the CM/ECF system, which caused notice of service to be served on all registered counsel of record.

              /s/ Aria S. Vaughan_____
              Aria S. Vaughan