# EXHIBIT 4

Form 4 (ND/SD Miss. Dec. 2011)

# United States District Court
## Southern District of Mississippi

JOHN BARNHARDT, et al.,

                              Plaintiff

v.

MERIDIAN MUNICIPAL
SEPARATE SCHOOL
DISTRICT, et al.,

                              Defendant

**Civil Action**
**No. 4:65-cv-01300-HTW-LRA**

## Good Faith Certificate

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Plaintiffs' Motion to Compel Production of Information (Request for Production No. 21)

Counsel further certify that:

✔ as appropriate:

☐ 1. The motion is unopposed by all parties.

☐ 2. The motion is unopposed by:

✔ 3. The motion is opposed by: All Defendants

☐ 4. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

FORM 4 (ND/SD MISS. DEC. 2011)

This the ___15th___ day of ___November___ 2018

_____
Signature of Plaintiff's Attorney

Kristen A. Johnson    PHV / N.Y. Bar. No. 5555552
Typed Name and Bar Number

_____
Signature of Defendant's Attorney

John S. Hooks MSB# 99175
Typed Name and Bar Number