FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,           CIVIL ACTION
                                                                          NO. 4:65-CV-01300-HTW-LRA-1300-HTW

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_ Interrogatories to: _____

\_\_\_\_ Requests for Production of Documents to: _____

\_\_\_\_ Requests for Admissions to: _____

 ✔  Responses to Interrogatories of:    Defendants, Meridian Municipal Separate School District

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_    Responses to Requests for
         Production of Documents of:    _____

\_\_\_\_\_    Responses to Requests for
         Admissions of:    _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

    November 16, 2018            *[signature: Natasha Merle]*
         Date                              Signature

                             _____Natasha Merle,\_48247_____
                                      Typed Name & Bar Number