FORM 2(a) (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

  v.

MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al.

    Defendants.

CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA

### NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:** All Counsel of Record

1. Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

   Deponent: Gary Houston

   Taken at the instance of: Plaintiffs, John Barnhardt, et al.

2. Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

November 21, 2018
Date

/s/ Natasha Merle
Signature

Natasha Merle, 48247
Typed Name & Bar Number

Attorney for: Private Plaintiffs

```
                                                        1

 1         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2

 3   JOHN BARNHARDT, ET AL.                  PLAINTIFFS

 4
     VS.         CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
 5               1300(E)

 6
     UNITED STATES OF AMERICA     PLAINTIFF-INTERVENOR
 7

 8   VS.

 9
     MERIDIAN MUNICIPAL SEPARATE
10   SCHOOL DISTRICT, ET AL.                  DEFENDANTS
     **************************************************
11             DEPOSITION OF GARY D. HOUSTON

12   **************************************************

13              APPEARANCES NOTED HEREIN

14

15              DATE: OCTOBER 30, 2018
      PLACE: MERIDIAN PUBLIC SCHOOL DISTRICT CENTRAL
16                      OFFICE
                   1019 25th AVENUE
17               MERIDIAN, MISSISSIPPI
                  TIME: 9:08 A.M.
18

19

20
     REPORTED BY: TODD J. DAVIS
21               BCR, CSR #1406, RPR

22

23
                DAVIS COURT REPORTING
24                Post Office Box 44
              Madison, Mississippi 39130
25                 (601) 856-8889
```

Davis Court Reporting, LLC
601.856.8889 marytodd@daviscourtreporting.com