# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 4:65-cv-01300-HTW-LRA |
| ) | 1300(E) |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| MERIDIAN MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Pursuant to L.U.Cɪᴠ.R. 26(a)(2), Private Plaintiffs, John Barnhardt, et al., hereby give notice of service on all parties of the following documents via electronic mail:

(1) Private Plaintiffs John Barnhardt, et al.'s Rule 26(a)(2) Disclosures of Aaron Kupchik, Ph.D and Erica Frankenberg, Ed.D.

DATED: November 30, 2018

                Respectfully submitted,

                /s/ Natasha Merle
                Natasha Merle
                PHV No. 48247
                NAACP LEGAL DEFENSE &
                   EDUCATIONAL FUND, INC.
                40 Rector Street, 5th Floor
                New York, New York 10006
                Tel: (212) 965-2200
                Fax: (212) 226-7592
                nmerle@naacpldf.org

                *Counsel for Private Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

/s/ Natasha Merle
Natasha Merle
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org