FORM 2(a) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

        Plaintiffs,
and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,   **CIVIL ACTION**
  v.   **NO. 4:65-cv-01300-HTW-LRA**

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

        Defendants.

## NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:   All Counsel of Record**

**1.**   Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent:   Dr. Amy Carter

    Taken at the instance of:   Plaintiffs, John Barnhardt, et al.

**2.**   Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 7, 2018                                            /s/ Natasha Merle
Date                                                                       Signature

                                                    Natasha Merle, 48247
                                                    Typed Name & Bar Number

                    Attorney for:   Private Plaintiffs