FORM 2(a) (ND/SD MISS. DEC. 2011)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

JOHN BARNHARDT, et al.,

        Plaintiffs,
and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,
  v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

        Defendants.

**CIVIL ACTION**
**NO. 4:65-cv-01300-HTW-LRA**

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:** All Counsel of Record

**1.** Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent: Ricardo Clayton

    Taken at the instance of: Plaintiffs, John Barnhardt, et al.

**2.** Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 7, 2018
Date

*/s/ Natasha Merle*
Signature

Natasha Merle, 48247
Typed Name & Bar Number

Attorney for: Private Plaintiffs