# EXHIBIT A

John Barnhardt, et al. vs Meridian Municipal Separate School District, et al.
30(b)(6)                    Ricardo Clayton on 11/12/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, ET AL.                         CERTIFIED
                                                 COPY
         PLAINTIFFS,

AND

UNITED STATES OF AMERICA

         PLAINTIFF-INTERVENOR,


V.                    CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
                      1300(E)


MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

         DEFENDANTS.


            VIDEOTAPED 30(B)(6) DEPOSITION OF

            MERIDIAN MUNICIPAL SCHOOL DISTRICT


          DISTRICT DESIGNEE:   RICARDO CLAYTON


   Taken at the instance of the Plaintiffs on Monday,
  November 12, 2018, in the Meridian Public School
    District Central Office, 1019 25th Avenue,
   Meridian, Mississippi, beginning at 10:41 a.m.


REPORTED BY:   Kelly D. Brentz, CSR, RPR
               Edwards Reporting, Inc., A Huseby Company
               435 Katherine Drive, Suite A
               Jackson, Mississippi 39232
               601-355-DEPO (3376)
               800-705-DEPO (3376)