# EXHIBIT A

John Barnhardt, et al. vs Meridian Municipal Separate School District, et al.
30(b)(6)                Jennifer Dupont on 11/13/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, ET AL.

    PLAINTIFFS,

CERTIFIED COPY

AND

UNITED STATES OF AMERICA

    PLAINTIFF-INTERVENOR,

V.              CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
                1300(E)

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

    DEFENDANTS.

30(B)(6) DEPOSITION OF

MERIDIAN MUNICIPAL SCHOOL DISTRICT

DISTRICT DESIGNEE:  JENNIFER DUPONT

Taken at the instance of the Plaintiffs on Tuesday, November 13, 2018, in the Meridian Public School District Central Office, 1019 25th Avenue, Meridian, Mississippi, beginning at 3:06 p.m.

REPORTED BY:    Kelly D. Brentz, CSR, RPR
                 Edwards Reporting, Inc., A Huseby Company
                 435 Katherine Drive, Suite A
                 Jackson, Mississippi 39232
                 601-355-DEPO (3376)
                 800-705-DEPO (3376)