FORM 2(a) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

        Plaintiffs,

and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

  v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

        Defendants.

CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA

## NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:** All Counsel of Record

1. Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

   Deponent: Janet Fortner

   Taken at the instance of: Plaintiffs, John Barnhardt, et al.

2. Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 7, 2018
Date

*Natasha Merle* (signature)
Signature

Natasha Merle, 48247
Typed Name & Bar Number

Attorney for: Private Plaintiffs