# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, ET AL.

    PLAINTIFFS,

AND

UNITED STATES OF AMERICA

    PLAINTIFF-INTERVENOR,

CERTIFIED COPY

V.              CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
               1300(E)

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

    DEFENDANTS.

30(B)(6) DEPOSITION OF

MERIDIAN MUNICIPAL SCHOOL DISTRICT

DISTRICT DESIGNEE: JANET FORTNER

Taken at the instance of the Plaintiffs on Wednesday, November 14, 2018, in the Meridian Public School District Central Office, 1019 25th Avenue, Meridian, Mississippi, beginning at 12:25 p.m.

REPORTED BY:    Kelly D. Brentz, CSR, RPR
                   Edwards Reporting, Inc., A Huseby Company
                   435 Katherine Drive, Suite A
                   Jackson, Mississippi 39232
                   601-355-DEPO (3376)
                   800-705-DEPO (3376)