FORM 2(a) (ND/SD MISS. DEC. 2011)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

JOHN BARNHARDT, et al.,

        Plaintiffs,
and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,      CIVIL ACTION
  v.      NO. 4:65-cv-01300-HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

        Defendants.

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:**  **All Counsel of Record**

**1.**  Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent:  Lavonda Germany

    Taken at the instance of:  Plaintiffs, John Barnhardt, et al.

**2.**  Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 7, 2018          */s/ Natasha Merle*
Date          Signature

        Natasha Merle, 48247
        Typed Name & Bar Number

        Attorney for:  Private Plaintiffs