# EXHIBIT A

John Barnhardt, et al. vs Meridian Municipal Separate School District, et al.
LaVonda Germany on 11/09/2018

30(b)(6)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, ET AL.

    PLAINTIFFS,

AND

UNITED STATES OF AMERICA

    PLAINTIFF-INTERVENOR,

V.            CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
             1300(E)

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

    DEFENDANTS.

CERTIFIED COPY

VIDEOTAPED 30(B)(6) DEPOSITION OF

MERIDIAN MUNICIPAL SCHOOL DISTRICT

DISTRICT DESIGNEE: LAVONDA GERMANY

Taken at the instance of the Plaintiffs on Friday, November 9, 2018, in the Meridian Public School District Central Office, 1019 25th Avenue, Meridian, Mississippi, beginning at 4:36 p.m.

REPORTED BY:    Kelly D. Brentz, CSR, RPR
                Edwards Reporting, Inc., A Huseby Company
                435 Katherine Drive, Suite A
                Jackson, Mississippi 39232
                601-355-DEPO (3376)
                800-705-DEPO (3376)