FORM 2(a) (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

               Plaintiffs,

and

UNITED STATES OF AMERICA,

               Plaintiff-Intervenor,

     v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

               Defendants.

CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA

NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:**    **All Counsel of Record**

1.    Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent:        Howard Hagwood

    Taken at the instance of:    Plaintiffs, John Barnhardt, et al.

2.    Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 7, 2018
_____
Date

_Natasha Merle_
_____
Signature

Natasha Merle, 48247
_____
Typed Name & Bar Number

Attorney for:    Private Plaintiffs