# EXHIBIT A

Case 4:65-cv-01300-HTW-LGI   Document 133-1   Filed 12/07/18   Page 2 of 2

John Barnhardt, et al. vs Meridian Municipal Separate School District, et al.
Howard Hagewood on 11/09/2018
30(b)(6)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, ET AL.

    PLAINTIFFS,

AND

UNITED STATES OF AMERICA

    PLAINTIFF-INTERVENOR,

**CERTIFIED COPY**

V.    CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
    1300(E)

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

    DEFENDANTS.

VIDEOTAPED 30(B)(6) DEPOSITION OF

MERIDIAN MUNICIPAL SCHOOL DISTRICT

DISTRICT DESIGNEE:  HOWARD HAGWOOD

Taken at the instance of the Plaintiffs on Friday, November 9, 2018, in the Meridian Public School District Central Office, 1019 25th Avenue, Meridian, Mississippi, beginning at 2:46 p.m.

REPORTED BY:    Kelly D. Brentz, CSR, RPR
    Edwards Reporting, Inc., A Huseby Company
    435 Katherine Drive, Suite A
    Jackson, Mississippi 39232
    601-355-DEPO (3376)
    800-705-DEPO (3376)