FORM 2(a) (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

   Plaintiffs,
and

UNITED STATES OF AMERICA,

   Plaintiff-Intervenor,   CIVIL ACTION
  v.   NO. 4:65-cv-01300-HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

   Defendants.

NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:** **All Counsel of Record**

**1.** Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

 Deponent:  Victor Hubbard

 Taken at the instance of:  Plaintiffs, John Barnhardt, et al.

**2.** Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 7, 2018      */s/ Natasha Merle*
Date            Signature

         Natasha Merle, 48247
         Typed Name & Bar Number

    Attorney for:  Private Plaintiffs