# EXHIBIT A

John Barnhardt, et al. vs Meridian Municipal Separate School District, et al.
Victor Hubbard on 11/14/2018

30(b)(6)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, ET AL.

    PLAINTIFFS,

AND

UNITED STATES OF AMERICA

    PLAINTIFF-INTERVENOR,

CERTIFIED COPY

V.    CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
    1300(E)

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

    DEFENDANTS.


30(B)(6) DEPOSITION OF

MERIDIAN MUNICIPAL SCHOOL DISTRICT


DISTRICT DESIGNEE:  VICTOR HUBBARD


Taken at the instance of the Plaintiffs on Wednesday, November 14, 2018, in the Meridian Public School District Central Office, 1019 25th Avenue, Meridian, Mississippi, beginning at 11:32 a.m.


REPORTED BY:    Kelly D. Brentz, CSR, RPR
    Edwards Reporting, Inc., A Huseby Company
    435 Katherine Drive, Suite A
    Jackson, Mississippi 39232
    601-355-DEPO (3376)
    800-705-DEPO (3376)