FORM 2(a) (ND/SD MISS. DEC. 2011)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

JOHN BARNHARDT, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,          **CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA**

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:**   **All Counsel of Record**

**1.**   Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

Deponent:     Kimberly Kendrick

Taken at the instance of:     Plaintiffs, John Barnhardt, et al.

**2.**   Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 6, 2018                      *Natasha Merle*
Date                                        Signature

Natasha Merle, 48247
Typed Name & Bar Number

Attorney for:   Private Plaintiffs