FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,          **CIVIL ACTION**
                                                                         **No.** 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

\_\_\_\_    Interrogatories to:     _____

\_\_\_\_    Requests for Production of Documents to:     _____

✔    Requests for Admissions to:     Defendants, Meridian Municipal Separate School District, et al.

\_\_\_\_    Responses to Interrogatories of:     _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_   Responses to Requests for
         Production of Documents of:        _____

\_\_\_\_\_   Responses to Requests for
         Admissions of:                     _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

     December 13, 2018                           *[signature]*
            Date                                   Signature


                                            John Cusick, 5585245
                                          Typed Name & Bar Number