THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, ET AL. | PLAINTIFFS |
| and | |
| UNITED STATES OF AMERICA | PLAINTIFF INTERVENOR |
| v. | CIVIL ACTION NO. 4:65-cv-01300–HTW-LRA |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL. | DEFENDANTS |

**Notice of Service of Meridian Public School District's Designation of Expert Witnesses**

The Meridian Public School District gives notice it has this day served its Designation of Expert Witnesses with Exhibits 1 through 6 on counsel for the Private Plaintiffs and the Government by electronic correspondence.

Respectfully submitted, this 17th day of December, 2018.

                                                MERIDIAN PUBLIC SCHOOL DISTRICT

                                                /s/  John S. Hooks

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
E-mail:   Holmes.Adams@arlaw.com
          John.Hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840
E-Mail: JCompton@witherspooncompton.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, I filed electronically the foregoing with the Clerk of this Court using the CM/ECF system which caused notice of filing to be served on all registered counsel of record.

Dated: December 17, 2018.

/s/ John S. Hooks