FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,   **CIVIL ACTION**
                            **NO.** 4:65-CV-01300-HTW-LRA-1300-HTW

    Plaintiff-Intervenor,

v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

____ Interrogatories to:                   _____

____ Requests for Production of            _____
     Documents to:

____ Requests for Admissions to:           _____

✔ Responses to Interrogatories of:   Defendants, Meridian Municipal Separate School District

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_     Responses to Requests for
              Production of Documents of:        _____

\_\_\_\_\_     Responses to Requests for
              Admissions of:                     _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

| December 20, 2018 | *Louis Fisher* |
|:---:|:---:|
| Date | Signature |

|  | Louis Fisher, 5537691 |
|:---:|:---:|
|  | Typed Name & Bar Number |