FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,           **CIVIL ACTION**
                                               **NO.** 4:65-CV-01300-HTW-LRA

    Plaintiff-Intervenor,

    v.

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

    Defendants.

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**    **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

_____   Interrogatories to:                               _____

_____   Requests for Production of           _____
       Documents to:

_____   Requests for Admissions to:          _____

_____   Responses to Interrogatories of:      _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

✔   Responses to Requests for
    Production of Documents of:        Defendants, Meridian Municipal Separate School District, et al.

___  Responses to Requests for
     Admissions of:                    _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

December 21, 2018                      _____[signature]_____
        Date                                         Signature

                                       Kristen Johnson, 295992
                                       Typed Name & Bar Number