FORM 2(a) (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHN BARNHARDT, et al.,

        Plaintiffs,
and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,
v.

CIVIL ACTION
NO. 4:65-cv-01300-HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.

        Defendants.

### NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:** All Counsel of Record

1. Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

   Deponent: Ricardo Clayton

   Taken at the instance of: Plaintiffs, John Barnhardt, et al.

2. Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

December 24, 2018
Date

*/s/ Natasha Merle*
Signature

Natasha Merle, 48247
Typed Name & Bar Number

Attorney for: Private Plaintiffs