# EXHIBIT A

Case 4:65-cv-01300-HTW-LGI   Document 143-1   Filed 12/24/18   Page 2 of 2

John Barnhardt, et al. vs Meridian Municipal Separate School District, et al.
Ricardo Clayton on 12/03/2018

30(b)(6)

```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


JOHN BARNHARDT, ET AL.

          PLAINTIFFS,

AND

UNITED STATES OF AMERICA

          PLAINTIFF-INTERVENOR,


V.                    CIVIL ACTION NO. 4:65-CV-01300-HTW-LRA
                      1300(E)


MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,

          DEFENDANTS.



                  VIDEOTAPED 30(B)(6) DEPOSITION OF

                  MERIDIAN MUNICIPAL SCHOOL DISTRICT


              DISTRICT DESIGNEE:   RICARDO CLAYTON

                             VOLUME II


       Taken at the instance of the Plaintiffs on Monday,
       December 3, 2018, in the offices of Adams & Reese,
          1018 Highland Colony Parkway, Suite 800,
       Ridgeland, Mississippi, beginning at 10:07 a.m.



  REPORTED BY:    Kelly D. Brentz, CSR, RPR
                  Edwards Reporting, Inc., A Huseby Company
                  435 Katherine Drive, Suite A
                  Jackson, Mississippi 39232
                  601-355-DEPO (3376)
                  800-705-DEPO (3376)
```