U.S. COURT OF APPE

FILED

MAR 20 '74

EDWARD W. WADSWOR
CLERK

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

HINDS COUNTY SCHOOL BOARD, ET AL.,           Defendants-Appellees

(Civil Action No. 4075 (J) )


BUFORD A LEE, ET AL.,                        Plaintiffs-Appellees

v.

UNITED STATES OF AMERICA,                    Defendant-Appellant

v.

MILTON EVANS,                                Third-Party Defendant-
                                             Appellee

(Civil Action No. 2034(H) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

KEMPER COUNTY SCHOOL BOARD, ET AL.,          Defendants-Appellees

(Civil Action No. 1373(E) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

NORTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, ET AL.,                     Defendants-Appellees

(Civil Action No. 3807(J) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

NATCHEZ SPECIAL MUNICIPAL
SEPARATE SCHOOL DISTRICT, ET AL.,            Defendants-Appellees

(Civil Action No. 1120(W) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

MARION COUNTY SCHOOL DISTRICT, ET AL.,       Defendants-Appellees

(Civil Action No. 2178(H) )

**EXHIBIT A**

JOAN ANDERSON, ET AL.,                          Plaintiffs-Appellants

UNITED STATES OF AMERICA,                       Plaintiff-Intervenor-
                                                Appellant

v.

THE CANTON MUNICIPAL SCHOOL DISTRICT,
ET AL., AND THE MADISON COUNTY SCHOOL
DISTRICT, ET AL.,                               Defendants-Appellees

                    (Civil Action No. 3700(J))


UNITED STATES OF AMERICA,                       Plaintiff-Appellant

v.

SOUTH PIKE COUNTY CONSOLIDATED
SCHOOL DISTRICT, ET AL.,                        Defendants-Appellees

                    (Civil Action No. 3984(J) )


BEATRICE ALEXANDER, ET AL.,                     Plaintiffs-Appellants

v.

HOLMES COUNTY BOARD OF EDUCATION,
ET AL.,                                         Defendants-Appellees

                    (Civil Action No. 3779(J) )


ROY LEE HARRIS, ET AL.,                         Plaintiffs-Appellants

v.

THE YAZOO COUNTY BOARD OF
EDUCATION, ET AL.,                              Defendants-Appellees

                    (Civil Action No. 1209(W) )


JOHN BARNHARDT, ET AL.,                         Plaintiffs-Appellants

v.

MERIDIAN SEPARATE SCHOOL DISTRICT,
ET AL.,                                         Defendants-Appellees

                    (Civil Action No. 1300(E) )


UNITED STATES OF AMERICA,                       Plaintiff-Appellant

v.

NESHOBA COUNTY SCHOOL DISTRICT,
ET AL.,                                         Defendants-Appellees

                    (Civil Action No. 1396(E) )


**EXHIBIT A**

UNITED STATES OF AMERICA,                    Plaintiff-Appellant

V.

NOXUBEE COUNTY SCHOOL DISTRICT,
ET AL.,                                      Defendants-Appellees

              (Civil Action No. 1372(E) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

V.

LAUDERDALE COUNTY SCHOOL DISTRICT,
ET AL.,                                      Defendants-Appellees

              (Civil Action No. 1367(E) )


DIAN HUDSON, ET AL                           Plaintiffs-Appellants

UNITED STATES OF AMERICA,                    Plaintiff-Intervenor-
                                             Appellant

V.

LEAKE COUNTY SCHOOL BOARD, ET AL             Defendants-Appellees

              (Civil Action No. 3382(J) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

V.

COLUMBIA MUNICIPAL SEPARATE
SCHOOL, ET AL.,                              Defendants-Appellees

              (Civil Action No. 2199(H) )


UNITED STATES OF AMERICA                     Plaintiff-Appellant

V.

AMITE COUNTY SCHOOL DISTRICT, ET AL          Defendants-Appellees

              (Civil Action No. 3983(J) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

V.

COVINGTON COUNTY SCHOOL DISTRICT,
ET AL.,                                      Defendants-Appellees

              (Civil Action No. 2148(H) )


**EXHIBIT A**

UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

LAWRENCE COUNTY SCHOOL DISTRICT,
ET AL.,                                      Defendants-Appellees

               (Civil Action No. 2216(H))


JEREMIAH BLACKWELL, JR., ET AL.,             Plaintiffs-Appellants

v.

ISSAQUENA COUNTY BOARD OF EDUCATION,
ET AL.,                                      Defendants-Appellees

               (Civil Action No. 1096(W) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

WILKINSON COUNTY SCHOOL DISTRICT,
ET AL.,                                      Defendants-Appellees

               (Civil Action No. 1160(W) )


CHARLES KILLINGSWORTH, ET AL.,               Plaintiffs-Appellants

v.

THE ENTERPRISE CONSOLIDATED SCHOOL
DISTRICT AND QUITMAN CONSOLIDATED
SCHOOL DISTRICT,                             Defendants-Appellees

               (Civil Action No. 1302(E) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

LINCOLN COUNTY SCHOOL DISTRICT,
ET AL.,                                      Defendants-Appellees

               (Civil Action No. 4292(J) )


UNITED STATES OF AMERICA,                    Plaintiff-Appellant

v.

PHILADELPHIA MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.,                     Defendants-Appellees

               (Civil Action No. 1368(E) )


**EXHIBIT A**

UNITED STATES OF AMERICA,                         Plaintiff-Appellant

V.

FRANKLIN COUNTY SCHOOL DISTRICT,
ET AL.,                                           Defendants-Appellees

(Civil Action No. 4256(J) )

Nos. 28030, 28042

O R D E R

Pursuant to the decision of the Supreme Court in Alexander v. Holmes County Board of Education, 1969, 396 U.S. 19, 90 S.Ct. 29, 24 L.Ed.2d 19, this Court has retained jurisdiction of the within captioned school cases pending the desegregation of each system.

Subsequent to this decision of the Supreme Court, the following orders were entered by this Court with respect to Meridian Municipal Separate School District:

(1)  United States v. Hinds County School Board, 5 Cir., November 7, 1969, 423 F.2d 1264 (Meridian Municipal Separate School District);

(2)  John Barnhardt, et al., United States of America, v. Meridian Municipal Separate School District, et al., dated November 19, 1969;

(3)  John Barnhardt, et al., United States of America, v. Meridian Municipal Separate School District, et al., dated July 20, 1970.

Meanwhile the semi-annual status reports required by our decision in United States v. Hinds County School Board, 5 Cir., 1970, 433 F.2d 611, 618-19, have been filed through and including October 15, 1973.

It now appearing that the Meridian Municipal Separate School District school system has been and is being maintained as a unitary school system in compliance with the aforesaid orders, and it further appearing that it would be appropriate

**EXHIBIT A**

to transfer jurisdiction of the case to the district court
under a final order there to be entered as follows, it is
ORDERED:

(1) Jurisdiction of Civil Action No. 1300(E), John
Barnhardt, et al., Plaintiffs, United States of America,
Plaintiff-Intervenor, v. Meridian Municipal Separate School
District, et al., Defendants, is hereby transferred to the
United States District Court for the Southern District of
Mississippi;

(2) Said case may be placed on the inactive docket of
that court subject to being reopened for good cause shown
on the application of any party, or intervenor, or sua
sponte;

(3) The aforesaid orders entered by this Court shall
be considered as the mandate of this Court and are to be
made the order of the district court;

(4) The reports required by United States v. Hinds
County School Board, 433 F.2d 618-19, supra, may be dis-
continued in the event copies of the Summary Reports (Forms
101 and 102) which are filed annually with the Department of
Health, Education and Welfare, along with a report showing
faculty and staff assignments as required in the Hinds County
type of report and faculty and staff hiring by race if such
information is not reflected in the HEW Summary Reports, are
filed simultaneously with the district court and served upon
counsel for plaintiffs and amicus curiae, and are retained for
a period of two years by the district court for examination
by counsel for the parties herein or amicus curiae. As an
alternative to filing the HEW reports, the defendant school
districts may continue to file the Hinds County type of report
but on an annual basis not later than November 15 to reflect

**EXHIBIT A**

status as of October 15 each year.

IT IS SO ORDERED this <u>20th</u> day of March, 1974.

_____
UNITED STATES CIRCUIT JUDGE

_____
UNITED STATES CIRCUIT JUDGE

_____
UNITED STATES CIRCUIT JUDGE

APPROVED AS TO FORM:

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE

BY: _____

JOHN BARNHARDT, ET AL

BY: _____
     Melvyn R. Leventhal,
              of counsel

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL

BY: _____
     William B. Compton,
              of counsel

**EXHIBIT A**