IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
All Divisions

**ORDER STAYING CERTAIN CASES DUE TO LAPSE OF APPROPRIATIONS**

HAVING REVIEWED the government's omnibus motion[1] for a stay of all civil cases in the Southern District of Mississippi in which (1) the United States or a federal agency or official is a party, and (2) the attorney of record is an Assistant United States Attorney in the U.S. Attorney's Office for the Southern District of Mississippi, and for the reasons set forth in the motion, the Court GRANTS it.  Unless otherwise directed by the assigned judge in a particular case, the United States Attorney shall identify the civil cases which are subject to this order and provide the case numbers to the Clerk of Court.  This order then shall be docketed in those cases, at which time they will be STAYED until further notice.

The government is directed to notify the Court as soon as Congress has appropriated funds for the Department of Justice.  The assigned judge will be responsible for entering an order lifting the stay at the appropriate time.  All current deadlines for the parties in all cases stayed by this Order will be extended commensurate with the duration of the lapse in appropriations for the Department of Justice.

SO ORDERED this the 16th day of January, 2019.

FOR THE COURT

_/s/ Daniel P. Jordan III_
DANIEL P. JORDAN III
CHIEF U.S. DISTRICT JUDGE

---

[1] *See* Gov't's Mot. for a Stay of All Proceedings in Light of Lapse of Appropriations, *Gordon v. Lee et al.*, Case No. 3:17-cv-084-DPJ-FKB, ECF No. 119.