IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Civil Action No. 4:65-cv-01300-HTW-LRA |
| Plaintiff-Intervenor, | ) 1300(E) |
| v. | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

**PLAINTIFF-INTERVENOR UNITED STATES' SUPPLEMENTAL MOTION TO JOIN PRIVATE PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE**

The United States joins Private Plaintiffs' Motion to Extend Discovery Deadline (ECF No. 119) for the reasons set forth in that motion. As the entity charged with enforcing Title IV of the Civil Rights Act of 1964, the United States has a duty to carefully assess all relevant facts before making a determination regarding whether a school district under a desegregation order has attained unitary status. 42 U.S.C. § 2000c-6; *Freeman v. Pitts*, 503 U.S. 467, 474 (1992).

In accordance with Local Rule 7(b)(10), the United States has conferred with the District and with Private Plaintiffs regarding this motion. The District opposes the motion. Private Plaintiffs do not oppose the motion.

DATED:      February 5, 2019

Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General

Civil Rights Division
SHAHEENA A. SIMONS, Chief
RENEE M. WOHLENHAUS, Deputy Chief
Educational Opportunities Section


____/s/ Natane Singleton_____
NATANE SINGLETON
ARIA VAUGHAN
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-4092

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

\_\_\_/s/ Natane Singleton_____