# EXHIBIT 1

| | |
|---|---|
| **From:** | Vaughan, Aria (CRT) |
| **To:** | John Compton; Jaime Dole |
| **Cc:** | Natane.Singleton@crt.usdoj.gov; Alexander.Chanock@crt.usdoj.gov; Natasha Merle; Alexis J. Hoag |
| **Subject:** | Meridian - Questions Regarding SRO Reporting |
| **Date:** | Monday, March 12, 2018 1:06:00 PM |

Hi John,

I hope this email finds you well. I have a couple of questions regarding the information the District provided in response to our November requests for information regarding the MPSDPD provisions. Do you have time to talk today or tomorrow by chance? If so, please let us know what time works for you.

Best,
Aria

---------------------------------------------------------
Aria S. Vaughan
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530
Tel: 202-616-2166  |  Fax 202-514-8337
aria.vaughan@usdoj.gov

For overnight mail:
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
601 D Street, NW
Patrick Henry Building, Rm. 4116
Washington, DC  20004

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.