# EXHIBIT 2

| | |
|---|---|
| **From:** | Vaughan, Aria (CRT) |
| **To:** | "Louis Fisher"; John Hooks |
| **Cc:** | John Compton; Natasha Merle; Kristen A. Johnson; John Cusick; Singleton, Natane (CRT) |
| **Subject:** | RE: Barnhardt v. Meridian: forthcoming motions |
| **Date:** | Friday, November 16, 2018 4:19:00 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |

John,

The United States agrees that Chief Clayton did not substantively answer questions about Meridian Public School District Police Department's training and policies and procedures, including the District's response to plaintiffs' proposed revisions to those policies and procedures and the District's adopted definition of force under those policies.  We will not oppose private plaintiffs' motion.

Given the outstanding discovery requests, including the District's response to our own request, we agree that the parties should ask the Court to push the discovery deadline back until all documents are received and depositions have closed, as well as provide two weeks following that date to notify the District as to our specific objections to unitary status.  The information we have requested following Chief Clayton's 30(b)(6) deposition is information that should have been reported to us pursuant to paragraph 109 of the 2013 Consent Order and was separately requested at various points throughout our monitoring of the District's compliance of that order, including on November 9, 2017, following our in-person meeting to discuss the District's progress towards achieving unitary status.  It is imperative that we are given an opportunity to engage in a meaningful review of all information so we can make a fully informed decision.

Best,
Aria

--------------------------------------------------------

Aria S. Vaughan

Trial Attorney

U.S. Department of Justice, Civil Rights Division

Educational Opportunities Section

950 Pennsylvania Ave., N.W., PHB 4300

Washington, DC  20530

Tel: 202-616-2166  |  Fax 202-514-8337

aria.vaughan@usdoj.gov

For overnight mail:

U.S. Department of Justice, Civil Rights Division

Educational Opportunities Section

601 D Street, NW

Patrick Henry Building, Rm. 4116

Washington, DC  20004

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.