# EXHIBIT 3

# Vaughan, Aria (CRT)

| | |
|---|---|
| **Subject:** | FW: Barnhardt, et al. v. Meridian Public School District - District's Responses to Government's Discovery |
| **Attachments:** | District's Verified Discovery Responses to Government.pdf |

**From:** Jaime Dole <Jaime.Dole@arlaw.com>
**Sent:** Friday, November 16, 2018 4:27 PM
**To:** Vaughan, Aria (CRT) <Aria.Vaughan@crt.usdoj.gov>; Louis Fisher <lfisher@naacpldf.org>; John Hooks <John.Hooks@arlaw.com>
**Cc:** John Compton <JCompton@witherspooncompton.com>; Natasha Merle <nmerle@naacpldf.org>; Kristen A. Johnson <kjohnson@naacpldf.org>; John Cusick <jcusick@naacpldf.org>; Singleton, Natane (CRT) <Natane.Singleton@crt.usdoj.gov>
**Subject:** Barnhardt, et al. v. Meridian Public School District - District's Responses to Government's Discovery

Counsel,

Please see attached the District's verified responses to the United State's first set of discovery. Responsive documents can be downloaded using the link below:

Regards,

Jaime

**Jaime Dole**
Paralegal

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 | **direct** 601.292.0773 |
**efax** 601.944.9033 | **fax** 601.355.9708

jaime.dole@arlaw.com

**website   map**

1