# EXHIBIT 4

## Vaughan, Aria (CRT)

| | |
|---|---|
| **Subject:** | FW: Meridian Public Schools |
| **Attachments:** | MPSDPD Training (final).pdf; MPSDPD Arrest Procedures - Students (final).pdf; MPSDPD Use of Force Policy (final).pdf |

**From:** Jaime Dole <Jaime.Dole@arlaw.com>
**Sent:** Monday, November 19, 2018 2:27 PM
**To:** Vaughan, Aria (CRT) <Aria.Vaughan@crt.usdoj.gov>; Singleton, Natane (CRT) <Natane.Singleton@crt.usdoj.gov>
**Cc:** John Hooks <John.Hooks@arlaw.com>; John Compton <JCompton@witherspooncompton.com>; Kristen A. Johnson <kjohnson@naacpldf.org>; Natasha Merle <nmerle@naacpldf.org>; Louis Fisher <lfisher@naacpldf.org>; John Cusick <jcusick@naacpldf.org>
**Subject:** FW: Meridian Public Schools

Dear Aria,

The District plans to incorporate the Government's revisions to the attached policies.  Please forward a clean copy in either Word or .pdf format at your earliest convenience.

Kind regards,

Jaime

**Jaime Dole**
Paralegal

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 |  **direct** 601.292.0773 |
**efax** 601.944.9033  |  **fax** 601.355.9708

**From:** Vaughan, Aria (CRT) [mailto:Aria.Vaughan@usdoj.gov]
**Sent:** Wednesday, August 02, 2017 6:06 PM
**To:** John Compton; Holmes Adams; John Hooks
**Cc:** Singleton, Natane (CRT); Chanock, Alexander (CRT); Natasha Merle; Victorien Wu
**Subject:** Meridian Public Schools

John, Holmes, and John,

We have attached proposed edits to the Use of Force, Arrest Procedures, and Training policies to this email.  LDF has also reviewed these policies.

We are providing these edits per the District's request for the United States' input on how to bring the District's procedures into compliance with the 2013 Consent Order.  We hope to have an opportunity to discuss these proposed

edits with the District and to answer any questions Chief Clayton or Dr. Carter may have about our suggestions.  We look forward to continuing to work with the District.

Best,
Aria


---------------------------------------------------------
Aria S. Vaughan
Trial Attorney
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W., PHB 4300
Washington, DC  20530
Tel: 202-616-2166  |  Fax 202-514-8337
aria.vaughan@usdoj.gov

For overnight mail:
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
601 D Street, NW
Patrick Henry Building, Rm. 4116
Washington, DC  20004

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also contain legally privileged information. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies.