# EXHIBIT 5

| | |
|---|---|
| **From:** | Jaime Dole |
| **To:** | Vaughan, Aria (CRT); John Cusick; Louis Fisher; John Hooks |
| **Cc:** | John Compton; Natasha Merle; Kristen A. Johnson; Singleton, Natane (CRT) |
| **Subject:** | RE: Barnhardt, et al. v. Meridian Public School District - District"s Responses to Government"s Discovery |
| **Date:** | Thursday, November 29, 2018 5:08:11 PM |
| **Attachments:** | image001.png<br>image007.jpg<br>image008.jpg<br>image009.jpg<br>image002.png<br>MPSD-001025-1034.PDF |

Aria – The documents are attached.  The Board adopted policies 3.03, 4.00, 4.08, and 5.01 as revised by the Department of Justice, and formally adopted the remaining policies produced to the parties on April 26, 2017.  We will be producing a complete set of the policies adopted by the Board tomorrow.

Best,

Jaime

**From:** Vaughan, Aria (CRT) [mailto:Aria.Vaughan@usdoj.gov]
**Sent:** Thursday, November 29, 2018 3:51 PM
**To:** Jaime Dole; John Cusick; Louis Fisher; John Hooks
**Cc:** John Compton; Natasha Merle; Kristen A. Johnson; Singleton, Natane (CRT)
**Subject:** RE: Barnhardt, et al. v. Meridian Public School District - District's Responses to Government's Discovery

Jaime,

It doesn't look like MPSD-001025-1034 was included on the shared site.  Can you please produce it?

Also, we saw that the school board adopted a handbook for the district's police department.  Can you please let us know which policies were adopted?

Thank you,
Aria