# EXHIBIT 6

**Vaughan, Aria (CRT)**

| | |
|---|---|
| **Subject:** | FW: MPSD PD Policies and Procedures |
| **Attachments:** | MPSD PD Policies and Procedures.pdf |

**From:** Jaime Dole <Jaime.Dole@arlaw.com>
**Sent:** Friday, November 30, 2018 3:21 PM
**To:** Vaughan, Aria (CRT) <Aria.Vaughan@crt.usdoj.gov>; Singleton, Natane (CRT) <Natane.Singleton@crt.usdoj.gov>; Natasha Merle <nmerle@naacpldf.org>; Kristen A. Johnson <kjohnson@naacpldf.org>; Louis Fisher <lfisher@naacpldf.org>; John Cusick <jcusick@naacpldf.org>
**Cc:** John Hooks <John.Hooks@arlaw.com>; John Compton <JCompton@witherspooncompton.com>
**Subject:** FW: MPSD PD Policies and Procedures

Counsel,

In follow-up to our email of November 29, 2018, with Aria, please see attached and below regarding the MPSD Police Department Policies and Procedures.  This will serve as a supplement to the District's discovery production.

Regards,

Jaime

**From:** Ricardo Clayton [mailto:rclayton@mpsdconnect.org]
**Sent:** Friday, November 30, 2018 2:05 PM
**To:** Adlean Jones; Angela Denson; Anthony Parks; Augustine Battle; Dareall Thompson; Henry Shafter; John Ruffin; Joshua May; Keno Reese; Lisa Bennett; Lois Jones; Michael Moss; Rodney Davis; Sidney Coleman; Tenesia Evans; Troy Woodson
**Cc:** John Compton; John Hooks; Jaime Dole; Amy Carter; Howard Hagwood
**Subject:** MPSD PD Policies and Procedures

Greetings,

Attached you will find a copy of the MPSD PD Policies and Procedures. This manual includes the updates as recommended by the US Department of Justice. Please begin familiarizing yourself with this manual. This manual will be the focus of upcoming trainings beginning on Wednesday December 05, 2018, at 15:00. Please pay special attention to Policies **03.03, 04.00, 04.08** and **05.01**. These particular policies are those containing DOJ recommended edits. There will be training followed by tests as to the contents of the Policies and Procedures Manual.

The manual will soon be posted on the Meridian Public School District site. Such may result in questions and/or inquiries.

**Please refrain from sharing your copy and/or discussing this manual without having received prior approval.** Should there be any inquiries as to the manual, please refer the asking individual(s) to either Chief Clayton, Dr. Carter or John Compton.

Sincerely,

--

Chief Ricardo Clayton
Meridian Public School District
Police Department
rclayton@mpsdconnect.org
Office: (601)482-3285

**Jaime Dole**
Paralegal

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 | **direct** 601.292.0773 |
**efax** 601.944.9033 | **fax** 601.355.9708