CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

Leticia Smith-Evans - PHV
NAACP LEGAL DEFENSE & EDUC
99 Hudson Street, Suite 1600
New York, NY 10013



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 25 2019
ARTHUR JOHNSTON
BY _____ DEPUTY



NIXIE    100  FE 1            0002/07/19
   RETURN TO SENDER
   UNDELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
BC: 39201502825       *1683-09560-07-23

NIXIE    876  DC 1            0002/21/19
   RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
                      *0566-07022-30-35

RECEIVED
FEB 25 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

UNITED STATES POSTAGE
02 1P
000846539
MAILED FROM ZIP CODE 39201
PITNEY BOWES
$ 000.65⁰
JAN 30 2019

## Other Orders/Judgments
4:65-cv-01300-HTW-LRA Barnhardt et al v. Meridian Municipal Separate School District **CASE CLOSED on 05/19/1967**

CLOSED

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 1/30/2019 at 11:40 AM CST and filed on 1/30/2019
**Case Name:** Barnhardt et al v. Meridian Municipal Separate School District
**Case Number:** 4:65-cv-01300-HTW-LRA
**Filer:**
**WARNING: CASE CLOSED on 05/19/1967**
**Document Number:** 149

**Docket Text:**
**ORDER STAYING CASE Signed by Chief District Judge Daniel P. Jordan, III on 1/16/2019. Set LAPSE and STAYED flags. (SAM)**

**4:65-cv-01300-HTW-LRA Notice has been electronically mailed to:**

Aria Vaughan-Federal Gov    aria.vaughan@usdoj.gov

Fred L. Banks , Jr    banksf@phelps.com, cindy.grantham@phelps.com, kings@phelps.com

Holmes S. Adams    holmes.adams@arlaw.com, dana.mullins@arlaw.com

John G. Compton    jcompton@witherspooncompton.com

John Jeffrey Trotter    jeff.trotter@arlaw.com, jaime.dole@arlaw.com, jeannie.waller@arlaw.com

John Simeon Hooks    john.hooks@arlaw.com, jaime.dole@arlaw.com, susan.eady@arlaw.com

John Spencer Cusick - PHV    jcusick@naacpldf.org

Kristen Adrina Johnson - PHV    kjohnson@naacpldf.org

Louis William Fisher - PHV    lfisher@naacpldf.org

Marc A. Perez-Federal Gov    Marc.Perez@usdoj.gov, amy.walker@usdoj.gov, annette.clark@usdoj.gov, CaseView.ECF@usdoj.gov, renee.yancey@usdoj.gov

Natane Singleton-Federal Gov    natane.singleton@usdoj.gov

Natasha Merle - PHV    nmerle@naacpldf.org, jscott@naacpldf.org, mbailey@naacpldf.org

Rachel M. Kleinman - PHV    rkleinman@naacpldf.org, chollins@naacpldf.org

**4:65-cv-01300-HTW-LRA Notice has been delivered by other means to:**

Alexis Johara Hoag - PHV
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006-1738

Allison R. Brown-Federal Gov
U. S. DEPARTMENT OF JUSTICE - Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Avneue, NW
PHB, Suite 4300
Washington, DC 20530

Leticia Smith-Evans - PHV
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, NY 10013

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/30/2019] [FileNumber=5125712-0
] [3db72c9ef8745e53a0531633818130dcd92a5ac671ab17db11c3dc8642d6567c7b3
30e5bc012a3e5cffd60295cc277837aaa5e95e7918cac55a300748a8ee9d4]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
All Divisions

### ORDER STAYING CERTAIN CASES DUE TO LAPSE OF APPROPRIATIONS

HAVING REVIEWED the government's omnibus motion[1] for a stay of all civil cases in the Southern District of Mississippi in which (1) the United States or a federal agency or official is a party, and (2) the attorney of record is an Assistant United States Attorney in the U.S. Attorney's Office for the Southern District of Mississippi, and for the reasons set forth in the motion, the Court GRANTS it. Unless otherwise directed by the assigned judge in a particular case, the United States Attorney shall identify the civil cases which are subject to this order and provide the case numbers to the Clerk of Court. This order then shall be docketed in those cases, at which time they will be STAYED until further notice.

The government is directed to notify the Court as soon as Congress has appropriated funds for the Department of Justice. The assigned judge will be responsible for entering an order lifting the stay at the appropriate time. All current deadlines for the parties in all cases stayed by this Order will be extended commensurate with the duration of the lapse in appropriations for the Department of Justice.

SO ORDERED this the 16th day of January, 2019.

FOR THE COURT

DANIEL P. JORDAN III
CHIEF U.S. DISTRICT JUDGE

---

[1] *See* Gov't's Mot. for a Stay of All Proceedings in Light of Lapse of Appropriations, *Gordon v. Lee et al.*, Case No. 3:17-cv-084-DPJ-FKB, ECF No. 119.

**Utility Events**
4:65-cv-01300-HTW-LRA
Barnhardt et al v. Meridian Municipal Separate School District **CASE CLOSED on 05/19/1967**

STAY,CLOSED,LAPSE

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 1/30/2019 at 11:52 AM CST and filed on 1/30/2019
**Case Name:**        Barnhardt et al v. Meridian Municipal Separate School District
**Case Number:**   4:65-cv-01300-HTW-LRA
**Filer:**
**WARNING: CASE CLOSED on 05/19/1967**
**Document Number:** No document attached

**Docket Text:**
Remark: Copies of Order and NEF mailed: Alexis Johara Hoag - PHV, NAACP Legal Defense & Educational Fund, Inc., 40 Rector St., 5th Floor, New York, NY 10006-1738; Leticia Smith-Evans - PHV, NAACP Legal Defense & Educational Fund, Inc., 99 Hudson St., Suite 1600, New York, NY 10013; and Allison R. Brown - Federal Gov., U. S. Department of Justice - Civil Rights Division, Educational Opportunities Section, 950 Pennsylvania Ave., NW, PHB, Suite 4300, Washington, D.C. 20530 (SAM)

**4:65-cv-01300-HTW-LRA Notice has been electronically mailed to:**

Aria Vaughan-Federal Gov     aria.vaughan@usdoj.gov

Fred L. Banks , Jr    banksf@phelps.com, cindy.grantham@phelps.com, kings@phelps.com

Holmes S. Adams     holmes.adams@arlaw.com, dana.mullins@arlaw.com

John G. Compton     jcompton@witherspooncompton.com

John Jeffrey Trotter     jeff.trotter@arlaw.com, jaime.dole@arlaw.com, jeannie.waller@arlaw.com

John Simeon Hooks     john.hooks@arlaw.com, jaime.dole@arlaw.com, susan.eady@arlaw.com

John Spencer Cusick - PHV     jcusick@naacpldf.org

Kristen Adrina Johnson - PHV     kjohnson@naacpldf.org

Louis William Fisher - PHV     lfisher@naacpldf.org

Marc A. Perez-Federal Gov     Marc.Perez@usdoj.gov, amy.walker@usdoj.gov, annette.clark@usdoj.gov, CaseView.ECF@usdoj.gov, renee.yancey@usdoj.gov

Natane Singleton-Federal Gov     natane.singleton@usdoj.gov

Natasha Merle - PHV     nmerle@naacpldf.org, jscott@naacpldf.org, mbailey@naacpldf.org

Rachel M. Kleinman - PHV     rkleinman@naacpldf.org, chollins@naacpldf.org

**4:65-cv-01300-HTW-LRA Notice has been delivered by other means to:**

Alexis Johara Hoag - PHV
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006-1738

Allison R. Brown-Federal Gov
U. S. DEPARTMENT OF JUSTICE - Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Avneue, NW
PHB, Suite 4300
Washington, DC 20530

Leticia Smith-Evans - PHV
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, NY 10013