IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN BARNHARDT** *et al.*                                                                                   **PLAINTIFFS**

vs.                                                        CIVIL ACTION No.: 4:65-CV-1300-HTW-LRA

**MERIDIAN MUNICIPAL**
**SEPARATE SCHOOL DISTRICT**                                                   **DEFENDANT**

## ORDER

BEFORE THIS COURT are the following motions: plaintiffs' Motion to Compel Request for Production No. 21 **[Docket no. 111]**; and plaintiffs' Motion to Take Deposition From Ricardo Clayton **[Docket no. 117]**.

This court held a telephonic conference with the parties on December 18, 2018, during which the court heard arguments of counsel on these two motions, among other motions. During that hearing, this court GRANTED plaintiffs' Motion to Compel Request for Production No. 21 **[Docket no. 111]**. The parties conferred and sent a proposed protective order to this court which will be entered contemporaneously with this order.

Shortly after that hearing, the United States government began a government shutdown which impacted the United States Department of Justice. Because of the government shutdown, the United States asked this court for a stay of the proceedings in this matter which this court granted. The government shutdown ended after an extended period with a temporary resolution, funding the government through February 15, 2019. There still exists uncertainty about whether the government will remain open after February 15, 2019. Even knowing such, the United States asked this court to lift the stay in this matter.

The court, desirous of a resolution to this matter, held a telephonic status conference on February 4, 2019. During that hearing the court discussed with the parties all the outstanding

1

motions on its motions report. The parties informed the court at that hearing that plaintiffs' Motion to Take Deposition From Ricardo Clayton **[Docket no. 117]** is now MOOT.

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Compel Request for Production No. 21 [Docket no. 111] is hereby GRANTED.

**IT IS FURTHER ORDERED** that plaintiffs' Motion to Take Deposition From Ricardo Clayton [Docket no. 117] is MOOT and DENIED AS SUCH.

**SO ORDERED** this the 8th day of March, 2019.

                                                **s/ HENRY T. WINGATE**
                                                **UNITED STATES DISTRICT COURT JUDGE**