**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHN BARNHARDT, ET AL.**                                                              **PLAINTIFFS**

**AND**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF INTERVENOR**

**V.**                                                           **CIVIL ACTION NO. 4:65-CV-01300–HTW-LRA**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, ET AL.**                                                              **DEFENDANTS**

---

**Unopposed Motion for Withdrawal of Counsel**

---

        J. Jeffrey Trotter of the law firm of Adams and Reese LLP requests the Court allow him to withdraw

as counsel of record for the Meridian Public School District.  Holmes S. Adams and John S. Hooks of

Adams and Reese LLP will continue to represent the District.  Additionally, undersigned counsel requests

he be removed from the Court's electronic notice system regarding this matter.

        This motion is unopposed by counsel for the Plaintiff Parties.

        Respectfully submitted, this the 21st day of June, 2019.

                                        **Meridian Public School District**


                                        */s/  J. Jeffrey Trotter* _____

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
J. Jeffrey Trotter
MS Bar No. 9670
John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Pkwy., Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile:  601.355.9708
E-mail:  Holmes.Adams@arlaw.com
        Jeff.Trotter@arlaw.com
        John.Hooks@arlaw.com

## CERTIFICATE OF SERVICE

I, Jeff Trotter, certify that I have this day filed a true and correct copy of the above document with the Clerk of Court via the ECF System, which caused notice of filing to be served on all registered counsel of record.

Dated:  June 21, 2019.


/s/  J. Jeffrey Trotter