THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, ET AL.                                                    PLAINTIFFS

AND

UNITED STATES OF AMERICA                            PLAINTIFF INTERVENOR

V.                                        CIVIL ACTION NO. 4:65-CV-01300–HTW-LRA

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, ET AL.                                                 DEFENDANTS

---

### Order Granting Motion to Withdraw as Attorney

---

Before the Court is the unopposed motion of J. Jeffrey Trotter of the law firm of Adams and Reese LLP to withdraw as counsel of record for the Meridian Public School District.  [156].  The Court being advised the motion is unopposed and that Holmes S. Adams and John S. Hooks of Adams and Reese LLP will continue to represent the District finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that J. Jeffrey Trotter is allowed to withdraw as counsel of record for the Meridian Public School District.  It is further ordered that Attorney Trotter be removed from the Court's electronic notice system regarding this matter

SO ORDERED, this the 2nd day of July, 2019.


s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE