**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN BARNHARDT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil Action No. 4:65-cv-01300-HTW-LRA |
| | ) | 1300(E) |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERIDIAN MUNICIPAL SEPARATE | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT
AND AUTHORIZATION OF NOTICE TO THE PLAINTIFF CLASS
PURSUANT TO RULE 23(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Private Plaintiffs John Barnhardt, et al. and Defendants Meridian Public School District, et al. (collectively, the "Parties") jointly move pursuant to Federal Rule of Civil Procedure 23(e) that this Court enter the attached proposed Order, which:

1. Grants preliminary approval of their settlement of this case, embodied in the attached Settlement Agreement (Exhibit A).

2. Approves the attached proposed Notice of Proposed Settlement and Hearing on Fairness of Settlement and Unitary Status ("Notice") (Exhibit B), which notifies the public, including the plaintiff class, that a fairness hearing will be held in this matter.

3. Sets a date by which objections to or comments upon the proposed settlement, or requests to appear at the fairness hearing (Exhibit C), must be received by the Clerk of Court.

4. The Parties propose that the comment period and fairness hearing be set according to the following schedule:

- August 30, 2019: Deadline for written comments about and/or objections to the Settlement Agreement.

- September 6, 2019: Parties to settlement to submit a joint motion for final approval, including proposed final approval order.

- September 9, 2019: Fairness hearing to be held to provide opportunity for public comment and Parties' evidence as to fairness of settlement agreement and whether District has achieved unitary status.

- October 18, 2019: If necessary, deadline for post-hearing briefing, responding to public comment and/or objections.

The following documents are attached in support of this Joint Motion:

Exhibit A – Settlement Agreement

Exhibit B – Proposed Notice to the Plaintiff Class and Community Members

Exhibit C – Proposed Notice of Intent to Speak and Comment Form

Exhibit D – Proposed Order Preliminarily Approving Settlement Pursuant to FED. R. CIV. P. 23(e) and Requiring Notice to the Plaintiff Class

Memorandum in Support of this Joint Motion

The Parties respectfully request that the Court enter the proposed Order attached hereto as Exhibit D.

Respectfully submitted,

/s/ Fred L. Banks, Jr.
Fred L. Banks, Jr.
Phelps Dunbar LLP
Mississippi State Bar No. 1733 4270 I-55
North
Jackson, MS 39211-6391
Tel: (601) 360-935
Fax: (601) 360-9777
fred.banks@phelps.com

/s/ Natasha Merle
Natasha Merle
Kristen Johnson
John S. Cusick
Louis Fisher
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org

*Counsel for Private Plaintiffs*

/s/ John S. Hooks
John S. Hooks
MS Bar No. 99175
Holmes S. Adams
MS Bar No. 1126
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708

/s/ John G. Compton
John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

<div style="margin-left:50%">

<u>/s/ Natasha Merle</u>
Natasha Merle
NAACP Legal Defense and
  Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org

</div>