IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) Civil Action No. 4:65-cv-01300-HTW-LRA |
| | ) 1300(E) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW COUNSEL

Counsel for Private Plaintiffs John Barnhardt, et al. respectfully moves this Court for an order granting this motion to withdraw Rachel M. Kleinman, Leticia Smith-Evans, Alexis J. Hoag, and Louis Fisher as counsel of record for Plaintiffs in the above-captioned case. Ms. Kleinman is no longer working on this case, and Ms. Smith-Evans, Ms. Hoag, and Mr. Fisher have left the staff of the NAACP Legal Defense and Educational Fund, Inc. ("LDF").

Fred L. Banks, Jr. of Phelps Dunbar LLP and Natasha Merle, John S. Cusick, and Kristen A. Johnson of LDF will continue to represent Plaintiffs in this matter.

Respectfully submitted this 29th day of June, 2021.

/s/ Fred L. Banks, Jr.
Fred L. Banks, Jr.
Phelps Dunbar LLP

Mississippi State Bar No. 1733
4270 I-55 North
Jackson, MS 39211-6391
Tel: (601) 360-935
Fax: (601) 360-9777
fred.banks@phelps.com

/s/ Natasha Merle
Natasha Merle
Kristen A. Johnson
John S. Cusick
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org

*Counsel for Private Plaintiffs*