THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, ET AL.                                                                  PLAINTIFFS,

and

UNITED STATES OF AMERICA                                          PLAINTIFF INTERVENOR

v.                                                          CIVIL ACTION NO. 4:65-cv-01300–HTW-LGI

MERIDIAN MUNICIPAL SEPARATE
 SCHOOL DISTRICT, ET AL.                                                              DEFENDANTS

### UNITED STATES OF AMERICA'S NOTICE OF APPEARANCE

The United States of America, plaintiff intervenor, by and through the Acting United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney for said District, files this Notice of Appearance. Copies of all pleadings, notices, and orders entered in this case should be transmitted to the physical or electronic mailing address listed below.

Date:  August 31, 2021.

                                                         Respectfully submitted,

                                                         DARREN J. LaMARCA.
                                                         Acting United States Attorney

                                                         Mitzi Dease Paige (MSB # 6014)
                                                         Assistant United States Attorney
                                                         501 E. Court Street - Suite 4.430
                                                         Jackson, Mississippi          39201
                                                         601-973-2840 (Phone)
                                                         601-965-4409 (Fax)
                                                         E-Mail: Mitzi.Paige@usdoj.gov