# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**                                                                      **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF INTERVENOR**

**v.**                                                           **CIVIL ACTION NO. 4:65-cv-01300-HTW-LGI**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, ET AL.**                                                                   **DEFENDANTS**

### NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff Intervenor United States of America, by and through Darren J. LaMarca, Acting United States Attorney for the Southern District of Mississippi, and Mitzi Dease Paige, Assistant United States Attorney (AUSA) for the Southern District of Mississippi, hereby submits this Notice of Withdrawal of Counsel.

Former AUSA, Marc A. Perez, is no longer employed with the United States Attorney's Office; therefore, he should be withdrawn as counsel of record for the United States of America.

|  |  |
|---|---|
| Dated:  November 16, 2021 | Respectfully submitted,<br><br>DARREN J. LaMARCA<br>Acting United States Attorney |
| By: | /s/ *Mitzi Dease Paige*<br>Mitzi Dease Paige, MSB No. 6014<br>Assistant United States Attorney<br>United States Attorney's Office<br>Southern District of Mississippi<br>501 E. Court Street, Suite 4.430<br>Jackson, Mississippi  39201<br>601-973-2840 (Phone)<br>601-965-4409 (Fax)<br>E-Mail: Mitzi.Paige@usdoj.gov |