IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., | ) |
|       Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Civil Action No. 4:65-cv-01300-HTW-LRA |
|       Plaintiff-Intervenor, | ) 1300(E) |
| v. | ) |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., | ) |
|       Defendants. | ) |

## **MOTION TO WITHDRAW COUNSEL**

Counsel for Private Plaintiffs John Barnhardt, et al. respectfully moves this Court for an order granting this motion to withdraw Kristen A. Johnson as counsel of record for Plaintiffs in the above-captioned case. Ms. Johnson will no longer be a member of the staff of the NAACP Legal Defense and Educational Fund, Inc. ("LDF") as of March 10, 2022.

Fred L. Banks, Jr. of Phelps Dunbar LLP and Natasha Merle and John S. Cusick of LDF will continue to represent Plaintiffs in this matter.

Respectfully submitted this 9th day of March, 2022.

*s/ Fred L. Banks, Jr.*
Fred L. Banks, Jr.
Phelps Dunbar LLP
Mississippi State Bar No. 1733
4270 I-55 North
Jackson, MS 39211-6391
Tel: (601) 360-935
Fax: (601) 360-9777
fred.banks@phelps.com

*s/ Kristen A. Johnson*
Kristen A. Johnson*
Natasha Merle*
John S. Cusick*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org

*Counsel for Private Plaintiffs*

**Admitted pro hac vice*