IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISISPPI

JOHN BARNHARDT, et al                                                                    PLAINTIFFS

and UNITED STATES OF AMERICA,                                               Plaintiff- Intervenor

v.                                                                                        Civil Action No. 4:65-cv-1300

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al                                                                   DEFENDANTS

## ORDER TO WITHDRAW COUNSEL

Counsel for Private Plaintiffs filed a motion to withdraw Kristen A. Johnson as counsel of record for Plaintiffs as she is no longer a member of the staff of the NAACP Legal Defense and Educational Fund, Inc.,(LDF) as of March 10, 2022.

This court finds the motion to be well-taken and it is hereby granted. Attorneys Fred Banks, Jr. of Phelps Dunbar LLP and Natasha Merle and John Cusick of LDF will continue to represent Plaintiffs in this matter.

SO ORDERED AND ADJUDGED, this 14th day of March, 2022.

                                                        s/ HENRY T. WINGATE
                                        UNITED STATES DISTRICT JUDGE