**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN BARNHARDT, et al.,     ) | |
|                ) | |
|     Plaintiffs,       ) | |
|                ) | |
|    and            ) | |
|                ) | |
| UNITED STATES OF AMERICA,    ) | Civil Action No. 4:65-cv-01300-HTW-LGI |
|                ) | 1300(E) |
|     Plaintiff-Intervenor,   ) | |
|                ) | |
|    v.              ) | |
|                ) | |
| MERIDIAN MUNICIPAL SEPARATE   ) | |
| SCHOOL DISTRICT, et al.,      ) | |
|                ) | |
|     Defendants.      ) | |

**UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO MODIFY**
**DESEGREGATION PLAN AND FOR EXPEDITED CONSIDERATION**

Plaintiff-Intervenor United States of America does not oppose Defendant Meridian Municipal Separate School District's Motion to Modify Desegregation Plan and For Expedited Consideration (ECF No. 167).

Respectfully submitted,

DARREN J. LAMARCA                    KRISTEN CLARKE
United States Attorney               Assistant Attorney General
                                     Civil Rights Division
                                     SHAHEENA SIMONS, Chief
                                     RENEE M. WOHLENHAUS, Deputy Chief
                                     Educational Opportunities Section


/s/ Mitzi Dease Paige             /s/ Aria S. Vaughan
MITZI DEASE PAIGE                    ARIA S. VAUGHAN
Assistant U.S. Attorney               NY Bar No. 5044748
MS Bar No. 6014                      NATANE SINGLETON
Civil Division                        Admitted in MD

Southern District of Mississippi
501 E. Court Street, Ste. 4.430
Jackson, MS  39201
(601) 973-2840 direct
mitzi.paige@usdoj.gov

Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
4CON, 10th Floor
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 598-9629
aria.vaughan@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel on record.


<u>/s/ Aria S. Vaughan</u>