IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**                                                                 **PLAINTIFFS**

**AND**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF-INTERVENOR**

**VS.**                                                              **CIVIL ACTION NO. 4:65CV01300-HTW-LGI**

**MERIDIAN MUNICIPAL SEPARATE**
**SCHOOL DISTRICT, ET AL.**                                                                **DEFENDANTS**

### NOTICE OF APPEARANCE

Lindsey O. Watson, attorney with the firm of Adams and Reese LLP, enters her appearance as additional counsel of record for the Meridian Public School District.

Respectfully submitted, this 9th day of August 2022.

                                        **MERIDIAN PUBLIC SCHOOL DISTRICT**

                                        /s/ Lindsey O. Watson

OF COUNSEL:

John S. Hooks
MS Bar No. 99175
Lindsey O. Watson
MS Bar No. 103329
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
John.Hooks@arlaw.com
Lindsey.Watson@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon & Compton
1100 23rd Avenue
P. O. Box 845
Meridian, Mississippi 39302
Tel: (601) 693-6466
Fax:  (601) 693-4840
jcompton@witherspooncompton.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this date, I filed electronically the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of filing to all registered counsel of record.

      Dated:  August 9, 2022.

                                                      /s/  Lindsey O. Watson