THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **JOHN BARNHARDT, ET AL.** | **PLAINTIFFS** |
| **AND** | |
| **UNITED STATES OF AMERICA** | **PLAINTIFF INTERVENOR** |
| **V.** | **CIVIL ACTION NO. 4:65-CV-01300–HTW-LRA** |
| **MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL.** | **DEFENDANTS** |

### Unopposed Motion for Withdrawal of Counsel

    Holmes S. Adams of the law firm of Adams and Reese LLP requests the Court allow him to withdraw as counsel of record for the Meridian Public School District. John S. Hooks and Lindsey O. Watson of Adams and Reese LLP and John G. Compton of Witherspoon & Compton will continue to represent the District. Additionally, undersigned counsel requests he be removed from the Court's electronic notice system regarding this matter.

    This motion is unopposed by counsel for the Plaintiff Parties.

    Respectfully submitted, this the 9th day of August, 2022.

**Meridian Public School District**

/s/ Holmes S. Adams

OF COUNSEL:

Holmes S. Adams
MS Bar No. 1126
John S. Hooks
MS Bar No. 99175
Lindsey O. Watson
MS Bar No. 103329
Adams and Reese LLP
1018 Highland Colony Pkwy., Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile:  601.355.9708
E-mail: Holmes.Adams@arlaw.com
John.Hooks@arlaw.com
Lindsey.Watson@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon & Compton
1100 23rd Avenue
P. O. Box 845
Meridian, Mississippi 39302
Tel: (601) 693-6466
Fax:  (601) 693-4840
jcompton@witherspooncompton.com

## CERTIFICATE OF SERVICE

  I, Holmes Adams, certify that I have this day filed a true and correct copy of the above document with the Clerk of Court via the ECF System, which caused notice of filing to be served on all registered counsel of record.

  Dated: August 9, 2022.

/s/ <u>Holmes S. Adams</u>