## Minutes of the Thursday, May 26, 2022, Meeting of the Board of Trustees of the Meridian Public School District

The Board of Trustees met in a Special-Called Board meeting held on Thursday, May 26, 2022. The meeting was held at the MHS Multi-Purpose building located at 2320 32nd Street at 12:00 p.m. Board members present were: Board President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Also present were: Superintendent Dr. Amy Carter, Board attorney, John Compton, and others as indicated on the sign-in sheet.

**Call to Order** - The meeting was called to order at 12:00 p.m. by Board President, Sally Gray.

## Adoption of Agenda

On a **motion** by Mrs. Austin, seconded by Mrs. Pennington, the Board voted to approve the agenda as presented. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

**CONSENT AGENDA (Copies of Exhibits attached)**

On a **motion** by Mrs. Pennington, seconded by Mrs. Hardaway, the Board voted to approve the Consent Agenda as presented. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

3. CONSENT AGENDA
 3.1. Recommendation to approve an agreement with Renaissance Learning. Total cost: $9,000. Fund source: Title/ESSER*
 3.2. Recommendation to approve an agreement with Imagine Math to support PreK-2 supplemental math. Total cost: $3,500. Fund source: Title/ESSER*
 3.3. Recommendation to approve an agreement with PSC Solutions to support school counselors with implementing a comprehensive program. Total cost: $4,800. Fund source: Title/School Improvement/ESSER*
 3.4. Recommendation to approve an agreement with Frontline for proactive recruiting. Total cost: $3,956.44. Fund source: District*
 3.5. Recommendation to approve an agreement with the Boys and Girls Club*
 3.6. Recommendation to approve a Job Description - Assistant Director of Central Operations/Maintenance*

1

EXHIBIT
3

Regular Meeting, Meridian Public School District, held on 06/20/2022 05:30 PM.

128

3.7. Recommendation to approve Facility Usage requests*

4. **ACTION AGENDA** (Copies of Exhibits attached)

4.1. Recommendation to approve the consolidation of Carver Middle School and its reconfiguration.

On a **<u>motion</u>** by Mrs. Hardaway, seconded by Mrs. Pennington, the Board voted to approve the consolidation of Carver Middle School and its reconfiguration. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

4.2. Recommendation to approve an architect contract for the possible bond projects.

On a **<u>motion</u>** by Mrs. Pennington, seconded by Mrs. Austin, the Board voted to approve Bailey Architecture (Gary Bailey) for the district's possible bond projects. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

4.3. Recommendation to approve a custodial service contract with   Jani King of Southeast Mississippi. Total cost: $22,110. Fund source: District*

On a **<u>motion</u>** by Mrs. Pennington, seconded by Mrs. Austin, the Board voted to approve an agreement with JaniKing of Southeast Mississippi with the following corrections: Total cost: $22,110, and, service dates - May 31, 2022-June 30, 2022. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

4.4. Recommendation to approve the Hiring for all Employees (temporary and full-  time)*

On a **<u>motion</u>** by Mrs. Austin, seconded by Mr. Turner, the Board voted to approve Certified and Classified hires and rehires as presented on Page 1 of the Personnel report. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

On a **<u>motion</u>** by Mrs. Hardaway, seconded by Mr. Turner, the Board voted to approve the Certified and Classified releases as presented on Page 2 of the Personnel report.

2

Regular Meeting, Meridian Public School District, held on 06/20/2022 05:30 PM.

129

Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

On a **motion** by Mrs. Pennington, seconded by Mrs. Hardaway, the Board voted to approve Certified transfers as presented on Pages 3 and 4 of the Personnel report. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

On a **motion** by Mrs. Austin, seconded by Mrs. Pennington, the Board voted to approve Certified and Classified Salary Adjustments as presented on Page 5 of the Personnel report. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

On a **motion** by Mrs. Pennington, seconded by Mrs. Austin, the Board voted to approve the Certified and Classified Extra-Duty Employees as presented on Pages 6-12 of the Personnel report. Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

**Adjournment**
On a **motion** by Mrs. Hardaway, seconded by Mrs. Austin, the Board voted to adjourn at 12:10 p.m. Voting for the motion: Voting for the motion: President Sally Gray, Members Beverly Pennington, Ron Turner, Shelia Austin and Gwen Hardaway. Voting against the motion: None/Passed

Board President _____   Date 6-20-22 _____

Board Secretary _____   Date 6-20-22 _____