IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **JOHN BARNHARDT, ET AL.** | **PLAINTIFFS** |
| **AND** | |
| **UNITED STATES OF AMERICA** | **PLAINTIFF-INTERVENOR** |
| **VS.** | **CIVIL ACTION NO. 4:65CV01300-HTW-LGI** |
| **MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL.** | **DEFENDANTS** |

AFFIDAVIT OF KIM BRACKEEN

Before me the undersigned Notary Public personally appeared Kim Brackeen, who, upon being duly sworn, deposes and says the following:

1. My name is Kim Brackeen. I am an adult resident citizen of the state of Mississippi. I am competent to execute this affidavit.

2. I am the Data Secretary for the Meridian Public School District ("the District"). I have direct knowledge of the facts set out in this affidavit.

3. On August 8, 2022, I ran the report attached as Exhibit "A" to this affidavit. The attached Report on Net Membership by Race/Gender for the Meridian Public School District for the 2021-2022 school year was prepared using the Mississippi Student Information System ("MSIS") and is a true and correct copy.

**EXHIBIT 4**

4. The projected middle school enrollment for 2022-2023 is:

| SCHOOL | BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|---|
| Magnolia Middle | 437 (93.2%) | 8 (1.7%) | 24 (5.1%) | 469 |
| Northwest Middle | 529 (92.2%) | 25 (4.3%) | 20 (3.5%) | 574 |

Further affiant sayeth not.

Dated: August 10, 2022.

*Kim Brackeen*

Kim Brackeen

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

On this 10th day of August, 2022, personally appeared before me, a notary public for the State of Mississippi, Kim Brackeen, whose name is subscribed to this affidavit, and acknowledged under oath its contents and that she personally executed same.

Seal:

*Stacey Davis*
NOTARY PUBLIC

My commission expires: 7/27/24

[Notary Seal: STATE OF MISSISSIPPI, STACEY DAVIS, NOTARY PUBLIC, ID No. 117183, Commission Expires July 27, 2024, LAUDERDALE COUNTY]

**Mississippi Student Information System**

```
Report      : Net Membership by
              Race/Gender
Run by      : KBRACKEEN

Report Date: August 8, 2022 3:38 PM
```

**EXHIBIT A**

Net Membership by Race/Gender
Reporting Month - June 2021-2022

MSIS

August 8, 2022
Monday, 03:38 PM

Page 1 of 11

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST | | | | | | | 004-GEORGE WASHINGTON CARVER MIDDLE | | | | | | | | | | | | | | | |
| 06 | 35 | 33 | 68 | 1 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 71 |
| 07 | 47 | 52 | 99 | 1 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 103 |
| 08 | 36 | 45 | 81 | 1 | 1 | 2 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 86 |
| 56 | 7 | 6 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 58 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Total: | 126 | 136 | 262 | 3 | 2 | 5 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 274 |

Case 4:65-cv-01300-HTW-LGI   Document 173-3   Filed 08/10/22   Page 5 of 14

MSIS

Net Membership by Race/Gender
Reporting Month - June 2021-2022

August 8, 2022
Monday, 03:38 PM

Page 2 of 11

3820-MERIDIAN PUBLIC SCHOOL DIST — 008-CRESTWOOD ELEMENTARY SCHOOL

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 19 | 20 | 39 | 1 | 0 | 1 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 45 |
| 02 | 23 | 22 | 45 | 2 | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 52 |
| 03 | 18 | 16 | 34 | 1 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 38 |
| 04 | 13 | 13 | 26 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 31 |
| 05 | 22 | 22 | 44 | 0 | 0 | 0 | 3 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| 62 | 4 | 11 | 15 | 0 | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| 64 | 13 | 17 | 30 | 2 | 0 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 5 | 41 |
| Total: | 112 | 121 | 233 | 6 | 1 | 7 | 10 | 10 | 20 | 0 | 1 | 1 | 2 | 1 | 3 | 0 | 0 | 0 | 6 | 5 | 11 | 275 |

Case 4:65-cv-01300-HTW-LGI   Document 173-3   Filed 08/10/22   Page 6 of 14

MSIS

Net Membership by Race/Gender

Reporting Month - June 2021-2022

August 8, 2022
Monday, 03:38 PM

Page 3 of 11

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST     024-MAGNOLIA MIDDLE SCHOOL ||||||||||||||||||||||||
| 06 | 28 | 41 | 69 | 2 | 0 | 2 | 1 | 3 | 4 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 07 | 41 | 32 | 73 | 1 | 4 | 5 | 4 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 |
| 08 | 53 | 56 | 109 | 4 | 2 | 6 | 3 | 3 | 6 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 122 |
| 56 | 6 | 3 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 128 | 132 | 260 | 7 | 6 | 13 | 8 | 8 | 16 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 292 |

MSIS

Net Membership by Race/Gender

Reporting Month - June 2021-2022

August 8, 2022  
Monday, 03:38 PM

Page 4 of 11

3820-MERIDIAN PUBLIC SCHOOL DIST    036-MERIDIAN HIGH SCHOOL

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 174 | 170 | 344 | 11 | 2 | 13 | 7 | 6 | 13 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 372 |
| 10 | 151 | 140 | 291 | 8 | 7 | 15 | 2 | 5 | 7 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 317 |
| 11 | 100 | 139 | 239 | 6 | 5 | 11 | 5 | 3 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 258 |
| 12 | 123 | 128 | 251 | 5 | 3 | 8 | 0 | 2 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 264 |
| 58 | 11 | 4 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| Total: | 559 | 581 | 1140 | 30 | 17 | 47 | 14 | 16 | 30 | 1 | 2 | 3 | 1 | 0 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 1226 |

Net Membership by Race/Gender
Reporting Month - June 2021-2022

MSIS

August 8, 2022
Monday, 03:38 PM

Page 5 of 11

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST  044-NORTHWEST JUNIOR HIGH SCHOOL ||||||||||||||||||||||
| 06 | 64 | 38 | 102 | 4 | 1 | 5 | 3 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 112 |
| 07 | 80 | 64 | 144 | 0 | 3 | 3 | 3 | 3 | 6 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 154 |
| 08 | 74 | 71 | 145 | 5 | 0 | 5 | 1 | 2 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 155 |
| 56 | 4 | 4 | 8 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 222 | 177 | 399 | 9 | 5 | 14 | 7 | 7 | 14 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 430 |

Case 4:65-cv-01300-HTW-LGI   Document 173-3   Filed 08/10/22   Page 9 of 14

MSIS

Net Membership by Race/Gender

Reporting Month - June 2021-2022

August 8, 2022
Monday, 03:38 PM

Page 6 of 11

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST  048-OAKLAND HEIGHTS ELEMENTARY SCHOOL ||||||||||||||||||||||
| 01 | 22 | 21 | 43 | 2 | 2 | 4 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 |
| 02 | 28 | 25 | 53 | 2 | 1 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 60 |
| 03 | 27 | 24 | 51 | 2 | 2 | 4 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58 |
| 04 | 26 | 19 | 45 | 1 | 2 | 3 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| 05 | 27 | 21 | 48 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| 62 | 13 | 17 | 30 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 32 |
| 64 | 21 | 20 | 41 | 1 | 0 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 46 |
| Total: | 164 | 147 | 311 | 9 | 8 | 17 | 7 | 3 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 6 | 344 |

Net Membership by Race/Gender

Reporting Month - June 2021-2022

MSIS

August 8, 2022
Monday, 03:38 PM

Page 7 of 11

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST | | | | | | | 052-PARKVIEW ELEMENTARY SCHOOL | | | | | | | | | | | | | | | |
| 01 | 26 | 27 | 53 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 57 |
| 02 | 37 | 39 | 76 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 82 |
| 03 | 26 | 24 | 50 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 54 |
| 04 | 19 | 33 | 52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 |
| 05 | 35 | 28 | 63 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 66 |
| 54 | 7 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 8 |
| 56 | 9 | 6 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| 62 | 19 | 13 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 64 | 42 | 28 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 71 |
| Total: | 220 | 198 | 418 | 1 | 7 | 8 | 1 | 0 | 1 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 7 | 437 |

```
                                             Net Membership by Race/Gender                                          MSIS
                                             Reporting Month - June 2021-2022
```

August 8, 2022  
Monday, 03:38 PM  
Page 8 of 11

| Grade | Black M | F | Total | White M | F | Total | Hispanic M | F | Total | Asian M | F | Total | Native-American M | F | Total | Pacific Islander M | F | Total | Two or More M | F | Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3820-MERIDIAN PUBLIC SCHOOL DIST | | | | | | | 056-POPLAR SPRINGS ELEMENTARY SCHOOL | | | | | | | | | | | | | | | |
| 01 | 34 | 28 | 62 | 5 | 1 | 6 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 71 |
| 02 | 33 | 28 | 61 | 2 | 4 | 6 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 73 |
| 03 | 23 | 24 | 47 | 5 | 2 | 7 | 3 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 60 |
| 04 | 28 | 31 | 59 | 3 | 4 | 7 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 67 |
| 05 | 35 | 33 | 68 | 3 | 5 | 8 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 78 |
| 62 | 9 | 7 | 16 | 1 | 1 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 64 | 28 | 21 | 49 | 3 | 5 | 8 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 4 | 64 |
| Total: | 190 | 172 | 362 | 22 | 22 | 44 | 8 | 7 | 15 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 5 | 11 | 433 |

Case 4:65-cv-01300-HTW-LGI   Document 173-3   Filed 08/10/22   Page 12 of 14

MSIS

Net Membership by Race/Gender

Reporting Month - June 2021-2022

August 8, 2022
Monday, 03:38 PM

Page 9 of 11

3820-MERIDIAN PUBLIC SCHOOL DIST      062-T J HARRIS   ELEMENTARY

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 24 | 32 | 56 | 0 | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 62 |
| 02 | 38 | 32 | 70 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 72 |
| 03 | 21 | 34 | 55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 56 |
| 04 | 27 | 31 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 59 |
| 05 | 42 | 30 | 72 | 0 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 78 |
| 52 | 7 | 3 | 10 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 54 | 7 | 2 | 9 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 56 | 27 | 8 | 35 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| 62 | 18 | 15 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 34 |
| 64 | 35 | 34 | 69 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 72 |
| Total: | 246 | 221 | 467 | 7 | 2 | 9 | 2 | 3 | 5 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 8 | 10 | 492 |

Case 4:65-cv-01300-HTW-LGI   Document 173-3   Filed 08/10/22   Page 13 of 14

MSIS

Net Membership by Race/Gender

Reporting Month - June 2021-2022

August 8, 2022
Monday, 03:38 PM

Page 10 of 11

3820-MERIDIAN PUBLIC SCHOOL DIST — 064-WEST HILLS ELEMENTARY SCHOOL

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41 | 34 | 75 | 2 | 0 | 2 | 0 | 2 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 |
| 02 | 25 | 35 | 60 | 0 | 1 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 64 |
| 03 | 31 | 31 | 62 | 0 | 2 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 |
| 04 | 32 | 33 | 65 | 0 | 3 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69 |
| 05 | 45 | 47 | 92 | 2 | 1 | 3 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98 |
| 62 | 18 | 19 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| 64 | 34 | 21 | 55 | 0 | 1 | 1 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 60 |
| Total: | 226 | 220 | 446 | 4 | 8 | 12 | 4 | 7 | 11 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 473 |

Case 4:65-cv-01300-HTW-LGI   Document 173-3   Filed 08/10/22   Page 14 of 14

MSIS

Net Membership by Race/Gender
Reporting Month - June 2021-2022

August 8, 2022
Monday, 03:38 PM

Page 11 of 11

|  | Black | | | White | | | Hispanic | | | Asian | | | Native-American | | | Pacific Islander | | | Two or More | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Grade | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | Total |
| 3820-MERIDIAN PUBLIC SCHOOL DIST | | | | | | | | | | | | | | | | | | | | | | |
| 01 | 166 | 162 | 328 | 10 | 7 | 17 | 4 | 5 | 9 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 3 | 7 | 363 |
| 02 | 184 | 181 | 365 | 8 | 7 | 15 | 3 | 6 | 9 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 4 | 8 | 12 | 403 |
| 03 | 146 | 153 | 299 | 8 | 7 | 15 | 8 | 2 | 10 | 1 | 1 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 1 | 3 | 331 |
| 04 | 145 | 160 | 305 | 4 | 9 | 13 | 2 | 3 | 5 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 3 | 328 |
| 05 | 206 | 181 | 387 | 6 | 9 | 15 | 6 | 7 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 5 | 420 |
| 06 | 127 | 112 | 239 | 7 | 1 | 8 | 5 | 6 | 11 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 260 |
| 07 | 168 | 148 | 316 | 2 | 8 | 10 | 7 | 6 | 13 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 341 |
| 08 | 163 | 172 | 335 | 10 | 3 | 13 | 6 | 6 | 12 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 363 |
| 09 | 174 | 170 | 344 | 11 | 2 | 13 | 7 | 6 | 13 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 372 |
| 10 | 151 | 140 | 291 | 8 | 7 | 15 | 2 | 5 | 7 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 317 |
| 11 | 100 | 139 | 239 | 6 | 5 | 11 | 5 | 3 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 258 |
| 12 | 123 | 128 | 251 | 5 | 3 | 8 | 0 | 2 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 264 |
| 52 | 7 | 3 | 10 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 54 | 14 | 2 | 16 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 18 |
| 56 | 53 | 27 | 80 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83 |
| 58 | 12 | 4 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| 62 | 81 | 82 | 163 | 1 | 2 | 3 | 3 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 173 |
| 64 | 173 | 141 | 314 | 7 | 7 | 14 | 6 | 5 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 7 | 15 | 354 |
| Total: | 2193 | 2105 | 4298 | 98 | 78 | 176 | 64 | 64 | 128 | 8 | 6 | 14 | 4 | 1 | 5 | 1 | 1 | 2 | 26 | 27 | 53 | 4676 |

STATE SUMMARY

**\* End of Report \***