THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, ET AL. | PLAINTIFFS |
| AND | |
| UNITED STATES OF AMERICA | PLAINTIFF INTERVENOR |
| V. | CIVIL ACTION NO. 4:65-CV-01300–HTW-LGI |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL. | DEFENDANTS |

Order Granting Motion to Withdraw as Attorney

Before the Court is the unopposed motion of Holmes S. Adams of the law firm of Adams and Reese LLP to withdraw as counsel of record for the Meridian Public School District. [172]. The Court being advised the motion is unopposed and that John S. Hooks and Lindsey O. Watson of Adams and Reese LLP and John G. Compton of Witherspoon & Compton will continue to represent the District, finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Holmes S. Adams is allowed to withdraw as counsel of record for the Meridian Public School District. It is further ordered that Attorney Adams be removed from the Court's electronic notice system regarding this matter

SO ORDERED, this the 10th day of August, 2022.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE