IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, et al.,　　　　　　　　　　　　　　　　　PLAINTIFFS

AND

UNITED STATES OF AMERICA,　　　　　　　PLAINTIFF-INTERVENOR

VS.　　　　　　　　　　CIVIL ACTION NO. 4:65CV01300-HTW-LGI

MERIDIAN MUNICIPAL SEPARATE
SCHOOL DISTRICT, et al.　　　　　　　　　　　　　　　　　DEFENDANTS

### Exhibit List for Motion Hearing
### August 11, 2022

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| P-1 | July 7, 2022, correspondence from Meridian Public School District |
| D-1 | Affidavit of Dr. Amy Carter |