THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, ET AL. | PLAINTIFFS |
| AND | |
| UNITED STATES OF AMERICA | PLAINTIFF INTERVENOR |
| V. | CIVIL ACTION NO. 4:65-CV-01300–HTW-LRA |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL. | DEFENDANTS |

**Motion for Withdrawal of Counsel**

Lindsey O. Watson of the law firm of Adams and Reese LLP requests the Court allow her to withdraw as counsel of record for the Meridian Public School District. John S. Hooks of Adams and Reese LLP and John G. Compton of Witherspoon & Compton will continue to represent the District. Additionally, undersigned counsel requests she be removed from the Court's electronic notice system regarding this matter.

Respectfully submitted, this the 21st day of September, 2022.

**Meridian Public School District**

*/s/ Lindsey O. Watson*

OF COUNSEL:

John S. Hooks
MS Bar No. 99175
Lindsey O. Watson
MS Bar No. 103329
Adams and Reese LLP
1018 Highland Colony Pkwy., Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile:  601.355.9708
John.Hooks@arlaw.com
Lindsey.Watson@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon & Compton
1100 23rd Avenue
P. O. Box 845
Meridian, Mississippi 39302
Tel: (601) 693-6466
Fax:  (601) 693-4840
jcompton@witherspooncompton.com

**CERTIFICATE OF SERVICE**

 I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of Court via the ECF System, which caused notice of filing to be served on all registered counsel of record.

 Dated: September 21, 2022.

/s/  Lindsey O. Watson