### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN MUNICIPAL SEPARATE ) <br> SCHOOL DISTRICT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:65-cv-01300-HTW-LGI 1300(E) |

### **ORDER SETTING STATUS CONFERENCE**

Having reviewed Plaintiffs' Motion for Status Conference in the above-captioned case, the Motion is hereby **GRANTED**.

SO ORDERED this 12th day of April, 2023.


*s/ John S. Cusick*            /s/HENRY T. WINGATE
John S. Cusick                  HONORABLE HENRY T. WINGATE
                                UNITED STATES DISTRICT JUDGE