THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, ET AL. | PLAINTIFFS |
| and | |
| UNITED STATES OF AMERICA | PLAINTIFF-INTERVENOR |
| v. | CIVIL ACTION NO. 4:65-cv-1300-HTW-LGI |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL. | DEFENDANTS |

**MOTION TO SET HEARING ON SECOND MOTION TO
MODIFY DESEGREGATION PLAN AND FOR EXPEDITED CONSIDERATION**

On March 22, 2023, the Meridian Public School District (the "District") notified the Court and parties by letter of the Board of Trustees' decision to adopt a plan reconfiguring the District's elementary schools. [180-2]. On May 18, 2023, the District submitted its Second Motion to Modify Desegregation Plan and for Expedited Consideration to the Court.[1] [180]. The issues identified in the District's second motion for modification are of an urgent and necessitous nature; therefore, the District moves the Court to either decide the matter on the pleadings or to set a hearing during the week of June 5, 2023, to rule on the District's motion.

Because this motion is simple and straightforward, the District requests the requirement for an accompanying memorandum be waived.

---

[1] The Department of Justice does not oppose the District's second motion for modification. The LDF has refused to state its position at this time. Assuming LDF responds to the motion, its response will be due June 1, 2023.

WHEREFORE, PREMISES CONSIDERED, the Meridian Public School District respectfully requests that the Court decide the matter on the pleadings or enter an Order setting a hearing on the District's Second Motion to Modify Desegregation Plan and for Expedited Consideration during the week of June 5, 2023.

Respectfully submitted this the 19th day of May, 2023.

**MERIDIAN PUBLIC SCHOOL DISTRICT**

/s/  John S. Hooks

OF COUNSEL:

John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Pkwy., Suite 800
Ridgeland, MS 39157
Tel: (601) 353-3234
Fax: (601)-355-9708
John.Hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon & Compton
1100 23rd Avenue
P. O. Box 845
Meridian, Mississippi 39302
Tel: (601) 693-6466
Fax:  (601) 693-4840
jcompton@witherspooncompton.com

**CERTIFICATE OF SERVICE**

I, John Hooks, certify that I have this day caused a true and correct copy of the above document to be filed with the Clerk of Court via the CM/ECF System, which caused notice of filing to be served on all counsel of record.

Dated: May 19, 2023.

/s/ *John S. Hooks*
John S. Hooks
