# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN MUNICIPAL SEPARATE ) <br> SCHOOL DISTRICT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:65-cv-01300-HTW-LGI |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Having reviewed Plaintiffs' Motion [Docket no. 185] for Extension of Time to Respond to Defendants' Second Motion to Modify Desegregation Plan and for Expedited Consideration in the above-captioned case, the Motion is hereby **GRANTED**.

SO ORDERED this 26th day of May, 2023.

Submitted By:
 *s/ John S. Cusick*

/s/HENRY T. WINGATE
HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE