IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, et al., <br><br> Defendants. | Civil Action No. 4:65-cv-01300-HTW-LGI 1300(E) |

**UNITED STATES' RESPONSE TO DEFENDANTS' SECOND MOTION TO MODIFY DESEGREGATION PLAN AND FOR EXPEDITED CONSIDERATION**

Plaintiff-Intervenor United States of America does not oppose Defendant Meridian Municipal Separate School District's Second Motion to Modify Desegregation Plan and For Expedited Consideration (ECF No. 180).

Respectfully submitted,

DARREN J. LAMARCA
United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
SHAHEENA SIMONS, Chief
Educational Opportunities Section

/s/ Mitzi Dease Paige
MITZI DEASE PAIGE
Assistant U.S. Attorney
MS Bar No. 6014
Civil Division

/s/ Natane Singleton
NATANE SINGLETON
MD Bar
ARIA S. VAUGHAN
NY Bar No. 5044748

1

Southern District of Mississippi
501 E. Court Street, Ste. 4.430
Jackson, MS  39201
(601) 973-2840 direct
mitzi.paige@usdoj.gov

Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
Patrick Henry Building, Suite 4300
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 598-9619
natane.singleton@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

<u>/s/ Natane Singleton</u>