# **<u>EXHIBIT A</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

JOHN BARNHARDT, et al., )
)
     Plaintiffs, )
)
    and )
)
UNITED STATES OF AMERICA, )   Civil Action No. 4:65-cv-01300-HTW-LRA
)    1300(E)
     Plaintiff-Intervenor, )
)
    v. )
)
MERIDIAN MUNICIPAL SEPARATE )
SCHOOL DISTRICT, et al., )
)
     Defendants. )

## DECLARATION ON BEHALF OF THE CARVER COMMUNITY COALITION

My name is Tracey C. Washington. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based on my personal knowledge:

1.    I am a resident of Meridian, Mississippi.

2.    I am a President of the Carver Community Coalition.

3.    Based on approval by the Coalition's leadership, I submit this declaration on its behalf.

4.    The Carver Community Coalition is a membership group of community members who live in Meridian, Mississippi. The Coalition's membership includes, but is not limited to, concerned residents, parents, retired teachers, and former students at Carver Middle school.

5.    The Coalition's mission is to raise awareness and activism among students,

parents, educators, and supporters who desire to keep Carver Middle School open. To this end, the Coalition opposed the Meridian School District's closure of Carver Middle School. I provided testimony on behalf of the Coalition during the federal court's August 11, 2022 evidentiary hearing to oppose the District's modification motion of the desegregation plan to close Carver Middle School. The Coalition remains opposed to that motion, and it urges the federal court to make a ruling on that motion as soon as possible.

6.     I have not expressed support for the elementary-school reconfiguration plan. Nor has the Coalition taken an official position on that plan. Instead, the Coalition voted to wait to see how the federal court rules on the motion to close Carver Middle School, which has been closed for this 2022-2023 school year.

I, Tracey C. Washington, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Meridian, Mississippi

Dated: June 8, 2023

_Tracey C. Washington_
Tracey C. Washington
on behalf of the Carver Community Coalition

STATE OF MISSISSIPPI
KENDAISHA PRICE
ID No.
335690
Com. Exp.
08-30-2026
NOTARY PUBLIC
LAUDERDALE COUNTY

Kendaisha Price   6/8/2023