# **EXHIBIT B**

```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION


     JOHN BARNHARDT                                    PLAINTIFF

     v.                         CIVIL ACTION NO: 4:65cv1300

     UNITED STATES OF AMERICA
                                            INTERVENOR PLAINTIFF



     MERIDIAN MUNICIPAL SEPARATE
     SCHOOL DISTRICT                                   DEFENDANT




     TRANSCRIPT OF MOTION TO MODIFY DESEGREGATION PLAN AND FOR
                      EXPEDITED CONSIDERATION

                     THURSDAY, AUGUST 11, 2022

               BEFORE THE HONORABLE HENRY T. WINGATE
                   UNITED STATES DISTRICT JUDGE












     COURT REPORTER:

     Fred W. Jeske, RMR, CRR
     701 North Main Street, Suite 228
     Hattiesburg, Mississippi  39401
     (601) 255-6432
     fred_jeske@mssd.uscourts.gov
```

```
 1        APPEARANCES:

 2        REPRESENTING THE PLAINTIFF BARNHARDT and PRIVATE
          PLAINTIFFS:
 3
              JOHN SPENCER CUSICK, ESQUIRE
 4            NATASHA MERLE, ESQUIRE
              NAACP Legal Defense &
 5            Educational Fund, Inc. - New York
              40 Rector Street, 5th Floor
 6            New York, NY 10006-1738
              212-965-2200
 7            jcusick@naacpldf.org
              nmerle@naacpldf.org
 8

 9        REPRESENTING INTERVENOR PLAINTIFF:

10            ARIA VAUGHAN, ESQUIRE
              U. S. Department of Justice-CRT
11            950 Pennsylvania Avenue NW
              4CON, 10th Floor
12            Washington, DC 20530
              202-598-9629
13            aria.vaughan@usdoj.gov

14            NATANE SINGLETON, ESQUIRE
              U. S. Department of Justice
15            950 Pennsylvania Ave., NW
              Washington, DC 20530
16            202-307-6880
              natane.singleton@usdoj.gov
17

18

19

20

21

22

23

24

25
```

```
 1        APPEARANCES CONTINUED:

 2        REPRESENTING THE DEFENDANT:

 3            JOHN G. COMPTON, ESQUIRE
              Witherspoon & Compton, LLC
 4            P. O. Box 845 (39202)
              1100 23rd Avenue
 5            Meridian, MS 39301
              601-693-6466
 6            jcompton@witherspooncompton.com

 7            LINDSEY O. WATSON, ESQUIRE
              Adams and Reese, LLP - Ridgeland
 8            1018 Highland Colony Parkway
              Suite 800
 9            Ridgeland, MS 39157
              601-292-0739
10            lindsey@wilbanksdowd.com

11

12                         -oOo-
```

1    state the district has had particular difficulty with teacher
2    recruitment at Carver Middle School.  Do you see that?
3    A.    Yes, sir, I do.
4    Q.    And so my question is why has there been a particular
5    difficulty with teacher recruitment at Carver Middle School?
6    A.    Well, I would say as with any school that struggles with
7    performance, sometimes it's challenging for an educator
8    committing and staying there.  Sometimes the engagement or the
9    environment from families is not as active as it may be in some
10   schools.  For us at Carver Middle School sometimes the
11   perception or the reputation may not always be as positive at
12   one middle school over the other.  And I'm saying these are
13   perceptions simply because I believe my children at Carver are
14   just as intelligent and amazing as the kids at the other two
15   middle schools, but sometimes you tend to fight perception.
16          I need to be blunt and say the perception of hiring
17   teachers to work in Meridian Public School District because of
18   a consent order tends to get in the way when we go to
19   recruitment fairs.  Sometimes there are discussions where
20   people will say You don't want to go to Meridian, they've got
21   that federal thing over there.  And we've had to counter that
22   and educate people regarding what that is and how it doesn't
23   hinder what we're trying to do to educate children.
24   Q.    So I heard you say three factors for the reason why it's
25   particularly difficult, performance, engagement and