# **EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARNHARDT, ET AL                                    Plaintiffs

V.                           CASE NO. 4:65-cv-1300-HTW-LGI

MERIDIAN MUNICIPAL SEPARATE                              Defendant
SCHOOL DISTRICT

**TRANSCRIPT OF STATUS CONFERENCE
VIA VIDEOCONFERENCE**

BEFORE HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

May 17, 2023
Jackson, Mississippi

The proceedings were reported by a stenographic court reporter.
The transcript was produced using computer-aided transcription.

*Margaret Wasmund, RDR, CRR, CRC
Court Reporter
2851 Shiloh Road
Pelahatchie, Mississippi 39145
margaretwasmund@gmail.com/601-329-6113*

APPEARANCES:

REPRESENTING THE PLAINTIFFS:

John Spencer Cusick, Esquire
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY  10006-1738

REPRESENTING THE DEFENDANT:

John Simeon Hooks, Esquire
Adams and Reese
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS  39157

John G. Compton, Esquire
Witherspoon & Compton, LLC
1100 23rd Avenue
Meridian, MS  39301

REPRESENTING THE INTERVENOR:

Aria Vaughan, Esquire
Natane Singleton, Esquire
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530

ALSO PRESENT:

Dr. Amy Carter, Superintendent
Meridian Public School District

1   court might recall, was important to the community.

2   We have heard from the Department of Justice who has
3   indicated they have no opposition to this latest idea of
4   reconfiguring the elementary schools.  And we had hoped that
5   the Legal Defense Fund today would indicate that it has no
6   opposition given the fact that the school district has been
7   attempting to accommodate the desire of some members of the
8   community to have some presence there in the building at Carver
9   Middle School.

10  So, Your Honor, that's kind of the lay of the land.  And
11  we do have a proposed order we can submit to the court
12  regarding the latest ideas that Dr. Carter has.  And I might
13  call upon her if she has anything to add, Your Honor, to
14  explain in further detail or correct anything I might have
15  said.

16  THE COURT:  All right.  Thank you.  I have read these
17  matters, and I will call on her in just a moment.  But I want
18  to know whether the Legal Defense Fund has any objections here.
19  I recognize that the Department of Justice does not, so let me
20  turn to the Legal Defense Fund.

21  MR. CUSICK:  Sure.  And thank you, Your Honor.  And
22  we, the Legal Defense Fund, appreciate the court's willingness
23  to hold this status conference.  We were the parties in jointly
24  with defendants asking for that.  Our position is that, as
25  we've explained, that the pending modification motion, that one

1  that Mr. Hooks referenced first, ECF 167, that that may impact
2  the assessment of this new reconfiguration plan.
3      And we understand and appreciate the defendant's request
4  for us to take a position on that one.  But as we've explained
5  to them and to you, Your Honor, today that we can't do so until
6  there's a ruling on that first motion to see if Carver Middle
7  School was properly closed, because some of the justifications,
8  at least from our understanding, on some of the reconfiguration
9  plans here might have different interests and might at some
10 points be a little bit in tension with some of the
11 justifications proposed previously that you heard at the
12 evidentiary hearing.
13     And so I think the purpose of us asking for the status
14 conference today was just to see if Your Honor had any
15 questions on that initial pending motion before you resolve
16 that.  And then we are happy to, once that's resolved, to fully
17 be able to assess the proposed second modification here
18 relating to the elementary schools.
19          THE COURT:  So then you want to hear the court's
20 ruling on the middle school before we start talking about the
21 elementary school; is that so?
22          MR. CUSICK:  Yes, Your Honor.
23          THE COURT:  All right.  And with regard to the middle
24 school, you are still opposed to the actions taken by the
25 school system relative to the middle school; is that so?