THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN BARNHARDT, ET AL. | PLAINTIFFS |
| AND | |
| UNITED STATES OF AMERICA | PLAINTIFF INTERVENOR |
| V. | CIVIL ACTION NO. 4:65-CV-01300–HTW-LGI |
| MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL. | DEFENDANTS |

## ORDER SETTING STATUS CONFERENCE

Having reviewed the Parties' Joint Motion for Status Conference in the above-captioned case, [196], the Motion is hereby **GRANTED**. This matter shall be set for a Status Conference on July 19, 2023, at 9:30 AM. The parties herein are instructed to contact this court for a ZOOM videoconference link if they are unable to attend "in person".

SO ORDERED this the 10th day of July, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

PREPARED BY:

/s/ John S. Hooks
COUNSEL FOR MERIDIAN PUBLIC SCHOOL DISTRICT

| | |
|---|---|
| John S. Hooks | John G. Compton |
| MS Bar No. 99175 | MS Bar No. 6433 |
| Adams and Reese LLP | Witherspoon and Compton LLC |
| 1018 Highland Colony Parkway, Suite 800 | 1100 23rd Avenue |
| Ridgeland, Mississippi 39157 | Meridian, Mississippi 39302 |
| Telephone: 601.353.3234 | Telephone: 601.693.6466 |
| Facsimile: 601.355.9708 | Facsimile: 601.693.4840 |
| E-mail: John.Hooks@arlaw.com | E-Mail: JCompton@witherspooncompton.com |