UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN BARNHARDT, ET AL.**  **PLAINTIFFS**

and

**THE UNITED STATES OF AMERICA**  **PLAINTIFF-INTERVENOR**

vs.  **CIVIL ACTION NO. 4:65-cv-1300-HTW-LGI**

**MERIDIAN MUNICIPAL SEPARATE
 SCHOOL DISTRICT, ET AL.**  **DEFENDANTS**

<u>**NOTICE OF WITHDRAWAL OF COUNSEL**</u>

Plaintiff-Intervenor United States of America, by and through its attorneys, Darren J. LaMarca, United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney for said District, hereby submits this Notice of Withdrawal of Counsel.

Assistant United States Attorney Marc Perez is no longer employed with the United States Attorney's Office.  Therefore, he should be withdrawn as counsel of record, and future ECF notifications to him should be terminated.

Date:  July 10, 2023.

                                                Respectfully submitted,

                                                DARREN J. LaMARCA
                                                United States Attorney

                                                Mitzi Dease Paige (MSB # 6014)
                                                Assistant United States Attorney
                                                501 E. Court Street - Suite 4.430
                                                Jackson, Mississippi       39201
                                                601-973-2840 (Phone)
                                                601-965-4409 (Fax)
                                                E-Mail: Mitzi.Paige@usdoj.gov