IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN MUNICIPAL SEPARATE ) <br> SCHOOL DISTRICT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:65-cv-01300-HTW-LRA <br> 1300(E) |

## **MOTION TO WITHDRAW COUNSEL**

Counsel for Private Plaintiffs John Barnhardt, et al. respectfully moves this Court for an order granting this motion to withdraw Natasha Merle as counsel of record for Plaintiffs in the above-captioned case. Ms. Merle will no longer be a member of the staff of the NAACP Legal Defense and Educational Fund, Inc. ("LDF") upon the signing of her commission as a United States District Court Judge within the next few weeks.

Fred L. Banks, Jr. of Phelps Dunbar LLP and John S. Cusick of LDF will continue to represent Plaintiffs in this matter.

Respectfully submitted this 12th day of July, 2023.

*s/ Fred L. Banks, Jr.*
Fred L. Banks, Jr.
Phelps Dunbar LLP
Mississippi State Bar No. 1733
4270 I-55 North
Jackson, MS 39211-6391
Tel: (601) 360-935
Fax: (601) 360-9777
fred.banks@phelps.com

*s/ John S. Cusick*
John S. Cusick*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jcusick@naacpldf.org

*Counsel for Private Plaintiffs*

**Admitted pro hac vice*