# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHN BARNHARDT, et al., )<br>)<br>Plaintiffs, )<br>)<br>and )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>MERIDIAN MUNICIPAL SEPARATE )<br>SCHOOL DISTRICT, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 4:65-cv-01300-HTW-LGI<br>1300(E) |

## ORDER GRANTING MOTION TO WITHDRAW

Having reviewed Private Plaintiffs' Motion to Withdraw Natasha Merle as Counsel in the above-captioned case, the Motion is hereby **GRANTED**.

SO ORDERED this the 14th day of July, 2023.


s/ John S. Cusick  
John S. Cusick

                                        */s/HENRY T. WINGATE*  
                                        HONORABLE HENRY T. WINGATE  
                                          UNITED STATES DISTRICT JUDGE