**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN BARNHARDT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil Action No. 4:65-cv-01300-HTW-LGI |
| | ) | 1300(E) |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERIDIAN MUNICIPAL SEPARATE | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## OBJECTION OR COMMENT FORM

I wish to make the following objection to or comment about the Proposed Settlement between the Meridian Public School District and Private Plaintiffs John Barnhart, et al, and/or the District's motion for unitary status. I understand that I must mail my written objection or comment to the United States Federal Courthouse, 501 E. Court Street, Suite 2.500, Jackson, Mississippi, 39201, and that it must be postmarked no later than September 1, 2023, and that a fairness and unitary status hearing is set on September 12, 2023, at the United States Federal Courthouse, 501 E. Court Street, Courtroom 6E, Jackson, Mississippi, at 9:30 a.m. before United States District Judge Henry T. Wingate. I understand that I need not appear at the hearing for the Court to consider my objection or comment. I also understand that before the Court may allow me to speak at the hearing, my written objection or comment must have been received by the Court and have been postmarked on or before September 1, 2023.

**EXHIBIT B**

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## **OBJECTION OR COMMENT**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date(s) of incident(s) described above: _____

Printed name: _____

Signature: _____

Address: _____

_____

_____

Telephone: _____

My child's race is:  ☐ Black  ☐ White  ☐ Other