THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **JOHN BARNHARDT, ET AL.** | **PLAINTIFFS** |
| **AND** | |
| **UNITED STATES OF AMERICA** | **PLAINTIFF INTERVENOR** |
| **V.** | **CIVIL ACTION NO. 4:65-CV-01300–HTW-LRA** |
| **MERIDIAN MUNICIPAL SEPARATE SCHOOL DISTRICT, ET AL.** | **DEFENDANTS** |

WITNESS AND EXHIBIT LIST OF MERIDIAN PUBLIC SCHOOL DISTRICT

The Meridian Public School District will call the following witness at the September 12, 2023 Fairness Hearing in this matter:

Dr. Amy Carter, Superintendent.

The District may offer the following exhibits at the September 12, 2023 Fairness Hearing:

Exhibit 1:    Student Enrollment as of May 2023;

Exhibit 2:    Student Enrollment as of August 30, 2023;

Exhibit 3:    2022-2023 Teacher assignment;

Exhibit 4:    2023-2024 Teacher assignment;

Exhibit 5:    Excerpts of yearbooks related to extracurricular activities;

Exhibit 6:    Athletic rosters for middle schools and high schools;

Exhibit 7:    May 2023 Monthly Discipline Report;

Exhibit 8: Affidavit of Dr. Amy Carter related to activities undertaken by District in furtherance of Joint Settlement Agreement;

Exhibit 9: "Leader in Me" national videos featuring the Meridian Public School District: https://www.mpsdk12.net/leaderinme; and,

Exhibit 10: Motion for Unitary Status [53], Memorandum in Support [54], and Exhibits to Motion [53-1] – [53-9] (combined exhibit).

The District reserves the right to amend this witness and exhibit list in advance of the September 12, 2023 Fairness Hearing.

Respectfully submitted, this 1st day of September, 2023.

**MERIDIAN PUBLIC SCHOOL DISTRICT**

/s/  John S. Hooks

OF COUNSEL:

John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
E-mail: John.Hooks@arlaw.com

And

John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840
E-Mail: JCompton@witherspooncompton.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this date, I filed electronically a true and correct copy of the foregoing with the Clerk of this Court using the CM/ECF system which caused notice to be served on all registered counsel of record.

    Dated: September 1, 2023.

                                           /s/ John S. Hooks