## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

**SEP -1 2023**

ARTHUR JOHNSTON
BY_____ DEPUTY

| | | |
|---|---|---|
| JOHN BARNHARDT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil Action No. 4:65-cv-01300-HTW-LGI |
| | ) | 1300(E) |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERIDIAN MUNICIPAL SEPARATE | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### OBJECTION OR COMMENT FORM

I wish to make the following objection to or comment about the Proposed Settlement between the Meridian Public School District and Private Plaintiffs John Barnhart, et al, and/or the District's motion for unitary status. I understand that I must mail my written objection or comment to the United States Federal Courthouse, 501 E. Court Street, Suite 2.500, Jackson, Mississippi, 39201, and that it must be postmarked no later than September 1, 2023, and that a fairness and unitary status hearing is set on September 12, 2023, at the United States Federal Courthouse, 501 E. Court Street, Courtroom 6E, Jackson, Mississippi, at 9:30 a.m. before United States District Judge Henry T. Wingate. I understand that I need not appear at the hearing for the Court to consider my objection or comment. I also understand that before the Court may allow me to speak at the hearing, my written objection or comment must have been received by the Court and have been postmarked on or before September 1, 2023.

**EXHIBIT B**

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School District has done great things, since we have been under the consent Decree order, from the Department OF Justice. We have Persevered and Restructured all 13 schools In our District. We have Implemented with Fidelity Positive Behavior Intervention and Supports (PBIS) through REACH MS, Leader In ME, Respectful Ways and Social Emotional Learning (SEL) and Met and plan with Consultants.

Parkview Elementary has Achieved Several goals. We have become a Role Model school Site I & II through REACH MS and Our Behavior has Decreased and we have went from a "F" to a "B" School academically. We have been a REACH MS SEEDS Awards Recipient and Respectful Ways (SEL) Recipient for SELF-Love Art and Published in Student Xpress Magazine. Meridian Proud!! PARKVIEW Elementary WildCats

Date(s) of incident(s) described above:

Printed name: Michelle Alexander SEL/Behavior Counselor   PBIS Coordinator

Signature: Michelle Alexander Ed.S. MC,LSW

Address: 4225 26th St.

Meridian MS 39305

Telephone: (601) 484-4990

My child's race is:   ☑ Black   ☐ White   ☐ Other

 **MERIDIAN**
PUBLIC SCHOOL DISTRICT
*Where Learners Become Leaders!*

Mechelle Alexander <malexander@mpsdconnect.org>

---

# [External E-Mail] Parkview students debut in StudentsXpress Magazine!
11 messages

---

**Pam McNall** <Pam@respectfulways.com>                                      Thu, Apr 20, 2023 at 7:42 AM
To: amcarter@mpsdconnect.org, jmurphy@mpsdconnect.org, mtdavis@mpsdconnect.org, sthomas@mpsdconnect.org,
malexander@mpsdconnect.org, ashadwick@mpsdconnect.org

Hi everyone, good morning!

I'm pleased to tell you that the Spring Edition of StudentsXpress Magazine has been published:
https://studentsxpress.com/see-magazines/

Mechelle Alexander did a great job gathering thoughts and artwork from her Parkview students on -- SELF-LOVE.

We purposefully do not note grades of students nor mention which school they attend, so everyone is on an even
playing field -- no judgment of quality of writing or artwork.

The artwork and stories in this publication are amazing! Very profound.

I look forward to promoting to ALL Meridian schools next fall's edition of the magazine on "Enjoying the Journey":
https://studentsxpress.com/participate/

**Matt: If you could, please include information and screen grabs of the magazine cover and these attachments onto
Meridian social media and/or your True Blue e-newsletter. Reach out if you have questions. Thank you!

Thank you all! Great job Mechelle! :)

Respectfully,
Pam McNall
Founder, RespectfulWays.com
Mobile: 678.464.0962
To see an estimate, check out request-a-quote.
Watch our demo and take the survey to customize your SEL goals.
Read about our tailor-made SEL Professional Development workshops for staff.
Follow our Ambassador Riley Ways @facebook

---

**2 attachments**

 **Alexander scans.pdf**
1082K

**Meridian.pdf**
896K

---

**Mechelle Alexander** <malexander@mpsdconnect.org>                          Thu, Apr 20, 2023 at 9:04 AM
To: Pam McNall <Pam@respectfulways.com>

Thank You Pam,

Mr. Alexander the Art Teacher was very detrimental in getting the students to do the Artwork as well.  Just wanted to
shout him out also.



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
*Where Learners Become Leaders!*

Mechelle Alexander <malexander@mpsdconnect.org>

---

## PBIS Update
10 messages

---

**Howard Hagwood** <hhagwood@mpsdk12.net>                    Wed, Dec 19, 2018 at 7:22 AM
To: Felicia Ruffin <fruffin@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Angela McQuarley
<amcquarley@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard
<vhubbard@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Jeffery Blackmon
<jblackmon@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>, Shirley Mosley
<smosley@mpsdconnect.org>, Rosalind Operton <roperton@mpsdconnect.org>, Jennifer Dupont
<jdupont@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>, Marissa Mendiola
<mfmendiola@mpsdconnect.org>, Demetrius Clay <ddclay@mpsdconnect.org>, Debora VanDevender
<dvandevender@mpsdconnect.org>, "Carvan L. Carter" <clcarter@mpsdconnect.org>, James Murphy
<jmurphy@mpsdconnect.org>, Arica Tolbert <actolbert@mpsdconnect.org>, Mechelle Alexander
<malexander@mpsdconnect.org>, Rustavio Williams <rlwilliams@mpsdconnect.org>, Leslie Dickinson
<lsdickinson@mpsdconnect.org>, Crystal Nix <cmix@mpsdconnect.org>, Erika Anderson
<exanderson@mpsdconnect.org>, Tracy Adams <tmadams@mpsdconnect.org>, Pam Williams
<pwilliams@mpsdconnect.org>, Edna Fletcher <efletcher@mpsdconnect.org>, Maceia Waters
<mwaters@mpsdconnect.org>, Rob Smith <rsmith@mpsdconnect.org>
Cc: Lou Ann Baylor <lbaylor@mpsdconnect.org>, Zanette Powe <zpowe@mpsdconnect.org>, Amy Carter
<amcarter@mpsdconnect.org>, Charlotte M Young <cmyoung@mpsdconnect.org>, Cheryl Martin
<cmartin@mpsdconnect.org>, Carolyn Davis <cdavis@mpsdconnect.org>, Cassandra Hall <chall@mpsdconnect.org>,
Matthew Davis <mtdavis@mpsdconnect.org>, John I Taylor <jitaylor@mpsdconnect.org>

Good morning,

As you know, MPSD has been previously recognized for having twelve of thirteen schools earn model PBIS site
designation from our state PBIS technical assistance provider REACH MS.

Ms. McQuarley and her team at Parkview were notified yesterday that they have been designated as a model PBIS
site as well!  Let us join in celebrating their success.  Special thanks to PBIS Coordinator Mechelle Alexander for her
hard work and dedication!

Parkview will be formally recognized after the first of the year.  In the meantime, congratulations to all district schools
for your continued efforts to provide the very best environments for our students to succeed.


--
Howard Hagwood
Director of Positive Behavioral Interventions and Supports
Meridian Public School District
1019 25th Avenue
Meridian, MS 39301
601-484-4458

---

**Rosalind Operton** <roperton@mpsdconnect.org>                    Wed, Dec 19, 2018 at 7:46 AM
To: Howard Hagwood <hhagwood@mpsdk12.net>
Cc: Felicia Ruffin <fruffin@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Angela McQuarley
<amcquarley@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard
<vhubbard@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Jeffery Blackmon
<jblackmon@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>, Shirley Mosley
<smosley@mpsdconnect.org>, Jennifer Dupont <jdupont@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>,



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
Where Learners Become Leaders!

**Mechelle Alexander <malexander@mpsdconnect.org>**

---

## Model Site Report
3 messages

---

**Sydney Wise <Sydney.Wise@usm.edu>**                              Thu, Jan 17, 2019 at 11:31 AM
To: "amcquarley@mpsdconnect.org" <amcquarley@mpsdconnect.org>, Mechelle Alexander
<malexander@mpsdconnect.org>
Cc: Howard Hagwood <hhagwood@mpsdconnect.org>, Selina Merrell <Selina.Merrell@usm.edu>

Congratulations!  Parkview Elementary has attained the status of School Wide Positive
Behavioral Interventions and Supports Tier 1 Model Site for 2018-2019.  I was
extremely impressed with the systems of behavioral support your school has developed
and implemented.  My report of your Model Site Evaluation is attached.

I have submitted the request for your $500.00 incentive for attaining Model Site status.  You will
also receive a Model Site banner that can be displayed at your school as well as lapel pins for
all your staff.  Please let me know how many pins you will need.

I have also attached information regarding our expectations for REACH MS Model Sites.
Please review the letter and sign the agreement and send it back to me.

Parkview Elementary will be added to our list of model sites on our website, and we will
encourage other schools from across the state to visit your school as a wonderful example of
SWPBIS.  Below is a link to our Model Site procedures, Model Site Evaluation (to be completed
by visiting schools at the end of the visit) and the Model Site Visit Form.  When a school visits
Parkview Elementary to learn more about your SWPBIS systems, you will complete the Model
Site Visit Form.  Your visitors will complete the Model Site Evaluation.  Fax both of these forms
to our main office at 601-266-4691, so that we can request your $100 incentive for hosting a
school visit and $200 for the visiting school.

https://www.usm.edu/reachms/model-site-requirements

You may now access the REACH MS PBIS K-12 Model Site Portal on our website.  This is a
password protected section of our website that contains necessary information for our Model
Sites including Quarterly Data forms and online links, Team Leader trainings, and Tiered Fidelity
Inventory forms and information webinar.  You can access the Model Site portal through our
website by clicking on:

1.     PBIS K-12

2.    PBIS K-12 Model Site Portal

3.    Click on this link on the next page:

   **"Access the password protected K-12 Model Site Portal (off site)"**

4.    When prompted enter the password:  **letmein**


We ask that Model Sites complete our Quarterly Data Report each 9 weeks.  I have attached a copy of the form you will use to collect your data each quarter.  You will receive an email prior to the end of the quarter with the link to the online submission form.  This information can also be accessed through the Model Site Portal.   Please know that timely submission of data is required to remain a REACH MS Model Site.


In addition, each Model Site develops a PowerPoint that describes how their school has implemented each of the SWPBIS critical elements.  These Power Points are posted on our website for other schools to view.  Please begin the process of developing a Power Point for Aberdeen Elementary so that we can show off all your hard work!!  If you need ideas, just click on "presentations" listed under each of our model sites locations on our website.  You can email your PowerPoint to me when it is complete.


I know this is a lot of information!  I will be happy to answer any questions after you have time to review the documents.  Again, congratulations for attaining SWPBIS Model Site for Tier 1!


Sincerely,

Sydney


Sydney Wise

PBIS Specialist

REACH MS

662-401-8506

---

**3 attachments**

**Parkview Elem 12-18.doc**
184K

**Model Site Requirements Letter & Agreement 2017[8499].docx**
54K

**Tier 1 Annual Data Chart 2018-19.docx**
32K



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
Where Learners Become Leaders!

Mechelle Alexander <malexander@mpsdconnect.org>

## Tier II Model Site Award
8 messages

---

**Howard Hagwood** <hhagwood@mpsdk12.net>                     Wed, May 8, 2019 at 11:01 AM
To: Arica Tolbert <actolbert@mpsdconnect.org>, "Carvan L. Carter" <clcarter@mpsdconnect.org>, Crystal Nix
<crnix@mpsdconnect.org>, Debora VanDevender <dvandevender@mpsdconnect.org>, Demetrius Clay
<ddclay@mpsdconnect.org>, Erika Anderson <exanderson@mpsdconnect.org>, Hayley Shirley
<hshirley@mpsdconnect.org>, Leslie Dickinson <lsdickinson@mpsdconnect.org>, Marissa Mendiola
<mfmendiola@mpsdconnect.org>, Mechelle Alexander <malexander@mpsdconnect.org>, Rustavio Williams
<rlwilliams@mpsdconnect.org>, Tracy Adams <tmadams@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>,
James Murphy <jmurphy@mpsdconnect.org>, Pam Williams <pwilliams@mpsdconnect.org>, Edna Fletcher
<efletcher@mpsdconnect.org>, Maceia Waters <mwaters@mpsdconnect.org>, Angela McQuarley
<amcquarley@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Felicia Ruffin
<fruffin@mpsdconnect.org>, Jeffery Blackmon <jblackmon@mpsdconnect.org>, Jennifer Dupont
<jdupont@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>,
Rosalind Operton <roperton@mpsdconnect.org>, Shirley Mosley <smosley@mpsdconnect.org>, Theresa Chisolm
<tchisolm@mpsdconnect.org>, Victor Hubbard <vhubbard@mpsdconnect.org>
Cc: Charlotte M Young <cmyoung@mpsdconnect.org>, Amy Carter <amcarter@mpsdconnect.org>, Matthew Davis
<mtdavis@mpsdconnect.org>, Lou Ann Baylor <lbaylor@mpsdconnect.org>, Zanette Powe <zpowe@mpsdconnect.org>

Good morning,

Please join me in congratulating Ms. McQuarley and her team at Parkview for obtaining REACH MS Tier II model site
status this week.  Please note that this accomplishment follows the school's first designation as a PBIS model site in
January.

Congratulations again to Parkview for your hard work!

Howard Hagwood
Director of Positive Behavioral Interventions and Supports
Meridian Public School District
1019 25th Avenue
Meridian, MS 39301
601-484-4458

---

**Shirley Mosley** <smosley@mpsdconnect.org>                     Wed, May 8, 2019 at 6:10 PM
To: Howard Hagwood <hhagwood@mpsdk12.net>
Cc: Arica Tolbert <actolbert@mpsdconnect.org>, "Carvan L. Carter" <clcarter@mpsdconnect.org>, Crystal Nix
<crnix@mpsdconnect.org>, Debora VanDevender <dvandevender@mpsdconnect.org>, Demetrius Clay
<ddclay@mpsdconnect.org>, Erika Anderson <exanderson@mpsdconnect.org>, Hayley Shirley
<hshirley@mpsdconnect.org>, Leslie Dickinson <lsdickinson@mpsdconnect.org>, Marissa Mendiola
<mfmendiola@mpsdconnect.org>, Mechelle Alexander <malexander@mpsdconnect.org>, Rustavio Williams
<rlwilliams@mpsdconnect.org>, Tracy Adams <tmadams@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>,
James Murphy <jmurphy@mpsdconnect.org>, Pam Williams <pwilliams@mpsdconnect.org>, Edna Fletcher
<efletcher@mpsdconnect.org>, Maceia Waters <mwaters@mpsdconnect.org>, Angela McQuarley
<amcquarley@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Felicia Ruffin
<fruffin@mpsdconnect.org>, Jeffery Blackmon <jblackmon@mpsdconnect.org>, Jennifer Dupont
<jdupont@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>,
Rosalind Operton <roperton@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard
<vhubbard@mpsdconnect.org>, Charlotte M Young <cmyoung@mpsdconnect.org>, Amy Carter
<amcarter@mpsdconnect.org>, Matthew Davis <mtdavis@mpsdconnect.org>, Lou Ann Baylor
<lbaylor@mpsdconnect.org>, Zanette Powe <zpowe@mpsdconnect.org>

Congratulations!



Mechelle Alexander <malexander@mpsdconnect.org>

# [External E-Mail] 🎊CONGRATULATIONS, REACH MS SEEDS WINNER! 🎊
10 messages

Patricia Gautier <Patricia.Gautier@usm.edu>                     Thu, Jan 12, 2023 at 2:18 PM
To: Mechelle Alexander <malexander@mpsdconnect.org>

Dear Mechelle,

🎊Congratulations!!!🎊

We are very pleased to let you know that both of Parkview Elementary School's submissions have been chosen for our REACH MS SEEDS publication!

You should receive your $400.00 incentive within the next 4 - 6 weeks. Per USM policy, the check will be sent to your principal, so be sure to alert her to be on the lookout for it.

This edition will be printed and copies will be shared in the Spring.

We sincerely appreciate the hard work you are doing on behalf of the faculty, students, and family members in your school and district. We also appreciate your willingness to share resources and information with the schools across our state that are in the early phases of implementing our REACH MS initiatives. May they all grow up to be as successful as you!

Please let us know if you have any questions, and again, CONGRATULATIONS! ☺

The REACH MS Team

**Patty Carter Gautier**

*Family & Dissemination Coordinator*

REACH MS

The University of Southern Mississippi

www.reachms.org

https://www.facebook.com/pbisms

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

My children received an excellent education and they
were Shown fairness in all disciplinary actions while
attending Meridian Public Schools.

Date(s) of incident(s) described above: Timothy- August 2005 - May 2017
Atalya- August 2001- May 2013

Printed name: Taymecca Sears

Signature: Taymecca Sears

Address: 4418 38th Ave
Meridian, MS 39305

Telephone: (601)-527-7067

My child's race is:   ☒ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I feel MPSD has always treated my children fairly. I have 2 girls but only one is old enough to attend school. My child has never came to me for any issues. She's an amazing child.

Date(s) of incident(s) described above: 2015 - Current

Printed name: Kanesha Terrell

Signature: Terrell

Address: 2456 36th place

Meridian, MS 39307

Telephone: (601) 227-5563

My child's race is: ☑ Black    ☐ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School District have done an amazing job improving scores and growing children in the educational transition over these past years. I feel as an MPSD Graduate that I received a top tier education, which is why I returned to pour back into the community I was taught from. Both of my daughters are receiving an amazing education from from a middle school and Elementary school in the MPSD. MPSD is thriving and will continue even more.

Date(s) of incident(s) described above: 8·31·2023

Printed name: Tori McIntosh

Signature: _Tori McIntosh_

Address:

3618 17th Ave

Meridian MS 39305

Telephone: 601-527-5723

My child's race is:  ☒ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

### OBJECTION OR COMMENT

MPSD Scores have gone up tremendously. We are all working together for our children, their education and families. Their ~~better~~ greater good is our only concern. Lets go MPSD! The district has hired more social workers and nurses to better cover needs in our thriving community.

Date(s) of incident(s) described above: _____

Printed name: Deanna F. Odom

Signature: Deanna F. Odom

Address: 9340 Collinsville Circle
Collinsville, MS 39325

Telephone: 601-917-6194

My child's race is: ☐ Black   ☑ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I feel that Meridian Public School System should not be under the watchful eye of the Department of Justice because we have built a strong relationship with the students and family of our district. Families understand that we are here for the betterment of the Childs Welfare.

Date(s) of incident(s) described above:

Printed name: Rhonda Scott

Signature: Rhonda Scott

Address: 4131 59th Place

Meridian MS - 39307

Telephone: 601 - 595 - 0106

My child's race is:       ☑ Black       ☐ White       ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I am pleased MPSD has Social Workers in the District. Social Workers are a vital component to the student and the family.

Date(s) of incident(s) described above:

Printed name:

Signature:

Address:

Telephone:

My child's race is:    ☐ Black    ☐ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School District does a great job attempting to recruit and employ highly qualified teachers that reflect the student demographics. Students are provided a plethora of positive behavior supports and interventions. The district practices restorative justice when disciplining students. For the reasons listed above, I support Meridian Public School District being released from the court proceedings and obtaining Unitary Status.

Date(s) of incident(s) described above:

Printed name: Shannon Miller

Signature: Shannon Miller

Address: 8240 Reservoir Rd
Collinsville, MS 39325

Telephone: 601-917-2432

My child's race is:   ☑ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

The administration and faculty work extremely hard to provide equality education and a safe learning environment. There has been continued improvement that aligns with students' success.

Date(s) of incident(s) described above: daily

Printed name: Jalonda Jones

Signature: *[signature]*

Address: 679 County Rd. 212
Shubuta, MS 39360
(601) 686-3746

Telephone: certified teacher

My child's race is: ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School district does an amazing job providing quality instruction and an environment of equality and fairness for each student.

Date(s) of incident(s) described above: Daily

Printed name: Brittany Roberts

Signature: _(signature)_

Address: 621 Magnolia Drive
Meridian, MS 39305

Telephone: 601 604 0641

My child's race is:   ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I have observed quality education, student engagement, and fair discipline in all of my years working in the Meridian Public School District.

| | |
|---|---|
| Date(s) of incident(s) described above: | Daily |
| Printed name: | William Collins |
| Signature: | |
| Address: | 205 Murphy Rd |
| | Meridian, MS 39301 |
| Telephone: | 601·604-0775 |

My child's race is: ☐ Black ☐ White ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School District is a District where education, family, and culture is very well present and shown on a daily basis. Each school in the district unites to help students, families, and staff to be the best person they can be. With may lines of support and caring hearts, MPSD ensures that everyone in the school and community feel welcomed and supported in their educational experiences within each school in the district.

Date(s) of incident(s) described above:

Printed name: *Keondra Burrage*

Signature: *Keondra Burrage*

Address: *1318 19th Street Apt C-6*
*Meridian, MS. 39301*

Telephone: *1001-286-9410*

My child's race is:     ☐ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I am in support of Meridian Public School District being released from the Desegregation and Consent Orders.

Date(s) of incident(s) described above: 8/31/2023

Printed name: Antonio Altman

Signature:

Address: 217 45th Court

Meridian, MS 39301

Telephone: 601-481-4442

My child's race is: ☑ Black ☐ White ☐ Other

Case 4:65-cv-01300-HTW-LGI   Document 206   Filed 09/01/23   Page 21 of 84
EXHIBIT B
Case 4:65-cv-01300-HTW-LGI   Document 202-2   Filed 08/04/23   Page 2 of 2

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I would like to comment that the Meridian Public School District had made great improvements. For the 2021 – 2022 school year, the MPSD was rated successful because of hard work and determination by the school board, administrators, teachers, staff, and students. In addition, the district recently received a B rating which is a definite illustration that things are going a positive direction. Although there are many parts to the accountability equation, the students' growth is directly influenced by great leaders and teachers.

Overall, a successful school provides an opportunity to help keep hope alive for the communities and surrounding areas where the students live, work, and play. Children are becoming lifelong learners and positive role models.

Date(s) of incident(s) described

above:

Printed name: Shwanna Jackson

Signature: Shwanna Jackson

Address: 1287 Willow Lake Rd

Toomsuba, MS 39364

Telephone: (601) 408-0745

My child's race is: ☒ Black    ☐ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

### OBJECTION OR COMMENT

Overall, I feel as if the culture and climate of our school has changed for the better. Students feel more inclusive and form relationships with teachers (especially those teachers who excell in positive behavior modifications).

Date(s) of incident(s) described above:

Printed name: Nancy S. Walton

Signature: Nancy S. Walt

Address:

Telephone:

My child's race is: ☐ Black ☒ White ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Please allow the proposed settlement between the MPSD to pass. The district's motion for unitary status is in the best interest of each student in the district.

Date(s) of incident(s) described above: _8/31/23_

Printed name: _Shane Adams_

Signature: _Shane Adams_

Address: _3257 Minnow Bucket Rd,_
_Toomsuba, MS 39364_

Telephone: _601-938-2152_

My child's race is:    ☐ Black    ☑ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

I am a first year teacher at Poplar Springs Elementary, and this journey so far has been very welcoming and supportive. The atmosphere at PSE is always so positive and I look forward to waking up and coming to PSE everyday to make a positive impact.

Date(s) of incident(s) described above:

Printed name: Kathyleen Hamm

Signature: Kathyleen Hamm

Address: 4101 27th Ave, Meridian, MS 39305

Telephone: 601 - 484 - 4450

My child's race is: N/A      ☐ Black      ☐ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**<u>OBJECTION OR COMMENT</u>**

The Meridian Public School District should be released from the Desegration and Contact Orders. Our school has impleminted a program called PBIS. Each month there is a different activity, as well as a snack for good behavior.

_____ (s) of interlnatory descrived above.

Printed name: Anita Dawson

Signature: Anita Dawson

Address: Poplar Springs
4101 27th Ave.
Meridian, Ms 39305

Telephone: 601-484-4450

My child's race is:   ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I understand that my objection about the proposed settlement between MPSD & plaintiff, John Barnhart is in favor of MPSD.

| | |
|---|---|
| Date(s) of incident(s) described above: | 8/31/2023 |
| Printed name: | Demetria Walker |
| Signature: | Demetria Walker |
| Address: | P.O. Box 4706 |
| | Meridian, MS 39304 |
| Telephone: | 601-616-3464 |
| My child's race is: | ☑ Black   ☐ White   ☐ Other |

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

The best intentions are desired for every child in the district. Great efforts are being made to improve in every aspect of each child's life.

Date(s) of incident(s) described above: 8-31-23

Printed name: Angel Hayes

Signature: Angel Hayes

Address:

Telephone:

My child's race is:  ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I started working for MPSD around 11 months. I was apprehensive about going to work here due to the negativity and nay-sayers from outside the city. I have been pleasantly surprised and have noticed on many occasions how professional and caring the staff is. From top to bottom it seems that everyone cares for the students and the educational process. I have a unique perspective being that I am on every campus very frequently. I see staff teaching and interacting with students in a very positive and encouraging way. I believe our students realize they are cared about and we all are pulling for them to be successful in their schooling years and beyond. I am very proud to work for MPSD and encouraged to see the work they are doing for future generations.

Date(s) of incident(s) described above:

Printed name: Eric L Smith

Signature: Eric L Smith

Address: 11694 Suquatena Rd

Meridian, MS 39305

Telephone: 601 938 8254

My child's race is:  ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

### OBJECTION OR COMMENT

Meridian Public School District has done great things, since we have been under the consent Decree order from the Department of Justice. We have Persevered and Restructured all 13 schools In our District. We have Implemented with Fidelity Positive behavior Intervention and Supports (PBIS) through REACH MS, Leader In ME, Respectful Ways and Social Emotional Learning (SEL) and Mtss and Plan with Consultants.

Parkview Elementary has Achieved Several goals. We have become a Role Model school Site I + II through REACH MS and Our behavior has Decreased and we have went from a "F" to a "B" school academically. We have been a REACH MS SEEDS Awards Recipient and Respectful Ways (SEL) Recipient for Self-Love Art and Published in Student Xpress Magazine. Meridian Proud!!! Parkview Elementary Wildcats

Date(s) of incident(s) described above:

Printed name: Michelle Alexander, SEL Behavior Counselor    PBIS Coordinator

Signature: Michelle Alexander Ed.S. MS LSW

Address: 2225 26th St.

Meridian MS 39305

Telephone: (601) 484-4990

My child's race is:   ☒ Black   ☐ White   ☐ Other



Mechelle Alexander <malexander@mpsdconnect.org>

## [External E-Mail] Parkview students debut in StudentsXpress Magazine!
11 messages

**Pam McNail** <Pam@respectfulways.com>                                                    Thu, Apr 20, 2023 at 7:42 AM
To: amcarter@mpsdconnect.org, jmurphy@mpsdconnect.org, mtdavis@mpsdconnect.org, sthomas@mpsdconnect.org, malexander@mpsdconnect.org, ashadwick@mpsdconnect.org

Hi everyone, good morning!

I'm pleased to tell you that the Spring Edition of StudentsXpress Magazine has been published:
https://studentsxpress.com/see-magazines/

Mechelle Alexander did a great job gathering thoughts and artwork from her Parkview students on -- SELF-LOVE.

We purposefully do not note grades of students nor mention which school they attend, so everyone is on an even playing field -- no judgment of quality of writing or artwork.

The artwork and stories in this publication are amazing! Very profound.

I look forward to promoting to ALL Meridian schools next fall's edition of the magazine on "Enjoying the Journey":
https://studentsxpress.com/participate/

**Matt: If you could, please include information and screen grabs of the magazine cover and these attachments onto Meridian social media and/or your True Blue e-newsletter. Reach out if you have questions. Thank you!

Thank you all! Great job Mechelle! :)

Respectfully,
Pam McNail
Founder, RespectfulWays.com
Mobile: 678.464.0962
To see an estimate, check out request-a-quote.
Watch our demo and take the survey to customize your SEL goals.
Read about our tailor-made SEL Professional Development workshops for staff.
Follow our Ambassador Riley Ways @facebook

**2 attachments**

📄 **Alexander scans.pdf**
1082K

📄 **Meridian.pdf**
896K

---

**Mechelle Alexander** <malexander@mpsdconnect.org>                                      Thu, Apr 20, 2023 at 9:04 AM
To: Pam McNail <Pam@respectfulways.com>

Thank You Pam,

Mr. Alexander the Art Teacher was very detrimental in getting the students to do the Artwork as well.  Just wanted to shout him out also.



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
Where Learners Become Leaders!

Mechelle Alexander <malexander@mpsdconnect.org>

## PBIS Update
10 messages

**Howard Hagwood** <hhagwood@mpsdk12.net>                          Wed, Dec 19, 2018 at 7:22 AM
To: Felicia Ruffin <fruffin@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Angela McQuarley
<amcquarley@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard
<vhubbard@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Jeffery Blackmon
<jblackmon@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>, Shirley Mosley
<smosley@mpsdconnect.org>, Rosalind Operton <roperton@mpsdconnect.org>, Jennifer Dupont
<jdupont@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>, Marissa Mendiola
<mfmendiola@mpsdconnect.org>, Demetrius Clay <ddclay@mpsdconnect.org>, Debora VanDevender
<dvandevender@mpsdconnect.org>, "Carvan L. Carter" <clcarter@mpsdconnect.org>, James Murphy
<jmurphy@mpsdconnect.org>, Arica Tolbert <actolbert@mpsdconnect.org>, Mechelle Alexander
<malexander@mpsdconnect.org>, Rustavio Williams <rlwilliams@mpsdconnect.org>, Leslie Dickinson
<lsdickinson@mpsdconnect.org>, Crystal Nix <crnix@mpsdconnect.org>, Erika Anderson
<exanderson@mpsdconnect.org>, Tracy Adams <tmadams@mpsdconnect.org>, Pam Williams
<pwilliams@mpsdconnect.org>, Edna Fletcher <efletcher@mpsdconnect.org>, Maceia Waters
<mwaters@mpsdconnect.org>, Rob Smith <rsmith@mpsdconnect.org>
Cc: Lou Ann Baylor <lbaylor@mpsdconnect.org>, Zanette Powe <zpowe@mpsdconnect.org>, Amy Carter
<amcarter@mpsdconnect.org>, Charlotte M Young <cmyoung@mpsdconnect.org>, Cheryl Martin
<cmartin@mpsdconnect.org>, Carolyn Davis <cdavis@mpsdconnect.org>, Cassandra Hall <chall@mpsdconnect.org>,
Matthew Davis <mtdavis@mpsdconnect.org>, John I Taylor <jitaylor@mpsdconnect.org>

Good morning,

As you know, MPSD has been previously recognized for having twelve of thirteen schools earn model PBIS site
designation from our state PBIS technical assistance provider REACH MS.

Ms. McQuarley and her team at Parkview were notified yesterday that they have been designated as a model PBIS
site as well!  Let us join in celebrating their success.  Special thanks to PBIS Coordinator Mechelle Alexander for her
hard work and dedication!

Parkview will be formally recognized after the first of the year.  In the meantime, congratulations to all district schools
for your continued efforts to provide the very best environments for our students to succeed.

--
Howard Hagwood
Director of Positive Behavioral Interventions and Supports
Meridian Public School District
1019 25th Avenue
Meridian, MS 39301
601-484-4458

**Rosalind Operton** <roperton@mpsdconnect.org>                    Wed, Dec 19, 2018 at 7:46 AM
To: Howard Hagwood <hhagwood@mpsdk12.net>
Cc: Felicia Ruffin <fruffin@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Angela McQuarley
<amcquarley@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard
<vhubbard@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Jeffery Blackmon
<jblackmon@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>, Shirley Mosley
<smosley@mpsdconnect.org>, Jennifer Dupont <jdupont@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>,



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
Where Learners Become Leaders!

Mechelle Alexander <malexander@mpsdconnect.org>

## Model Site Report
3 messages

**Sydney Wise** <Sydney.Wise@usm.edu>                                    Thu, Jan 17, 2019 at 11:31 AM
To: "amcquarley@mpsdconnect.org" <amcquarley@mpsdconnect.org>, Mechelle Alexander
<malexander@mpsdconnect.org>
Cc: Howard Hagwood <hhagwood@mpsdconnect.org>, Selina Merrell <Selina.Merrell@usm.edu>

Congratulations!  Parkview Elementary has attained the status of School Wide Positive
Behavioral Interventions and Supports Tier 1 Model Site for 2018-2019.  I was
extremely impressed with the systems of behavioral support your school has developed
and implemented.  My report of your Model Site Evaluation is attached.

I have submitted the request for your $500.00 incentive for attaining Model Site status.  You will
also receive a Model Site banner that can be displayed at your school as well as lapel pins for
all your staff.  Please let me know how many pins you will need.

I have also attached information regarding our expectations for REACH MS Model Sites.
Please review the letter and sign the agreement and send it back to me.

Parkview Elementary will be added to our list of model sites on our website, and we will
encourage other schools from across the state to visit your school as a wonderful example of
SWPBIS.  Below is a link to our Model Site procedures, Model Site Evaluation (to be completed
by visiting schools at the end of the visit) and the Model Site Visit Form.  When a school visits
Parkview Elementary to learn more about your SWPBIS systems, you will complete the Model
Site Visit Form.  Your visitors will complete the Model Site Evaluation.  Fax both of these forms
to our main office at 601-266-4691, so that we can request your $100 incentive for hosting a
school visit and $200 for the visiting school.

https://www.usm.edu/reachms/model-site-requirements

You may now access the REACH MS PBIS K-12 Model Site Portal on our website.  This is a
password protected section of our website that contains necessary information for our Model
Sites including Quarterly Data forms and online links, Team Leader trainings, and Tiered Fidelity
Inventory forms and information webinar.  You can access the Model Site portal through our
website by clicking on:

1.     PBIS K-12

2.    PBIS K-12 Model Site Portal

3.    Click on this link on the next page:

**"Access the password protected K-12 Model Site Portal (off site)"**

4.    When prompted enter the password:  **letmein**

We ask that Model Sites complete our Quarterly Data Report each 9 weeks.  I have attached a copy of the form you will use to collect your data each quarter.  You will receive an email prior to the end of the quarter with the link to the online submission form.  This information can also be accessed through the Model Site Portal.   Please know that timely submission of data is required to remain a REACH MS Model Site.

In addition, each Model Site develops a PowerPoint that describes how their school has implemented each of the SWPBIS critical elements.  These Power Points are posted on our website for other schools to view.  Please begin the process of developing a Power Point for Aberdeen Elementary so that we can show off all your hard work!!  If you need ideas, just click on "presentations" listed under each of our model sites locations on our website.  You can email your PowerPoint to me when it is complete.

I know this is a lot of information!  I will be happy to answer any questions after you have time to review the documents.  Again, congratulations for attaining SWPBIS Model Site for Tier 1!

Sincerely,

Sydney

Sydney Wise

PBIS Specialist

REACH MS

662-401-8506

**3 attachments**

**Parkview Elem 12-18.doc**
184K

**Model Site Requirements Letter & Agreement 2017[8499].docx**
54K

**Tier 1 Annual Data Chart 2018-19.docx**
32K



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
Where Learners Become Leaders!

Mechelle Alexander <malexander@mpsdconnect.org>

## Tier II Model Site Award
8 messages

---

**Howard Hagwood** <hhagwood@mpsdk12.net>
To: Arica Tolbert <actolbert@mpsdconnect.org>, "Carvan L. Carter" <clcarter@mpsdconnect.org>, Crystal Nix <cmix@mpsdconnect.org>, Debora VanDevender <dvandevender@mpsdconnect.org>, Demetrius Clay <ddclay@mpsdconnect.org>, Erika Anderson <exanderson@mpsdconnect.org>, Hayley Shirley <hshirley@mpsdconnect.org>, Leslie Dickinson <lsdickinson@mpsdconnect.org>, Marissa Mendiola <mfmendiola@mpsdconnect.org>, Mechelle Alexander <malexander@mpsdconnect.org>, Rustavio Williams <rlwilliams@mpsdconnect.org>, Tracy Adams <tmadams@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>, James Murphy <jmurphy@mpsdconnect.org>, Pam Williams <pwilliams@mpsdconnect.org>, Edna Fletcher <efletcher@mpsdconnect.org>, Maceia Waters <mwaters@mpsdconnect.org>, Angela McQuarley <amcquarley@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Felicia Ruffin <fruffin@mpsdconnect.org>, Jeffery Blackmon <jblackmon@mpsdconnect.org>, Jennifer Dupont <jdupont@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>, Rosalind Operton <roperton@mpsdconnect.org>, Shirley Mosley <smosley@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard <vhubbard@mpsdconnect.org>
Cc: Charlotte M Young <cmyoung@mpsdconnect.org>, Amy Carter <amcarter@mpsdconnect.org>, Matthew Davis <mtdavis@mpsdconnect.org>, Lou Ann Baylor <lbaylor@mpsdconnect.org>, Zanette Powe <zpowe@mpsdconnect.org>

Wed, May 8, 2019 at 11:01 AM

Good morning,

Please join me in congratulating Ms. McQuarley and her team at Parkview for obtaining REACH MS Tier II model site status this week.  Please note that this accomplishment follows the school's first designation as a PBIS model site in January.

Congratulations again to Parkview for your hard work!

Howard Hagwood
Director of Positive Behavioral Interventions and Supports
Meridian Public School District
1019 25th Avenue
Meridian, MS 39301
601-484-4458

---

**Shirley Mosley** <smosley@mpsdconnect.org>
To: Howard Hagwood <hhagwood@mpsdk12.net>
Cc: Arica Tolbert <actolbert@mpsdconnect.org>, "Carvan L. Carter" <clcarter@mpsdconnect.org>, Crystal Nix <cmix@mpsdconnect.org>, Debora VanDevender <dvandevender@mpsdconnect.org>, Demetrius Clay <ddclay@mpsdconnect.org>, Erika Anderson <exanderson@mpsdconnect.org>, Hayley Shirley <hshirley@mpsdconnect.org>, Leslie Dickinson <lsdickinson@mpsdconnect.org>, Marissa Mendiola <mfmendiola@mpsdconnect.org>, Mechelle Alexander <malexander@mpsdconnect.org>, Rustavio Williams <rlwilliams@mpsdconnect.org>, Tracy Adams <tmadams@mpsdconnect.org>, Va'Ronica Hill <vdhill@mpsdconnect.org>, James Murphy <jmurphy@mpsdconnect.org>, Pam Williams <pwilliams@mpsdconnect.org>, Edna Fletcher <efletcher@mpsdconnect.org>, Maceia Waters <mwaters@mpsdconnect.org>, Angela McQuarley <amcquarley@mpsdconnect.org>, Brooke Knight <bknight@mpsdconnect.org>, Felicia Ruffin <fruffin@mpsdconnect.org>, Jeffery Blackmon <jblackmon@mpsdconnect.org>, Jennifer Dupont <jdupont@mpsdconnect.org>, Justus Booth <jbooth@mpsdconnect.org>, Kelly McVay <kmcvay@mpsdconnect.org>, Rosalind Operton <roperton@mpsdconnect.org>, Theresa Chisolm <tchisolm@mpsdconnect.org>, Victor Hubbard <vhubbard@mpsdconnect.org>, Charlotte M Young <cmyoung@mpsdconnect.org>, Amy Carter <amcarter@mpsdconnect.org>, Matthew Davis <mtdavis@mpsdconnect.org>, Lou Ann Baylor <lbaylor@mpsdconnect.org>, Zanette Powe <zpowe@mpsdconnect.org>

Wed, May 8, 2019 at 6:10 PM

Congratulations!



**MERIDIAN**
PUBLIC SCHOOL DISTRICT
Where Learners Become Leaders!

Mechelle Alexander <malexander@mpsdconnect.org>

---

# [External E-Mail] 🎆CONGRATULATIONS, REACH MS SEEDS WINNER! 🎆
10 messages

---

**Patricia Gautier <Patricia.Gautier@usm.edu>**
To: Mechelle Alexander <malexander@mpsdconnect.org>

Thu, Jan 12, 2023 at 2:18 PM

Dear Mechelle,

🐾Congratulations!!!🐾

We are very pleased to let you know that both of Parkview Elementary School's submissions have been chosen for our REACH MS SEEDS publication!

You should receive your $400.00 incentive within the next 4 - 6 weeks. Per USM policy, the check will be sent to your principal, so be sure to alert her to be on the lookout for it.

This edition will be printed and copies will be shared in the Spring.

We sincerely appreciate the hard work you are doing on behalf of the faculty, students, and family members in your school and district. We also appreciate your willingness to share resources and information with the schools across our state that are in the early phases of implementing our REACH MS initiatives. May they all grow up to be as successful as you!

Please let us know if you have any questions, and again, CONGRATULATIONS! 😊

The REACH MS Team

**Patty Carter Gautier**

*Family & Dissemination Coordinator*

REACH MS

The University of Southern Mississippi

www.reachms.org

https://www.facebook.com/pbisms

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public Schools is an excellent place to work. I feel supported and able to effectively complete my job.

Date(s) of incident(s) described above:

Printed name: Tawanda McClelland

Signature: Tawanda McClelland

Address: 4211 33rd Ave.

Meridian, Ms 39305

Telephone: 601-938-5824

My child's race is:  ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

Meridian Public School District has gone well above and beyond the call of duty to serve the children of Meridian. It is both unfair and a disservice to the students and all stakeholders, that MPSD remains under the Desegregation and Consent Orders.

Over time the district has put practices and programs in place to ensure all students are treated fairly, and that they recieve the best education from the best educators possible and available to us.

Meridian Public School District must at all time do what's best for students. Doing what's best for students in this manner is achieving Unitary Status. District administration must be able to make the best decisions as possible with restrictions.

Date(s) of incident(s) described above:

Printed name: Basia Price

Signature: Basia Price

Address: P. O. Box 1625

Meridian, MS 39302

Telephone:

My child's race is:   ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

During the short time that I've
worked with Meridian Public School
District, I've realized that these
employees show great love and respect
for each other, the students, and their
community. The citizens of Meridian
are people of pride, no doubt. I am
proud and very excited to be a part of
the MPSD family. It is without any
reservation that I suggest that MPSD
receives Unitary Status.

Date(s) of incident(s) described
above:

Printed name: Tujuana Frost

Signature: Tujuana Frost

Address: 25 Cedar Ridge Dr.

Waynesboro, MS 39367

Telephone: 601 - 410 - 0607

My child's race is:     ☑ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

MPSD is a great place to work! Everyone I have come into contact with have always worked well together and as a Team! My coworkers are The Best and I love my job! ( I think my bosses get tired of me saying that :) ) I love that we are one big family!

Date(s) of incident(s) described above:

Printed name: Stefanie Glosson

Signature: Stefanie Glosson

Address:

Telephone: 601·484·4946

My child's race is:    ☐ Black    ☐ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Our campus has produced consistent gains regarding the school-wide culture and climate. Through the district's partnerships and our campus' implementation of the SEL Curriculum. We have seen a decrease in problem behaviors as a result of this initiative. Magnolia is a Leader-In-Me school, a PBIS Model Site. We use Panorama to assess student understanding, teacher perspective, and parent point of view. We also use Respectful Ways digital SEL curriculum during morning arrival to start our day's self-aware of social expectations. With the use of these platforms & curriculums, in combination with consistent school-wide and classroom incentives; our faculty, staff, students, and parents love the Magnolia Wildcat Community.

Date(s) of incident(s) described above:

Printed name: Sherrod Miller

Signature: Sherry Miller

Address: 1350 24th Street
Meridian, MS 39305

Telephone: (601) 484-4060

My child's race is:     □ Black     □ White     □ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

As a district administrator + maintenance technician since 1998 I have observed no indication of segregation with regard to hiring practices or student placement. Our district works very hard to follow protocol + policy when verifying student addresses + students are placed appropriately based on this information. Our hiring practices focus consistently on securing the best person for any given position based on skills, experience + qualifications.

It is clear that our districts implementation of PBIS and the formation of our campus police force has had a positive effect on our students + schools. We work very hard to address discipline needs appropriately + fairly with the goal of keeping students in class. I can confidently say that our discipline policies are applied equally to all + that the days of a "school to jail pipeline" are well behind us.

Date(s) of incident(s) described above:

Printed name: Clay Sims

Signature: Clay S.

Address: 8987 Lake Flora Drive
Lauderdale MS 39335

Telephone: 601 938 6992

My child's race is:    ☐ Black    ☐ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

This communication is being written in objection to the Order that has been held against Meridian Public School District.

I feel the District has met all requirements that were imposed upon it. The District has advanced significantly beyond the noncompliant issues that were levied against it.   The current Order held in place causes the District to be viewed in a negative manner by student recruiters, athletic opponents scholarship and other financial donors, the public and parents of prospective students.

The Meridian Public School District is comprised of students from diverse backgrouds that commingle successfully and excel in their classroom studies, civic organizations and athletic competition.

Severing this Order will allow the District to advance further in student enrollment, advanced education and ultimately provide greater futures for its' student scholars.

My son and nephew are both enrolled at Meridian High School.  My husband and I have confidence in the District and believe lifting the Order will a great benefit to their future education endeavors.

| | |
|---|---|
| Date(s) of incident(s) described above: | August 30, 2023 |
| Printed name: | Louise D. McPhee |
| Signature: | |
| Address: | 3442 Parkway Blvd |
| | Meridian, MS 39305 |
| Telephone: | (601) 480-4992 |
| My child's race is: | ☑ Black     ☐ White     ☐ Other |

# Unitary Status Comment

I have worked for the Meridian Public School District for the past seven years. Over those seven years, I met many amazing co-workers, students, parents, and community members. I have seen the district go from almost failing to being a successful district academically. Our schools continue to be fair while offering many different opportunities for students to excel in the classroom, not only in traditional subjects but non-traditional ones as well. Ross Collins, the district's CTE center, does a great job at preparing students for life after graduation if college is not in their plans. The district has also implemented several different initiatives that aim at meeting the needs of the whole child. Whether it's building leaders through Stephen Covey's 7 Habits of Highly Effective Students or the district's award-winning PBIS and SEL endeavors — those needs are met. These are a few of the many examples of the amazing accomplishments of the MPSD students, staff, teachers, and the community as a whole. I fully support the motion for the Meridian Public School District to be awarded unitary status.

Matthew T. Davis
6121 Mosley Lake Road
Meridian, MS 39301

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## **OBJECTION OR COMMENT**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date(s) of incident(s) described above: _____

Printed name: Matthew T. Davis

Signature: _____

Address: 6121 Mosley Lake Road
Meridian, MS 39301

Telephone: _____

My child's race is:   ☐ Black      ☐ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

It is my personal opinion that MPSD has eliminated the effects of past segregation to the extent practical. I strongly believe the courts should relinquish jurisdiction and restore to the School Board full responsibility in the operation of its schools. The relationships that have been built with educators, parents and the community over the past several years has had a huge positive impact on our students. This has been proven by the increase in our state test scores and an increase in our graduation rate. In addition the desegregation order has had a negative effect on recruiting quality personnel. Thank you!

Date(s) of incident(s) described above:

Printed name: Debra Garrett

Signature: Debra Garrett

Address: 8020 Van Zyverden Rd
Meridian, MS

Telephone: 601-938-6708

My child's race is:   ☐ Black   ☑ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

- Meridian Public Schools has worked diligently to create an environment + culture of equity, safety, and successs for students

- We have educated staff on equity + bias to support a positive culture.

- The reputation of being under the Deseg order is a hinderance while interviewing prospective employees.

- It taints the overall reputation of our district and needs to go away.

Date(s) of incident(s) described above:

Printed name: Kelli Speed

Signature: Kelli Speed - Employee

Address: 27yrs —
156 CR 371
Centerville, MS 39330

Telephone:

My child's race is:     ☐ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I believe that Meridian Public School District has grown tremendously and is better than we were before. We strive to provide a safe atmosphere, a fair, and ethical place for our students. We have worked hard to build a culture and climate to make an enjoyable work place and school environment. In my opinion the Desegragation order needs to cease as it tornishes the reputation of our school district.

Date(s) of incident(s) described above:

Printed name: Madovia Bonner

Signature: madovia Bonner

Address: 2705 1/2 45th St Apt. B-1
Meridian, MS 39305

Telephone: 601-678-5996

My child's race is:   ☑ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I feel that our district is a fair, ethical,
a safe place for children to learn. For
Staff/teachers too work, and for our
Parents to thrive + work w/ us to grow
their Children.

We promote a positive culture on all
campuses. The deseg order, in my opinion,
is a blemish on our wonderful School
district.

Date(s) of incident(s) described above:

Printed name: Adrian L Cross Phillips

Signature: [signature]

Address: 2100 33rd Ave

Meridian, MS 39301

Adriain Cross: I feel that our sch
ethical, and safe place for child
place for our teachers and staf
great place for our parents to le
with us.

Adriain Cross: Adrian L Cross P

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Student behavior has improved.

Date(s) of incident(s) described above: 8/31/23

Printed name: TijWanna Boler

Signature: TijWanna Boler

Address: 4715 11th street
Meridian MI 39307

Telephone: 601-462-9528

My child's race is:  ☑ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I fully understand and agree with the district motion for unitary status. As I agree that every student regardless of race deserves a fair and equal education.

Date(s) of incident(s) described above:

Printed name: Robbie Rogers

Signature: Robbi Rogers

Address: 3822 Davis street
MERIDIAN, MS 39307

Telephone: 601 490-0976

My child's race is:     ☒ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

The teachers are understanding and positive about making sure the students grow and acheive their widely important goals (WIGS).

Date(s) of incident(s) described above:

Printed name: Felix Hall

Signature: Felix Hall

Address: 1719 Hwy 19 N, Apr 43

Meridian, MS 39307

Telephone: (601) 513-1996

My child's race is:     ☐ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

The Meridian Public School District should be Released from the United States District Court Desegregation and Consent Order. MPSD has seen tremendous success in student behavior since the beginning of the Consent order. We have implemented a unified behavior system and Code of Conduct that applies to every school in the district. Our students and teachers practice Positive Behavior Interventions and Supports (PBIS), Social Emotional Learning (SEL) and Leader In Me (LIM) strategies to support behavior management. Conversely, the Consent order hinders the hiring process for administrators. Possible teacher candidates are reluctant to work for the district because we are under a Consent order

Date(s) of incident(s) described above:

Printed name: Dana Boyd Bell

Signature: Dana Boyd Bell

Address: 6216 Walnut St

Meridian, MS 39307

Telephone: 601. 527. 3625

My child's race is:      ☐ Black      ☐ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Behaviors have improved since being here at Meridian Public School. PBIS has been implemented to reward students and to counsel students that have behavioral problems. A definite change has occurred.

Date(s) of incident(s) described above:

Printed name: Katilyn Rowzee

Signature: Katilyn Rowzee

Address: 1464 Pine Forest Rd
Chunky, MS 39323

Telephone: 601-616-3381

My child's race is:   ☐ Black   ☐ White   ☑ Other
No children

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

During my time working at Meridian Public School District, the overall behavior has improved greatly. The implimentation of PBIS, SEL, and Leader in Me has allowed every student, teacher, and staff member the chance to gain postive life skills that improve the whole-person.

Date(s) of incident(s) described above:

Printed name: Vanessa Grable

Signature: Vanessa G.

Address: 404 E Church St.
Quitman, MS 39355

Telephone: 601-692-3332

My child's race is:      ☐ Black      ☐ White      ☑ Other

No Children

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I feel the Meridian Public School District should be released from under the Consent decree. Student behavior has improved tremendously. PBIS: Positive Behavioral Interventions and Supports is in place to promote a safe school setting which supports the social, learning, and behavioral needs of all students.

Date(s) of incident(s) described above:

Printed name: Tameka Drummond

Signature: Tameka Drummond

Address: 431 Sheffield Rd
Cuba, AL 36907

Telephone: 205-499-5488

My child's race is:   ☑ Black      ☐ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

We are proud to be the first model school in the state for SEL. Our staff continue to reward great behavior and encourage students daily. Crestwood is a great place to attend school. We went from a level D to a level A within the few years I've worked here. I'm proud to call Crestwood my home.

Date(s) of incident(s) described above:

Printed name: Tiana Powe

Signature: Tiana Powe

Address: 730 Crestwood Dr.
Meridian MS 39301

Telephone: (601) 934-8399

My child's race is:   ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

Meridian Public School District has really improved over the years. The school that I'm at is a model school / first model school in the district, which is Crestwood Elementary. I'm proud. for SEL. to be a part of Meridian Public School District. Crestwood is the school to be at be we all family and treat each other equally.

Date(s) of incident(s) described above:

Printed name: Fannetta Dancy- Crenshaw

Signature: Fannetta Dancy-Crenshaw

Address:

Telephone: (601) 513-1602

My child's race is:  ☑ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I beleive that the Meridian Public School
District's stratiqey of handling issues
relating to topics above are well researched,
well planned and thought out are
throughily working / making progress.

Date(s) of incident(s) described above: 8.31.23

Printed name: Lillie Chapman

Signature: Lillie Chapman

Address: 730 Crestwood Dr.

Meridian MS, 39305

Telephone:

My child's race is:   ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

As a PBIS school, we as instructors have been given the strategies that can be utilized to curtail misbehavior in the classroom. For example, students may be re-directed, have a student conference or parents may be notified of misbehavior. Having these strategies have forded fewer behavior problems in my classroom

Date(s) of incident(s) described above: _____

Printed name: _____

Signature: _____

Address: _____

_____

_____

Telephone: _____

My child's race is:          □ Black          □ White          □ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public Schools has made great strides in arts, academics, and athletics. I have no doubt MPSD will continue to make great strides.

Date(s) of incident(s) described above: 9/1/2023

Printed name: Christine Beeker

Signature: Christine Beeker

Address: 6086 Russell Topton Rd

Toomsuba, MS 39364

Telephone: 205-218-0992

My child's race is: ☐ Black ☑ White ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I have seen tremendous improvement in the quality of education and treatment of our students and our staff at MPSD. I commend our Administration for the progress we have made. I believe we are a "successful" school district and I am proud to be a graduate of Meridian Public Schools.

Date(s) of incident(s) described above: 8-31-23

Printed name: Gayla Carpenter

Signature: Gayla Carpenter

Address: 7760 Van Zyverden Rd

Meridian, MS 39305

Telephone: 601-527-4544

My child's race is:  ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

*No Comment or objection*

Date(s) of incident(s) described above:

Printed name: *Terry Carmichael*

Signature:

Address: *3925 Causeyville Rd*

*Meridian, MS 39301*

Telephone: *662-285-8202*

My child's race is:  ☐ Black  ☑ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

Several positive incentives have been put in place and we are seeing positive changes.

Date(s) of incident(s) described above:

Printed name: Ashley Garrett

Signature: Ashley Garrett

Address: 5098 Bennie Cooper Rd.
Meridian, MS. 39301

Telephone: 601-513-6568

My child's race is: ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I am in support of Meridian Public School District being released from the Desegregation & Consent Orders.

During the duration of MPSD being under the Consent Order all of MPSD Schools have become Tier 1 PBIS Model School Sites. We have some schools that are Tier 2 as well.

We have implemented Social Emotional Learning in all schools in our district with Crestwood Elementary School being a model school for SEL.

We have also implemented Leader in Me in all schools in our district. As a District Leader in Me Coach I have witnessed how Leader in Me did not become one more thing for us to do. Leader in Me is who we are as a district!

I couldn't be more proud to be a part of MPSD!

Date(s) of incident(s) described above: 2017 - 2023

Printed name: Erika Anderson

Signature: BX Counselor, District LIM Coach

Address: 1808 35th Avenue

Meridian, MS 39301

Telephone: 601-701-7252

My child's race is: ☑ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I agree that Meridian Public School District needs to come out from under the consent order.

| | |
|---|---|
| Date(s) of incident(s) described above: | 8/31/23 |
| Printed name: | Carla Fleming |
| Signature: | Carla Fleming |
| Address: | 5358 Chandler Rd |
| | Meridian, MS 39305 |
| Telephone: | 601·678·7728 |

My child's race is:      ☐ Black      ☒ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I agree with the removal of the court order.

Date(s) of incident(s) described above:

Printed name: _Erika Adams_

Signature: _Erika Adams_

Address: _930 14th St._

_Mdn, MS 39307_

Telephone: _601 938-1048_

My child's race is:      ☐ Black      ☐ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## **OBJECTION OR COMMENT**

I agree with the removal of the consent order.

Date(s) of incident(s) described above:

Printed name: Catherine Joyner

Signature:

Address: 3930 14th St

Meridian, MS 39307

Telephone: 6015270367

My child's race is:     ☐ Black     ☒ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I agree that MPSD needs to removed from the consent order.

Date(s) of incident(s) described above:

Printed name: Nicole Miller

Signature:

Address: 6072 Vimville Causevillerd.
Meridian, MS 39301

Telephone: 601 527-9697

My child's race is:  ☐ Black   ☑ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School District should not be under the umberella. Meridian public school has work so hard to provide a great education to it's students, and a magnificent work place for its staff and faculty.

| | |
|---|---|
| Date(s) of incident(s) described above: | 8/31/23 |
| Printed name: | Ashley Ezell |
| Signature: | Ashley Ezell |
| Address: | 5340 16th Ave |
| | Meridian, MS 39305 |
| Telephone: | 334-343-6045 |

My child's race is:      ☐ Black      ☐ White      ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School should not be put under the Umbrella Because of the great education that they provide for students.

Date(s) of incident(s) described above: 8/31/23

Printed name: Mary Jenkins

Signature: Mary Jenkins

Address: 345 Lauderdale Rd
Lauderdale Rd. 39335

Telephone: 601-527-1645

My child's race is:     ☐ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public Schools should not be under the Federal umbrella, because it is Now a Great Place for learning!

Date(s) of incident(s) described above:

Printed name: _Laura Holoway_

Signature: _Laura Holloway_

Address: _1071 Road 616_
_Philadelphia, MS 39350_

Telephone: _(601) 656-1414_

My child's race is:  ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

the Consent Order Needs to be Come Out of the
Consent Order

| | |
|---|---|
| Date(s) of incident(s) described above: | 8-31-23 |
| Printed name: | Anthony Parks |
| Signature: | Anthony Parks |
| Address: | 1710 30th Avenue |
| Telephone: | (601) 769-379-8467 |
| My child's race is: | ☑ Black     ☐ White     ☐ Other |

Case 4:65-cv-01300-HTW-LGI   Document 202-2   Filed 08/04/23   Page 2 of 2

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

The Meridian Public School District provides several options to a traditional high school experience, allowing a larger population of students to meet goals for graduation. Having these options reduces the number of students dropping out.

Date(s) of incident(s) described above: _____

Printed name: Lori Gatlin

Signature: Lori Gatlin

Address: 338 Chapel Hill Drive

Meridian, MS 39305

601 938-9857

Telephone: _____

My child's race is:   ☐ Black     ☐ White     ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

Meridian Public School District has greatly improved throughout the years, and will continue to do so in the years to come

Date(s) of incident(s) described above: _____

Printed name: Lelia James

Signature: _Lelia Jn_

Address: _____

_____

_____

Telephone: _____

My child's race is:  ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## **OBJECTION OR COMMENT**

Meridian has eliminated any and all racial discrimination.

Date(s) of incident(s) described above:

Printed name: Alliejah Echols

Signature: Alliejah Echols

Address:

Telephone:

My child's race is:    ☐ Black       ☐ White       ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

I was not employed when the Consent Order was placed on the district but I do Not See any issuer as far as discipline goes or Segregation

Date(s) of incident(s) described above:

Printed name: James Peters

Signature:

Address: 4106 Highway 15
Newton MS 39345

Telephone:

My child's race is:  ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

In my opinion the teacher/student ratio is pretty eqaully matched. In the years my daugher attended MPSD, I felt like the district made significant efforts to improve student's quality of education

Date(s) of incident(s) described above: 2001 - 2014

Printed name: Holly Smith

Signature: Holly Smith

Address: 3008 22nd Street Apt. A5 Meridian, MS 39301

Telephone: 601 - 483 - 4651

My child's race is:    ☒ Black    ☐ White    ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I have worked for MPSD for 30 years. We have made great strides over the years. All students are treated fairly, and I believe we should be allowed to come out from under the order.

Date(s) of incident(s) described above:

Printed name: Theresa Chisolm

Signature: Theresa Chisolm

Address: 9053 Hwy 19 N
Collinsville, MS 39325

Telephone: 601-626-8461

My child's race is:  ☐ Black  ☑ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

The Meridian Public School District is a wonderful district. The staff truly cares about the students and shows them that everyday. The students are thriving and it shows how much this school district has accomplished in the past years. I am proud to work with and serve the students.

Date(s) of incident(s) described above:

Printed name: Jennifer G. Ferry

Signature: Jennifer G. Ferry

Address: 255 Knight Parker Rd.

Meridian, MS   39301

Telephone: 601.692.8799

My child's race is:   ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I agree w/ the proposed settlement. I also agree with the District's motion for unitary status.

Date(s) of incident(s) described above:

Printed name: Amy D. Crawford

Signature: Amy D. Crawford

Address: 2705 ½ 45th St Apt.
2815 25th Strut (work)
Meridian, MS 39305

Telephone: 601.462.0077 (cell)

My child's race is: ☐ Black  ☐ White  ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

I'm in Agreement to dissolve the Consent order.
MPSD has alot of great things going on.
We are striving to educate every Child.

Date(s) of incident(s) described above:

Printed name: Christopher Kennedy

Signature: _Chris Kennedy_

Address: 2815 25th Street
Meridian, MS 39301

Telephone: 462-582-6060

My child's race is:  ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**OBJECTION OR COMMENT**

The structure(s) put in place to ensure a fair and equitable school culture are evident. Needs of students have been addressed on a deeper level through social emotional learning (SEL). Understanding the whole person versus just a part has improved relationships both with students and staff. I feel that we as a district are really working tighter.

Date(s) of incident(s) described above:

Printed name: Sara Smith

Signature: Sara Smith

Address: 2815 25th Street

Meridian, MS 39301

Telephone: 601-484-4133

My child's race is: ☐ Black   ☐ White   ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## **OBJECTION OR COMMENT**

I, Michael Ferry have been with Meridian Public School District for a few months. I have nothing but positive things to say towards the staff and student interactions.

Date(s) of incident(s) described above: _____

Printed name: *Michael Ferry*

Signature: *Mic Ferry*

Address: *255 Knight Parker Road*

*Meridian, MS 39301*

_____

Telephone: *(601) 513-3911*

My child's race is: ☐ Black ☐ White ☐ Other

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## OBJECTION OR COMMENT

In my opinion the MPSD has not only went to great lengths to improve their discipline policies,

but has made tremendous efforts to Improve its relationship with students and the way it deals

with behavior. Due to the improvements the MPSD has shown, I feel it is only fair that the School

District be released from the Desegregation and Consent Orders.

Date(s) of incident(s) described

above:

Printed name: _Judge Crowell_

Signature: _[signature]_

Address:

Telephone:

My child's race is:      ☐ Black      ☐ White      ☐ Other