**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN BARNHARDT, et al.,          ) | |
|          ) | |
|      Plaintiffs,          ) | |
|          ) | |
|   and          ) | |
|          ) | |
| UNITED STATES OF AMERICA,          ) | Civil Action No. 4:65-cv-01300-HTW-LRA |
|          ) | 1300(E) |
|      Plaintiff-Intervenor,          ) | |
|          ) | |
|   v.          ) | |
|          ) | |
| MERIDIAN MUNICIPAL SEPARATE          ) | |
| SCHOOL DISTRICT, et al.,          ) | |
|          ) | |
|      Defendants.          ) | |
|          ) | |

**JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**

Private Plaintiffs John Barnhardt, et al. and Defendants Meridian Public School District, et al.

(collectively, the "Parties") jointly move pursuant to Federal Rule of Civil Procedure 23(e) that the Court

enter the attached proposed Order attached hereto as Exhibit A, which grants final approval of the Parties'

settlement of this case, embodied in the attached Settlement Agreement [ECF 158-1].

Respectfully submitted,

*/s/ Fred L. Banks, Jr.*
Fred L. Banks, Jr.
Phelps Dunbar LLP
Mississippi State Bar No. 1733
4270 I-55 North
Jackson, MS 39211-6391
Tel: (601) 360-935
Fax: (601) 360-9777
fred.banks@phelps.com

*/s/ John S. Cusick*
John S. Cusick
NAACP Legal Defense and
   Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jcusick@naacpldf.org

*Counsel for Private Plaintiffs*

*/s/ John S. Hooks*
John S. Hooks
 MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708

*/s/ John G. Compton*
John G. Compton
MS Bar No. 6433
Witherspoon and Compton LLC
1100 23rd Avenue
Meridian, Mississippi 39302
Telephone: 601.693.6466
Facsimile: 601.693.4840

*Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which sent notification of such filing to all  counsel of record.

/s/ John S. Cusick
John S. Cusick
NAACP Legal Defense and
   Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jcusick@naacpldf.org